AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

Middle DISTRICT OF Pennsylvania

Stambaugh's Air Service, Inc.

v.

Susquehanna Area Regional Airport Authority,
BAA Harrisburg, Inc., David Fleet,
individually, David Holdsworth, individually,
and David C. McIntosh, individually

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:CV 00-0660

TO: (Name and Address of Defendant)

(SEE COMPLT.)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Thomas B. Schmidt, III
Brian P. Downey
Randy L. Varner
Pepper Hamilton LLP
200 One Keystone Plaza, N. Front & Market Sts.
P.O. Box 1181
Harrisburg, PA 17108-1181

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Mary E. D'Andrea
CLERK

April 10, 2000
DATE

*[signature]*
BY DEPUTY CLERK   George T. Gardner

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## RETURN OF SERVICE OF PROCESS

PLAINTIFF Stambaugh's Air Service, Inc.   COURT CASE NUMBER 1:CV 00-0660
DEFENDANT David Fleet   TYPE OF PROCESS Summons and Complaint

SERVE David Fleet
(Name individual, company; corporation, etc. to be served)

AT 135 York Drive, Suite 100, Harrisburg International Airport, Middletown, PA 17057
(Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT:

__X__ I have personally served individual, company or corporation above.

_____ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is _____. If certified mail was authorized, attach green cards to this form.

_____ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)

_____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: David Fleet
TITLE (IF ANY) OF PERSON SERVED: _____
ADDRESS WHERE SERVED: 135 York Drive, Suite 100, Harrisburg International Airport, Middletown, PA 17057
DATE AND TIME OF PERSONAL SERVICE: April 11, 2000   7:55 a.m.
REMARKS: _____

4/11/2000                    _[signature]_
Date                         Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
(Clerk's address in which the assigned judge is located. Refer to the Notice of Judicial Assignment form.)

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### RETURN OF SERVICE OF PROCESS

PLAINTIFF _Stambaugh's Air Service, Inc._ COURT CASE NUMBER _1:CV 00-0660_
DEFENDANT _David Holdsworth_     TYPE OF PROCESS _Summons and Complaint_

SERVE _David Holdsworth_
(Name individual, company; corporation, etc. to be served)

AT _135 York Drive, Suite 100, Harrisburg International Airport, Middletown, PA 17057_
(Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT:

__X__ I have personally served individual, company or corporation above.

_____ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is
_____. If certified mail was authorized, attach green cards to this form.

_____ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)

_____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: _David Holdsworth_
TITLE (IF ANY) OF PERSON SERVED: _____
ADDRESS WHERE SERVED: _135 York Drive, Suite 100, Harrisburg International Airport, Middletown, PA 17057_
DATE AND TIME OF PERSONAL SERVICE: _April 11, 2000   7:55 a.m._
REMARKS: _____

_4/11/2000_                    _John C. Sk___ (signature)
Date                           Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
(Clerk's address in which the assigned judge is located. Refer to the Notice of Judicial Assignment form.)

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## RETURN OF SERVICE OF PROCESS

PLAINTIFF Stambaugh's Air Service, Inc. COURT CASE NUMBER 1:CV 00-0660
DEFENDANT David C. McIntosh             TYPE OF PROCESS Summons and Complaint

SERVE  David C. McIntosh
       (Name individual, company; corporation, etc. to be served)

AT     135 York Drive, Suite 100, Harrisburg International Airport, Middletown, PA  17057
       (Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____.
_____

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT:

__X__ I have personally served individual, company or corporation above.

_____ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is _____. If certified mail was authorized, attach green cards to this form.

_____ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)

_____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED:  David C. McIntosh
TITLE (IF ANY) OF PERSON SERVED: _____
ADDRESS WHERE SERVED: 135 York Drive, Suite 100, Harrisburg International Airport, Middletown, PA  17057
DATE AND TIME OF PERSONAL SERVICE: April 11, 2000   7:55 a.m.
REMARKS: _____

4/11/2000                        *[signature]*
Date                             Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
(Clerk's address in which the assigned judge is located. Refer to the Notice of Judicial Assignment form.)

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## RETURN OF SERVICE OF PROCESS

PLAINTIFF  Stambaugh's Air Service, Inc.  COURT CASE NUMBER  1: CV 00-0660
DEFENDANT  BAA Harrisburg, Inc.           TYPE OF PROCESS  Summons and Complaint

SERVE  BAA Harrisburg, Inc.
       (Name individual, company; corporation, etc. to be served)
       135 York Drive, Suite 100, Harrisburg International Airport,
AT     Middletown, PA  17057
       (Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT:

__X__ I have personally served individual, company or corporation above.

_____ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is _____. If certified mail was authorized, attach green cards to this form.

_____ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)

_____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED:  David Fleet
TITLE (IF ANY) OF PERSON SERVED:  Airport Director
ADDRESS WHERE SERVED:  135 York Drive, Suite 100, Harrisburg International Airport, Middletown, PA  17057
DATE AND TIME OF PERSONAL SERVICE:  April 11, 2000  7:55 a.m.
REMARKS: _____

4/11/2000                          *Signature*
Date                               Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
    OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
    (Clerk's address in which the assigned judge is located. Refer to the Notice of Judicial Assignment form.)

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### RETURN OF SERVICE OF PROCESS

PLAINTIFF Stambaugh's Air Service, Inc. COURT CASE NUMBER 1:CV 00-0660
DEFENDANT Susquehanna Area Regional Airport Authority   TYPE OF PROCESS Summons and Complaint

SERVE Susquehanna Area Regional Airport Authority
(Name individual, company; corporation, etc. to be served)

AT 135 York Drive, Suite 100, Harrisburg International Airport, Middletown, PA 17057
(Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT:

__X__ I have personally served individual, company or corporation above.

_____ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is _____. If certified mail was authorized, attach green cards to this form.

_____ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)

_____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: David Holdsworth
TITLE (IF ANY) OF PERSON SERVED: Executive Director
ADDRESS WHERE SERVED: 135 York Drive, Suite 100, Harrisburg International Airport, Middletown, PA 17057
DATE AND TIME OF PERSONAL SERVICE: April 11, 2000   7:55 a.m.
REMARKS: _____

4/11/2000                    _[signature]_
Date                         Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
(Clerk's address in which the assigned judge is located. Refer to the Notice of Judicial Assignment form.)