IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

APR 2 8 2000

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

STAMBAUGH'S AIR SERVICE, INC.,

    Plaintiff

v.

SUSQUEHANNA AREA REGIONAL
AIRPORT AUTHORITY, BAA
HARRISBURG, INC., DAVID FLEET,
individually, DAVID HOLDSWORTH,
individually, and DAVID C. MCINTOSH,
individually,

    Defendants

CASE NO. 1:CV-00-0660

Judge Yvette Kane
Magistrate Judge J. Andrew Smyser

## ORDER

AND NOW, this 28TH day of April, 2000, upon consideration of the Defendants' Motion for Extension of Time, it is HEREBY ORDERED that said Motion is GRANTED and Defendants have until May 19, 2000 to file a response to Plaintiff's Complaint.

BY THE COURT:

_____
                                  M. J.

```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA

                    * * MAILING CERTIFICATE OF CLERK * *

                            April 28, 2000


Re:   1:00-cv-00660     Stambaugh's Air Serv v. Susquehanna Area Reg



True and correct copies of the attached were mailed by the clerk
to the following:


     Thomas B. Schmidt III, Esq.
     Pepper, Hamilton & Scheetz
     200 One Keystone Plaza P.O. Box 1181
     North Front & Market Streets
     Harrisburg, PA   17108-1181

     Brian P. Downey, Esq.
     200 One Keystone Plaza
     N. Front & Market Sts.
     Harrisburg, PA   17101

     Randy L. Varner, Esq.
     Pepper Hamilton LLP
     200 One Keystone Plaza
     North Front and Market Streets
     P.O. Box 1181
     Harrisburg, PA   17108-1181

     Dean Frank Piermattei, Esq.
     Rhoads & Sinon
     One Market Square
     Harrisburg, PA   17101

     Timothy J. Nieman, Esq.
     RHOADS & SINON LLP
     One South Market Square
     Dauphin Deposit Bank Building
     Harrisburg, PA   17101

     Susan E. Schwab, Esq.
     Rhoads & Simon
     One South Market Square
     P.O. Box 1146
     Harrisburg, PA   17108-1146
```

```
cc:
Judge                              ( )
Magistrate Judge                   (✗)
U.S. Marshal                       ( )
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( )  with N/C attached to complt. and served by:
                                        U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                ( )  with Petition attached & mailed certified mail
                                        to:  US Atty Gen   ( )   PA Atty Gen ( )
                                             DA of County  ( )   Respondents ( )
Bankruptcy Court                   ( )
Other_____       ( )
```

MARY E. D'ANDREA, Clerk

DATE: 4/28/00        BY: _____
                          Deputy Clerk