

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

STAMBAUGH'S AIR SERVICE, INC.,  :
:
      Plaintiff :
    v. :    CASE NO. 1:CV-00-0660
:
SUSQUEHANNA AREA REGIONAL :    Judge Yvette Kane
AIRPORT AUTHORITY, BAA :    Magistrate Judge J. Andrew Smyser
HARRISBURG, INC., DAVID FLEET, :
individually, DAVID HOLDSWORTH, :
individually, and DAVID C. MCINTOSH, :
individually, :
      Defendants :

FILED
HARRISBURG, PA

MAY 2 2000

MARY E. D'ANDREA, CLERK
Per _____
    /Deputy Clerk

**ORDER**

AND NOW, this 1st day of May, 2000, upon consideration of the Defendants' Motion for Extension of Time, it is HEREBY ORDERED that said Motion is GRANTED and Defendants have until May 19, 2000 to file a response to Plaintiff's Complaint.

BY THE COURT:

_____
                                    J.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

May 2, 2000

Re:   1:00-cv-00660   Stambaugh's Air Serv v. Susquehanna Area Reg

True and correct copies of the attached were mailed by the clerk
to the following:

Thomas B. Schmidt III, Esq.
Pepper, Hamilton & Scheetz
200 One Keystone Plaza P.O. Box 1181
North Front & Market Streets
Harrisburg, PA   17108-1181

Brian P. Downey, Esq.
200 One Keystone Plaza
N. Front & Market Sts.
Harrisburg, PA   17101

Randy L. Varner, Esq.
Pepper Hamilton LLP
200 One Keystone Plaza
North Front and Market Streets
P.O. Box 1181
Harrisburg, PA   17108-1181

Dean Frank Piermattei, Esq.
Rhoads & Sinon
One Market Square
Harrisburg, PA   17101

Timothy J. Nieman, Esq.
RHOADS & SINON LLP
One South Market Square
Dauphin Deposit Bank Building
Harrisburg, PA   17101

Susan E. Schwab, Esq.
Rhoads & Simon
One South Market Square
P.O. Box 1146
Harrisburg, PA   17108-1146

```
cc:
Judge                          (✓)
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )   with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )   with Petition attached & mailed certified mail
                                     to:  US Atty Gen   ( )    PA Atty Gen ( )
                                          DA of County  ( )    Respondents ( )
Bankruptcy Court               ( )
Other_____   ( )
                                                       MARY E. D'ANDREA, Clerk

DATE:      5-2-00                         BY: /s/
                                              Deputy Clerk
```