

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**FILED**
HARRISBURG, PA

MAY 2 4 2000

MARY E. D'ANDREA, CLEF
Per _____ Deputy Clerk

| | |
|---|---|
| STAMBAUGH'S AIR SERVICE, INC., | : |
| Plaintiff | : |
| v. | : CASE NO. 1:CV-00-0660 |
| SUSQUEHANNA AREA REGIONAL AIRPORT AUTHORITY, BAA HARRISBURG, INC., DAVID FLEET, individually, DAVID HOLDSWORTH, individually, and DAVID C. MCINTOSH, individually, | : Judge Yvette Kane<br>: Magistrate Judge J. Andrew Smyser |
| Defendants | : |

## ORDER

AND NOW, this 24TH day of May, 2000, upon consideration of Defendants' Motion for Leave to File a Brief in Excess of Fifteen (15) Pages, it is HEREBY ORDERED that the Motion (Doc. 8) is GRANTED. It is further ORDERED that Defendants' Brief in Support of Motion to Dismiss shall not exceed thirty-five (35) pages.

BY THE COURT:

_____ M.J.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

May 25, 2000

Re:  1:00-cv-00660    Stambaugh's Air Serv v. Susquehanna Area Reg

True and correct copies of the attached were mailed by the clerk to the following:

    Thomas B. Schmidt III, Esq.
    Pepper, Hamilton & Scheetz
    200 One Keystone Plaza P.O. Box 1181
    North Front & Market Streets
    Harrisburg, PA  17108-1181

    Brian P. Downey, Esq.
    200 One Keystone Plaza
    N. Front & Market Sts.
    Harrisburg, PA  17101

    Randy L. Varner, Esq.
    Pepper Hamilton LLP
    200 One Keystone Plaza
    North Front and Market Streets
    P.O. Box 1181
    Harrisburg, PA  17108-1181

    Dean Frank Piermattei, Esq.
    Rhoads & Sinon
    One Market Square
    Harrisburg, PA  17101

    Timothy J. Nieman, Esq.
    RHOADS & SINON LLP
    One South Market Square
    Dauphin Deposit Bank Building
    Harrisburg, PA  17101

    Susan E. Schwab, Esq.
    Rhoads & Simon
    One South Market Square
    P.O. Box 1146
    Harrisburg, PA  17108-1146

```
cc:
Judge                          ( )
Magistrate Judge               (✓)
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )   with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )   with Petition attached & mailed certified mail
                                     to:  US Atty Gen   ( )   PA Atty Gen ( )
                                          DA of County  ( )   Respondents ( )
Bankruptcy Court               ( )
Other_____           ( )
```

MARY E. D'ANDREA, Clerk

DATE: 5/25/00          BY: _____
                           Deputy Clerk