

FILED
HARRISBURG

JUN 14 2000

MARY E. D'ANDREA, CLERK
Per _____
　　　　　Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STAMBAUGH'S AIR SERVICE, INC., :
:
:
Plaintiff :
:
vs. : No. 1:CV-00-0660
:
SUSQUEHANNA AREA REGIONAL AIRPORT : (Judge Kane)
AUTHORITY, BAA HARRISBURG, INC., : (Magistrate Smyser)
DAVID FLEET, individually, DAVID :
HOLDSWORTH, individually, and DAVID C. :
MCINTOSH, individually :
:
Defendants :

**MOTION OF PLAINTIFF STAMBAUGH'S AIR SERVICE, INC. FOR
LEAVE TO FILE A BRIEF IN EXCESS OF FIFTEEN (15) PAGES**

　　　　1.　　Pursuant to L.R. 7.6, plaintiff Stambaugh's Air Service, Inc. ("Stambaugh's") will file a brief in opposition to defendants' motion to dismiss. Defendants' brief in support of their motion to dismiss was served on Stambaugh's on May 30, 2000.

　　　　2.　　Stambaugh's brief in opposition to defendants' motion to dismiss is due on or before Monday, June 19, 2000.

3. Due to the complex nature of the claims involved in this litigation, and the 14pt. typeface requirement of L.R. 5.1(c), the brief in opposition to defendants' motion to dismiss will need to be longer than the fifteen (15) pages permitted under Local Rule 7.8.

4. Stambaugh's seeks the permission of the Court to file a brief in excess of fifteen (15) pages, but not in excess of fifty (50) pages.

5. Dean F. Piermattei, Esquire, counsel for defendants, concurs in this motion.

WHEREFORE, plaintiff Stambaugh's Air Service, Inc. respectfully requests that this Court enter an order permitting it to file a brief in excess of fifteen (15) pages, but not in excess of fifty (50) pages.

Respectfully submitted,

*/s/ Randy L. Varner*

THOMAS B. SCHMIDT, III (19196)
BRIAN P. DOWNEY (59891)
RANDY L. VARNER (81943)
Pepper Hamilton LLP
200 One Keystone Plaza
North Front and Market Streets
Post Office Box 1181
Harrisburg, PA  17108-1181
(717) 255-1155
(717) 238-0575 (Fax)

Attorneys for Plaintiff
Stambaugh's Air Service, Inc.

Date: June 14, 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STAMBAUGH'S AIR SERVICE, INC., : <br> : <br> : <br> Plaintiff : <br> : <br> vs. : <br> : <br> SUSQUEHANNA AREA REGIONAL AIRPORT : <br> AUTHORITY, BAA HARRISBURG, INC., : <br> DAVID FLEET, individually, DAVID : <br> HOLDSWORTH, individually, and DAVID C. : <br> MCINTOSH, individually : <br> : <br> Defendants : | No. 1:CV-00-0660 <br><br> (Judge Kane) <br> (Magistrate Smyser) |

## CERTIFICATE OF CONCURRENCE

I hereby certify that I have sought the concurrence of Dean F. Piermattei, Esquire, counsel for the defendants, in the foregoing motion of Stambaugh's Air Service, Inc. Mr. Piermattei concurs in the motion.

Respectfully submitted,

_____
THOMAS B. SCHMIDT, III (19196)

June 14, 2000

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2000, I served the foregoing document by placing a true and correct copy thereof in the United States mail, first class postage prepaid, addressed as follows:

>Dean F. Piermattei, Esquire
>Rhoads & Sinon LLP
>One South Market Street
>P.O. Box 1146
>Harrisburg, PA  17108-1146

_____
RANDY L. VARNER (81943)