IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STAMBAUGH'S AIR SERVICE, INC., :
:
:
Plaintiff :
:
vs. : No. 1:CV-00-0660
:
SUSQUEHANNA AREA REGIONAL AIRPORT : (Judge Kane)
AUTHORITY, BAA HARRISBURG, INC., : (Magistrate Smyser)
DAVID FLEET, individually, DAVID :
HOLDSWORTH, individually, and DAVID C. :
MCINTOSH, individually :
:
:
Defendants :

**ORDER**

AND NOW, this 15TH day of June, 2000, plaintiff Stambaugh's Air Service, Inc.'s (Doc. 11) motion for leave to file a brief in excess of fifteen (15) pages, but not in excess of fifty (50) pages is GRANTED.

Accordingly, IT IS ORDERED that plaintiff Stambaugh's Air Service, Inc. may file a brief in opposition to defendants' motion to dismiss in excess of fifteen (15) pages, but not in excess of fifty (50) pages.

BY THE COURT:

_____
MJ

FILED
HARRISBURG, PA

JUN 15 2000

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

```
              UNITED STATES DISTRICT COURT
                       FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                       June 15, 2000
```

Re:   1:00-cv-00660    Stambaugh's Air Serv v. Susquehanna Area Reg

True and correct copies of the attached were mailed by the clerk to the following:

```
    Thomas B. Schmidt III, Esq.
    Pepper, Hamilton & Scheetz
    200 One Keystone Plaza P.O. Box 1181
    North Front & Market Streets
    Harrisburg, PA   17108-1181

    Brian P. Downey, Esq.
    200 One Keystone Plaza
    N. Front & Market Sts.
    Harrisburg, PA   17101

    Randy L. Varner, Esq.
    Pepper Hamilton LLP
    200 One Keystone Plaza
    North Front and Market Streets
    P.O. Box 1181
    Harrisburg, PA   17108-1181

    Dean Frank Piermattei, Esq.
    Rhoads & Sinon
    One Market Square
    Harrisburg, PA   17101

    Timothy J. Nieman, Esq.
    RHOADS & SINON LLP
    One South Market Square
    Dauphin Deposit Bank Building
    Harrisburg, PA   17101

    Susan E. Schwab, Esq.
    Rhoads & Simon
    One South Market Square
    P.O. Box 1146
    Harrisburg, PA   17108-1146
```

```
cc:
Judge                        ( )
Magistrate Judge             (✓)
U.S. Marshal                 ( )
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Federal Public Defender      ( )
Summons Issued               ( )   with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5          ( )
Order to Show Cause          ( )   with Petition attached & mailed certified mail
                                     to:  US Atty Gen   ( )    PA Atty Gen ( )
                                          DA of County  ( )    Respondents ( )
Bankruptcy Court             ( )
Other_____     ( )
```

MARY E. D'ANDREA, Clerk

DATE: 6/15/00

BY: [signature]
Deputy Clerk