



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**FILED**
HARRISBURG, PA

JUN 16 2000

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

STAMBAUGH'S AIR SERVICE, INC.,

        Plaintiff

vs.

SUSQUEHANNA AREA REGIONAL AIRPORT
AUTHORITY, BAA HARRISBURG, INC.,
DAVID FLEET, individually, DAVID
HOLDSWORTH, individually, and DAVID C.
MCINTOSH, individually

        Defendants

No. 1:CV-00-0660

(Judge Kane)
(Magistrate Smyser)

## MOTION OF PLAINTIFF STAMBAUGH'S AIR SERVICE, INC. FOR EXTENSION OF TIME

Plaintiff Stambaugh's Air Service, Inc. ("Stambaugh's"), by and through its undersigned attorneys, files this motion for an extension of time to file its brief in opposition to defendants' motion to dismiss, and avers as follows:

    1.    Defendants served their brief in support of their motion to dismiss Stambaugh's complaint upon Stambaugh's on May 30, 2000.

2. Stambaugh's brief in opposition to defendants' motion to dismiss is due on or before June 19, 2000.

3. Because of the large number and complexity of the issues involved in this case, Stambaugh's requires additional time to address the points made in defendants' motion to dismiss.

4. Accordingly, Stambaugh's respectfully requests that this Court enter an order extending the time for Stambaugh's to file its brief in opposition to defendants' motion to dismiss until June 23, 2000.

5. Defendants will not be harmed by this request.

6. Dean F. Piermattei, Esquire, counsel for defendants, concurs in this motion.

WHEREFORE, plaintiff Stambaugh's Air Service, Inc. requests that this Court order that Stambaugh's brief in opposition to defendants' motion to dismiss is due on or before June 23, 2000.

Respectfully submitted,

THOMAS B. SCHMIDT, III (19196)
BRIAN P. DOWNEY (59891)
RANDY L. VARNER (81943)
KELLY ANN RYAN (84096)
Pepper Hamilton LLP
200 One Keystone Plaza
North Front and Market Streets
Post Office Box 1181
Harrisburg, PA 17108-1181
(717) 255-1155
(717) 238-0575 (Fax)

Attorneys for Plaintiff
Stambaugh's Air Service, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STAMBAUGH'S AIR SERVICE, INC., | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | No. 1:CV-00-0660 |
| | : | |
| SUSQUEHANNA AREA REGIONAL AIRPORT AUTHORITY, BAA HARRISBURG, INC., DAVID FLEET, individually, DAVID HOLDSWORTH, individually, and DAVID C. MCINTOSH, individually | : | (Judge Kane) (Magistrate Smyser) |
| | : | |
| Defendants | : | |

**CERTIFICATE OF CONCURRENCE**

I hereby certify that I have sought the concurrence of Dean F. Piermattei, Esquire, counsel for the defendants, in the foregoing motion of Stambaugh's Air Service, Inc. Mr. Piermattei concurs in the motion.

Respectfully submitted,

_____
THOMAS B. SCHMIDT, III (19196)

June 15, 2000

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2000, I served the foregoing document by placing a true and correct copy thereof in the United States mail, first class postage prepaid, addressed as follows:

>Dean F. Piermattei, Esquire
>Rhoads & Sinon LLP
>One South Market Street
>P.O. Box 1146
>Harrisburg, PA  17108-1146

>_____
>RANDY L. VARNER (81943)