IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STAMBAUGH'S AIR SERVICE, INC.,      :
                                    :
                                    :
            Plaintiff               :
                                    :
    vs.                             :     No. 1:CV-00-0660
                                    :
SUSQUEHANNA AREA REGIONAL AIRPORT :       (Judge Kane)
AUTHORITY, BAA HARRISBURG, INC.,    :     (Magistrate Smyser)
DAVID FLEET, individually, DAVID    :
HOLDSWORTH, individually, and DAVID C. :   **FILED**
MCINTOSH, individually              :     **HARRISBURG, PA**
                                    :
            Defendants              :     JUN 1 6 2000

**ORDER**                                 MARY E. D'ANDREA, CLERK
                                          Per _____
                                                  Deputy Clerk

AND NOW, this 16TH day of June, 2000, plaintiff Stambaugh's Air

Service, Inc.'s  motion for an extension of time to file its brief in opposition to

defendants' motion to dismiss is GRANTED.

Accordingly, IT IS ORDERED that plaintiff Stambaugh's Air

Service, Inc.'s brief in opposition to defendants' motion to dismiss must be filed

on or before June 23, 2000.

BY THE COURT:

_____ JJ

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

June 16, 2000

Re:  1:00-cv-00660    Stambaugh's Air Serv v. Susquehanna Area Reg

True and correct copies of the attached were mailed by the clerk
to the following:

Thomas B. Schmidt III, Esq.
Pepper, Hamilton & Scheetz
200 One Keystone Plaza P.O. Box 1181
North Front & Market Streets
Harrisburg, PA  17108-1181

Brian P. Downey, Esq.
200 One Keystone Plaza
N. Front & Market Sts.
Harrisburg, PA  17101

Randy L. Varner, Esq.
Pepper Hamilton LLP
200 One Keystone Plaza
North Front and Market Streets
P.O. Box 1181
Harrisburg, PA  17108-1181

Dean Frank Piermattei, Esq.
Rhoads & Sinon
One Market Square
Harrisburg, PA  17101

Timothy J. Nieman, Esq.
RHOADS & SINON LLP
One South Market Square
Dauphin Deposit Bank Building
Harrisburg, PA  17101

Susan E. Schwab, Esq.
Rhoads & Simon
One South Market Square
P.O. Box 1146
Harrisburg, PA  17108-1146

```
cc:
Judge                     (  )
Magistrate Judge          (  )
U.S. Marshal              (  )
Probation                 (  )
U.S. Attorney             (  )
Atty. for Deft.           (  )
Defendant                 (  )
Warden                    (  )
Bureau of Prisons         (  )
Ct Reporter               (  )
Ctroom Deputy             (  )
Orig-Security             (  )
Federal Public Defender   (  )
Summons Issued            (  )  with N/C attached to complt. and served by:
                                U.S. Marshal (  )    Pltf's Attorney (  )

Standard Order 93-5       (  )
Order to Show Cause       (  )  with Petition attached & mailed certified mail
                                to:  US Atty Gen    (  )  PA Atty Gen (  )
                                     DA of County   (  )  Respondents (  )
Bankruptcy Court          (  )
Other_____     (  )
                                           MARY E. D'ANDREA, Clerk
```

DATE: _____6/16/00_____          BY: _____

                                      Deputy Clerk