30 pm
ρ₀¹ ³/₀⁰

**See Attachment**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STAMBAUGH'S AIR SERVICE, INC., | : | CIVIL NO.  **1:00-CV-0660** |
| | : | |
| Plaintiff | : | (Judge Kane) |
| | : | |
| v. | : | (Magistrate Judge Smyser) |
| | : | |
| SUSQUEHANNA AREA REGIONAL AIRPORT AUTHORITY; BAA HARRISBURG, INC.; DAVID FLEET; DAVID HOLDSWORTH; and DAVID C. MCINTOSH, | : : : : : | |
| | : | |
| Defendants | : | |

**FILED**
**HARRISBURG, PA**

**OCT 0 2 2000**

**MARY E. D'ANDREA, CLERK**
Per _____
Deputy Clerk

**ORDER**

AND NOW, this 2ⁿᵈ day of October, 2000, plaintiff

Stambaugh's Air Service, Inc.'s motion to strike Exhibit A to

defendants' reply brief in support of their motion to dismiss

is **GRANTED.**

Accordingly, IT IS ORDERED that Exhibit A to defendants'

reply brief in support of their motion to dismiss is **STRICKEN.**

This Exhibit was not in any manner material to the

determinations and rationale set forth in the Report and

Recommendation of August 3, 2000.  The motion of the plaintiff
to file a surreply brief is **DENIED**.


J. Andrew Smyser
Magistrate Judge


Dated: October 2, 2000.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

October 2, 2000

Re:  1:00-cv-00660    Stambaugh's Air Serv v. Susquehanna Area Reg

True and correct copies of the attached were mailed by the clerk
to the following:

```
Thomas B. Schmidt III, Esq.
Pepper, Hamilton & Scheetz
200 One Keystone Plaza P.O. Box 1181
North Front & Market Streets
Harrisburg, PA  17108-1181

Brian P. Downey, Esq.
200 One Keystone Plaza
N. Front & Market Sts.
Harrisburg, PA  17101

Randy L. Varner, Esq.
Pepper Hamilton LLP
200 One Keystone Plaza
North Front and Market Streets
P.O. Box 1181
Harrisburg, PA  17108-1181

Dean Frank Piermattei, Esq.
Rhoads & Sinon
One Market Square
Harrisburg, PA  17101

Timothy J. Nieman, Esq.
RHOADS & SINON LLP
One South Market Square
Dauphin Deposit Bank Building
Harrisburg, PA  17101

Susan E. Schwab, Esq.
Rhoads & Simon
One South Market Square
P.O. Box 1146
Harrisburg, PA  17108-1146
```

```
cc:
Judge                       (   )
Magistrate Judge            (  X)
U.S. Marshal                (   )
Probation                   (   )
U.S. Attorney               (   )
Atty. for Deft.             (   )
Defendant                   (   )
Warden                      (   )
Bureau of Prisons           (   )
Ct Reporter                 (   )
Ctroom Deputy               (   )
Orig-Security               (   )
Federal Public Defender     (   )
Summons Issued              (   )  with N/C attached to complt. and served by:
                                   U.S. Marshal (   )    Pltf's Attorney (   )

Standard Order 93-5         (   )
Order to Show Cause         (   )  with Petition attached & mailed certified mail
                                   to: US Atty Gen   (   )  PA Atty Gen (   )
                                       DA of County  (   )  Respondents (   )

Bankruptcy Court            (   )
Other_____    (   )
```

MARY E. D'ANDREA, Clerk

DATE: _____ 10/2/00 _____        BY: _____

                                         Deputy Clerk