IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STAMBAUGH'S AIR SERVICE, INC. : | CIVIL ACTION NO. |
| : | 1:CV-00-0660 |
| Plaintiff : | |
| : | |
| v. : | (Judge Kane) |
| : | |
| SUSQUEHANNA AREA REGIONAL AIRPORT : | |
| AUTHORITY, BAA HARRISBURG, INC., : | |
| DAVID FLEET, individually, DAVID : | |
| HOLDSWORTH, individually, and DAVID C. : | |
| MCINTOSH, individually : | |
| Defendants : | |

FILED
HARRISBURG

SEP 1 1 2002

MARY E. D'ANDREA, CLERK
Per_____
            DEPUTY CLERK

### ORDER

AND NOW, this 11th day of September, 2002, upon notification from counsel that Plaintiff Stambaugh's Air Services, Inc. filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, **IS HEREBY ORDERED THAT** this case is **STAYED** pending resolution of the bankruptcy action. The parties shall keep the Court apprised of developments in this Bankruptcy Case.

_____
Yvette Kane
United States District Judge