UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

CHAMBERS OF
YVETTE KANE
JUDGE

FEDERAL BUILDING & COURTHOUSE
228 WALNUT STREET
P.O. BOX 11817
HARRISBURG, PA 17108-1817

December 3, 2003

FILED
HARRISBURG, PA
DEC 3 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Brian P. Downey, Esquire
Pepper Hamilton, LLP
200 One Keystone Plaze, North Front and Market Streets
P.O. Box 1181
Harrisburg, PA 17108-1181

IN RE:   Stambaugh's Air Service, Inc. v. Susq. Area Regional Airport Authority
         Case No. 1:00-CV-660

Dear Counsel:

Please be advised you are hereby directed to submit a status report to the Honorable Yvette Kane at P.O. Box 11817, Harrisburg, PA 17108 on or before December 19, 2003 and continue to file a status report every 30 days until there is a resolution in the bankruptcy proceedings.

Additionally, you are directed to file a signed copy of same with the Clerk of Court at P.O. Box 983, Harrisburg, PA 17108, within the above deadline.

Thank you for your consideration in this matter.

Very truly yours,

MARY D'ANDREA, CLERK

Shawna L. Cihak
Deputy Clerk

cc:   Judge Yvette Kane