**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**


STAMBAUGH'S AIR SERVICE, INC.   :
                                       :

        Plaintiff,             :

      vs.                      :   CIVIL ACTION NO. 1:CV-00-0660
                                         :

SUSQUEHANNA AREA REGIONAL   :
AIRPORT AUTHORITY; BAA        :
HARRISBURG, INC.; DAVID FLEET,  :
individually; DAVID HOLDSWORTH, :
individually; and DAVID C.       :
MCINTOSH, individually        :
                                       :
     Defendants.       :   JURY TRIAL DEMANDED


**STATUS REPORT**


Pursuant to Shawna L. Cihak's letter of December 3, 2003, this will serve as a status report regarding the above-referenced matter. The undersigned is not representing Stambaugh's Air Service, Inc. ("Stambaugh's") in its bankruptcy proceeding. Therefore, in order to determine the status of that matter, we have

communicated with Stambaugh's bankruptcy counsel, Robert E. Chernicoff, Esquire, and have reviewed the docket in that proceeding.

The docket reveals that on October 17, 2003, the United States Trustee filed a motion to convert the case from a Chapter 11 to a Chapter 7 proceeding or, in the alternative, to dismiss the bankruptcy. The docket further reveals that, on December 1, 2003, a proceeding memo was issued indicating the Trustee's motion had been resolved and an Order is "to be submitted that [Stambaugh's] will file an Amended Disclosure Statement by January 15, 2004, otherwise, upon certification of default" the case will be converted to a Chapter 7 proceeding. Mr. Chernicoff confirmed that Stambaugh's will be filing a plan for reorganization under Chapter 11 of the Bankruptcy Code in the near future.

As per the instructions in Deputy Clerk Cihak's letter, this report will be supplemented within 30 days.

Respectfully submitted,


Dated:  December 11, 2003          _s/      Brian P. Downey_
                                   Brian P. Downey
                                   (PA 59891)
                                   PEPPER HAMILTON, LLP
                                   200 One Keystone Plaza
                                   North Front and Market Streets
                                   P.O. Box 1181
                                   Harrisburg, PA 17108-1181
                                   Phone:      (717) 255-1155
                                   Fax:        (717) 238-0575
                                   Email:      downeyb@pepperlaw.com

                                   Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Brian P. Downey, hereby certify that on December 11, 2003 a true

and correct copy of the foregoing Status Report was served upon the following:

*First Class, U.S. Mail, postage prepaid*
Robert E. Chernicoff
Cunningham & Chernicoff, P.C.
2320 North Second Street,
P.O. Box 60457
Harrisburg, Pennsylvania  17106-0457


*ECF System*
Dean F. Peirmattei, Esquire
Rhoads & Sinon LLP
One South Market Square
Post Office Box 1146
Harrisburg, PA  17108


　　　　　　　　　　　　*s/      Brian P. Downey*
　　　　　　　　　　Brian P. Downey