**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STAMBAUGH'S AIR SERVICE, INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. 1:CV-00-0660 |
| | : | |
| SUSQUEHANNA AREA REGIONAL AIRPORT AUTHORITY; BAA HARRISBURG, INC.; DAVID FLEET, individually; DAVID HOLDSWORTH, individually; and DAVID C. MCINTOSH, individually | : : : : : : | |
| | : | |
| Defendants. | : | JURY TRIAL DEMANDED |

**STATUS REPORT**

This will update the status report filed on December 11, 2003, regarding the above-referenced matter. As noted previously, the undersigned is not representing Stambaugh's Air Service, Inc. ("Stambaugh's") in its bankruptcy proceeding. Therefore, in order to determine the status of that matter, we have

communicated again with Stambaugh's bankruptcy counsel, Robert E. Chernicoff, Esquire, and have reviewed the docket in that proceeding.

The docket reveals that on January 6, 2004, Stambaugh's filed a Plan of Reorganization under Chapter 11 of the Bankruptcy Code along with a Disclosure Statement and a Motion To Approve Disclosure Statement And Voting Procedures, And To Fix Time For Confirmation Hearing And For Filing Acceptances Or Rejections Of Plan And To Fix Time For And Require The Filing Of Proofs Of Claim.  Based on his experience in other bankruptcy matters, Mr. Chernicoff estimates the Bankruptcy Court will take action on whether to approve the Disclosure Statement within thirty (30) to forty (40) days of filing and on whether to confirm the Plan within approximately forty-five (45) days of the date of filing.  As per the instructions in Deputy Clerk Cihak's letter, this report will be supplemented within 30 days.

                              Respectfully submitted,

Dated: January 9, 2004                  *s/    Brian P. Downey*
                                          Brian P. Downey
                                          (PA 59891)
                                          PEPPER HAMILTON, LLP
                                          200 One Keystone Plaza
                                          North Front and Market Streets
                                          P.O. Box 1181
                                          Harrisburg, PA 17108-1181
                                          Phone:    (717) 255-1155
                                          Fax:      (717) 238-0575
                                          Email:    downeyb@pepperlaw.com

                                          Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Brian P. Downey, hereby certify that on January 9, 2004, a true and correct copy of the foregoing Status Report was served upon the following:

*First Class, U.S. Mail, postage prepaid*
Robert E. Chernicoff
Cunningham & Chernicoff, P.C.
2320 North Second Street,
P.O. Box 60457
Harrisburg, Pennsylvania  17106-0457

*ECF System*
Dean F. Peirmattei, Esquire
Rhoads & Sinon LLP
One South Market Square
Post Office Box 1146
Harrisburg, PA  17108


    *s/     Brian P. Downey*
Brian P. Downey