# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STAMBAUGH'S AIR SERVICE, INC. | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : CIVIL ACTION NO. 1:CV-00-0660 |
| | : |
| SUSQUEHANNA AREA REGIONAL AIRPORT AUTHORITY; BAA HARRISBURG, INC.; DAVID FLEET, individually; DAVID HOLDSWORTH, individually; and DAVID C. MCINTOSH, individually | : |
| | : |
| Defendants. | : JURY TRIAL DEMANDED |

## STATUS REPORT

This will update the status report filed on February 9, 2004, regarding the above-referenced matter. As noted previously, the undersigned is not representing Stambaugh's Air Service, Inc. ("Stambaugh's") in its bankruptcy proceeding. Therefore, in order to determine the status of that matter, we have communicated again with Stambaugh's bankruptcy counsel, Robert E. Chernicoff, Esquire, and have reviewed the docket in that proceeding.

As noted previously, on January 6, 2004, Stambaugh's filed a Plan of Reorganization under Chapter 11 of the Bankruptcy Code along with a Disclosure Statement and a Motion To Approve Disclosure Statement And Voting Procedures,

And To Fix Time For Confirmation Hearing And For Filing Acceptances Or Rejections Of Plan And To Fix Time For And Require The Filing Of Proofs Of Claim. The docket reveals that, February 25, 2004, the Bankruptcy Court issued an Order approving the Disclosure Statement and fixing March 30, 2004 as the last date for filing acceptances/rejections/objections to Plan. The Court has also scheduled a confirmation hearing on the Plan for April 16, 2004.

As per the instructions in Deputy Clerk Cihak's letter, this report will be supplemented within 30 days.

Respectfully submitted,

Dated: March 8, 2004            *s/   Brian P. Downey*
                                Brian P. Downey
                                (PA 59891)
                                PEPPER HAMILTON, LLP
                                200 One Keystone Plaza
                                North Front and Market Streets
                                P.O. Box 1181
                                Harrisburg, PA 17108-1181
                                Phone:   (717) 255-1155
                                Fax:     (717) 238-0575
                                Email:   downeyb@pepperlaw.com

                                Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I, Brian P. Downey, hereby certify that on March 8, 2004, a true and correct copy of the foregoing Status Report was served upon the following:

*First Class, U.S. Mail, postage prepaid*
Robert E. Chernicoff
Cunningham & Chernicoff, P.C.
2320 North Second Street,
P.O. Box 60457
Harrisburg, Pennsylvania  17106-0457

*ECF System*
Dean F. Peirmattei, Esquire
Rhoads & Sinon LLP
One South Market Square
Post Office Box 1146
Harrisburg, PA  17108

        *s/     Brian P. Downey*
        Brian P. Downey