IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STAMBAUGH'S AIR SERVICE, INC., | : | |
| | : | |
| Plaintiff | : | |
| v. | : | CASE NO. 1:CV-00-0660 |
| | : | |
| SUSQUEHANNA AREA REGIONAL | : | Judge Yvette Kane |
| AIRPORT AUTHORITY, BAA | : | Magistrate Judge J. Andrew Smyser |
| HARRISBURG, INC., DAVID FLEET, | : | |
| individually, DAVID HOLDSWORTH, | : | FILED ELECTRONICALLY |
| individually, and DAVID C. MCINTOSH, | : | |
| individually, | : | |
| Defendants | : | |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

## PRAECIPE TO WITHDRAW APPEARANCE

Kindly withdraw the appearance of Susan E. Schwab as counsel for the Defendants in the above-captioned.  Ms. Schwab is no longer affiliated with Rhoads & Sinon LLP.

          Respectfully submitted,

          RHOADS & SINON LLP

By:   /s/ Dean F. Piermattei
      Dean F. Piermattei
      One South Market Square
      P. O. Box 1146
      Harrisburg, PA 17108-1146
      (717)  233-5731

      Attorneys for Defendants