# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STAMBAUGH'S AIR SERVICE, INC. | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO. 1:CV-00-0660 |
| SUSQUEHANNA AREA REGIONAL AIRPORT AUTHORITY; BAA HARRISBURG, INC.; DAVID FLEET, individually; DAVID HOLDSWORTH, individually; and DAVID C. MCINTOSH, individually | : |
| Defendants. | : JURY TRIAL DEMANDED |

## STATUS REPORT

This will update the status report filed on April 7, 2004, regarding the above-referenced matter. As noted previously, the undersigned is not representing Stambaugh's Air Service, Inc. ("Stambaugh's") in its bankruptcy proceeding. Therefore, in order to determine the status of that matter, we have communicated again with Stambaugh's bankruptcy counsel, Robert E. Chernicoff, Esquire, and have reviewed the docket in that proceeding.

As noted previously, on January 6, 2004, Stambaugh's filed a Plan of Reorganization under Chapter 11 of the Bankruptcy Code along with a Disclosure Statement and a Motion To Approve Disclosure Statement And Voting Procedures,

And To Fix Time For Confirmation Hearing And For Filing Acceptances Or Rejections Of Plan And To Fix Time For And Require The Filing Of Proofs Of Claim.  The docket reveals that, on March 9, 2004, Stambaugh's filed an Amended Plan of Reorganization.  On April 12, 2004, Stambaugh's filed a Report of the Tally of Votes for the Acceptance or Rejection of the Joint Plan of Reorganization Proposed by the Debtors Together with a Motion for Confirmation of the Joint Plan of Reorganization.  On April 13, 2004, Stambaugh's file an Amended Plan of Reorganization.  On April 16, 2004, the Bankruptcy Court issued an Order confirming the Amended Plan.

As per the instructions in Deputy Clerk Cihak's letter, this report will be supplemented within 30 days.

Respectfully submitted,

Dated:  May 10, 2004

*s/     Brian P. Downey*
Brian P. Downey
(PA 59891)
PEPPER HAMILTON, LLP
200 One Keystone Plaza
North Front and Market Streets
P.O. Box 1181
Harrisburg, PA 17108-1181
Phone:     (717) 255-1155
Fax:         (717) 238-0575
Email:      downeyb@pepperlaw.com

Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I, Brian P. Downey, hereby certify that on May 10, 2004, a true and correct copy of the foregoing Status Report was served upon the following:

*First Class, U.S. Mail, postage prepaid*
Robert E. Chernicoff
Cunningham & Chernicoff, P.C.
2320 North Second Street,
P.O. Box 60457
Harrisburg, Pennsylvania 17106-0457

*ECF System*
Dean F. Peirmattei, Esquire
Rhoads & Sinon LLP
One South Market Square
Post Office Box 1146
Harrisburg, PA 17108

                         *s/   Brian P. Downey*
                         Brian P. Downey