**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STAMBAUGH'S AIR SERVICE, INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. 1:CV-00-0660 |
| | : | |
| SUSQUEHANNA AREA REGIONAL AIRPORT AUTHORITY; BAA HARRISBURG, INC.; DAVID FLEET, individually; DAVID HOLDSWORTH, individually; and DAVID C. MCINTOSH, individually | : : : : : : | |
| | : | |
| Defendants. | : | JURY TRIAL DEMANDED |

**STATUS REPORT**

This will update the status report filed in October, 2004, regarding the above-referenced matter. As noted previously, the undersigned is not representing Stambaugh's Air Service, Inc. ("Stambaugh's") in its bankruptcy proceeding. Therefore, in order to determine the status of that matter, we have kept in contact

with Stambaugh's bankruptcy counsel, Robert E. Chernicoff, Esquire, and have reviewed the docket in that proceeding.

As noted previously, on January 6, 2004, Stambaugh's filed a Plan of Reorganization under Chapter 11 of the Bankruptcy Code along with a Disclosure Statement and a Motion To Approve Disclosure Statement And Voting Procedures, And To Fix Time For Confirmation Hearing And For Filing Acceptances Or Rejections Of Plan And To Fix Time For And Require The Filing Of Proofs Of Claim. The docket reveals that, on March 9, 2004, Stambaugh's filed an Amended Plan of Reorganization. On April 12, 2004, Stambaugh's filed a Report of the Tally of Votes for the Acceptance or Rejection of the Joint Plan of Reorganization Proposed by the Debtors Together with a Motion for Confirmation of the Joint Plan of Reorganization. On April 13, 2004, Stambaugh's file an Amended Plan of Reorganization. On April 16, 2004, the Bankruptcy Court issued an Order confirming the Amended Plan.

On October 29, 2004, the Court issued an Order granting the application for allowance of compensation and expenses of the special counsel.

-3-

As per the instructions in Deputy Clerk Cihak's letter, this report will be supplemented within 30 days.

                                            Respectfully submitted,

Dated: November 4, 2004            *s/     Brian P. Downey*
                                            Brian P. Downey
                                            (PA 59891)
                                            PEPPER HAMILTON, LLP
                                            200 One Keystone Plaza
                                            North Front and Market Streets
                                            P.O. Box 1181
                                            Harrisburg, PA 17108-1181
                                            Phone:    (717) 255-1155
                                            Fax:      (717) 238-0575
                                            Email:     downeyb@pepperlaw.com

                                            Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I, Brian P. Downey, hereby certify that on November 4, 2004, a true and correct copy of the foregoing Status Report was served upon the following:

*First Class, U.S. Mail, postage prepaid*
Robert E. Chernicoff
Cunningham & Chernicoff, P.C.
2320 North Second Street,
P.O. Box 60457
Harrisburg, Pennsylvania  17106-0457

*ECF System*
Dean F. Peirmattei, Esquire
Rhoads & Sinon LLP
One South Market Square
Post Office Box 1146
Harrisburg, PA  17108

                                *s/     Brian P. Downey*
                                Brian P. Downey (PA 59891)