IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STAMBAUGH'S AIR SERVICE, INC.　　:
　　　　　　　　　　　　　　　　:
　　　　　　　Plaintiff,　　　　　　:
　　　　　　　　　　　　　　　　:
　　　vs.　　　　　　　　　　　　:　CIVIL ACTION NO. 1:CV-00-0660
　　　　　　　　　　　　　　　　:
SUSQUEHANNA AREA REGIONAL　　　:
AIRPORT AUTHORITY; BAA　　　　　:
HARRISBURG, INC.; DAVID FLEET,　　:
individually; DAVID HOLDSWORTH,　　:　Electronically Filed
individually; and DAVID C.　　　　　:
MCINTOSH, individually　　　　　　:
　　　　　　　　　　　　　　　　:
　　　　　　　Defendants.　　　　　:　JURY TRIAL DEMANDED

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Randy L. Varner in the above-

designated matter on behalf of plaintiff Stambaugh's Air Service, Inc.  Brian P.

Downey, Esquire, and Pepper Hamilton LLP remain counsel for plaintiff

Stambaugh's Air Service, Inc.

Dated:  June 30, 2005

s/      *Randy L. Varner*

Randy L. Varner
(PA 81943)
Brian P. Downey
(PA 59891)
PEPPER HAMILTON, LLP
200 One Keystone Plaza
North Front and Market Streets
P.O. Box 1181
Harrisburg, PA 17108-1181
Phone:      (717) 255-1155
Fax:         (717) 238-0575
Email:       varnerr@pepperlaw.com
               downeyb@pepperlaw.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Randy L. Varner, hereby certify that on June 30, 2005, a true and correct copy of the foregoing document was served upon the following:

*First Class, U.S. Mail, postage prepaid*
Robert E. Chernicoff
Cunningham & Chernicoff, P.C.
2320 North Second Street,
P.O. Box 60457
Harrisburg, Pennsylvania 17106-0457

*ECF System*
Dean F. Peirmattei, Esquire
Rhoads & Sinon LLP
One South Market Square
Post Office Box 1146
Harrisburg, PA 17108

s/     *Randy L. Varner*
Randy L. Varner (PA 81943)