IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STAMBAUGH'S AIR SERVICE, INC. | : | **1:CV-00-660** |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| SUSQUEHANNA AREA REGIONAL AIRPORT AUTHORITY, ET AL. | : | |
| | : | |
| Defendant | : | |

**ORDER**

**AND NOW**, this 11th day of August, 2005, **IT IS HEREBY ORDERED THAT** a telephone conference shall be held on August 31, 2005, at 9:30 a.m. to discuss the status of this case. Plaintiff's counsel shall initiate this telephone conference. The telephone number of the Court is 717-221-3990.

    S/ Yvette Kane
    Yvette Kane
    U.S. District Judge