# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STAMBAUGH'S AIR SERVICE, INC.** | : | 1:CV-00-660 |
| **Plaintiff** | : | |
| v. | : | (Judge Kane) |
| **SUSQUEHANNA AREA REGIONAL AIRPORT AUTHORITY, ET AL.** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, this 31st day of August, 2005, **IT IS HEREBY ORDERED THAT** the parties in the above captioned action may file supplemental briefs regarding the August 3, 2000 Report and Recommendation by Magistrate Judge Smyser (Doc. No. 21), and the objections thereto, on or before September 30, 2005. **IT IS FURTHER ORDERED THAT** a Joint Case Management Plan shall be filed on or before the same date.

A Case Management Conference shall be held on October 13, 2005, at 11:00 a.m. Plaintiff's counsel shall initiate this telephone conference. The telephone number of the Court is 717-221-3990.

                                                                                            S/ Yvette Kane
                                                                                               Yvette Kane
                                                                                               U.S. District Judge