IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STAMBAUGH'S AIR SERVICE, INC., | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | No. 1:CV-00-0660 |
| | : | |
| SUSQUEHANNA AREA REGIONAL AIRPORT AUTHORITY; BAA HARRISBURG, INC.; DAVID FLEET, individually; DAVID HOLDSWORTH, individually; and DAVID C. MCINTOSH, individually, | : | Electronically Filed |
| Defendants. | : | |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

    Please withdraw the appearances of Thomas B. Schmidt, III, Esquire, Brian P. Downey, Esquire, and the law firm of Pepper Hamilton LLP as counsel for plaintiff Stambaugh's Air Service, Inc.

                                                */s/ Thomas B. Schmidt, III*
                                                Thomas B. Schmidt, III (PA 19196)
                                                Brian P. Downey (PA 59891)
                                                PEPPER HAMILTON LLP
                                                200 One Keystone Plaza
                                                North Front and Market Streets
                                                Post Office Box 1181
                                                Harrisburg, PA 17108-1181
                                                (717) 255-1164
                                                (717) 238-0575 (Fax)

Date: September 16, 2005                    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2005, a true and correct copy of the foregoing *Withdrawal of Appearance* was served upon the following:

<u>Hand Delivery</u>
Robert E. Chernicoff
Cunningham & Chernicoff, P.C.
2320 North 2nd Street
Harrisburg, PA 17106-0457

<u>ECF System</u>
Dean F. Peirmattei, Esquire
Rhoads & Sinon LLP
One South Market Square
Post Office Box 1146
Harrisburg, PA  17108
*dpiermattei@rhoads-sinon.com*


　　　　　　　　　　*/s/ Thomas B. Schmidt, III*
　　　　　　　　　　Thomas B. Schmidt, III (PA 19196)