## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STAMBAUGH'S AIR SERVICE, INC.** | : | 1:CV-00-660 |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **SUSQUEHANNA AREA REGIONAL** | : | |
| **AIRPORT AUTHORITY, ET AL.** | : | |
| | : | |
| **Defendant** | : | |

### ORDER

On September 19, 2005, counsel for Plaintiff withdrew appearance in the above captioned matter without first seeking leave from this Court.  (Doc. No. 59.)  No substitute counsel has entered an appearance on behalf of Plaintiff.  Local Rule 83.15 states that "[a]ppearance of counsel shall not be withdrawn except by leave of court. . . .  The Court may refuse to grant a motion for leave to withdraw unless substitute counsel has entered an appearance."  Accordingly, **IT IS HEREBY ORDERED THAT** counsel's letter of withdrawal is **STRICKEN**.


         S/ Yvette Kane
         Yvette Kane
         U.S. District Judge

Date: September 28, 2005.