IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STAMBAUGH'S AIR SERVICE, INC., : | |
| : | |
| Plaintiff : | |
| v. : | CASE NO. 1:CV-00-0660 |
| : | |
| SUSQUEHANNA AREA REGIONAL : | Judge Yvette Kane |
| AIRPORT AUTHORITY, BAA : | Magistrate Judge J. Andrew Smyser |
| HARRISBURG, INC., DAVID FLEET, : | |
| individually, DAVID HOLDSWORTH, : | |
| individually, and DAVID C. McINTOSH, : | |
| individually, : | |
| Defendants : | |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | |

## ENTRY OF APPEARANCE

TO THE CLERK:

Please enter the appearance of Cunningham & Chernicoff, P.C. and Jordan D. Cunningham, Esquire, as attorneys for the Plaintiff, Stambaugh's Air Service, Inc., in the above captioned matter.

          Respectfully submitted,

          CUNNINGHAM & CHERNICOFF, P.C.

By:  /s/ Jordan D. Cunningham, Esquire
      Jordan D. Cunningham, Esquire
      PA I.D. No. 23144
      2320 North 2nd Street
      Harrisburg, PA 17110
      (717) 238-6570
      *Attorneys for Plaintiff*

Dated: September 30, 2005
F:\HOME\AHEWITT\DOCS\Q-S\STAMAIR\ENTRY.WPD