IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STAMBAUGH'S AIR SERVICE, INC., : | |
| : | |
| Plaintiff : | |
| v. : | CASE NO. 1:CV-00-0660 |
| : | |
| SUSQUEHANNA AREA REGIONAL : | Judge Yvette Kane |
| AIRPORT AUTHORITY, BAA : | Magistrate Judge J. Andrew Smyser |
| HARRISBURG, INC., DAVID FLEET, : | |
| individually, DAVID HOLDSWORTH, : | |
| individually, and DAVID C. McINTOSH, : | |
| individually, : | |
| Defendants : | |
| ....................................................: | |

**CERTIFICATE OF SERVICE**

I, Angela L. Hewitt, legal secretary with the law firm of Cunningham & Chernicoff, P.C., hereby certify that on the 30th day of September 2005 a true and correct copy of the foregoing **Entry of Appearance** was served by electronic means or first-class U.S. Mail, postage prepaid, to:

Dean F. Piermattei, Esquire
Timothy J. Nieman, Esquire
Susan E. Schwab, Esquire
Rhoads & Sinon LLP
One South Market Sq., 12th Flr.
P.O. Box 1146
Harrisburg, PA 17108-1146

Thomas B. Schmidt, III, Esquire
Brian P. Downey, Esquire
Randy L. Varner, Esquire
Kelly Ann Ryan, Esquire
Pepper Hamilton LLP
200 One Keystone Plaza
North Front and Market Streets
P.O. Box 1181
Harrisburg, PA 17108-1181

/s/Angela L. Hewitt
Angela L. Hewitt