# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STAMBAUGH'S AIR SERVICE, INC.** | : | **1:CV-00-660** |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **SUSQUEHANNA AREA REGIONAL** | : | |
| **AIRPORT AUTHORITY, ET AL.** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

    **AND NOW**, this 12TH  day of October, 2005, **IT IS HEREBY ORDERED THAT** the

Case Management Conference scheduled for October 13, 2005, is **RESCHEDULED** to October 20,

2005, at 1:30 p.m.  This conference **will be held by telephone and shall be initiated by Plaintiff's**

**counsel.  The telephone number of the court is 717-221-3990.**


                                                              ___S/ Yvette Kane_____
                                                              Yvette Kane
                                                              U.S. District Judge