# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STAMBAUGH'S AIR SERVICE, INC.** | : | 1:CV-00-660 |
| **Plaintiff** | : | |
| v. | : | **(Judge Kane)** |
| **SUSQUEHANNA AREA REGIONAL AIRPORT AUTHORITY, ET AL.** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, this 20th day of October, 2005, **IT IS HEREBY ORDERED THAT** the above captioned case is stayed pending adjudication of Defendants' Motion to Dismiss (Doc. No. 7). A telephone conference shall be held on December 22, 2005, at 9:30 a.m. Plaintiff's counsel shall initiate this conference call. The telephone number of the Court is 717-221-3990.

                                                                                     S/ Yvette Kane
                                                                                     Yvette Kane
                                                                                     U.S. District Judge