IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STAMBAUGH'S AIR SERVICE, INC., | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | No. 1:CV-00-0660 |
| | : | |
| SUSQUEHANNA AREA REGIONAL AIRPORT AUTHORITY; BAA HARRISBURG, INC.; DAVID FLEET, individually; DAVID HOLDSWORTH, individually; and DAVID C. MCINTOSH, individually, | : | Electronically Filed |
| Defendants. | : | |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

    Please withdraw the appearances of <u>Thomas B. Schmidt, III, Esquire</u>, <u>Brian P. Downey, Esquire</u>, <u>and</u> the law firm of <u>Pepper Hamilton LLP</u> as counsel for plaintiff Stambaugh's Air Service, Inc.

                                                                */s/ Thomas B. Schmidt, III*
                                                                Thomas B. Schmidt, III (PA 19196)
                                                                Brian P. Downey (PA 59891)
                                                                PEPPER HAMILTON LLP
                                                               200 One Keystone Plaza
                                                               North Front and Market Streets
                                                               Post Office Box 1181
                                                               Harrisburg, PA 17108-1181
                                                               (717) 255-1164
                                                               (717) 238-0575 (Fax)

Date:  October 21, 2005                                Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2005, a true and correct copy of the foregoing *Withdrawal of Appearance* was served upon the following:

<u>*via* ECF System</u>
Jordan D. Cunningham, Esquire
Cunningham & Chernicoff, P.C.
2320 North 2nd Street
Harrisburg, PA 17106-0457

<u>*via* ECF System</u>
Dean F. Peirmattei, Esquire
Rhoads & Sinon LLP
One South Market Square
Post Office Box 1146
Harrisburg, PA 17108
*dpiermattei@rhoads-sinon.com*

<u>*/s/ Thomas B. Schmidt, III*</u>
Thomas B. Schmidt, III (PA 19196)