IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STAMBAUGH'S AIR SERVICE, INC.** | : | 1:CV-00-660 |
| **Plaintiff** | : | |
| v. | : | (Judge Kane) |
| **SUSQUEHANNA AREA REGIONAL AIRPORT AUTHORITY, ET AL.** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, this 21st day of December, 2005, **IT IS HEREBY ORDERED THAT** the telephone conference scheduled for December 22, 2005, is **RESCHEDULED** to January 6, 2006, at 10:30 a.m. This conference **will be held by telephone and shall be initiated by Plaintiff's counsel. The telephone number of the court is 717-221-3990.**


         S/ Yvette Kane
         Yvette Kane
         U.S. District Judge