**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **STAMBAUGH'S AIR SERVICE, INC.** | : | 1:CV-00-660 |
| **Plaintiff** | : | |
| v. | : | **(Judge Kane)** |
| **SUSQUEHANNA AREA REGIONAL AIRPORT AUTHORITY, ET AL.** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, this 6th day of January, 2006, **IT IS HEREBY ORDERED THAT** the telephone conference scheduled for January 13, 2006, is **CANCELLED.** An Order on Magistrate Judge Smyser's Report and Recommendation shall be forthcoming.

      S/ Yvette Kane
      Yvette Kane
      U.S. District Judge