# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STAMBAUGH'S AIR SERVICE, INC., | : | |
| | : | Civil Action No. 1:00-CV-660 |
| Plaintiff | : | |
| | : | (Magistrate Judge Smyser) |
| v. | : | |
| | : | |
| SUSQUEHANNA AREA REGIONAL AIRPORT AUTHORITY, et al., | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this _____ day of March, 2006, upon consideration of Plaintiff's Motion for Enlargement of Time, it is hereby **ORDERED** that said Motion is granted.  Accordingly, the Court hereby orders that:

A.   Plaintiff may file an Amended Complaint as to Count V within twenty (20) days of this Order.

BY THE COURT:

_____
                                                   J.