# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STAMBAUGH'S AIR SERVICE, INC., | : | |
| | : | Civil Action No. 1:00-CV-660 |
| Plaintiff | : | |
| | : | (Magistrate Judge Smyser) |
| v. | : | |
| | : | |
| SUSQUEHANNA AREA REGIONAL AIRPORT AUTHORITY, et al., | : | |
| | : | |
| Defendant | : | |

## CERTIFICATE OF SERVICE

I, **Stacy A. Sollenberger**, secretary with the law firm of Cunningham & Chernicoff, P.C., hereby certify that on the 20th day of March, 2006, a true and correct copy of the Motion for Enlargement of Time was served via electronic mail and/or by first-class U.S. Mail, postage prepaid, to:

Dean F. Piermattei, Esquire
Timothy J. Nieman, Esquire
Susan E. Schwab, Esquire
Rhoads & Sinon LLP
One South Market Sq., 12th Flr.
P.O. Box 1146
Harrisburg, PA 17108-1146


CUNNINGHAM & CHERNICOFF, P.C.

By:  /s/ Stacy Sollenberger
     Stacy A. Sollenberger
     2320 North Second Street
     Harrisburg, PA 17110