UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STAMBAUGH'S AIR SERVICE, INC., | : | CIVIL NO. **1:00-CV-0660** |
| | : | |
| Plaintiff | : | (Judge Kane) |
| | : | |
| v. | : | (Magistrate Judge Smyser) |
| | : | |
| SUSQUEHANNA AREA REGIONAL AIRPORT AUTHORITY; BAA HARRISBURG, INC.; DAVID FLEET; DAVID HOLDSWORTH; and DAVID C. MCINTOSH, | : : : : : | |
| | : | |
| Defendants | : | |

**ORDER**

    **IT IS ORDERED** that a case management conference shall be held on April 21, 2006, at 11:00 a.m., in Chambers, Eleventh Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. A supplemental case management plan shall be filed on or before April 17, 2006. A trial date and pretrial conference date will be set.

                                            */s/ J. Andrew Smyser*
                                             J. Andrew Smyser
                                             Magistrate Judge

Dated: March 20, 2006.