IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

STAMBAUGH'S AIR SERVICE, INC.,      :
                                    :
                    Plaintiff       :
            v.                      :   CASE NO. 1:CV-00-0660
                                    :
SUSQUEHANNA AREA REGIONAL           :   Judge Yvette Kane
AIRPORT AUTHORITY, BAA              :   Magistrate Judge J. Andrew Smyser
HARRISBURG, INC., DAVID FLEET,      :
individually, DAVID HOLDSWORTH,     :
individually, and DAVID C. McINTOSH,:
individually,                       :
                    Defendants      :   Electronically Filed
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

## MOTION TO EXTEND DEADLINE FOR FILING ANSWER

NOW COME Defendants Susquehanna Area Regional Airport Authority,

BAA Harrisburg, Inc., David Fleet, David Holdsworth and David McIntosh and

move this Court to extend the deadline for submission of Defendants' Answer to

Plaintiff's First Amended Complaint.  Specifically, Defendants request that the

deadline for submission of its Answer to Plaintiff's First Amended Complaint,

currently Monday, April 24, 2006, be extended by forty-five days to Thursday,

June 8, 2006.  The Defendants propose this extension due to the fact that the

Individual Defendants are no longer in Pennsylvania and the SARAA Board

Members and Executive Director in place at the time of the facts at issue in Plaintiff's Complaint are no longer with SARAA.  As a result, Defendants require additional time to locate the appropriate individuals and formulate a response to the Complaint.

WHEREFORE, Defendants Susquehanna Area Regional Airport Authority, BAA Harrisburg, Inc., David Fleet, David Holdsworth and David McIntosh respectfully request that this Honorable Court grant the extension of the deadline as set forth above.

Respectfully submitted,

RHOADS & SINON LLP

By:    ___/s/ Dean F. Piermattei _____
Dean F. Piermattei
Attorney I.D. No. 53847
Timothy J. Nieman
Attorney I.D. No. 66024
Stephanie E. DiVittore
Attorney I.D. No. 85906
P.O. Box 1146
Harrisburg, PA  17108-1146

Attorneys for Defendants