IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STAMBAUGH'S AIR SERVICE, INC., | : |
| Plaintiff | : |
| v. | : CASE NO. 1:CV-00-0660 |
| | : |
| SUSQUEHANNA AREA REGIONAL | : Judge Yvette Kane |
| AIRPORT AUTHORITY, BAA | : Magistrate Judge J. Andrew Smyser |
| HARRISBURG, INC., DAVID FLEET, | : |
| individually, DAVID HOLDSWORTH, | : |
| individually, and DAVID C. McINTOSH, | : |
| individually, | : |
| Defendants | : Electronically Filed |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : |

## CERTIFICATE OF CONCURRENCE

Pursuant to Local Rule 601.1, the undersigned hereby certifies that he communicated with Jordan Cunningham, Esquire and was advised that he concurs in Defendants' Motion to Extend Deadline for Filing Answer.

        RHOADS & SINON LLP

By:   ___/s/ Dean F. Piermattei_____
      Dean F. Piermattei
      Attorney I.D. No. 53847
      Timothy J. Nieman
      Attorney I.D. No. 66024
      Stephanie E. DiVittore
      Attorney I.D. No. 85906
      P.O. Box 1146
      Harrisburg, PA  17108-1146

      Attorneys for Defendants