IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STAMBAUGH'S AIR SERVICE, INC., | : |
| Plaintiff | : |
| v. | : CASE NO. 1:CV-00-0660 |
| | : |
| SUSQUEHANNA AREA REGIONAL | : Judge Yvette Kane |
| AIRPORT AUTHORITY, BAA | : Magistrate Judge J. Andrew Smyser |
| HARRISBURG, INC., DAVID FLEET, | : |
| individually, DAVID HOLDSWORTH, | : |
| individually, and DAVID C. McINTOSH, | : |
| individually, | : |
| Defendants | : |
| ……………………………………… | : |

## **ORDER**

AND NOW this _____ day of _____, 2006, upon consideration of Defendants' Motion to Extend Deadline for Filing Answer, it is hereby ORDERED that said Motion is GRANTED. The deadline for filing an Answer to Plaintiff's First Amended Complaint is extended to Thursday, June 8, 2006.

BY THE COURT:

_____

, J.

604454.1