IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

STAMBAUGH'S AIR SERVICE, INC., :
:
Plaintiff :
v. : CASE NO. 1:CV-00-0660
:
SUSQUEHANNA AREA REGIONAL : Judge Yvette Kane
AIRPORT AUTHORITY, BAA : Magistrate Judge J. Andrew Smyser
HARRISBURG, INC., DAVID FLEET, :
individually, DAVID HOLDSWORTH, :
individually, and DAVID C. McINTOSH, :
individually, :
Defendants :
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

### ORDER

AND NOW this _19TH_ day of _APRIL_____, 2006, upon consideration of Defendants' Motion to Extend Deadline for Filing Answer, it is hereby ORDERED that said Motion is GRANTED. The deadline for filing an Answer to Plaintiff's First Amended Complaint is extended to Thursday, June 8, 2006.

BY THE COURT:

_____, J.

604454.1