IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STAMBAUGH'S AIR SERVICE, INC., | : |
| | : |
| Plaintiff | : |
| v. | : CASE NO. 1:CV-00-0660 |
| | : |
| SUSQUEHANNA AREA REGIONAL | : Judge Yvette Kane |
| AIRPORT AUTHORITY, BAA | : Magistrate Judge J. Andrew Smyser |
| HARRISBURG, INC., DAVID FLEET, | : |
| individually, DAVID HOLDSWORTH, | : |
| individually, and DAVID C. McINTOSH, | : |
| individually, | : |
| Defendants | : Electronically Filed |
| ………………………………………… | : |

## UNCONTESTED MOTION TO EXTEND DEADLINE FOR FILING ANSWER

NOW COME Defendants Susquehanna Area Regional Airport Authority, BAA Harrisburg, Inc., David Fleet, David Holdsworth and David McIntosh and move this Court to extend the deadline for submission of Defendants' Answer to Plaintiff's First Amended Complaint. Specifically, Defendants request that the deadline for submission of its Answer to Plaintiff's First Amended Complaint, be extended until July 10, 2006. The Defendants propose this extension due to the fact that the Individual Defendants are no longer in Pennsylvania and the SARAA Board Members and Executive Director in place at the time of the facts at issue in

612495.1

Plaintiff's Complaint are no longer with SARAA. SARAA located these Defendants and has made arrangements to meet with them in order to prepare the Answer, but will be unable to do so until July, 2006. As a result, Defendants require additional time formulate a response to the Complaint. Because of the Case Management Order currently in place, this extension will not result in delay of resolution of this case. In addition, counsel for Defendants contacted counsel for Plaintiff, Jordan Cunningham, and Mr. Cunningham does not object to this Motion or an extension to July 10, 2006 for filing the Answer.

    WHEREFORE, Defendants Susquehanna Area Regional Airport Authority, BAA Harrisburg, Inc., David Fleet, David Holdsworth and David McIntosh respectfully request that this Honorable Court grant the extension of the deadline as set forth above.

Respectfully submitted,

RHOADS & SINON LLP

By: ___/s/ Dean F. Piermattei_____
Dean F. Piermattei
Attorney I.D. No. 53847
Timothy J. Nieman
Attorney I.D. No. 66024
Stephanie E. DiVittore
Attorney I.D. No. 85906
P.O. Box 1146
Harrisburg, PA  17108-1146

Attorneys for Defendants