IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STAMBAUGH'S AIR SERVICE, INC., : | |
| : | |
| Plaintiff : | |
| v. : | CASE NO. 1:CV-00-0660 |
| : | |
| SUSQUEHANNA AREA REGIONAL : | Judge Yvette Kane |
| AIRPORT AUTHORITY, BAA : | Magistrate Judge J. Andrew Smyser |
| HARRISBURG, INC., DAVID FLEET, : | |
| individually, DAVID HOLDSWORTH, : | |
| individually, and DAVID C. McINTOSH, : | |
| individually, : | |
| Defendants : | |
| ……………………………………: | |

## ORDER

AND NOW this _____ day of _____, 2006, upon consideration of Defendants' Uncontested Motion to Extend Deadline for Filing Answer, it is hereby ORDERED that said Motion is GRANTED. The deadline for filing an Answer to Plaintiff's First Amended Complaint is extended to Monday, July 10, 2006.

BY THE COURT:

_____

, J.

612497.1