# Harrisburg International Airport
www.flyHIA.com

October 5, 1999

Mr. Mark Stambaugh
Stambaugh Aviation, Inc.
P.O. Box 149
Middletown, PA  17057

Dear Mr. Stambaugh:

The Susquehanna Area Regional Airport Authority invites your company to submit information in response to the enclosed Request for Qualifications (RFQ).  The Authority seeks an exceptional business partner to conduct a Fixed Base Operation (FBO) at Harrisburg International Airport (MDT).  A 50,000-square foot former corporate hangar is available for lease.

Please review the RFQ thoroughly and prepare a submission consistent with its requirements.  The deadline for submissions is 4:00 P.M., EST, Tuesday, November 2, 1999.  Also, the Authority will afford companies an opportunity to tour the hangar facility and ask questions concerning the RFQ at a pre-submission conference, scheduled for October 19, 1999.

We look forward to your interest in this partnership.

Sincerely,

Robert L. Hendricks
Property and Retail Manager

/rlh

Enclosure

Cc:    Mr. David M. Fleet, Airport Director
       Mr. David Holdsworth, SARAA Executive Director



135 York Drive, Suite 100, Middletown, PA 17057

# REQUEST FOR QUALIFICATIONS

## FULL SERVICE FIXED BASE OPERATOR
## HARRISBURG INTERNATIONAL AIRPORT (MDT)

Issued by:

**SUSQUEHANNA AREA REGIONAL AIRPORT AUTHORITY**
**135 York Drive**
**Suite 100**
**Middletown, PA  17057**

October 5, 1999

Full Service Fixed Base Operator RFQ
Susquehanna Area Regional Airport Authority
Harrisburg International Airport
October 5, 1999

I.    Introduction
    1. Purpose of Request
    2. Description of Facility and Desired Services
    3. Description of Existing FBO Operations
    4. Airport Background

II.   Minimum Standards, Qualifications Submittal and Financial Questionnaire
    1. Minimum Standards
    2. Qualifications Submittal
        Identification of Aviation Services for Operations at MDT
        Copies of certifications and updates
        Security Procedures
        Employee Requirements
        Training Programs
        Subtenants/Subcontractors
    3. Financial Information Questionnaire
        Company Ownership and Structure
        Business Plan
        Financial Information
        Experience Statement
        Other Required Proposal Information

III.  Submittal Requirements
    1. Submittal Format and Content
    2. Submittal Deadline

IV.   Selection Process

V.    Miscellaneous

Exhibits
A.    AMP/Tyco Hangar Drawings and Related Personal Property
B.    Factsheet
C.    Airport Master Plan
D.    Financial Questionnaire
E.    Fuel Sales Summary 1997 through 1999
F.    Based Aircraft
G.    Annual Aircraft Operations

Full Service Fixed Base Operator RFQ
Susquehanna Area Regional Airport Authority
Harrisburg International Airport

I.    Introduction

1.    Purpose of Request

The Susquehanna Area Regional Airport Authority (SARAA), owner of Harrisburg International Airport (MDT) and Capital City Airport (CXY), invites interested Fixed-Base Operators to submit Statements of Qualifications to provide high-quality aviation service, repair, maintenance, fueling and related products from an existing hangar facility at MDT. SARAA expects interested parties to conduct business under a non-exclusive right and privilege in a manner that exceeds established minimum standards in order to successfully handle commercial and based general aviation aircraft as well as attract transient aircraft to MDT.

2.    Description of Facility and Desired Services

SARAA is purchasing the corporate hangar facility of AMP, Inc., recently acquired by Tyco International, Inc. Tyco has determined that the hangar is excess to its needs. This transaction will be completed by January 2000. It has been determined that occupancy could occur by April 2000.

The hangar is a divisible 50,000 square-foot Class A building with two large bays for aircraft storage and maintenance. Each bay is approximately 17,125 square feet with 85-foot door openings. The hangar sits on approximately 5.2 acres at the west-end corporate hangar area of HIA. Additionally, the site and hangar include the following amenities:

Areas for shops, catering, snack bar, lounges and offices
97-space paved automobile parking lot (used in common with other tenants)
63,000 square-foot ramp/aircraft parking apron
48,000-gallon AVFUEL fuel farm (4 12,000-gallon USTs, compliant)

The site and facility are shown in Exhibit A, attached to this RFQ. Also, a list of residual personal property is available for use by the FBO (same Exhibit).

INTERESTED PARTIES ARE HEREBY NOTIFIED THAT SARAA HAS ARRANGED A PRE-SUBMISSION CONFERENCE AND TOUR OF THE HANGAR FOR TUESDAY, OCTOBER 19, 1999 AT 10:00 A.M. IN THE CONFERENCE ROOM ON THE MAIN LEVEL OF THE AMP, INC. HANGAR, 517 AIRPORT DRIVE, HARRISBURG INTERNATIONAL AIRPORT, MIDDLETOWN, PENNSYLVANIA. ATTENDANCE AT THIS MEETING IS MANDATORY IN ORDER FOR YOUR COMPANY TO BECOME A CANDIDATE FOR CONSIDERATION. Directions are available by calling (717) 948-4643.

3.    Brief Description of Existing FBO Operations

SARAA currently has lease and authorization agreements with two FBOs. Aero Services International, Inc. has operated on the airfield since 1997 with fueling services, commercial and GA maintenance and repair, tie-down and limited aircraft storage facilities. Stambaugh's Air Service, Inc. was established in 1974 and has supplied fueling, maintenance and repair, tie-down and storage services continuously in concert with the company's heavy aircraft maintenance operation in two large hangars. Both existing FBOs are situate in the central portion of the airfield.

Existing FBOs, including Harrisburg Jet Center, Inc. at Capital City Airport, are eligible to submit a Statement of Qualifications in order to become a candidate for consideration.

4.    Airport Background

The Susquehanna Area Regional Airport Authority airport system serves central Pennsylvania with commercial passenger and cargo service through two facilities – Harrisburg International Airport and Capital City Airport. The two airports are under the ownership of the Susquehanna Area Regional Airport Authority. The authority is directed by representatives of the counties of York, Dauphin and Cumberland; the cities of York and Harrisburg; the townships of Fairview and Lower Swatara; and, the town of Middletown. Both airports are managed under a long-term contract by BAA Harrisburg, Inc.

A multi-page factsheet is attached at Exhibit B, providing background on the Airport.

A preliminary Master Plan for Harrisburg International Airport has recently been developed with assistance from Leigh Fisher Associates. An illustrative version is provided as Exhibit C.

II.    Minimum Standards, Qualifications Submittal and Financial Requirements

1.    Minimum Standards

A fixed-base operator is hereby defined as a firm or corporation engaging in full-scale commercial aviation services and activities, as set forth in the minimum standards as indicated here and under the appropriate lease or legal arrangement.

SARAA expects the successful FBO to serve all needs of the Airlines and general aviation public, in a non-discriminatory manner, as a full-service fixed base operator. The hours of operation and required aeronautical/aviation services are described beginning on the next page.

*Hours of Operation*
    5:00 A.M. through 12:00 A.M., seven (7) days per week including holidays; after-hours services shall be available by prior arrangement

*Required Services*
1. Fuel and Oil Sales
2. Ground Handling and Customer Services
3. Aircraft, Engine and Accessory Maintenance
4. Aircraft Parts and Supply Sales
5. Aircraft Storage

2. Qualifications Submittal

    1. *Identification of Aviation Services for Operations at MDT*
The Submittal must clearly identify the set of required and any optional services which the FBO will provide at MDT. Further, each service should be described in a manner that conveys the company's familiarity and understanding of the specific needs and expectations of commercial and general aviation partners at MDT and how each of its services will meet or exceed expectations.

    2. *Copies of Certifications and Updates*
The FBO will furnish in its Submittal true and correct copies of all current Federal, state and/or local certifications and updates thereto required to permit it to operate at Airports in the United States. Additionally, the FBO is required to provide a record of any violations of FAA Part 139, Part 145 and any other applicable FAA regulation having occurred at any of its operations during the past three years.

    3. *Company Security and Customer Service Procedures*
The FBO will supply its written security procedures/manuals, applicable to all personnel when in conduct of its business. Likewise, the FBO will provide its written customer service standards and practices used to educate its employees in providing high-quality aviation services to customers.

    4. *Employee Requirements*
The FBO shall furnish an illustrative staffing plan for providing the services described in Item 1 above. The plan must indicate the number of A & P technicians and the coverage anticipated during any 24-hour period. Also, the FBO shall sufficiently describe its employee hiring and disciplinary procedures, including all requirements for screening and background verifications as well as drug and alcohol testing.

5.    *Employee Training and Recruitment Program*
The submittal shall include a description of the FBO's training and recruitment efforts in support of its operation at MDT. The FBO shall describe the types and number of hours per year of training for each staff position. The FBO shall describe the strategies it will use to recruit new employees such as trade school outreach, job placement services and the like.

6.    *Subtenants/Subcontractors*
The FBO shall disclose any tenants which it knows now will occupy the hangar if a lease with SARAA is approved. This information will not be released. The FBO shall also disclose any sublease or co-venture arrangement with another reputable party for maintenance or any other required or optional aviation service.

3.    Financial Information Questionnaire

A financial questionnaire is attached at Exhibit D. The submittal MUST include a fully completed questionnaire. Any submittal that does not include a substantially complete questionnaire, solely based upon SARAA's discretion, will be rejected.

III.    Submittal Requirements

1.    Submittal Format and Content

To be considered for evaluation, the length of submittals shall not exceed 15 pages (one-sided and double-spaced) of data developed for responding to this RFQ. The limitation does not include index sheets, general promotional materials, a brief transmittal letter or required attachments such as certification forms or the Financial Questionnaire.

Submittals shall be organized as follows:

    Cover
    Transmittal Letter
    Index/Table of Contents
    Items 1 through 6, as described in Section II.2. above
    Financial Questionnaire
    List of Current References/Operations
    Attachments

The materials presented in the Statements of Qualifications is expected to clearly reflect qualifications that demonstrate the FBOs superior ability and experience in managing and providing aviation services to commercial and general aviation customers.

2.    Submittal Deadline

Twelve (12) copies of the Statements of Qualifications must be submitted to Mr. David
M. Fleet, Airport Director, Harrisburg International Airport at 135 York Drive, Suite 100,
Harrisburg International Airport, Middletown, Pennsylvania 17057.  Express delivery of
the Statement of Qualifications can be sent to the same address.

Statements of Qualifications shall be submitted in a sealed package marked, "Statement
of Qualifications, Full Service Fixed Base Operator, Harrisburg International Airport".
Submittals must be received no later than 4:00 p.m., EST, on November 2, 1999.

Only those submittals received prior to this date and time and meeting all the
requirements of the RFQ will be considered.  No submittal will be considered or accepted
which is submitted by an FBO that is in default under the terms of any existing agreement
with SARAA or which has failed to faithfully perform its obligations under any previous
agreement with SARAA.  Submittal transmittal letters shall be signed by an authorized
representative of the FBO.

It is believed that this RFQ document contains all the information that is needed to
prepare an adequate response.  However, any questions or requests for information that
may arise must be submitted in writing by 4:00 p.m., EST, on October 14, 1999 to Mr.
David M. Fleet at the address noted above.  Responses, where deemed appropriate, will
be given during the pre-submittal conference.  Discussions concerning any matter related
to this request with BAA Harrisburg, Inc. staff, SARAA staff or members of SARAA's
Board of Directors are expressly prohibited and shall result in the rejection of the
offender's submittal.

IV.    Selection Process

The provision of quality FBO services at MDT is essential to meeting the expectations of
SARAA's commercial and general aviation partners.  The successful candidate will be
that FBO which, through its experience, reputation, demonstrated ability and level of
interest, possesses, in SARAA's opinion, the best overall qualifications.

The procedure for selection is described in the following steps:

1.    A committee of SARAA Board members and BAA Harrisburg staff will
review Statements of Qualifications from FBOs.  The selection committee
may identify a short list of FBO candidates for further review, depending
upon the response to this RFQ.

2.    At the discretion of SARAA, candidates may be required to make a
presentation and be interviewed at the SARAA offices by the selection
committee.  If this step is used, the FBO must be represented by a
corporate officer(s) of the company, along with the individual who would
likely be general manager of the operation at MDT.  The potential general

7

      manager must play a lead or equal role in the presentation and interview, discussing the company's ability to satisfy the requirements for services.

3.     A ranking of candidates will be accomplished by the selection committee whereby a recommended FBO will be selected. The recommended FBO will enter into negotiations with SARAA on a lease agreement setting out the rights, obligations, terms and conditions to operate an FBO at MDT.

4.     If a mutually satisfactory lease agreement cannot be reached with the first ranked FBO, negotiations will be terminated with that candidate and a negotiation may be initiated with the second ranked FBO. The process may be repeated until a mutually satisfactory lease agreement is reached.

When a lease agreement is reached, a recommendation will be made to the SARAA Board of Directors to execute the lease agreement.

SARAA reserves the right to reject any proposal at its discretion for any reason.


V.     Miscellaneous

This RFQ is not to be construed as a contract or a commitment of any kind, nor does it commit SARAA to pay for any costs incurred in the preparation of a Statement of Qualifications or of any costs incurred prior to the execution of a lease agreement.

A FINANCIAL PROPOSAL OR BID ADDRESSING PAYMENTS TO SARAA INCLUDING, BUT NOT LIMITED TO, RENTS, SALES COMMISSIONS, FUEL FLOWAGE FEES, AND/OR PERCENTAGES ON OTHER SALES OR SERVICES, IS EXPRESSLY EXCLUDED FROM THIS REQUEST.

SARAA reserves the sole right to: (1) evaluate Statements of Qualifications; (2) waive any irregularities therein; (3) select candidates for selection interviews; (4) request supplemental or additional information as deemed necessary; (5) contact other parties or references to verify information provided in the Statements of Qualifications; or (6) reject any and all submittal(s), should it be deemed in the best interest of SARAA.

No communications, meetings, briefings or debriefings shall occur with SARAA or BAA Harrisburg, Inc. officials or staff unless specifically authorized by the Airport Director. Again, a pre-submission conference has been scheduled on Tuesday, October 19, 1999 for all questions and information sharing concerning the RFQ.

Exhibit A

AMP/TYCO Hangar Drawings and Related Personal Property

# AMP Hangar Inventory

Harrisburg International Airport

August 12, 1999

| Remove | Stay | ITEM DESCRIPTION |
|---|---|---|
| | | 2 ea large pallet racks, tan color, with used paint (1st flr SE) |
| | | 2 ea large pallet racks with 1 shelve, tan color, (storage rm 1st flr W) |
| | | 1 ea 2 shelf unit, tan color (storage rm 1st flr W) |
| | | 1 ea server connection rack (elect rm 1st flr W) |
| | | 1 ea Aircraft generator tester (battery rm 1st flr W) |
| | | 1 ea work bench small with drawer and shelf (hall 1st flr W) |
| | | 1 ea 3 shelf unit, white color (paint shop 1st flr E) |
| | | 1 ea 3 shelf unit, gray color (utility rm 1st flr E) |
| | | 1 ea Aircraft tug (1st flr W) |
| | | 1 ea Aircraft tow-bars |
| | | 6 ea oxygen bottles (1st flr W) |
| | | 5 ea Nitrogen bottles (1st flr W) |
| | | 1 ea Acetylene bottle (1st flr W) |
| | | 1ea Hazardous Waste Storage Rm, see photos (1st flr SW corner) |
| | | 6 ea wall cabinets, (avionics repair shop 1st flr  W) |
| | | 3 walls of work bench, (avionics repair shop(1st flr W) |
| | | 3 walls of wall cabinets, (avionics repair shop 1st flr W) |
| | | 4 ea base cabinets with double doors in W hangar, white (1st flr W) |
| | | 1 ea work platform, 2 story (1st flr W hangar) |
| | | 1 ea sink base cabinet w/ sink, wood grain , (hall 1st flr W) |
| | | 1 ea metal partition with 1 door & 2 windows, (maint.off 1st flr W) |
| | | 15 door wall cabinets, (maint. office 1st flr W) |
| | | 24 cabinet wall unit with 14 shelves, (maint. office 1st flr W) |
| | | 3 ea large pallet racks, tan color, (N hall 1st flr W) |
| | | 1 ea stainless slope sink, (N hall 1st flr W) |
| | | 1 ea wall mount welding hood, (N hall 1st flr W) |
| | | 3 ea double sided pallet rack with center bin section (2nd flr SW) |
| | | 1 ea metal 3 shelf storage rack, white (2nd flr SW) |
| | | 1 ea metal 4 shelf storage rack, white (2nd flr SW) |

# AMP Hangar Inventory

Harrisburg International Airport

August 12, 1999

| | | |
|---|---|---|
| | | 4 ea base cabinets with wood grain top (2nd flr SW) |
| | | 1 ea small air compressor , (mechanical rm 2nd flr W) |
| | | 1 ea boiler, large, (mechanical rm 2nd flr W) |
| | | 1 ea water pressure system, (mechanical rm 2nd flr W) |
| | | 1 ea large air compressor for air tools, (storage rm 2nd flr W) |
| | | 1 ea metal storage rack 4 shelf, white, (2nd flr W) |
| | | 1 ea metal partition with 1 door, 1 window, white (2nd flr W) |
| | | 2 ea metal partitions with 1 door, 1 window (2nd flr W) |
| | | 1 ea metal storage rack 3 shalves, white (2nd flr SW) |
| | | 2 ea metal double door cabinets, white (2nd flr SW) |
| | | 1 ea metal shelf unit 6 shelves, white (2nd flr SW) |
| | | 8 ea metal 3 drawer file cabinets, brown, (hall 2nd flr SW) |
| | | 1 ea metal 1 drawer file cabinet, green, (hall 2nd flr SW) |
| | | 1 ea metal 4 drawer open file cabinet, white, (hall 2nd flr SW) |
| | | 1 ea metal base cabinet 3 door, white w/ wood grain doors (2nd flr) |
| | | 1 ea security system (2nd flr W) |
| | | 1 ea un-interuptable power supply for security system (2nd flr W) |
| | | 2 ea eye wash stations (battery rm & brake shop,1st flr E) |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Exhibit B

Harrisburg International Airport Factsheet

AirNav: Harrisburg Internatic     Airport



*This information may not be accurate or current and is not valid for navigation, flight planning, or*
*for use in flight. Always consult the official publications for current and correct information. No*
*warranty of fitness for any purpose is made or implied. If you find errors in the information*
*provided, here is how to report them.*

# MDT - HARRISBURG INTERNATIONAL AIRPORT

# HARRISBURG, PA

## AIRPORT INFORMATION AS PUBLISHED ON 09 SEPTEMBER 1999

### Location



```
   Lat/Long: 40-11-36.583N / 076-45-48.253W
             (40.1934953 / -76.7634036)
             (estimated)
  Elevation: 310 ft. / 94.5 m (surveyed)
  Variation: 11W (1990)
  From city: 8 miles SE of HARRISBURG, PA
```

### Airport Operations

```
      Facility use: Open to the public
  Sectional chart: NEW YORK
     Control tower: yes
             ARTCC: NEW YORK CENTER
               FSS: WILLIAMSPORT FLIGHT SERVICE STATION [1-800-WX-BRIEF]
   NOTAMs facility: MDT (NOTAM-D service available)
        Attendance: CONTINUOUS
  Pattern altitude: TPA 1300 FT MSL (990 FT AGL) PROPS; 1800 FT MSL (1490
                    FT AGL) JETS.
  Segmented circle: no
            Lights: DUSK-DAWN
            Beacon: white-green (lighted land airport)
       Landing fee: yes
   Fire and rescue: ARFF index C
 Airline operations: Full FAR Part 139 certification, currently receiving
                    scheduled air carrier service
                    PPR 24 HRS FOR UNSKED ACR OPNS WITH MORE THAN 30 PSGR
                    SEATS CALL AMGR 717-948-3921. ARFF INDEX C SVC AVBL
                    0600-0000 DLY; ARFF INDEX B SVC AVBL 0000-0600 DLY.
   Int'l operations: customs landing rights airport
```

### Airport Communications

```
             ATIS: 118.8
```

AirNav: Harrisburg Internatic    Airport

```
    HARRISBURG INTL GROUND: 121.7
                            348.6
     HARRISBURG INTL TOWER: 124.8
                            231.1
      HARRISBURG APPROACH: 118.25(310-079)
                           124.1(180-309)
                           126.45(080-179)
     HARRISBURG DEPARTURE: 118.25(310-079)
                           124.1(180-309)
                           126.45(080-179)
                    EMERG: 121.5
                           243.0
                STAGE-III: 118.25(310-079)
                           124.1(180-309)
                           126.45(080-179)
                  VFR-ADV: 124.8
```

## Radio aids to navigate to the Airport

| VOR radial/distance | VOR name | Freq | Var |
|---|---|---|---|
| HARr125/15.5 | HARRISBURG VORTAC | 112.50 | 10W |
| LRPr291/22.1 | LANCASTER VORTAC | 117.30 | 09W |
| RAVr210/22.9 | RAVINE VORTAC | 114.60 | 11W |
| SEGr179/36.3 | SELINSGROVE VORTAC | 110.40 | 08W |

| NDB name | Hdg/Dist | Freq | Var | ID | |
|---|---|---|---|---|---|
| YORK | 029/17.2 | 285 | 11W | EUD | . ..- -.. |
| BELLGROVE | 223/17.4 | 328 | 10W | BZJ | -... --.. .--- |

## Airport Services

```
      Fuel available: 100LL A
    Airframe service: MAJOR
  Powerplant service: MAJOR
     Bottled oxygen: LOW
        Bulk oxygen: HIGH/LOW
```

## Runway Information

### Runway 13/31

```
                Dimensions: 9510 x 200 ft. / 2899 x 61 m
                   Surface: asphalt/grooved, in good condition
        Runway edge lights: high intensity
```

| | RUNWAY 13 | RUNWAY 31 |
|---|---|---|
| Traffic pattern: | left | right |
| | | VFR DEPS MAKE RIGHT TURN TO 050 DEGS WI 2 MI. |
| Runway heading: | 128 magnetic, 117 true | 308 magnetic, 297 true |
| Markings: | precision instrument | precision instrument |
| Markings condition: | good | good |
| Latitude: | 40-11-57.752N | 40-11-15.407N |
| Longitude: | 076-46-42.957W | 076-44-53.558W |
| Elevation: | 310.1 ft. | 309.3 ft. |
| Threshold crossing height: | 51 ft. AGL | 51 ft. AGL |
| Visual glide path angle: | 3.00 degrees | 3.00 degrees |
| Visual slope indicator: | 12-box VASI | 12-box VASI |
| | | VASI OTS INDEFLY. |

AirNav: Harrisburg International Airport                                              Page 3 of 5

```
              RVR equipment: touchdown
             Approach lights: MALSR: 1,400 foot
                               medium intensity
                               approach lighting
                               system with runway
                               alignment indicator
                               lights
  Runway end identifier lights: yes                        yes
              Centerline lights: yes                        yes
             Instrument approach: ILS                        ILS
           DISPLACED THRESHOLD: yes                        yes
                  DT distance: 993 ft.                   503 ft.
                  DT latitude: 40-11-53.331N            40-11-17.645N
                 DT longitude: 076-46-31.530W           076-44-59.338W
                 DT elevation: 308.1 ft.                 308.2 ft.
             TOUCHDOWN POINT: yes                        yes
                 TD elevation: 308.0 ft.                 308.0 ft.
                    TD lights: no                         no
                  OBSTRUCTIONS: BRUSH                      TREES
                       Height: 12 ft.                    52 ft.
               Slope to clear: 1:1                       9:1
        Distance from threshold: 212 ft.                  697 ft.
      Distance from centerline: 267 ft. right            488 ft. right
  Additional obstruction remarks: APCH SLOPE 50:1 TO       APCH SLOPE 23:1 TO
                               DSPLCD THR.                DSPLCD THR.
```

## Airport Inspection

```
        Inspected by: FAA Airports field personnel from the Eastern Region: Jamaica,
     Last inspection: 17 November 1998
  Federal agreements: - National Plan of Integrated Airport Systems (NPIAS)
                      - Grant agreements under FAAP/ADAP/AIP
                      - Surplus property agreement under Public Law 289
                      - Advance planning agreement under FAAP
                      - Assurances pursuant to Title VI, Civil Rights Act of 1964
```

## Airport Operational Statistics

```
  Aircraft based on the field: 86       Aircraft operations: average 225/day
       Single engine airplanes: 7           62% commercial
        Multi engine airplanes: 45          21% transient general aviation
               Jet airplanes: 24          11% military
                  Helicopters: 2           5% local general aviation
                     Military: 8
```

## Remarks

- ANG: PPR ONLY. CTC BASE OPS DSN 430-9312; C717-948-2312; 0730-1600 WEEKDAYS; CLSD WEEKENDS & HOLS.
- FOR OFFL BUS WITH ANG CTC ANG OPNS ON UHF OR BASE OPNS V430-9313.
- ANG PPR AUTOVON 430-9313 OR 717-948-2313.
- EAST APRON CLSD TO TSNT ACFT WITHOUT PRIOR PERMISSION; CALL AMGR 717-948-3919.
- BIRD FLOCKS ON & INVOF ARPT.
- NO TOUCH & GO TFC 1230-1330 & 2300-0600.
- ANG OPNS - NO ACFT PARKING AVBL; CALL 717-944-1787 EXT 231 FOR PARK & FUEL.

## Airport Diagram



Diagram by the <u>FAA Office of System Capacity</u>
Any areas in blue represent projected expansions

## Services or Facilities at this Airport

| | | |
|---|---|---|
| <u>Aero Services International</u> ✈ Web | | Fuel, Parking, Catering, Car rentals, Public telephone, Restrooms |
| <u>BAA Harrisburg</u> ✈ Web | | Airport management |
| <u>Stambaugh's Air Service</u> | | Fuel |

Please <u>add to or correct this list of services and facilities</u> at MDT.

## Fuel Prices

| FBO | Brand | 100LL | Jet A | Mogas | Date |
|---|---|---|---|---|---|
| <u>Aero Services International</u> | △ AVFUEL | $1.92 | $2.00 | | 30 Jul 1999 |
| <u>Stambaugh's Air Service</u> | 66 | $2.15 | $2.00 | $1.54 | 22 May 1999 |

Please help us keep these prices current. Click here to <u>update these prices</u>.

## Other Web Pages about this Airport

- <u>http://www.hiahbg.org/</u>
- <u>http://www.cumberlink.com/transportation/airports.html</u>
- <u>http://www.faa.gov/ats/asc/Airport Data/MDT Data.html</u>
- <u>http://www.cap.af.mil/airfield/ViewAirport.asp?view=Thumb&state=PA&code=MDT&filetype</u>

Please <u>tell us</u> about other pages about MDT or corrections of the page addresses shown above.

AirNav created by <u>Paulo Santos</u>, <<u>pas@airnav.com</u>>

Exhibit C

Airport Master Plan – Illustrative Development

Exhibit D

Financial Information Questionnaire

Exhibit E

Fuel Sales Summary 1997 through 1999

9/22/99

HARRISBURG INTERNATIONAL AIRPORT
FUEL FLOWAGE
CALENDER YEAR 1997

| | Stambaugh Gallons | Piedmont Gallons | Stambaugh Flowage Fees | Piedmont Flowage Fees | TOTAL GALLONS | TOTAL FUEL FLOWAGE FEE |
|---|---|---|---|---|---|---|
| **SIGNATORY PASSENGER AIRLINES:** | | | | | | |
| Air Ontario | 220,179 | | $11,008.95 | | 220,179 | $11,008.95 |
| Air Trans Airways | 394,385 | | $19,719.25 | | 394,385 | $19,719.25 |
| Atlantic Coast - United Express | 37,264 | | $1,863.20 | | 37,264 | $1,863.20 |
| American Airlines | 1,450,675 | | $72,533.75 | | 1,450,675 | $72,533.75 |
| Comair Airlines | 239,514 | | $11,975.70 | | 239,514 | $11,975.70 |
| Continental Airlines | 130,975 | 23,381 | $6,548.75 | $1,169.05 | 154,356 | $7,717.80 |
| Delta Airlines | 544,715 | | $27,235.75 | | 544,715 | $27,235.75 |
| Mesaba Aviation | 85,996 | 14,641 | $4,299.80 | $732.05 | 100,637 | $5,031.85 |
| North West Airlines | 940,889 | 218,982 | $47,044.45 | $10,949.10 | 1,159,871 | $57,993.55 |
| United Airlines | 1,366,342 | | $68,317.10 | | 1,366,342 | $68,317.10 |
| USAir | 1,321,168 | | $66,058.40 | | 1,321,168 | $66,058.40 |
| USAir Express | 558,371 | 120,522 | $27,918.55 | $6,026.10 | 678,893 | $33,944.65 |
| **PASSENGER TOTAL** | 7,290,473 | 377,526 | $364,523.65 | $18,876.30 | 7,667,999 | $383,399.95 |
| **SIGNATORY CARGO AIRLINES:** | | | | | | |
| Airborne Express | 112,808 | 36 | $5,640.40 | $1.80 | 112,844 | $5,642.20 |
| Burlington Air Freight | 125,276 | 77,401 | $6,263.80 | $3,870.05 | 202,677 | $10,133.85 |
| Emery | 559,266 | | $27,963.30 | | 559,266 | $27,963.30 |
| Federal Express | 1,161,329 | | $58,066.45 | | 1,161,329 | $58,066.45 |
| Federal Express Feeder | 53,737 | | $2,686.85 | | 53,737 | $2,686.85 |
| UPS | 407,656 | 83,369 | $20,382.80 | $4,168.45 | 491,025 | $24,551.25 |
| **CARGO TOTAL** | 2,420,072 | 160,806 | $121,003.60 | $8,040.30 | 2,580,878 | $129,043.90 |
| NON-SIGNATORY/JET A TOTAL | 835,506 | 5,503 | $41,775.30 | $275.15 | 841,009 | $42,050.45 |
| NON-SIGNATORY/AV GAS TOTAL | 37,836 | 107 | $1,891.79 | $5.35 | 37942.7 | $1,897.14 |
| **FBO TOTALS** | 873,341.7 | 5,610 | $43,667.09 | $280.50 | 878,951.7 | $43,947.59 |
| **RESIDENT CORPORATE:** | | | | | | |
| AMP | | | | | 649,371 | $32,468.55 |
| Select Transport  @ $.07/GAL. | | | | | 46,463 | $3,252.41 |
| Hershey | | | | | 160,937 | $8,046.85 |
| RiteAid | | | | | 225,651 | $11,282.55 |
| *RESIDENT CORPORATE TOTAL | | | | | 1,082,422 | $55,050.36 |
| **GRAND TOTAL** | | | | | 12,210,250.7 | $611,441.80 |

Footnote: All Fuel Flowage Commissions Collected @ $.05/gal.
        Unless Otherwise Noted

9/22/99

HARRISBURG INTERNATIONAL AIRPORT
FUEL FLOWAGE
CALENDER YEAR 1998

| | TOTAL GALLONS | TOTAL FUEL FLOWAGE FEE | FBO |
|---|---|---|---|
| SIGNATORY PASSENGER AIRLINES: | | | |
| Air Ontario | 328,700 | $16,435.00 | Stambaugh |
| Atlantic Coast - United Express | 69,133 | $3,456.65 | Stambaugh |
| American Airlines | 1,302,286 | $65,114.30 | Stambaugh |
| Comair Airlines | 331,185 | $16,559.25 | Stambaugh |
| Continental Airlines | 160,413 | $8,020.65 | Piedmont |
| Delta Airlines | 1,369,148 | $68,457.40 | Piedmont |
| Mesaba Aviation | 88,496 | $4,424.80 | Piedmont |
| North West Airlines | 918,900 | $45,945.00 | Piedmont |
| United Airlines | 1,091,373 | $54,568.65 | Stambaugh |
| USAir | 1,551,533 | $77,576.65 | Stambaugh |
| USAir Express | 907,394 | $45,369.70 | Piedmont |
| PASSENGER TOTAL | 8,118,561 | $405,928.05 | |
| | | | |
| SIGNATORY CARGO AIRLINES: | | | |
| Airborne Express | 152,591 | $7,629.55 | Piedmont |
| Burlington Air Freight | 505,209 | $25,260.45 | Piedmont |
| Emery | 605,365 | $30,268.25 | Stambaugh |
| Federal Express | 1,369,594 | $68,479.70 | Stambaugh |
| Federal Express Feeder | 80,541 | $4,027.05 | Stambaugh |
| Superior Airlines | 2,390 | $119.50 | Stambaugh |
| UPS | 419,786 | $20,989.30 | Piedmont |
| CARGO TOTAL | 3,135,476 | $156,773.80 | |
| *STAMBAUGH* | | | Stambaugh |
| NON-SIGNATORY/JET A TOTAL | 659,584 | $32,979.20 | $34,600.72 |
| NON-SIGNATORY/AV GAS TOTAL | 32,430.3 | $1,621.52 | |
| *PIEDMONT* | | | Piedmont |
| NON-SIGNATORY/JET A TOTAL | 343,320 | $17,166.00 | $17,521.15 |
| NON-SIGNATORY/AV GAS TOTAL | 7,103 | $355.15 | |
| FBO TOTALS | 1,042,437.3 | $52,121.87 | |
| RESIDENT CORPORATE: | | | |
| AMP | 607,205.6 | $30,360.28 | |
| Select Transport  @ $.07/GAL. | 38,607 | $2,702.49 | |
| Hershey | 179,650 | $8,982.50 | |
| RiteAid | 296,029 | $14,801.45 | |
| RESIDENT CORPORATE TOTAL | 1,121,491.6 | $56,846.72 | 8.5% |
| | | | |
| *STAMBAUGH TOTAL* | 7,424,114.3 | $371,205.72 | 55.3% |
| *PIEDMONT TOTAL* | 4,872,360.0 | $243,618.00 | 36.3% |
| | | | |
| GRAND TOTAL | 13,417,965.9 | $671,670.44 | 100% |

Footnote: *All Fuel Flowage Commissions Collected @ $.05/gal.*
*Unless Otherwise Noted*

FBO.FUEL FLOWAGE.9899.xls

9/22/99

HARRISBURG INTERNATIONAL AIRPORT
FUEL FLOWAGE
CALENDER YEAR 1999
(Information Received To Date)

| | TOTAL GALLONS | TOTAL FUEL FLOWAGE FEE | FBO |
|---|---|---|---|
| SIGNATORY PASSENGER AIRLINES: | | | |
| Air Ontario | 230,693 | $11,534.65 | Stambaugh |
| Atlantic Coast - United Express | 66,907 | $3,345.35 | Stambaugh |
| American Airlines | 872,921 | $43,646.05 | ambaugh/Aero Services |
| Comair Airlines | 253,008 | $12,650.40 | Stambaugh |
| Continental Airlines | 144,289 | $7,214.45 | Aero Services |
| Delta Airlines | 1,164,079 | $58,203.95 | Aero Services |
| Mesaba Aviation | 62,615 | $3,130.75 | Aero Services |
| North West Airlines | 641,078 | $32,053.90 | Aero Services |
| TWA | 43,047 | $2,152.35 | Aero Services |
| United Airlines | 1,195,170 | $59,758.50 | Stambaugh |
| USAir | 869,539 | $43,476.95 | Stambaugh |
| USAir Express | 628,529 | $31,426.45 | Aero Services |
| PASSENGER TOTAL | 6,171,875 | $308,593.75 | |
| SIGNATORY CARGO AIRLINES: | | | |
| Airborne Express | 104,754 | $5,237.70 | Aero Services |
| Burlington Air Freight | 385,144 | $19,257.20 | Aero Services |
| Emery | 358,523 | $17,926.15 | Stambaugh |
| Federal Express | 934,678 | $46,733.90 | Stambaugh |
| Federal Express Feeder | 46,720 | $2,336.00 | Stambaugh |
| Superior Airlines | 0 | $0.00 | Stambaugh |
| UPS | 371,564 | $18,578.20 | Aero Services |
| CARGO TOTAL | 2,201,383 | $110,069.15 | |
| *STAMBAUGH* | | | Stambaugh |
| NON-SIGNATORY/JET A TOTAL | 627,503 | $31,375.15 | $32,226.45 |
| NON-SIGNATORY/AV GAS TOTAL | 17,025.9 | $851.30 | |
| *AERO SERVICES* | | | Aero Services |
| NON-SIGNATORY/JET A TOTAL | 243,019 | $12,150.95 | $13,340.25 |
| NON-SIGNATORY/AV GAS TOTAL | 23,786 | $1,189.30 | |
| FBO TOTALS | 911,333.9 | $45,566.70 | |
| RESIDENT CORPORATE: | | | |
| AMP | 153,403.0 | $7,670.15 | |
| Select Transport @ $.07/GAL. | 30,880 | $2,161.60 | |
| Hershey | 96,847 | $4,842.35 | |
| RiteAid | 218,416 | $10,920.80 | |
| RESIDENT CORPORATE TOTAL | 499,546.0 | $25,594.90 | 5.2% |
| *STAMBAUGH TOTAL* | 5,472,687.9 | $273,634.40 | 55.9% |
| *AERO SERVICES TOTAL* | 3,768,857.0 | $188,442.85 | 38.5% |
| GRAND TOTAL | 9,784,137.9 | $489,824.50 | 100% |

Footnote: All Fuel Flowage Commissions Collected @ $.05/gal.
Unless Otherwise Noted

FBO.FUEL FLOWAGE.9899.xls

Exhibit F

Based Aircraft

## Robert Hendricks

From:          Airport Operations
Sent:          Wednesday, June 16, 1999 4:19 PM
To:            Robert Hendricks
Subject:       Based Aircraft at MDT

Bob, here is what we have based here at MDT.  AMPs planes have been sold and are no longer on the field.  This list takes that into account.

42 Dash 8-100 - all belonging to Allegheny (they are never all here at the same time)
4 single-engine prop planes - Stambaugh Aviation
2 single engine prop planes - Sutliff
3 jets - Hershey
3 jets - Rite Aid
2 jets - Select Aviation
1 jet - L.B. Smith

57 aircraft total based here at MDT.

Hope this helps you!

B.T.

1

Exhibit G

Annual Aircraft Operations

| 1998 HIA OPERATIONS | JANUARY | FEBRUARY | MARCH | APRIL | MAY | JUNE | JULY | AUGUST | SEPTEMBER | OCTOBER | NOVEMBER | DECEMBER | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AIR CARRIER (AC) | 1702 | 1585 | 1709 | 1640 | 1689 | 1678 | 1743 | 1765 | 1597 | 1830 | 1673 | 1790 | 20401 |
| AIR TAXI (AT) | 2301 | 2306 | 2556 | 2730 | 2699 | 2635 | 2764 | 2609 | 2732 | 2950 | 2775 | 2923 | 31980 |
| GENERAL AVIATION (GA) | | | | | | | | | | | | | |
| CIVIL (LOCAL) | 1177 | 1259 | 1396 | 1558 | 1439 | 1455 | 1548 | 1544 | 1747 | 1739 | 1358 | 1321 | 17541 |
| | 192 | 284 | 272 | 492 | 226 | 318 | 614 | 626 | 532 | 444 | 338 | 290 | 4628 |
| SUBTOTAL | 1369 | 1543 | 1668 | 2050 | 1665 | 1773 | 2162 | 2170 | 2279 | 2183 | 1696 | 1611 | 22169 |
| MILITARY (MI) | 305 | 424 | 365 | 327 | 341 | 318 | 412 | 506 | 554 | 712 | 335 | 412 | 5011 |
| MILITARY (LOCAL) | 200 | 358 | 262 | 356 | 288 | 234 | 318 | 468 | 616 | 830 | 286 | 462 | 4678 |
| SUBTOTAL | 505 | 782 | 627 | 683 | 629 | 552 | 730 | 974 | 1170 | 1542 | 621 | 874 | 9689 |
| TOTAL | 6877 | 6216 | 6560 | 7103 | 6682 | 6638 | 7399 | 7518 | 7778 | 8505 | 6765 | 7198 | 84239 |

works two shifts, seven days a week. Mechanics are on call for the times when the normal shifts are not working. Hiring of ramp service employees includes a review of applications and resumes. After an interview, the five-year work history is verified. If employed, the employee is entered into the SAS Drug Free Workplace Program. Mechanics, when hired, are entered into the FAA Anti Drug and Alcohol Programs.

(5.) *Employee Training and Recruitment Program.* As stated above, SAS is in the midst of a recruitment program for its current operations, which include the FBO Function. The FBO is a separate function within the Company, and trains the Fuel and Ground Handling personnel in Security, Fueling on aircraft specific manuals, Ground Handling on equipment specific operation, Drug, and Alcohol requirements, the drug testing program, and the employee benefits. Additionally, the employees are given the company medical and leave policy as well as the expectations on comportment. Recruiting is taking place with several technical schools and on the general industry news networks.

(6.) *Subtenants and Subcontractors.* This section is fully discussed within the Business Plan, and includes the use of subcontractors for the rendering of the other FBO services that are discussed in the FAA Advisory Circular, as well as the use of Subtenants in order to employ the extensive space of the AMP/TYCO building to its highest and best use.

Financial Questionnaire

See the attached document.

List of Current References and Operations

Attachments