## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

STAMBAUGH'S AIR SERVICE, INC.,        :
                                      :
                Plaintiff             :
          v.                          :   CASE NO. 1:CV-00-0660
                                      :
SUSQUEHANNA AREA REGIONAL             :   Judge Yvette Kane
AIRPORT AUTHORITY, BAA                :   Magistrate Judge J. Andrew Smyser
HARRISBURG, INC., DAVID FLEET,        :
individually, DAVID HOLDSWORTH,       :
individually, and DAVID C. McINTOSH,  :
individually,                         :
                Defendants            :
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

## ORDER

AND NOW, this ____ day of March, 2007, upon review of the annexed Petition and upon Motion of Jordan D. Cunningham, Esquire, it is hereby Ordered that the Case Management Order dated April 24, 2006 is hereby amended as follows:

    a.    The discovery due date will close on June 30, 2007;

    b.    The expert's reports due date is set for July 17, 2007;

    c.    Dispositive Motions and Briefs will be due on July 30, 2007;

    d.    Supplemental Expert's Reports will be due on August 15, 2007; and

    e.    All other aspects of the Case Management Order of April 24, 2006 remain in full force and effect.

BY THE COURT,

_____ J.