# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STAMBAUGH'S AIR SERVICE, INC., :<br>:<br>Plaintiff :<br>:<br>v. :<br>:<br>SUSQUEHANNA AREA REGIONAL :<br>AIRPORT AUTHORITY, BAA :<br>HARRISBURG, INC., DAVID FLEET, :<br>individually, DAVID HOLDSWORTH, :<br>individually, and DAVID C. McINTOSH, :<br>individually, :<br>Defendants : | CASE NO. 1:CV-00-0660<br><br>Judge Yvette Kane<br>Magistrate Judge J. Andrew Smyser<br><br><br><br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, Angela L. Hewitt, legal secretary with the law firm of Cunningham & Chernicoff, P.C., hereby certify that on the **29TH** day of **March, 2007,** served a true and correct copy of the foregoing **Motion to Enlarge Discovery Due Dates** by electronic means or first-class U.S. Mail, postage prepaid, to:

Dean F. Piermattei, Esquire
Timothy J. Nieman, Esquire
Susan E. Schwab, Esquire
Rhoads & Sinon LLP
One South Market Sq., 12th Flr.
P.O. Box 1146
Harrisburg, PA 17108-1146

/s/Angela L. Hewitt
Angela L. Hewitt