```
                    UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| STAMBAUGH'S AIR SERVICE, INC., | : | **CIVIL NO. 1:00-CV-0660** |
| | : | |
| Plaintiff | : | (Chief Judge Kane) |
| | : | |
| v. | : | (Magistrate Judge Smyser) |
| | : | |
| SUSQUEHANNA AREA REGIONAL AIRPORT AUTHORITY; BAA HARRISBURG, INC.; DAVID FLEET; DAVID HOLDSWORTH; and DAVID C. MCINTOSH, | : | |
| | : | |
| Defendants | : | |

## ORDER

**IT IS ORDERED** that the plaintiff's Motion to Enlarge Discovery Due Dates (Doc. 87) is **GRANTED**. An amended case management order is entered today.

*/s/ J. Andrew Smyser*
J. Andrew Smyser
Magistrate Judge

Dated: April 2, 2007.