### IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STAMBAUGH'S AIR SERVICE, INC., | : |
|     Plaintiff, | : CASE NO. 1:CV-00-0660 |
| v. | : |
| | : |
| SUSQUEHANNA AREA REGIONAL | : Chief Judge Yvette Kane |
| AIRPORT AUTHORITY, BAA | : |
| HARRISBURG, INC., DAVID FLEET, | : Magistrate Judge Smyser |
| individually, DAVID HOLDSWORTH, | : |
| individually, and DAVID C. McINTOSH, | : |
| individually, | : FILED ELECTRONICALLY |
|     Defendants. | : |

TO THE CLERK:

Kindly enter the appearance of the undersigned as counsel for Defendants in the above-captioned matter.

                                                          Respectfully submitted,

                                                          RHOADS & SINON LLP

By:   /s/ Heather Z. Kelly
        Heather Z. Kelly
        Pa. I.D. No. 86291
        Dean F. Piermattei
        Pa. I.D. No. 53847
        One South Market Square
        P. O. Box 1146
        Harrisburg, PA 17108-1146
        (717) 233-5731

Attorneys for Defendants

653307.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June, 2007, a true and correct copy of the foregoing document was served by electronic means upon the following:

*jdc@cclawpc.com*
Jordan D. Cunningham, Esquire
Cunningham & Chernicoff, P.C.
2320 North 2nd Street
Harrisburg, PA  17110

/s/ Heather Z. Kelly_____
Heather Z. Kelly