## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STAMBAUGH'S AIR SERVICE, INC., | : |
| Plaintiff, | : CASE NO. 1:CV-00-0660 |
| v. | : |
| | : |
| SUSQUEHANNA AREA REGIONAL | : Chief Judge Yvette Kane |
| AIRPORT AUTHORITY, BAA | : |
| HARRISBURG, INC., DAVID FLEET, | : Magistrate Judge Smyser |
| individually, DAVID HOLDSWORTH, | : |
| individually, and DAVID C. McINTOSH, | : |
| individually, | : |
| Defendants. | : |

## ORDER

AND NOW, this _____ day of June, 2007, upon consideration of Defendants' Motion for Extension of Discovery and Dispositive Motion Deadlines, IT IS HEREBY ORDERED THAT said Motion is GRANTED as follows:

1. The Discovery Deadline set forth in the Court's April 2, 2007 Amended Case Management Order is extended to July 31, 2007;

2. The Dispositive Motions Deadline set forth in the Court's April 2, 2007 Amended Case Management Order is extended to August 7, 2007; and

3. All other deadlines set forth in the Court's April 2, 2007 Case Management Order remain unchanged.

_____
J. Andrew Smyser, Magistrate Judge

653306.1