```
                UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| STAMBAUGH'S AIR SERVICE, INC., | : | **CIVIL NO. 1:00-CV-0660** |
| | : | |
| Plaintiff | : | (Chief Judge Kane) |
| | : | |
| v. | : | (Magistrate Judge Smyser) |
| | : | |
| SUSQUEHANNA AREA REGIONAL AIRPORT AUTHORITY; BAA HARRISBURG, INC.; DAVID FLEET; DAVID HOLDSWORTH; and DAVID C. MCINTOSH, | : : : : : : | |
| Defendants | : | |

## ORDER

**IT IS ORDERED** that the defendants' Motion for Extension of the Discovery and Dispositive Motion Deadlines (Doc. 91) is **DENIED.**

                                    */s/ J. Andrew Smyser*
                                    J. Andrew Smyser
                                    Magistrate Judge

Dated:  June 11, 2007.