```
                UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| STAMBAUGH'S AIR SERVICE, INC., | : | **CIVIL NO. 1:00-CV-0660** |
| | : | |
| Plaintiff | : | (Chief Judge Kane) |
| | : | |
| v. | : | (Magistrate Judge Smyser) |
| | : | |
| SUSQUEHANNA AREA REGIONAL AIRPORT AUTHORITY; BAA HARRISBURG, INC.; DAVID FLEET; DAVID HOLDSWORTH; and DAVID C. MCINTOSH, | : | |
| | : | |
| Defendants | : | |

**ORDER**

By Order of April 2, 2007, the parties were given a deadline of May 30, 2007 to state that they consent to proceed before a magistrate judge or that they do not consent. No statement of consent has been filed. Therefore, **IT IS ORDERED** that the jury trial set for December 3, 2007 and the pretrial conference set for November 16, 2007 are **CANCELLED.**

*/s/ J. Andrew Smyser*
J. Andrew Smyser
Magistrate Judge

Dated: June 11, 2007.