IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STAMBAUGH'S AIR SERVICE, INC., | : |
| Plaintiff, | : CASE NO. 1:00-CV-0660 |
| v. | : |
| | : |
| SUSQUEHANNA AREA REGIONAL | : Chief Judge Yvette Kane |
| AIRPORT AUTHORITY, BAA | : |
| HARRISBURG, INC., DAVID FLEET, | : Magistrate Judge Smyser |
| individually, DAVID HOLDSWORTH, | : |
| individually, and DAVID C. McINTOSH, | : |
| individually, | : |
| Defendants. | : |

## ORDER

AND NOW, this _____ day of June, 2007, upon consideration of Defendants' Motion for Partial Reconsideration for Extension of Dispositive Motion Deadline, IT IS HEREBY ORDERED THAT said Motion is GRANTED as follows:

1.  The Dispositive Motions Deadline set forth in the Court's April 2, 2007 Amended Case Management Order is extended to July 9, 2007.

2.  All other deadlines set forth in the Court's April 2, 2007 Case Management Order remain unchanged.

_____
J. Andrew Smyser, Magistrate Judge

653980 1