IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STAMBAUGH'S AIR SERVICE, INC.** | : | 1:CV-00-660 |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | (Chief Judge Kane) |
| | : | |
| **SUSQUEHANNA AREA REGIONAL** | : | |
| **AIRPORT AUTHORITY, ET AL.** | : | |
| | : | |
| **Defendant** | : | |

# O R D E R

           **AND NOW,** this 18th day of June, pursuant to notification from Magistrate Judge Smyser that the parties do not consent to proceed before a magistrate judge, IT IS HEREBY ORDERED that the Case Management Deadlines are hereby set as follows:

| | |
|---|---|
| Dispositive Motions Deadline remains: | July 9, 2007 |
| Motions in Limine Deadline: | November 1, 2007 |
| Pretrial Memoranda Deadline: | November 9, 2007 |
| Pretrial and Settlement Conference: | November 13, 2007 @ 2:00 PM |
| Proposed Voir Dire Questions Deadline: | November 27, 2007 |
| Jury Selection and Trial Date: | December 3, 2007 @ 9:30 AM |

                                                S/ Yvette Kane
                                                Yvette Kane
                                                Chief U.S. District Judge