IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STAMBAUGH'S AIR SERVICE, INC., | : |
|     Plaintiff, | : CASE NO. 1:00-CV-0660 |
| v. | : |
| | : |
| SUSQUEHANNA AREA REGIONAL | : Chief Judge Yvette Kane |
| AIRPORT AUTHORITY, BAA | : |
| HARRISBURG, INC., DAVID FLEET, | : Magistrate Judge Smyser |
| individually, DAVID HOLDSWORTH, | : |
| individually, and DAVID C. McINTOSH, | : |
| individually, | : |
|     Defendants. | : |

## ORDER

Upon consideration of Defendants' Motion for Leave to File Brief in Excess of Fifteen (15) Pages, IT IS HEREBY ORDERED THAT said Motion is granted. Defendants may file a Brief in Support of their Motion for Summary Judgment that does not exceed 50 pages and/or 10,000 words.

_____
J. Andrew Smyser, Magistrate Judge

655826.1