# EXHIBIT C

Damages

Stambaugh Air Service
vs
Susquehanna Area Regional Airport Authority

Background

Basis. Stambaugh Air Service Inc occupied hangar space at Harrisburg International Airport from 1973 through 2003  The business occupied Building 28, which was hangar space and shop and office space  It also occupied Hangar 133 and Hangar 134

Between 1973 and 1988 the business of the company was primarily focused on military contracts  The principle contracts were with the Navy and were composed of "Standard Depot Level Maintenance" on various aircraft models in the Naval Aviation training fleets

In 1988 the company shifted its focus to repair and maintenance of civil commercial aircraft, and by 1990 the company was uniformly in the civil aviation business

The internal structure of the company depended upon leadmen, each of whom had an assigned crew  While the majority of the crews were assigned to metal work, fuselage and flight surface repairs, there were a number of leadmen and crews assigned to a flexible schedule that allowed them to provide ground handling and ground services to based and transient customers

This section of the company provided all Fixed Base Operator (FBO) services described in the FAA Circulars with the exception of flight instruction and air charter  The company provided hangar space, tie down, fuel, oil, maintenance, and aircraft sales

The nature of the aviation market at Harrisburg International Airport militated against the existence of a "full time" FBO   Transient flights, transient fuel sales and ramp parking were sporadic  The majority of the scheduled carriers provided their own fuel, limiting the FBO involvement to upload, ground handling and maintenance  Some cargo carriers also provided their own fuel  So for cargo, ground handling as well as cargo management services were made available

Over the course of two decades, the services provided by Stambaugh changed because the passenger and cargo flights changed  Some carriers increased their flights and began to provide their own ground service  During the same time period, some carrier flights

decreased and the Stambaugh services were necessary but diminished. However, the common element that Stambaugh provided on the field was "on call" maintenance. Stambaugh, until the day that it left HIA, was the sole source for the on call maintenance provided by licensed mechanics that is required by scheduled air carriers in order to comply with FAA requirements. No FBO serving HIA after Stambaugh, had the qualified and licensed personnel to provide on call maintenance to the heavy jets that composed the majority of the flights into and out of HIA.

In the third term of the Stambaugh Lease, the airport asked Stambaugh to provide a dedicated FBO office. That office was created in Building 134 because it was the only leasehold space adaptable for an FBO office. Stambaugh then initiated a series of requests for locations on the airport on which to build or purchase an FBO office. It requested construction areas located west of Building 134. This request was denied by SARAA. It attempted to purchase the AMP hangar. However, SARAA refused to extend the ground lease and ultimately purchased that hangar itself. Finally, it requested controlled ramp access to FBO Customers utilizing the FBO facility in Building 134. This also was denied.

## Damages

The question before the Court will be how was the business of Stambaugh damaged by SARAA's termination of its FBO authority and its failure to allow the company to continue business at HIA.

The description of this damage must be viewed in a "cascade analysis."

First the denial of the continuation of FBO rights had two effects. First, the company lost the gross income from that service and second, the company was denied a location that would have survived the terminal expansion. That relocation, on the airport would have allowed the company to continue its FBO services into the future and the argument is that the company's structure was the sole corporate profile that could have made money at HIA.

Relating to the description of the corporate structure contained above in "Background," Stambaugh was the only tenant at the airport which did not have to have personnel solely

dedicated to FBO services  The FBO service and the heavy aircraft services were married in that the company management cross trained employees to perform both FBO and Maintenance services and, thereby, there was no lost productivity when there were no flights in HIA to be serviced by the FBO

So fueling revenue was lost, and a permanent location at HIA was lost through the leasing of that location to another company  When SARAA made that decision, the cascade of damages began

The loss of the revenue from fuel denied the company any fall back financial strength when the September 11, 2001 attacks affected aviation  That post 9/11 downturn forced the company to seek bankruptcy protection in June 2002  With the planned Airport expansion SARAA then terminated the company's ability to remain on the airport  In 2003 the company then incurred costs to move its operations to Georgia, because Stambaugh's was denied the AMP lease or purchase and had no other location on the airport

On a secondary level, Stambaugh also lost the support and ground power work for the FBO customers  This work, which was composed of ground power, ground equipment and certain aviation repairs represented 10% to 12% of the company gross  The ground power shop occupied approximately 14,000 square feet of Building 28 and had licenses as a Pennsylvania Inspection Station

1   Income from fuel sales was composed of two components  One was the "upload" fee charged to carriers which stocked their own fuel at HIA  The second was a true sale at retail  The labor component for the cost of sales for the fueling operation was integrated with the labor cost for the entire company

2   Lost revenue has been extrapolated from the fuel figures supplied on the 27th of June, 2007  Those figures are expressed on the attached sheet

3   The Gross Revenue Cost of Sales and Gross Profit is expressed on the attached sheet  The lost of Fuel Revenue only incrementally affected the Gross Profit because the labor was retained for other projects and the adjustments to Cost of Sales were a diminution in internal Ground Power costs plus Fuel Farm rental

4   The difference in the gross sales for 2000 and 2001 and 2002 was: a  the termination of the right to sell fuel and b  the impact of 9/11  The average

STM04200

5. difference in gross revenue is 1 09 million over the length of the normal lease plus
   extensions  This is the calculation of the lost revenue as well as the lost
   opportunity at HIA over a straight line reflecting the flat market trends at HIA
   1 09 million X 5 years = 5 45 million in lost revenue on sales of fuel over original
   and two 5 year extensions (5 45 x 3 = $16,350,000)          $16,350,000

6. In addition to the lost fuel sale revenue, the following costs were incurred in the
   termination of fuel sales.
       a.  Cost of rehabbing fuel farm
         within 6 months of termination of rights          $    28,000
       b.  Cost of transferring fuel trucks to GA          $    45,297
       c.  Cost of transferring Surface tanks          $    3,182
       d.  Cost of scrapping fuel and ground handling
         Equipment (replacement cost minus salvage)          $   143,000
       e. Labor for Packing and Shipping (2000 hr)          $    40,000

7  Loss of secondary maintenance work associated
       with lost fuel services  12%
       Ground Power and aircraft. $962,000
       a.  $962,000 X 5 (Lease Term)  =          $ 4,810,000
       b.  Lease Extension of 10 years (2 term)
         ($4,810,000 x 2 = $9,620,000)          $ 9,200,000

8  The refusal to allow a lease of the AMP building or other
       Space at the airport on which to operate caused the
       Company to move its operations to Georgia facilities
       a.  Cost of managers lodgings for one year. ($875 x
         12 = $10,200)          $    10,500
       b.  Per Diems and travel for relocated employees.          $   141,463
       c.  Employee apartments ($2,956 x 12 = $35,481          $    35,481
       d.  Furniture rental for relocation.          $    5,621

9. Costs incurred in the filing of Bankruptcy.
       a.  Trustees Fees.          $    30,250
       b.  Professional Fees          $    53,386
       c.  Administrative Fees          $    35,285

10  Costs incurred in the negotiations with SARAA for
    FBO and Building rights.                     $     14,990

Total Damages:                      $30,946,455

In re: Stambaugh Aviation, Inc                    Case No. 1-02-03208
        Debtor                    Reporting Period: January 1 thru March 31, 2004

## STATEMENT OF OPERATIONS
### (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | $45,989 | 1,064,364 |
| Less: Returns and Allowances | | |
| Net Revenue | $45,989 | $1,064,364 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | 129,382 | 129,382 |
| Add: Purchases | 468 | 69,954 |
| Add: Cost of Labor | 28,583 | 436,729 |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | 129,382 | 129,382 |
| Cost of Goods Sold | $29,051 | $506,683 |
| Gross Profit | $16,938 | $557,681 |
| **OPERATING EXPENSES** | | |
| Advertising | | 87 |
| Auto and Truck Expense | | 2,221 |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | 586 | 4,158 |
| Insider Compensation* | | |
| Insurance | 820 | 21,139 |
| Management Fees/Bonuses | | |
| Office Expense | 313 | 14,211 |
| Pension & Profit-Sharing Plans | | 490 |
| Repairs and Maintenance | | 46,680 |
| Rent and Lease Expense | 14,788 | 102,355 |
| Salaries/Commissions/Fees | 7,019 | 123,565 |
| Supplies | 31 | 10,215 |
| Taxes - Payroll | 5,303 | 50,759 |
| Taxes - Real Estate | | |
| Taxes - Other | | 638 |
| Travel and Entertainment | 2,865 | 70,496 |
| Utilities | 11,635 | 65,963 |
| Other (attach schedule) | 1,421 | 3,952 |
| Total Operating Expenses Before Depreciation | $44,781 | $516,929 |
| Depreciation/Depletion/Amortization | 2,750 | 19,275 |
| Net Profit (Loss) Before Other Income & Expenses | ($30,593) | $21,477 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | 3,468 | 39,280 |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | ($34,061) | ($17,803) |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | 3,500 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | $0 | $3,500 |
| Income Taxes | | |
| Net Profit (Loss) | ($34,061) | ($21,303) |

*"Insider" is defined in 11 U S C Section 101(31)

FORM MOR-2

(9/99)

STM04203

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | | OPER. | PAYROLL | PAYROLL | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | | 9,478 | | 14,868 | 23,346 | | 48,308 | |
| RECEIPTS | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | 107,539 | | | 107,539 | | 403,308 | |
| LOANS AND ADVANCES | | | | | | | 4,391,845 | |
| SALE OF ASSETS | | 8,710 | | | 8,710 | | 1,550 | |
| OTHER (ATTACH LIST) | | 78,976 | | | 78,976 | | 8,710 | |
| TRANSFERS (FROM DIP ACCTS) | | 2,271 | | 87,118 | 99,389 | | 354,657 | |
| | | | | | | | 2,614,459 | |
| TOTAL RECEIPTS | | 197,496 | | 87,118 | 294,616 | | 7,781,530 | |
| DISBURSEMENTS | | | | | | | | |
| NET PAYROLL | | | | 55,604 | 55,604 | | 1,951,401 | |
| PAYROLL TAXES | | | | 37,509 | 37,509 | | 986,211 | |
| SALES, USE, & OTHER TAXES | | | | | | | 4,650 | |
| INVENTORY PURCHASES | | 3,682 | | | 3,682 | | 623,509 | |
| SECURED RENTAL LEASES | | 18,053 | | | 18,053 | | 600,966 | |
| INSURANCE | | 24,226 | | | 24,226 | | 591,043 | |
| ADMINISTRATIVE | | | | | | | 24,168 | |
| SELLING | | | | | | | 45,303 | |
| OTHER (ATTACH LIST) | | 49,981 | | | 49,951 | | 361,068 | |
| OWNER DRAWS | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | 87,118 | | 2,271 | 89,389 | | 2,614,459 | |
| PROFESSIONAL FEES | | 15,000 | | | 15,000 | | 51,237 | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | 26,750 | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | | 198,077 | | 95,584 | 293,761 | | 7,810,537 | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | | (579) | | (8,566) | (9,145) | | (29,107) | |
| CASH - END OF MONTH | | 7,895 | | 6,302 | 14,201 | | 14,201 | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | |
| LESS: TRANSFERS TO DEBTOR IN POSNESSION ACCOUNTS | 293,761 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 89,389 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 204,372 |

FORM MOR-1
(9-99)

Statement of Income          Stambaugh Aviation          01/01/05 thru 12/31/05

Direct Cost of Sales

| | | |
|---|---|---|
| Accounts Payables & Utilities | | 690.587 |
| Direct Labor & Taxes | | 1,893.750 |
| Indirect Labor & Taxes | | |
| Insurance/Workers Compensation | | 184.693 |
| Employee Loans | | 1.879 |
| Total Direct Costs of Sales | $ | 2,870.889 |

Indirect Cost of Sales:

| | | |
|---|---|---|
| Airport Rent | | 59.268 |
| Other Costs | | |
| Bank Payments | | 408.963 |
| Uncollected/Bad Debt | | |
| Total Indirect Costs to Sales | | 468.231 |
| | | |
| Total Costs of Sales | $ | 3,439.119 |
| | | |
| Gross Profit | $ | 288.162 |

| 2006 Data | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Payroll & Taxes | 126,480 | 123,164 | 135,965 | 223,626 | 149,307 | 135,005 | 143,712 | 127,770 | 147,465 | 244,105 | 163,266 | 176,581 |
| Rent | 4,939 | 4,939 | 4,939 | 4,939 | 4,939 | 4,939 | 4,939 | 4,939 | 4,939 | 4,939 | 4,939 | 4,939 |
| Insurances | 8,466 | 9,610 | 49,128 | 9,003 | 9,330 | 28,690 | 8,941 | 28,231 | 7,486 | 6,310 | 9,774 | 11,626 |
| A/P Totals | 28,071 | 44,367 | 87,745 | 45,473 | 55,155 | 42,142 | 43,489 | 64,094 | 109,144 | 81,020 | 103,379 | 137,326 |
| Pre Opent/Travel+Misc | 479 | 1,200 | 10,852 | 1,841 | 7,825 | 10,448 | 3,287 | 2,802 | 2,970 | 3,730 | 2,691 | 790 |
| Bank Payments | 40,413 | 17,860 | 17,855 | 34,807 | 38,589 | 35,973 | 36,572 | 35,915 | 30,455 | 30,185 | 37,410 | 37,910 |
| Total Expenditures | 299,856 | 201,140 | 308,484 | 319,820 | 260,234 | 257,277 | 240,941 | 261,751 | 311,598 | 370,289 | 321,659 | 369,175 |
| Receivables Collected | 175,879 | 260,996 | 803,422 | 41,703 | 64,544 | 449,631 | 69,733 | 279,276 | 371,954 | 562,039 | 135,862 | 512,152 |
| Balance | (12,977) | 59,847 | 498,938 | (278,316) | (195,690) | 192,354 | (171,208) | 17,525 | 60,356 | 183,759 | (185,796) | 142,977 |
| Uncollected/Bad Debt | | | | | | | | | | | | |
| Adjusted Balance | (12,977) | 68,847 | 416,938 | (278,316) | (195,690) | 162,354 | (171,208) | 17,525 | 60,356 | 183,750 | (185,746) | 142,977 |
| 1st Quarter Balance | | | | | | | | | | | | 623,000 |
| 2nd Quarter Balance | | | | | | | | | | | | (281,372) |
| 3rd Quarter Balance | | | | | | | | | | | | (93,327) |
| 4th Quarter Oct/Nov | | | | | | | | | | | | 140,031 |
| Uncollected/Bad Debt | | | | | | | | | | | | |
| Year To Date Balance | | | | | | | | | | | | 200,041 |

STM04206

2005 Financial Statement

| | | |
|---|---|---|
| Gross Revenues | $ | 1 928 100 |
| Direct Cost of Revenues | $ | 1,798 310 |
| Indirect Costs of Revenues | | |
| Bank | $ | 385 000 |
| Total Costs of Revenues | $ | 2 183 340 |
| Uncollected/Bad debt | $ | 63,806 |
| Gross Profit | $ | (319,048) |
| Loss before Other Income | $ | (319,048) |
| Other Income | | |
| Gain on involuntary Conversion of equipt | $ | . |
| Interest income | $ | . |
| Total Other Income | $ | . |
| Total Other income Expense | $ | . |
| Net Loss | $ | (319 048) |
| Retained Earnings at the beinning of the year | $ | (1 349) |
| Retained Earnings at end of the year | $ | 22,339 |



STM04208

In re  Stambaugh's Air Service Inc
Debtor

Case No  1-02-03207
Reporting Period December 1 thru December 31  2003

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis  The accrual basis of accounting recognizes revenue when it is
realized and expenses when they are incurred  regardless of when cash is actually received or paid

| | Month | Cumulative Filing to Date |
|---|---|---|
| **REVENUES** | | |
| Gross Revenues | $48,782 | 4,883,750 |
| Less  Returns and Allowances | | |
| Net Revenue | $48,782 | $4,883,750 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | 453,413 | 456,807 |
| Add  Purchases | 410 | 282,733 |
| Add  Cost of Labor | 2,793 | 1,809,707 |
| Add  Other Costs (attach schedule) | | |
| Less  Ending Inventory | 453,413 | 453,413 |
| Cost of Goods Sold | $3,203 | $2,095,834 |
| Gross Profit | $45,579 | $2,787,916 |
| **OPERATING EXPENSES** | | |
| Advertising | | 1,177 |
| Auto and Truck Expense | | 1,615 |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | 866 | 113,458 |
| Insider Compensation* | | |
| Insurance | 22,375 | 279,554 |
| Management Fees Bonuses | | |
| Office Expense | | 11,292 |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | 201 | 112,670 |
| Rent and Lease Expense | | 200,886 |
| Salaries Commissions Fees | 20,048 | 846,736 |
| Supplies | | 21,545 |
| Taxes - Payroll | 1,953 | 220,272 |
| Taxes - Real Estate | | 21,363 |
| Taxes - Other | | 12,281 |
| Travel and Entertainment | | 57,823 |
| Utilities | 1,735 | 105,640 |
| Other (attach schedule) | | 9,933 |
| Total Operating Expenses Before Depreciation | $47,178 | 2,016,245 |
| Depreciation Depletion Amortization | 3,998 | 87,001 |
| Net Profit (Loss) Before Other Income & Expenses | ($5,597) | 684,670 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | 5,701 | 122,498 |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | ($11,298) | 562,172 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | 38,386 |
| U. S. Trustee Quarterly Fees | | 26,000 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | (1,000) |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | $0 | 63,386 |
| Income Taxes | | |
| Net Profit (Loss) | ($11,298) | $498,786 |

* "Insider" is defined in 11 U S C  Section 101(31)

FORM MOR-2

(9 99)

STATEMENT OF OPERATIONS

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | $18,579 | 1,036,954 |
| Less: Returns and Allowances | | |
| Net Revenue | $18,579 | $1,036,954 |
| COST OF GOODS SOLD | | |
| Beginning Inventory | 129,382 | 142,921 |
| Add: Purchases | 3,871 | 73,357 |
| Add: Cost of Labor | 5,429 | 413,575 |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | 129,382 | 129,382 |
| Cost of Goods Sold | $9,369 | $496,471 |
| Gross Profit | $9,279 | $546,483 |
| OPERATING EXPENSES | | |
| Advertising | 33 | 129 |
| Auto and Truck Expense | | 2,221 |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | 975 | 2,551 |
| Insider Compensation* | | |
| Insurance | | 57,762 |
| Management Fees/Bonuses | | |
| Office Expense | 445 | 14,343 |
| Pension & Profit-Sharing Plans | | 499 |
| Repairs and Maintenance | 191 | 46,871 |
| Rent and Lease Expense | | 87,567 |
| Salaries/Commissions/Fees | 1,920 | 118,166 |
| Supplies | 1,558 | 11,742 |
| Taxes - Payroll | 1,897 | 47,353 |
| Taxes - Real Estate | | |
| Taxes - Other | | 638 |
| Travel and Entertainment | 943 | 68,574 |
| Utilities | 2,094 | 56,332 |
| Other (attach schedule) | 165 | 2,696 |
| Total Operating Expenses Before Depreciation | $11,642 | $483,799 |
| Depreciation/Depletion/Amortization | 1,950 | 18,475 |
| Net Profit (Loss) Before Other Income & Expenses | ($4,313) | $44,218 |
| OTHER INCOME AND EXPENSES | | |
| Other Income (attach schedule) | | |
| Interest Expense | 1,735 | 37,547 |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | ($6,038) | $6,671 |
| REORGANIZATION ITEMS | | |
| Professional Fees | | |
| U.S. Trustee Quarterly Fees | | 3,500 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | 50 | $3,500 |
| Income Taxes | | |
| Net Profit (Loss) | ($6,048) | $3,171 |

*Insider" is defined in 11 U.S.C. Section 101(31).

FORM 10-82
Page 1

In re  Stambaugh's Air Service, Inc
        Debtor

Case No  1-02-03207
Reporting Period December 1 thru December 31  2002

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis  The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid

| | Month | Cumulative Filing to Date |
|---|---|---|
| **REVENUES** | | |
| Gross Revenues | $392,901.00 | 2,939,582 |
| Less:  Returns and Allowances | | |
| Net Revenue | $392,901 | $2,939,582 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | 455,134 | 456,807 |
| Add: Purchases | 4,463 | 168,975 |
| Add: Cost of Labor | 143,105 | 1,152,511 |
| Add: Other Costs (attach schedule) | 453,413 | 453,413 |
| Less: Ending Inventory | $149,289 | $1,324,880 |
| Cost of Goods Sold | $243,612 | $1,614,702 |
| Gross Profit | | |
| **OPERATING EXPENSES** | | |
| Advertising | | 469 |
| Auto and Truck Expense | | 514 |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | 9,121 | 71,994 |
| Insider Compensation * | | |
| Insurance | 28,424 | 159,703 |
| Management Fees Bonuses | | |
| Office Expense | 925 | 6,870 |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | 8,265 | 36,126 |
| Rent and Lease Expense | | 134,172 |
| Salaries/Commissions/Fees | 62,436 | 452,414 |
| Supplies | 2,595 | 13,147 |
| Taxes - Payroll | 13,872 | 107,623 |
| Taxes - Real Estate | | 11,247 |
| Taxes - Other | 36 | 4,674 |
| Travel and Entertainment | 2,456 | 41,169 |
| Utilities | 9,783 | 54,995 |
| Other (attach schedule) | 500 | 6,348 |
| Total Operating Expenses Before Depreciation | $138,413 | $1,101,465 |
| Depreciation/Depletion/Amortization | 6,724 | 41,896 |
| Net Profit (Loss) Before Other Income & Expenses | $98,475 | $471,341 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | 6,213 | 49,665 |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | $92,262 | $421,676 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | 1,750 |
| U. S. Trustee Quarterly Fees | 5,000 | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | $5,000 | $1,750 |
| Income Taxes | | |
| Net Profit (Loss) | $87,262 | $419,926 |

* "Insider" is defined in 11 U S C  Section 101(31)

FORM MOR-2

(9/99)

In re: Stambaugh Aviation, Inc.
Debtor

Case No. 1-02-03298
Reporting Period: December 1 thru December 31, 2002

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | $41,350 | 282,518 |
| Less: Returns and Allowances | | |
| Net Revenue | $41,350 | $282,518 |
| COST OF GOODS SOLD | | |
| Beginning Inventory | 132,921 | 132,921 |
| Add: Purchases | 9,566 | 12,758 |
| Add: Cost of Labor | 9,392 | 66,588 |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | 132,921 | 132,921 |
| Cost of Goods Sold | $18,898 | $79,346 |
| Gross Profit | $22,452 | $203,172 |
| OPERATING EXPENSES | | |
| Advertising | 240 | 1,129 |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | 277 | 1,747 |
| Employee Benefit Programs | | |
| Insider Compensation* | 599 | 3,910 |
| Insurance | | |
| Management Fees/Bonuses | 446 | 2,881 |
| Office Expense | | 490 |
| Pension & Profit-Sharing Plans | 875 | 1,323 |
| Repairs and Maintenance | 4,929 | 27,438 |
| Rent and Lease Expense | 1,277 | 61,719 |
| Salaries/Commissions/Fees | 768 | 2,282 |
| Supplies | 942 | 8,650 |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | 342 |
| Travel and Entertainment | 780 | 7,495 |
| Utilities | 1,926 | 5,135 |
| Other (attach schedule) | | 882 |
| Total Operating Expenses Before Depreciation | $13,059 | $125,423 |
| Depreciation/Depletion/Amortization | 992 | 6,944 |
| Net Profit (Loss) Before Other Income & Expenses | $8,401 | $70,805 |
| OTHER INCOME AND EXPENSES | | |
| Other Income (attach schedule) | 2,757 | 14,869 |
| Interest Expense | | |
| Other Expense (attach schedule) | $5,644 | $55,936 |
| Net Profit (Loss) Before Reorganization Items | | |
| REORGANIZATION ITEMS | | |
| Professional Fees | | 750 |
| U. S. Trustee Quarterly Fees | 500 | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | $500 | $750 |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | $5,144 | $55,186 |

* "Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-2
(9/99)

STM04212

sas 12 2001

**Stambaugh's Air Service, Inc.**
**Seperate and Combined Income Statement**
**For the Year Ended December 31, 2001**

| | Stambaugh's Air Service Inc. | Stambaugh's Aviation Inc. | M.J.S. Equipment Corp. | Eliminations | Combined |
|---|---|---|---|---|---|
| Sales | 5,742,157 | 720,439 | 0 | 1,260,000 | 7,722,596 |
| | ============ | ============ | ============ | ============ | ============ |
| Cost of Sales | 4,482,405 | 1,545,685 | 0 | | 6,028,090 |
| Gross Profit | 1,259,752 | (825,246) | 0 | 1,260,000 | 1,694,506 |
| General & Administrative Expenses | 1,390,061 | 309,367 | 0 | 0 | 1,699,428 |
| Income before Misc. Items | (130,309) | (1,134,613) | 0 | 1,260,000 | (4,922) |
| Misc. Items: | | | | | |
| Loan administration Costs | (4,842) | | | | (4,842) |
| Gain on Sale of Fixed Asset | 53,000 | | | | 53,000 |
| Rental Income | | | | | 0 |
| Net Income | (82,151) | (1,134,613) | 0 | 1,260,000 | 43,236 |
| | ============ | ============ | ============ | ============ | ============ |

Page 3

STM04213

# Stambaugh's Air Service, Inc. and Affiliates (S Corporations)

## Combined Financial Statements and Supplemental Material
### Year Ended December 31, 2000



WOLFPACK

Cooperation  Collaboration  Concentration  Communication

IBDO

BDO Seidman, LLP
Accountants and Consultants

STM04214

Independent Auditors' Report

Stambaugh's Air Service, Inc.
Highspire, Pennsylvania

We have audited the accompanying combined balance sheet of Stambaugh's Air Service, Inc. and affiliates (S Corporations) as of December 31, 2000, and the related combined statements of operations and retained earnings, and cash flows for the year then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the combined financial statements referred to above present fairly, in all material respects, the financial position of Stambaugh's Air Service, Inc. and affiliates as of December 31, 2000, and the results of their operations and their cash flows for the year then ended in conformity with accounting principles generally accepted in the United States of America.

BDO Seidman, LLP

March 23, 2001, except for Note 5,
which is as of October 31, 2001.

 WOLFPACK Cooperation, Collaboration, Concentration, Communication

3

# Stambaugh's Air Service, Inc. and Affiliates
## (S Corporations)

### Combined Statement of Operations and Retained Earnings

| Year ended December 31. | 2000 |
|---|---|
| Revenues (Note 8) | $ 11,944,438 |
| Cost of revenues | 10,146,747 |
| Gross profit | 1,797,691 |
| General and administrative expenses | 2,219,156 |
| (Loss) before other income (expense) | (421,465) |
| Other income (expense) | |
| Gain on involuntary conversion of equipment | 150,000 |
| Interest income | 177,680 |
| Interest (expense) (Note 5) | (164,411) |
| Total other income (expense), net | 163,269 |
| Net (loss) | (258,196) |
| Retained earnings at beginning of year | 3,479,670 |
| Retained earnings at end of year | $ 3,221,474 |

*See accompanying notes to combined financial statements*

# Stambaugh's Air Service, Inc.
## and Affiliates
## (S Corporations)

## Report on Combined Financial Statements
### and Supplemental Material
#### Year Ended December 31, 1999



BDO Seidman, LLP
Accountants and Consultants

STM04217



**BDO** BDO Seidman LLP

## Independent Auditors' Report

Stambaugh's Air Service, Inc.
Highspire, Pennsylvania

We have audited the accompanying combined balance sheet of Stambaugh's Air Service, Inc. and affiliates (S Corporations) as of December 31, 1999, and the related combined statements of income and retained earnings, and cash flows for the year then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with generally accepted auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the combined financial statements referred to above present fairly, in all material respects, the financial position of Stambaugh's Air Service, Inc. and affiliates as of December 31, 1999, and the results of their operations and their cash flows for the year then ended in conformity with generally accepted accounting principles.

BDO Seidman, LLP

March 9, 2000

3

STM04218

# Stambaugh's Air Service, Inc. and Affiliates
## (S Corporations)

## Combined Statement of Income and Retained Earnings

| *Year ended December 31.* | 1999 |
|---|---|
| Sales (Note 7) | $ 10,832,155 |
| Cost of sales | 8,566,439 |
| Gross profit | 2,265,716 |
| General and administrative expenses | 2,008,992 |
| Income before other income (expense) | 256,724 |
| Other income (expense) | |
|    Rental income (Note 8) | 6,374 |
|    Interest (expense), net of interest income of $110,118 (Note 5) | (38,523) |
| Total other income (expense), net | (32,149) |
| Net income | 224,575 |
| Retained earnings at beginning of year | 3,255,095 |
| Retained earnings at end of year | $ 3,479,670 |

*See accompanying notes to combined financial statements*

5

STM04219

# Stambaugh's Air Service, Inc. and Affiliates (S Corporations)

## Report on Combined Financial Statements and Supplemental Material

### Year Ended December 31, 1998



BDO Seidman, LLP
Accountants and Consultants

STM04220

**BDO**

BDO Seidman, LLP
Accountants and Consultants

# Independent Auditors' Report

Stambaugh's Air Service, Inc.
Highspire, Pennsylvania

We have audited the accompanying combined balance sheet of Stambaugh's Air Service, Inc. and affiliates (S Corporations) as of December 31, 1998, and the related combined statements of income and retained earnings, and cash flows for the year then ended. These financial statements are the responsibility of the Company's management.    Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with generally accepted auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement.    An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements.    An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation.    We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the combined financial position of Stambaugh's Air Service, Inc. and affiliates as of December 31, 1998, and the combined results of their operations and their combined cash flows for the year then ended in conformity with generally accepted accounting principles.

BDO Seidman, LLP

March 5, 1999

3

STM04221

# Stambaugh's Air Service, Inc. and Affiliates
## (S Corporations)

## Combined Statement of Income and Retained Earnings

| Year ended December 31, | 1998 |
|---|---|
| Sales (Note 8) | $ 11,890,248 |
| Cost of sales | 10,238,156 |
| Gross profit | 1,652,092 |
| General and administrative expenses | 1,474,172 |
| Income before other income | 177,920 |
| Other income | |
|     Rental income (Note 10) | 9,300 |
|     Interest income, net of interest expense of $101,280 | 22,732 |
| Total other income | 32,032 |
| Net income | 209,952 |
| Retained earnings at beginning of year | 3,045,143 |
| Retained earnings at end of year | $  3,255,095 |

*See accompanying notes to combined financial statements.*

5

STM04222

# Stambaugh's Air Service, Inc. and Affiliates (S Corporations)

## Report on Combined Financial Statements and Supplemental Material

### Year Ended December 31, 1997



BDO Seidman, LLP
Accountants and Consultants

STM04223



BDO Seidman, LLP
Accountants and Consultants

## Independent Auditors' Report

Stambaugh's Air Service, Inc.
Highspire, Pennsylvania

We have audited the accompanying combined balance sheet of Stambaugh's Air Service, Inc. and affiliates (S Corporations), as of December 31, 1997, and the related combined statements of income and retained earnings, and cash flows for the year then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with generally accepted auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the combined financial position of Stambaugh's Air Service, Inc. and affiliates, as of December 31, 1997, and the combined results of their operations and their combined cash flows for the year then ended, in conformity with generally accepted accounting principles.

BDO Seidman, LLP

February 26, 1998

3

STM04224

# Stambaugh's Air Service, Inc. and Affiliates
## (S Corporations)

### Combined Statement of Income and Retained Earnings

| *Year ended December 31,* | 1997 |
|---|---|
| Sales (Note 8) | $ 13,771,649 |
| Cost of sales | 11,936,611 |
| Gross profit | 1,835,038 |
| General and administrative expenses | 1,978,718 |
| (Loss) before other income (expense) | (143,680) |
| Other income (expense) | |
|    Rental income (Note 10) | 10,136 |
|    Interest income, net of interest expense of $117,195 | 176,151 |
| Total other income | 186,287 |
| Net income | 42,607 |
| Retained earnings, beginning of year | 3,002,536 |
| Retained earnings, end of year | $   3,045,143 |

*See accompanying notes to combined financial statements.*

5

STM04225

SARA A07318  STM04226

SARA407315
STMN04229

SARA073114
STM04230

SAP000732                                                                STMA4224

Jordan D. Cunningham
Robert E. Chernicoff
Marc W. Witzig
Bruce J. Warshawsky
Kelly M. Knight
Tracy L. Updike

CUNNINGHAM & CHERNICOFF  P C
*ATTORNEYS AT LAW*
*P.O. BOX 60457*
*HARRISBURG PA 17106-0457*
_____

Telephone (717)238-6570
FAX (717)238-4809

Hershey Telephone
(717)534-2833
Street Address
2326 N  2nd Street
Harrisburg  PA  17110

## FACSIMILE TRANSMITTAL PAGE

TO:        Mark R  Stambaugh, Sr

FAX:       (717) 939-0401

FROM:      Jordan D  Cunningham  Esquire

DATE:      June 28  2007

RE:        *Stambaugh Air Services v  S4RAA, et al*
           *Our File No  424405*


Total number of pages in this transmittal, including cover sheet:  ___


MESSAGE:


NOTE  IF YOU DO NOT RECEIVE ALL OF THE PAGES  OR ANY PAGES ARE UNCLEAR  PLEASE CALL ANGELA
HEWITT AT 717 238 6570 AS SOON AS POSSIBLE

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND MAY CONTAIN INFORMATION
THAT IS PRIVILEGED AND CONFIDENTIAL  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY
NOTIFIED THAT ANY DISSEMINATION OF THIS COMMUNICATION IS STRICTLY PROHIBITED  IF YOU HAVE
RECEIVED THIS COMMUNICATION IN ERROR PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE  THANK
YOU

STM04232

STM04233

| | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Less from Denial of Fuel Rights | 1377640 | | | | | | | | | | |
| Gross Revenues | 11936811 | 11800246 | 10832155 | 11844438 | 7722591 | 4559132 | 8651628 | 1609160 | 1793140 | 2970989 | |
| Cost of Sales | 1835038 | 10238158 | 8568439 | 10140747 | 6028090 | 3405527 | 3465527 | | | | |
| Gross Profit | | 1652002 | 2265716 | 2210150 | 1694506 | 1153005 | 27373 | 342507 | 120670 | 756391 | |
| Income From Fuel | | | | | | | | | | | |
| Sig Passenger Less United | | | | 7273180 | 6500680 | 5345505 | 6284035 | 7953310 | 8422680 | 7177921 | |
| Galon x .05 | | | | 363559 | 325029 | 267278 | 314231 | 397665 | 421130 | 358806 | |
| Sig Cargo less UPS | | | | 2437038 | 1694541 | 2695804 | 2073872 | 2157373 | 1035959 | 1694465 | |
| Galon x .05 | | | | 121881 | 89227 | 134790 | 133603 | 107868 | 99797 | 99724 | |
| Non-Sig Jet A | | | | 1500870 | 1352428 | 1225540 | 1274604 | 1404603 | 1074207 | 1050221 | |
| Galon x .45 | | | | 702384 | 608592 | 596403 | 573571 | 632188 | 483393 | 404640 | |
| Non-Sig Av Gas | | | | 67018 | 67923 | 45784 | 33828 | 27280 | 27839 | 23400 | |
| Galon x 1.20 | | | | 81141 | 76707 | 54940 | 39151 | 33729 | 33486 | 28000 | |
| Total Fuel Revenue Loss | | | | 1,269,075 | 1,100,555 | 1,053,501 | 1,060,646 | 1,170,457 | 1,034,728 | 881,340 | |
| Expenses for Moving | | | | | | | | | | | |
| Equipment/tear/repair | | | | | | | 3182 | | | | |
| Equipment Moved to Georgia | | | | | | | 42597 | | | | |
| Labor for Packing and Shipping | | | | | | | 40000 | | | | |