In re: Stambaugh Aviation. Inc
      Debtor

Case No. 1-02-03208
Reporting Period:_December 1 thru December 31, 2002

## BANK RECONCILIATIONS
### Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page

| | Operating #172550 | Payroll #811881 | Tax # | Operating |
|---|---|---|---|---|
| BALANCE PER BOOKS | 13,424.42 | 117.13 | | |
| BANK BALANCE | 14,257.92 | 1,958.92 | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | 733.50 | 1,867.79 | | |
| OTHER (ATTACH EXPLANATION) | | | 0.00 | 0.00 |
| ADJUSTED BANK BALANCE * | 13,524.42 | 91.13 | | |

* Adjusted bank balance must equal
  balance per books

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|---|
| | 1135 | 185.00 | 20770 | 715.60 | | | | |
| | 1142 | 153.20 | 20779 | 515.07 | | | | |
| | 1146 | 47.01 | 20780 | 637.12 | | | | |
| | 1156 | 342.80 | | | | | | |
| | 1157 | 5.49 | | | | | | |

OTHER
_____
_____
_____
_____

FORM MOR-1 (CONT)
(9/99)

STM04327

In re: Stambaugh Aviation. Inc
Debtor

Case No  1-02-03208
Reporting Period:_December 1 thru December 31, 2002

## STATEMENT OF OPERATIONS
### (Income Statement)

The Statement of Operations is to be prepared on an accrual basis  The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | $41,350 | 282,518 |
| Less:  Returns and Allowances | | |
| Net Revenue | $41,350 | $282,518 |
| COST OF GOODS SOLD | | |
| Beginning Inventory | 132,921 | 132,921 |
| Add: Purchases | 9,506 | 12,758 |
| Add: Cost of Labor | 9,392 | 66,588 |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | 132,921 | 132,921 |
| Cost of Goods Sold | $18,898 | $79,346 |
| Gross Profit | $22,452 | $203,172 |
| OPERATING EXPENSES | | |
| Advertising | | |
| Auto and Truck Expense | 240 | 1,129 |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | 277 | 1,747 |
| Insider Compensation* | | |
| Insurance | 599 | 3,910 |
| Management Fees/Bonuses | | |
| Office Expense | 446 | 2,881 |
| Pension & Profit-Sharing Plans | | 490 |
| Repairs and Maintenance | 875 | 1,323 |
| Rent and Lease Expense | 4,929 | 27,438 |
| Salaries/Commissions/Fees | 1,277 | 61,719 |
| Supplies | 768 | 2,282 |
| Taxes - Payroll | 942 | 8,650 |
| Taxes - Real Estate | | |
| Taxes - Other | | 342 |
| Travel and Entertainment | 780 | 7,495 |
| Utilities | 1,926 | 5,135 |
| Other (attach schedule) | | 882 |
| Total Operating Expenses Before Depreciation | $13,059 | $125,423 |
| Depreciation/Depletion/Amortization | 992 | 6,944 |
| Net Profit (Loss) Before Other Income & Expenses | $8,401 | $70,805 |
| OTHER INCOME AND EXPENSES | | |
| Other Income (attach schedule) | | |
| Interest Expense | 2,757 | 14,869 |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | $5,644 | $55,936 |
| REORGANIZATION ITEMS | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | 500 | 750 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | $500 | $750 |
| Income Taxes | | |
| Net Profit (Loss) | $5,144 | $55,186 |

* "Insider" is defined in 11 U.S.C. Section 101(31)

FORM MOR-2
(9/99)

STM04328

In re:  Stambaugh Aviation, Inc.
        Debtor

Case No. 1-02-03208
Reporting Period:_December 1 thru December 31, 2002

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| Other Costs | | |
| | | |
| | | |
| | | |
| Other Operational Expenses | | |
| Licenses | | 800 |
| Uniforms | | 82 |
| | | |
| | | |
| Other Income | | |
| | | |
| | | |
| | | |
| Other Expenses | | |
| | | |
| | | |
| | | |
| Other Reorganization Expenses | | |
| | | |
| | | |
| | | |
| | | |

Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

FORM MOR-2 (CONT)
(9/99)

STM04329

In re: Stambaugh Aviation, Inc
            Debtor

Case No. 1-02-03208
Reporting Period : _December 1 thru December 31, 2002

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | 13,704 | 6,864 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | 14,867 | 15,292 |
| Notes Receivable | | |
| Inventories | 132,921 | 132,921 |
| Prepaid Expenses | | 4,066 |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| *TOTAL CURRENT ASSETS* | $161,492 | $159,143 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | |
| Machinery and Equipment | 554,258 | 554,258 |
| Furniture, Fixtures and Office Equipment | 100,391 | 100,391 |
| Leasehold Improvements | 24,314 | 24,314 |
| Vehicles | 16,706 | 16,706 |
| Less Accumulated Depreciation | (659,130) | (652,184) |
| *TOTAL PROPERTY & EQUIPMENT* | $36,539 | $43,485 |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | 11,942 | 11,942 |
| *TOTAL OTHER ASSETS* | $11,942 | $11,942 |
| **TOTAL ASSETS** | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Accounts Payable | 816 | |
| Taxes Payable (refer to FORM MOR-4) | 18,145 | |
| Wages Payable  (Paid 1/2/03) | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | 2,164 | |
| *TOTAL POSTPETITION LIABILITIES* | $21,125 | $0 |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | 486,085 | 499,915 |
| Priority Debt | 557,016 | 584,074 |
| Unsecured Debt | 746,447 | 754,223 |
| *TOTAL PRE-PETITION LIABILITIES* | $1,789,548 | $1,838,212 |
| | | |
| *TOTAL LIABILITIES* | $1,810,673 | $1,838,212 |
| **OWNER EQUITY** | | |
| Capital Stock | 100 | 100 |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | (1,655,986) | (1,623,742) |
| Retained Earnings - Postpetition | 55,186 | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| *NET OWNER EQUITY* | ($1,600,700) | ($1,623,642) |
| **TOTAL LIABILITIES AND OWNERS EQUITY** | | |

FORM MOR-3
(9/99)

*"Insider" is defined in 11 U.S.C. Section 101(31).

STM04330

In re  Stambaugh Aviation, Inc
Debtor

Case No. 1-02-03208
Reporting Period: December 1 thru December 31, 2002

## BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Assets | | |
| Security Deposit | 11,942 | 11,942 |
| | | |
| | | |
| | | |
| | | |
| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
| Other Postpetition Liabilities | | |
| Accrued Interest Payable to Bank | 2,164 | |
| | | |
| | | |
| | | |
| | | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Restricted Cash: cash that is restricted for a specific use and not available to fund operations   Typically, restricted cash is segregated
into a separate account, such as an escrow account.

FORM MOR-3 (CONT)
(9/99)

STM04331

In re: Stambaugh Aviation, Inc
          Debtor

Case No. 1-02-03208
Reporting Period _December 1 thru December 31, 2002

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | | | | | | |
|---|---|---|---|---|---|---|
| Federal | | 1,570.06 | 1,570.06 | 12/11 & 12/24 | EFT | 0.00 |
| Withholding | 0.00 | | | | | 0.00 |
| FICA-Employee | 0.00 | 911.81 | 911.81 | 12/11 & 12/24 | EFT | 0.00 |
| FICA-Employer | 0.00 | 911.81 | 911.81 | 12/11 & 12/24 | EFT | 0.00 |
| Unemployment (Due quarterly) | 94.62 | | | | | 94.62 |
| Income | | | | | | 0.00 |
| Other | | | | | | $94.62 |
| Total Federal Taxes | $94.62 | $3,393.68 | $3,393.68 | | | |
| State and Local | | | | | | 712.78 |
| Withholding | 0.00 | 712.78 | | | | 0.00 |
| Sales | | | | | | 0.00 |
| Excise | | | | | | 7.94 |
| Unemployment (Due quarterly) | 7.94 | | | | | 0.00 |
| Real Property | | | | | | 0.00 |
| Personal Property | | | | | | 0.00 |
| Other | | | | | | $720.72 |
| Total State and Local | $7.94 | $712.78 | $0.00 | | | $815.34 |
| Total Taxes | $102.56 | $4,106.46 | $3,393.68 | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable

| | | | | | |
|---|---|---|---|---|---|
| Accounts Payable | | | | | 0 |
| Wages Payable | 18,145 | | | | 18,145 |
| Taxes Payable | 816 | | | | 816 |
| Rent/Leases-Building | | | | | 0 |
| Rent/Leases-Equipment | | | | | 0 |
| Secured Debt/Adequate Protection Payments | | | | | 0 |
| Professional Fees | | | | | 0 |
| Amounts Due to Insider* | | | | | 2,164 |
| Other Interest Payable to Bank | 2,164 | | | | 0 |
| Other Accrued Expenses | | | | | 21,125 |
| Total Postpetition Debts | 21,125 | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31)

FORM MOR-4
(9/99)

STM04332

In re:  Stambaugh Aviation, Inc
        Debtor

Case No. 1-02-03208
Reporting Period:_December 1 thru December 31, 2002

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 14,917 |
| + Amounts billed during the period | 41,350 |
| - Amounts collected during the period | 41,400 |
| Total Accounts Receivable at the end of the reporting period | 14,867 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | 14,867 |
| Total Accounts Receivable | 14,867 |
| Amount considered uncollectible (Bad Debt) | 14,542 |
| Accounts Receivable (Net) | 325 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |

FORM MOR-5
(9/99)

STM04333

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Stambaugh Aviation, Inc.                    Case No. 1-02-03208
                                                   Reporting Period:December 1 thru December 31, 2003

MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Postpetition Taxes | MOR-4 | X | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Debtor Questionnaire | MOR-5 | X | |

I declare under penalty of perjury (28 U S C Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief

_____                    _____
Signature of Debtor                                 Date

_____                    _____
Signature of Joint Debtor                           Date

_____                    _____
Signature of Authorized Individual*                 Date            2/27/04

Mark R. Stambaugh                                   President
Printed Name of Authorized Individual               Title of Authorized Individual

* Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company

                                                    FORM MOR
                                                    (9 99)

STM04334

In re: Stambaugh Aviation, Inc.                    Case No. 1-01-03268
Debtor                                             Reporting Period: December 1 thru December 31, 2002

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CONT)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
| | OPER | PAYROLL | TAX | OPER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | (4,793.93) | 5,448.19 | | | 884.17 | | 5,765.62 | |
| RECEIPTS | | | | | | | | |
| CASH SALES | | | | | 0.00 | | 0.00 | |
| ACCOUNTS RECEIVABLE | 18,578.73 | | | | 18,578.73 | | 793,317.13 | |
| LOANS AND ADVANCES | | | | | 0.00 | | 0.00 | |
| SALE OF ASSETS | | | | | 0.00 | | 0.00 | |
| OTHER (ATTACH LIST) | | | | | 0.00 | | 72,424.23 | |
| TRANSFERS (FROM DIP ACCTS) | | 6,173.05 | | | 6,173.05 | | 261,598.37 | |
| | | | | | | | 0.00 | |
| TOTAL RECEIPTS | 18,578.73 | 6,173.05 | 0.00 | 0.00 | 24,751.78 | 0.00 | 1,127,339.78 | 0.00 |
| DISBURSEMENTS | | | | | | | | |
| NET PAYROLL | | 12,886.11 | | | 12,886.11 | | 287,025.60 | |
| PAYROLL TAXES | | | | | 0.00 | | 67,623.56 | |
| SALES, USE, & OTHER TAXES | | | | | 0.00 | | 445.27 | |
| INVENTORY PURCHASES | 2,972.56 | | | | 2,972.56 | | 159,079.64 | |
| SECURED RENTAL LEASES | | | | | 0.00 | | 204,563.61 | |
| INSURANCE | 1,152.00 | | | | 1,152.00 | | 5,697.00 | |
| ADMINISTRATIVE | 396.89 | 84.00 | | | 480.89 | | 10,677.43 | |
| SELLING | | | | | 0.00 | | 20,254.54 | |
| OTHER (ATTACH LIST) | 2,415.54 | | | | 2,415.54 | | 118,280.75 | |
| OWNER DRAW * | | | | | 0.00 | | 0.00 | |
| TRANSFERS (TO DIP ACCTS) | 6,173.05 | | | | 6,173.05 | | 261,598.37 | |
| | | | | | | | 0.00 | |
| PROFESSIONAL FEES | | | | | 0.00 | | 0.00 | |
| U. S. TRUSTEE QUARTERLY FEES | | | | | 0.00 | | 0.00 | |
| COURT COSTS | | | | | 0.00 | | 0.00 | |
| TOTAL DISBURSEMENTS | 13,111.04 | 12,970.11 | 0.00 | 0.00 | 26,081.15 | 0.00 | 1,134,756.00 | 0.00 |
| NET CASH FLOW | 5,467.69 | (6,797.06) | 0.00 | 0.00 | (1,329.37) | 0.00 | (7,416.82) | 0.00 |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| CASH - END OF MONTH | 703.76 | (1,348.96) | 0.00 | 0.00 | (645.20) | 0.00 | (645.20) | 0.00 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | 26,081.15 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | 6,173.05 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0.00 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 19,908.10 |

FORM MOR-1
(9/99)

STM04335

Stambaugh Aviation Inc.
Debtor

Case No. 1-02-02128-R
Reporting Period December 1 thru December 31, 2003

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | $18,579 | 1,036,954 |
| Less: Returns and Allowances | | |
| Net Revenue | $18,579 | $1,036,954 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | 129,382 | 132,921 |
| Add: Purchases | 3,871 | 73,357 |
| Add: Cost of Labor | 5,429 | 413,575 |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | 129,382 | 129,382 |
| Cost of Goods Sold | $9,300 | $490,471 |
| Gross Profit | $9,279 | $546,483 |
| **OPERATING EXPENSES** | | |
| Advertising | 33 | 120 |
| Auto and Truck Expense | | 2,221 |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | 979 | 4,551 |
| Insider Compensation* | | |
| Insurance | 1,507 | 21,826 |
| Management Fees Bonuses | | |
| Office Expense | 445 | 14,343 |
| Pension & Profit-Sharing Plans | | 490 |
| Repairs and Maintenance | 191 | 46,871 |
| Rent and Lease Expense | | 87,567 |
| Salaries Commissions Fees | 1,920 | 118,466 |
| Supplies | 1,558 | 11,742 |
| Taxes - Payroll | 1,897 | 47,353 |
| Taxes - Real Estate | | |
| Taxes - Other | | 638 |
| Travel and Entertainment | 943 | 68,574 |
| Utilities | 2,004 | 56,332 |
| Other (attach schedule) | 165 | 2,696 |
| Total Operating Expenses Before Depreciation | $11,642 | $483,790 |
| Depreciation Depletion Amortization | 1,950 | 18,475 |
| Net Profit (Loss) Before Other Income & Expenses | ($4,313) | $44,218 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | 1,735 | 37,547 |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | ($6,048) | $6,671 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | 3,500 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | $0 | $3,500 |
| Income Taxes | | |
| Net Profit (Loss) | ($6,048) | $3,171 |

* "Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-2
2/91

STM04336

In re: Stambaugh Aviation, Inc.
Debtor

Case No. 1-02-03208
Reporting Period December 1 thru December 31, 2005

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| **Other Costs** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Operational Expenses** | | |
| Licenses | | |
| Uniforms | | 143 |
| Dues | 165 | 1,389 |
| Training | | 1,118 |
| Tools | | 46 |
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:
Interest earned on cash accumulated during the chapter 11 case which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item

FORM MOR-2 (CONT)
(9/99)

STM04337



BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| CURRENT ASSETS | | |
| Unrestricted Cash and Equivalents | (1,934) | 6,861 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | 91,335 | 13,292 |
| Notes Receivable | | |
| Inventories | 129,382 | 132,921 |
| Prepaid Expenses | | 4,066 |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | 0 | |
| *TOTAL CURRENT ASSETS* | $220,224 | $159,143 |
| PROPERTY AND EQUIPMENT | | |
| Real Property and Improvements | | |
| Machinery and Equipment | 554,258 | 554,258 |
| Furniture, Fixtures and Office Equipment | 160,391 | 160,391 |
| Leasehold Improvements | 24,314 | 24,314 |
| Vehicles | | |
| Less Accumulated Depreciation | 16,766 | 16,706 |
| *TOTAL PROPERTY & EQUIPMENT* | (668,708) | (692,181) |
| OTHER ASSETS | $26,961 | $43,485 |
| Loans to Insiders * | | |
| Other Assets (attach schedule) | 11,942 | 11,942 |
| *TOTAL OTHER ASSETS* | $11,942 | $11,942 |
| *TOTAL ASSETS* | $259,127 | $214,570 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition) | | |
| Accounts Payable | 111,224 | |
| Taxes Payable (refer to FORM MOR-4) | 5,251 | |
| Wages Payable (Paid 1 5 04) | 23,091 | |
| Notes Payable | | |
| Rent - Leases - Building Equipment | | |
| Secured Debt - Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders * | | |
| Other Postpetition Liabilities (attach schedule) | 93,696 | |
| *TOTAL POSTPETITION LIABILITIES* | $233,865 | 59 |
| LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition) | | |
| Secured Debt | | |
| Priority Debt | 155,659 | 499,915 |
| Unsecured Debt | 378,871 | 584,024 |
| *TOTAL PRE-PETITION LIABILITIES* | 746,447 | 754,225 |
| | $1,677,977 | $1,838,212 |
| *TOTAL LIABILITIES* | $1,911,842 | $1,838,212 |
| OWNER EQUITY | | |
| Capital Stock | 100 | 100 |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | (1,655,986) | (1,923,742) |
| Retained Earnings - Postpetition | 3,171 | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| *NET OWNER EQUITY* | ($1,652,715) | ($1,923,612) |
| *TOTAL LIABILITIES AND OWNERS' EQUITY* | $259,127 | $214,570 |

FORM MOR-3
(9/99)

* "Insider" is defined in 11 U.S.C. Section 101(31).

6

STM04338

Reporting Period December 1 thru December 31, 2003

## BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| Prepaid Insurance | | |
| | | |
| | | |
| | | |
| | 0 | |
| Other Assets | | |
| Security Deposit | 11,942 | 11,942 |
| | | |
| | | |
| | | |
| | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Postpetition Liabilities | | |
| Accrued Interest Payable to Bank | 1,734 | |
| Due to affiliated company | 91,952 | |
| | | |
| | | |
| | 93,686 | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Restricted Cash: cash that is restricted for a specific use and not available to fund operations. Typically, restricted cash is segregated into a separate account, such as an escrow account

FORM MOR-3 (CONT)
(9/99)

STM04339

Pro Plasthrough Solutions Inc
Debtor

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount due at the date
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes
Attach photocopies of any tax returns filed during the reporting period

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal | | | | | | |
| Withholding | 0.00 | 1,074.94 | 1,074.94 | 12.16 - 12.24 | EFT | 0.00 |
| FICA-Employee | 0.00 | 1,251.23 | 1,251.23 | 12.16 - 12.24 | EFT | 0.00 |
| FICA-Employer | 0.00 | 1,251.23 | 1,251.23 | 12.16 - 12.24 | EFT | 0.00 |
| Unemployment (Due quarterly) | 822.35 | 213.93 | | | | 1,036.28 |
| Income | | | | | | 0.00 |
| Other | | | | | | 0.00 |
| Total Federal Taxes | 822.35 | 3,791.33 | 3,577.40 | | | 1,036.28 |
| State and Local | | | | | | |
| Withholding | 3,510.01 | 2,812.65 | 5,629.55 | 12.1 & 12.15 | ICT 11296+321 | 693.71 |
| Sales | | | | | | 0.00 |
| Excise | | | | | | 0.00 |
| Unemployment (Due quarterly) | 2,692.93 | 931.70 | | | | 3,523.75 |
| Real Property | | | | | | 0.00 |
| Personal Property | | | | | | 0.00 |
| Other | | | | | | 0.00 |
| Total State and Local | 6,202.94 | 3,644.35 | 5,620.35 | | | 4,217.46 |
| Total Taxes | 7,025.31 | 7,435.68 | 9,207.25 | | | 5,253.74 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable

| | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 24,354 | 61,498 | 25,561 | | | 111,221 |
| Wages Payable (Paid 10.4.03) | 25,641 | | | | | 25,641 |
| Taxes Payable | 5,253 | | | | | 5,253 |
| Rent-Lease-Building | | | | | | 0 |
| Rent-Lease-Equipment | | | | | | 0 |
| Secured Debt Adequate Protection Payments | | | | | | 0 |
| Professional Fees | | | | | | 0 |
| Amounts Due to Insiders* | | | | | | 0 |
| Other-Interest Payable to Bank | 1,731 | | | | | 1,731 |
| Other-Accrued Expenses | 91,462 | | | | | 91,462 |
| Total Postpetition Debts | 217,196 | 61,498 | 25,561 | 0 | 0 | 233,865 |

Explain how and when the Debtor intends to pay any past-due postpetition debts

_____
_____
_____
_____
_____

"Insider" is defined in 11 U.S.C. Section 101(31)

FORM MOR-4
(9/99)

STM04340

Debtor

Case No.
Reporting Period December 1 thru December 31

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 91,335 |
| + Amounts billed during the period | 18,579 |
| - Amounts collected during the period | 18,579 |
| Total Accounts Receivable at the end of the reporting period | 91,335 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | 53,607 |
| 91+ days old | 37,728 |
| Total Accounts Receivable | 91,335 |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | 91,335 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1 Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3 Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4 Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |

FORM MOR-5
(9 99)

STM04341

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Stambaugh's Air Service, Inc.

Case No. 1-02-03207
Reporting Period:December 1 thru December 31, 2003

MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Postpetition Taxes | MOR-4 | X | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Debtor Questionnaire | MOR-5 | X | |

I declare under penalty of perjury (28 U S C  Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief

_____          Date
Signature of Debtor

_____          Date
Signature of Joint Debtor

_____          Date          2/27/04
Signature of Authorized Individual*

Mark R. Stambaugh                            President
Printed Name of Authorized Individual        Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR
(9/99)

STM04342

In re: Stambaugh's Air Service, Inc.
Debtor

Case No. 1-02-03207
Reporting Period:December 1 thru December 31, 2003

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CONT)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | OPER. | OPER. | PAYROLL | PAYROLL | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | 0.00 | 16,914.63 | 0.00 | 15,124.78 | 32,039.41 | | 43,308.37 | |
| RECEIPTS | | | | | | | | |
| CASH SALES | | | | | 0.00 | | 409,308.44 | |
| ACCOUNTS RECEIVABLE | | 48,782.44 | | | 48,782.44 | | 4,284,305.80 | |
| LOANS AND ADVANCES | | | | | 0.00 | | 1,550.00 | |
| SALE OF ASSETS | | | | | 0.00 | | 1,000.00 | |
| OTHER (ATTACH LIST) | | 4,058.30 | | | 4,058.30 | | 275,679.40 | |
| TRANSFERS (FROM DIP ACCTS) | | 2,720.00 | | 31,575.00 | 34,295.00 | | 2,525,070.43 | |
| | | | | | | | 0.00 | |
| TOTAL RECEIPTS | 0.00 | 55,560.74 | 0.00 | 31,575.00 | 87,135.74 | 0.00 | 7,496,914.07 | 0.00 |
| DISBURSEMENTS | | | | | | | | |
| NET PAYROLL | | 466.46 | | 19,334.60 | 19,801.06 | | 1,895,496.66 | |
| PAYROLL TAXES | | 3,090.11 | | 9,776.96 | 12,867.07 | | 948,702.18 | |
| SALES, USE, & OTHER TAXES | | | | | 0.00 | | 4,550.16 | |
| INVENTORY PURCHASES | | | | | 0.00 | | 619,826.93 | |
| SECURED/ RENTAL/ LEASES | | 13,267.90 | | | 13,267.90 | | 602,890.21 | |
| INSURANCE | | 12,180.36 | | | 12,180.36 | | 476,815.07 | |
| ADMINISTRATIVE | | 81.08 | | | 81.08 | | 24,158.39 | |
| SELLING | | 2,769.24 | | | 2,769.24 | | 45,302.55 | |
| OTHER (ATTACH LIST) | | 567.24 | | | 567.24 | | 311,076.66 | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | 31,575.00 | | 2,720.00 | 34,295.00 | | 2,525,070.43 | |
| PROFESSIONAL FEES | | | | | 0.00 | | 36,237.00 | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | 0.00 | | 26,750.00 | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | 0.00 | 63,997.39 | 0.00 | 31,831.56 | 95,828.95 | 0.00 | 7,516,876.24 | 0.00 |
| NET CASH FLOW | 0.00 | (8,436.65) | 0.00 | (256.56) | (8,693.21) | 0.00 | (19,962.17) | 0.00 |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| CASH - END OF MONTH | 0.00 | 8,477.98 | 0.00 | 14,868.22 | 23,346.20 | 0.00 | 23,346.20 | 0.00 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
| --- | --- |
| TOTAL DISBURSEMENTS | 95,828.95 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | 34,295.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 61,533.95 |

FORM MOR-1
(9/99)

**In re: Stambaugh's Air Service, Inc.**
                    Debtor

Case No  1-02-03207
Reporting Period:December 1 thru December 31, 2003

Other Disbursements

| | |
|---|---|
| Rep. & Maintenance | 264.73 |
| Travel Exp. | |
| Utilities | 302.51 |
| Dues & Subscriptions | |
| Employee Benefits | |
| | 567.24 |

Other Receipts

| | |
|---|---|
| Employee Benefits | 4,058.30 |
| Insurance refund | |
| Other Receivables | |
| | 4,058.30 |

STM04344

In re: Stambaugh's Air Service, Inc                    Case No  1-02-03207
        Debtor                    Reporting Period:December 1 thru December 31, 2003

## BANK RECONCILIATIONS
Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page

| | Operating #51 323345 2 | | Payroll #53 600027 6 | | Payroll #51 340364 2 | | Operating #53 600026 8 | |
|---|---|---|---|---|---|---|---|---|
| BALANCE PER BOOKS | | | | 14,868.22 | | | | 8,477.98 |
| BANK BALANCE | | 0.00 | | 15,146.39 | | 0.00 | | 15,696.04 |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | 278.17 | | | | 7,218.06 |
| OTHER (Bank error. cor 11/02) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | 0.00 | | 14,868.22 | | 0.00 | | 8,477.98 |
| * Adjusted bank balance must equal balance per books | | | | | | | | |

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | 1788 | 278.17 | | | 11442 | 593.83 |
| | | | | | | | 11443 | 1,101.72 |
| | | | | | | | 11444 | 526.28 |
| | | | | | | | 11259 | 400.00 |
| | | | | | | | 11325 | 90.00 |
| | | | | | | | 11326 | 4,506.23 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

OTHER _____
_____
_____
_____
_____

       7,218 06

STM04345

In re: Stambaugh's Air Service, Inc.    Case No. 1-02-03207
      Debtor    Reporting Period:December 1 thru December 31, 2003

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis  The accrual basis of accounting recognizes revenue when it is
realized and expenses when they are incurred, regardless of when cash is actually received or paid

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | $48,782 | 4,883,750 |
| Less:  Returns and Allowances | | |
| Net Revenue | $48,782 | $4,883,750 |
| COST OF GOODS SOLD | | |
| Beginning Inventory | 453,413 | 456,807 |
| Add: Purchases | 410 | 282,733 |
| Add: Cost of Labor | 2,793 | 1,809,707 |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | 453,413 | 453,413 |
| Cost of Goods Sold | $3,203 | $2,095,834 |
| Gross Profit | $45,579 | $2,787,916 |
| OPERATING EXPENSES | | |
| Advertising | | 1,177 |
| Auto and Truck Expense | | 1,615 |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | 866 | 113,458 |
| Insider Compensation* | | |
| Insurance | 22,375 | 279,554 |
| Management Fees/Bonuses | | |
| Office Expense | | 11,292 |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | 201 | 112,670 |
| Rent and Lease Expense | | 200,886 |
| Salaries/Commissions/Fees | 20,048 | 846,736 |
| Supplies | | 21,545 |
| Taxes - Payroll | 1,953 | 220,272 |
| Taxes - Real Estate | | 21,363 |
| Taxes - Other | | 12,281 |
| Travel and Entertainment | | 57,823 |
| Utilities | 1,735 | 105,640 |
| Other (attach schedule) | | 9,933 |
| Total Operating Expenses Before Depreciation | $47,178 | 2,016,245 |
| Depreciation/Depletion/Amortization | 3,998 | 87,001 |
| Net Profit (Loss) Before Other Income & Expenses | ($5,597) | 684,670 |
| OTHER INCOME AND EXPENSES | | |
| Other Income (attach schedule) | | |
| Interest Expense | 5,701 | 122,498 |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | ($11,298) | 562,172 |
| REORGANIZATION ITEMS | | |
| Professional Fees | | 38,386 |
| U. S. Trustee Quarterly Fees | | 26,000 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | (1,000) |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | $0 | 63,386 |
| Income Taxes | | |
| Net Profit (Loss) | ($11,298) | $498,786 |

*"Insider" is defined in 11 U.S.C. Section 101(31)

FORM MOR-2

(9/99)

In re:  Stambaugh's Air Service, Inc                    Case No.  1-02-03207
   Debtor                                       Reporting Period:December 1 thru December 31, 2003

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| **Other Costs** | | |
| | | |
| | | |
| | | |
| **Other Operational Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| Employee Training | | 2,324 |
| Dues and Subscriptions | | 5,720 |
| Security (Airport Badges) | | 1,230 |
| Uniforms | | 659 |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |

Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item

                  FORM MOR-2 (CON'T)
                  (9/99)

In re: Stambaugh's Air Service, Inc.
Debtor

Case No. 1-02-03207
Reporting Period:December 1 thru December 31, 2003

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| CURRENT ASSETS | | |
| Unrestricted Cash and Equivalents | 23,646 | 43,308 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | 737,699 | 1,059,340 |
| Notes Receivable | | |
| Inventories | 453,413 | 456,807 |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | 1,541,530 | 846,334 |
| TOTAL CURRENT ASSETS | $2,756,288 | $2,405,789 |
| PROPERTY AND EQUIPMENT | | |
| Real Property and Improvements | 768,456 | 768,456 |
| Machinery and Equipment | 1,821,285 | 1,816,780 |
| Furniture, Fixtures and Office Equipment | 289,866 | 283,755 |
| Leasehold Improvements | 443,504 | 443,504 |
| Vehicles | 518,287 | 521,787 |
| Less Accumulated Depreciation | (3,175,576) | (3,092,073) |
| TOTAL PROPERTY & EQUIPMENT | $665,822 | $742,209 |
| OTHER ASSETS | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | 3,733,605 | 3,777,211 |
| TOTAL OTHER ASSETS | $3,733,605 | $3,777,211 |
| TOTAL ASSETS | $7,155,715 | $6,925,209 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition) | | |
| Accounts Payable | 49,638 | |
| Taxes Payable (refer to FORM MOR-4) | 32,047 | |
| Wages Payable (Paid 1/5/04) | 7,230 | 41,020 |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | 5,896 | |
| TOTAL POSTPETITION LIABILITIES | $94,811 | $41,020 |
| LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition) | | |
| Secured Debt | 1,585,093 | 1,633,050 |
| Priority Debt | 752,216 | 947,099 |
| Unsecured Debt | 1,018,703 | 1,097,934 |
| TOTAL PRE-PETITION LIABILITIES | $3,356,012 | $3,678,083 |
| | | |
| TOTAL LIABILITIES | $3,450,823 | $3,719,103 |
| OWNER EQUITY | | |
| Capital Stock | 10,000 | 10,000 |
| Additional Paid-In Capital | 3,296 | 3,296 |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | 3,192,810 | 3,192,810 |
| Retained Earnings - Postpetition | 498,786 | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| NET OWNER EQUITY | $3,704,892 | $3,206,106 |
| | | |
| TOTAL LIABILITIES AND OWNERS EQUITY | $7,155,715 | $6,925,209 |

FORM MOR-3
(9/99)

*"Insider" is defined in 11 U.S.C. Section 101(31)

0

STM04348

In re: Stambaugh's Air Service. Inc
Debtor

Case No. 1-02-03207
Reporting Period:December 1 thru December 31, 2003

## BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| Prepaid Expenses | 59,312 | 119,813 |
| Security Bond | | 149,976 |
| Due from Affiliated companies | 888,929 | 576,545 |
| Work-in-progress | 593,289 | |
| | | |
| | 1,541,530 | |
| | | |
| Other Assets | | |
| N/R - Shareholder | 3,476,620 | 3,514,078 |
| Security Deposits | 24,000 | 26,000 |
| N/R - Other | 232,985 | 237,133 |
| | | |
| | 3,733,605 | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Postpetition Liabilities | | |
| Accrued Interest Payable to Bank | 5,896 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Restricted Cash:  cash that is restricted for a specific use and not available to fund operations   Typically, restricted cash is segregated
into a separate account, such as an escrow account

FORM MOR-3 (CON'T)
(9/99)

STM04349

In re: Stambaugh's Air Service, Inc
    Debtor

Case No. 1-02-03207
Reporting Period: December 1 thru December 31, 2003

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 0.00 | 2,290.16 | 2,290.16 | 12/10 & 12/24 | EFT | 0.00 |
| FICA-Employee | 0.00 | 1,954.70 | 1,954.70 | 12/10 & 12/24 | EFT | 0.00 |
| FICA-Employer | 0.00 | 1,954.70 | 1,954.70 | 12/10 & 12/24 | EFT | 0.00 |
| Unemployment (Paid quarterly) | 3,569.61 | | | | | 3,569.61 |
| Income | | | | | | 0.00 |
| Other: | | | | | | 0.00 |
| **Total Federal Taxes** | $3,569.61 | $6,199.56 | $6,199.56 | | | $3,569.61 |
| **State and Local** | | | | | | |
| Withholding | 370.11 | 714.88 | 733.24 | 12/3 & 12/15 | Ck#11316 & 31! | 351.75 |
| Sales | 0.00 | | | | | 0.00 |
| Excise | 0.00 | | | | | 0.00 |
| Unemployment (Paid quarterly) | 6,749.00 | 5.34 | | | | 6,754.34 |
| Real Property | 18,726.18 | | | | | 18,726.18 |
| Personal Property | | | | | | 0.00 |
| Other:Local Tax Wlft (Paid quarterly) | 2,513.80 | 369.09 | 237.93 | 12/15 | Ck# 11320 | 2,644.96 |
| **Total State and Local** | $28,359.09 | $1,089.31 | $971.17 | | | $28,477.23 |
| **Total Taxes** | $31,928.70 | $7,288.87 | $7,170.73 | | | $32,046.84 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable

| | Current | 0-30 | Number of Days Past Due 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | 2,494 | 4,178 | 21,065 | 0 | 21,901 | 49,638 |
| Wages Payable (Paid 1/5/04) | 7,230 | | | | | 7,230 |
| Taxes Payable | 32,047 | | | | | 32,047 |
| Rent/Leases-Building | | | | | | 0 |
| Rent/Leases-Equipment | | | | | | 0 |
| Secured Debt/Adequate Protection Payments | | | | | | 0 |
| Professional Fees | | | | | | 0 |
| Amounts Due to Insiders* | | | | | | 0 |
| Other:Interest Payable to Bank | 5,896 | | | | | 5,896 |
| Other: | | | | | | 0 |
| **Total Postpetition Debts** | 47,667 | 4,178 | 21,065 | 0 | 21,901 | 94,811 |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

In re: Stambaugh's Air Service. Inc
       Debtor

Case No. 1-02-03207
Reporting Period:December 1 thru December 31, 2003

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 1,243,760 |
| + Amounts billed during the period | 48,782 |
| - Amounts collected during the period | 48,782 |
| Total Accounts Receivable at the end of the reporting period | 1,243,760 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | 1,243,760 |
| Total Accounts Receivable | 1,243,760 |
| Amount considered uncollectible (Bad Debt) | 506,061 |
| Accounts Receivable (Net) | 737,699 |

### DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |

FORM MOR-5
(9/99)

STM04351

Combined SAS / SAI - 2004

Source Trial Balance

REVENUE

| ACT # | Description | Total | Pro-Rated non related costs | 4/20/2005 "000" SAS | "001" SAI | 4/6/2005 |
|---|---|---|---|---|---|---|
| 3230 | Aircraft Maintenance | 727390 | | 727390 | | |
| | | 1223283 | | | | 1367896 |
| | Corrections to sales act. | | | | | |
| | 4th Q transfer SAS | | | | | -135000 |
| | 4th Q Debt payment | | | | | -9613 |
| | Total Revenue | 1950673 | | | | |

COST OF SALES

| ACT # | Description | Total | Pro-Rated non related costs | 4/20/2005 "000" SAS | "001" SAI 4/6/2005 |
|---|---|---|---|---|---|
| 4057 | Sub Contract Cost | 254879 | | 91783 | 163296 |
| 4059 | AC Maint Parts | 50279 | | | 50279 |
| 4060 | Gas/Oil | 7172 | | | 7172 |
| 4070 | Maint Rep Equip | 20143 | | 2513 | 17630 |
| 4072 | Parts | 110818 | | 1114 | 109704 |
| 4080 | Maint Rep Buildings | 10572 | | 1675 | 8897 |
| 4090 | Utilities | 44083 | | 5241 | 38842 |
| 4339 | Cost of Sales misc | 2942 | | | 2942 |
| 4100 | Health (Total) | 36980 | -12327 | 42314 | 6993 |
| 4102 | Empl Ben (total) | 5380 | -1794 | 4240 | 2925 |
| 4110 | General Ins (Auto, WC,etc) | 108044 | | 108044 | |
| 4120 | Per Diem | 141463 | | 46843 | 94620 |
| 4200 | Freight | 17309 | | 11432 | 5877 |
| 4280 | Vac/Holiday | 24782 | | 24782 | |
| 4290 | Payroll Tax | 60198 | -20066 | 36456 | 43808 |
| 4370 | Depreciation non G and A | 29608 | | 21540 | 8068 |
| 4381 | Msc Labor Payroll | 640485 | | 20207 | 620278 |
| 4165 | Rent Cost of Sales | 4929 | | | 4929 |
| 4220 | Tools | 4420 | | | 4420 |
| 4335 | Equip Rental | 1360 | | | 1360 |
| 4336 | | 2316 | | | 2316 |
| 4151 | Sales Comish | 30004 | | 29081 | 923 |
| | Total Cost of Sales | 1608166 | -34187 | 447074 | 1195279 |
| | Gross Profit | 342507 | | | |

STM04352

| | | Total | Pro-rata Non-Contract Payroll Dist. | "000" SA3 | "0011" SA T |
|---|---|---|---|---|---|
| Revenue | | | | | |
| A/C # | | | | | |
| 3110 | Designator Aircraft Main. | 727390 | | 727390 | |
| | | | | | 1367846 |
| | Corrections | | | | |
| | 4th Qtr Transfer from SA3 | | | | (135000) |
| | 1st Qtr Debit Prepaid | | | | (9613) |
| | Total Revenue | (1959673) | | | |
| | Cost of Sale | | | | |
| 4050 | Sub-Contractor Costs | 254870 | | 91583 | 163236 |
| 4050 | A/C Main. - Parts | 50279 | | | 50279 |
| 4060 | Gas/Oil | 7172 | | | 7172 |
| 4070 | M/R Eqpt | 20143 | | 2513 | 17630 |
| 4072 | Parts | 103818 | | 1114 | 108704 |
| 4090 | M/R Bldg | 10572 | | 1675 | 8877 |
| 4090 | V tchn | 44083 | | 5241 | 38842 |
| | | 2942 | | | |
| 4100 | Health (total) | 34939 | (12327) | | 6993 |
| 4102 | | 5399 | 1799 | 4249 | 2935 |
| 4110 | General Ins (Auto) Worker Comp, Liab, Hang'r | 108044 | | 108044 | |
| 4120 | Profit | 141463 | | 46843 | 74620 |
| 4200 | Freight | 17309 | | 11432 | 5877 |
| 4250 | Vacation/Hol | 24782 | | 24782 | |
| 4270 | Payroll Tax (Total) | 60193 | (20066) | 36456 | 43803 |
| 4351 | Depr - Non G9A | 29603 | | 21540 | 5353 |
| 4381 | Misc Labor - Payroll | 64043 | | 20207 | 55279 |
| 4155 | Bad Cost of Sale | 4929 | | | 4929 |
| 4270 | Tools | 4420 | | | 4420 |
| 4335 | Equip Rental | 1360 | | | 1360 |
| 4380 | | 2316 | | | 2316 |
| 4151 | Sale Comm | 30004 | | 29081 | 923 |
| | Cost of Sale | (1608166) | (24182) | 447074 | 1185270 |
| 4370 | 55% x NID | 1644189 | | 269715 GEA 249979 Rides 252 | 620279 163296 |
| | Payroll Comp'd So Far #. | | | | |

STM04353

**2005 Financial Statement**

| | | |
|---|---|---|
| Gross Revenues | $ | 1,928,100 |
| Direct Cost of Revenues | $ | 1,798,340 |
| Indirect Costs of Revenues | | |
| Bank | $ | 385,000 |
| Total Costs of Revenues | $ | 2,183,340 |
| Uncollected/Bad debt | $ | 63,808 |
| Gross Profit | $ | (319,048) |
| Loss before Other income | $ | (319,048) |
| Other Income | | |
| Gain on involuntary Conversion of equipt | $ | - |
| Interest Income | $ | - |
| Total Other Income | $ | - |
| Total Other income Expense | $ | - |
| Net Loss | $ | (319,048) |
| Retained Earnings at the beinning of the year | $ | (1,349) |
| Retained Earnings at end of the year | $ | 22,339 |

STM04354

Balance Sheet                    Stambaugh Aviation            01/01/06 thru 12/31/06

Current Assets:

|  |  |  |  |
|---|---|---|---|
| Cash | | $ | 187.000 |
| Receivables | | | |
| | Trade | | 3.215,129 |
| | Affiliates | | - |
| | Employees and Others | | 1,879 |
| Cost and Estimated Earnings in excess | | | |
| of Billings Open Contracts | | | |
| | Vision Air | | 250,000 |
| | Xtra Airways | | 485.000 |
| | Imobiliari (B727) | | 2,500,000 |
| Inventory | | | 355,147 |
| | Total Current Assets | $ | 6,807,155 |

Property & Equipment:

|  |  |  |
|---|---|---|
| Land & Buildings (2000 Appraial) | | 4,400,000 |
| Equipment & Vehicles | | 545,000 |
| Leasehold Improvements | | 12.000 |
| | Total P  P  & E | $  11,764,155 |
| Notes Receivable - Long Term | | - |
| Notes Receivable - Shareholder | | - |
| Security Deposits | | - |
| Investmant in Real Estate | | - |

Other Assets:

|  |  |  |
|---|---|---|
| | 3 ea B727-200 Fuselages | 1.300.000 |
| | 3ea JT8-15 Powerplants | 450.000 |
| | Total Other Assets | 1,750,000 |
| | Total Assets | $  13,514,155 |

Current Liabilities:

|  |  |  |  |
|---|---|---|---|
| Notes Payable: | | | |
| | Bank | $ | 2.581,000 |
| | Stockholders | | - |
| | Other | | 443.146 |
| Taxes Payable | | | - |
| A/P and Accrued Expenses | | | 41,389 |
| | Total Current Liabilities | | 3,065,535 |
| | Long Term Debt - Net of Current | | 3,024,146 |

STM04355

Statement of Income                    Stambaugh Aviation                    01/01/06 thru 12/31/06

Direct Cost of Sales

        Accounts Payables & Utilities                    890.587
        Direct Labor & Taxes                          1,893.730
        Indirect Labor & Taxes
        Insurance/Workers Compensation                184.693
        Employee Loans                                    1.879
            Total Direct Costs of Sales      $    2,970,869

Indirect Cost of Sales

        Airport Rent                                   59.268
        Other Costs
           Bank Payments                            408.963
           Uncollected/Bad Debt                           -
           Total Indirect Costs to Sales            468,231

           Total Costs of Sales            $    3,439,119

Gross Profit                                     $      288,162

STM04356

Total?

| 2006 Data | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Payroll & Taxes | 126,488 | 123,164 | 135,965 | 223,636 | 140,307 | 135,088 | 143,712 | 127,770 | 147,565 | 244,105 | 163,266 | 176,584 |
| Rent | 4,939 | 4,939 | 4,939 | 4,939 | 4,939 | 4,939 | 4,939 | 4,939 | 4,939 | 4,939 | 4,939 | 4,939 |
| Insurances | 8,466 | 9,610 | 48,128 | 9,003 | 9,339 | 28,689 | 8,941 | 26,231 | 7,486 | 6,310 | 9,774 | 11,626 |
| A/P Totals | 28,071 | 44,367 | 87,745 | 45,473 | 55,195 | 42,142 | 43,489 | 64,094 | 109,144 | 81,020 | 103,379 | 137,336 |
| Per Diem/Travel/Misc. | 478 | 1,200 | 10,852 | 1,801 | 7,825 | 10,448 | 3,287 | 2,802 | 2,999 | 3,730 | 2,891 | 790 |
| Bank Payments | 40,413 | 17,868 | 17,855 | 34,807 | 38,589 | 35,973 | 36,573 | 35,915 | 30,465 | 38,185 | 37,410 | 37,910 |
| Total Expenditures | 209,656 | 201,148 | 306,484 | 319,829 | 260,204 | 257,277 | 240,941 | 261,751 | 311,598 | 378,289 | 321,659 | 369,175 |
| Receivables Collected | 175,879 | 260,995 | 803,422 | 41,703 | 64,544 | 449,631 | 69,733 | 279,276 | 371,954 | 562,039 | 135,862 | 512,152 |
| Balance | (32,977) | 59,847 | 496,938 | (278,036) | (195,660) | 192,354 | (171,208) | 17,525 | 60,356 | 183,750 | (185,786) | 142,977 |
| Uncollected/Bad Debt | | | | | | | | | | | | |
| Adjusted Balance | (32,977) | 59,847 | 496,938 | (278,036) | (195,660) | 192,354 | (171,208) | 17,525 | 60,356 | 183,750 | (185,786) | 142,977 |

| | |
|---|---|
| 1st Quarter Balance | 623,808 |
| 2nd Quarter Balance | (281,372) |
| 3rd Quarter Balance | (93,327) |
| 4th Quarter Oct/Nov | 140,931 |
| Uncollected/Bad Debt | |
| Year To Date Balance | 200,041 |

Handwritten column:
175,879
260,995
803,422
41,793
64,544
449,631
69,733
279,278
371,954
562,039
135,862
512,152

012

0 =

0 =

STM04357

Statement of Income             Stambaugh Aviation              01/01/06 thru 12/31/06

Direct Cost of Sales:

    Accounts Payables & Utilities                           690.687
    Direct Labor & Taxes                                  1,893.750
    Indirect Labor & Taxes
    Insurance/Workers Compensation                          184.693
    Employee Loans                                            1.879
       Total Direct Costs of Sales     $   2,870,889

Indirect Cost of Sales:

    Airport Rent                                             59.268
    Other Costs
      Bank Payments                                 408,963
      Uncollected/Bad Debt                                -
      Total Indirect Costs to Sales                 468,231

      Total Costs of Sales               $   3,439,119

Gross Profit                                                    $      288,162

STM04358