IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STAMBAUGH'S AIR SERVICE, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO. 1:00-CV-0660 |
| : | |
| SUSQUEHANNA AREA REGIONAL : | |
| AIRPORT AUTHORITY, BAA : | Chief Judge Yvette Kane |
| HARRISBURG, INC., DAVID FLEET, : | Magistrate Judge Smyser |
| individually, DAVID HOLDSWORTH, : | |
| individually, and DAVID C. McINTOSH, : | |
| individually, : | |
| : | |
| Defendants. : | |

## ORDER

Upon consideration of Defendants' Motion for Sanctions for Failure to Properly and Timely Disclose Documents Supporting Damages Claims, IT IS HEREBY ORDERED THAT said Motion is granted and Plaintiff is precluded from introducing at trial evidence of damages as alleged in its Second Amended Complaint.

_____