IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STAMBAUGH'S AIR SERVICE, INC., | : |
| | : CASE NO. 1:00-CV-0660 |
| Plaintiff, | : |
| | : |
| v. | : Chief Judge Yvette Kane |
| | : |
| SUSQUEHANNA AREA REGIONAL | : Magistrate Judge Smyser |
| AIRPORT AUTHORITY, BAA | : |
| HARRISBURG, INC., DAVID FLEET, | : |
| individually, DAVID HOLDSWORTH, | : |
| individually, and DAVID C. McINTOSH, | : |
| individually, | : |
| | : |
| Defendants. | |

## **ORDER**

AND NOW, this ____ day of _____, 2007, upon consideration of Defendants' Motion for Summary Judgment, it is recommended that the Motion be GRANTED.

_____
J. Andrew Smyser
United States Magistrate Judge