IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STAMBAUGH'S AIR SERVICE, INC., | : | |
| | : | |
| Plaintiff | : | |
| v. | : | CASE NO. 1:CV-00-0660 |
| | : | |
| SUSQUEHANNA AREA REGIONAL | : | Judge Yvette Kane |
| AIRPORT AUTHORITY, BAA | : | Magistrate Judge J. Andrew Smyser |
| HARRISBURG, INC., DAVID FLEET, | : | |
| individually, DAVID HOLDSWORTH, | : | |
| individually, and DAVID C. McINTOSH, | : | |
| individually, | : | JURY TRIAL DEMANDED |
| Defendants | : | |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

## ORDER

AND NOW, this ___ day of July, 2007, upon consideration of Plaintiff's Response to Defendants' Motion for Sanctions for Failure to Properly and Timely Disclose Documents Supporting Damages Claim, it is hereby Ordered and Decreed that Defendants' Motion for Sanctions for Failure to Properly and Timely Disclose Discovery Supporting Plaintiff's Damage Claims is DENIED. It is further Ordered and Decreed that Plaintiff is not excluded from introducing evidence at trial of damages.

BY THE COURT,

_____
J.