IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STAMBAUGH'S AIR SERVICE, INC., | : |
| Plaintiff, | : |
| v. | : CASE NO. 1:00-CV-0660 |
| SUSQUEHANNA AREA REGIONAL AIRPORT AUTHORITY, BAA HARRISBURG, INC., DAVID FLEET, individually, DAVID HOLDSWORTH, individually, and DAVID C. McINTOSH, individually, | : Chief Judge Yvette Kane<br>: Magistrate Judge Smyser |
| Defendants. | : |

## **ORDER**

AND NOW, this _____ day of July, 2007, upon consideration of Defendants' Nunc Pro Tunc Motion for Leave to File Brief in Excess of 10,000 Words, it is hereby ORDERED that said Motion is GRANTED. Defendants are permitted to file their Brief in Support of their Motion for Summary Judgment containing a total of 11,343 words.

BY THE COURT:

_____
, J.