IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STAMBAUGH'S AIR SERVICE, INC., | : |
| | : CASE NO. 1:00-CV-0660 |
| Plaintiff, | : |
| | : |
| v. | : Chief Judge Yvette Kane |
| | : |
| SUSQUEHANNA AREA REGIONAL | Magistrate Judge Smyser |
| AIRPORT AUTHORITY, BAA | : |
| HARRISBURG, INC., DAVID FLEET, | : |
| individually, DAVID HOLDSWORTH, | : |
| individually, and DAVID C. McINTOSH, | : |
| individually, | : |
| | : |
| Defendants. | : |

— EXHIBITS

**DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS
PURSUANT TO Pa.M.D. L.R. 56.1**

**THE DEFENDANTS**

1. Defendant Susquehanna Area Regional Airport Authority ("SARAA") is a municipal authority that owns Harrisburg International Airport ("HIA"). (Doc. 84 at ¶2).

2. Defendant BAA Harrisburg, Inc. ("BAA") is a corporation that SARAA retained to manage HIA from 1998 to 2001. (Doc. 84 at ¶3).

655080.1