Exhibit "C"



# Commercial Checking

| 01 | 2000616330816 | 752 | 142 | 82 | 152 | 77,180 |
|----|---------------|-----|-----|----|-----|--------|

STAMBAUGH'S AIR SERVICE
427 SECOND ST
HIGHSPIRE PA  17034-0000

CB

---

# Commercial Checking

5/01/2001 thru 5/31/2001

Account number:  2000616330816
Account holder(s):  STAMBAUGH'S AIR SERVICE

Taxpayer ID Number:  231714264

## Account Summary

| | |
|---|---|
| Opening balance 5/01 | $55,533.65 |
| Deposits and other credits | 738,808.99 + |
| Checks | 429,937.60 - |
| Other withdrawals and service fees | 353,740.31 - |
| Closing balance 5/31 | $10,664.73 |

## Deposits and Other Credits

| Date | Amount | Description |
|------|--------|-------------|
| 5/01 | 7,000.00 | SWEEP + LOAN ADVANCE |
| 5/03 | 1,090.17 | DEPOSIT |
| 5/03 | 37,000.00 | SWEEP + LOAN ADVANCE |
| 5/04 | 14,000.00 | SWEEP + LOAN ADVANCE |
| 5/07 | 25,000.00 | SWEEP + LOAN ADVANCE |
| 5/08 | 9,610.75 | DEPOSIT |
| 5/08 | 24,587.88 | FUNDS TRANSFER  (ADVICE 010508009971) RCVD FROM  BANK ONE INTERNAT/ ORG = ALL CANADA EXPRESS LTD RFB = OW01050800648    OBI = RE INVOICE 16312 163 REF = OW01050800648            11:15AM |
| 5/09 | 29,250.00 | DEPOSIT |
| 5/09 | 96,000.00 | SWEEP + LOAN ADVANCE |
| 5/11 | 4,210.11 | DEPOSIT |
| 5/11 | 50,000.00 | FUNDS TRANSFER  (ADVICE 010511018081) RCVD FROM  BANK ONE INTERNAT/ ORG = ALL CANADA EXPRESS LTD RFB = OW01051100354    OBI = INV 16320 1 PARTIAL REF = OW01051100354            01:10PM |
| 5/14 | 56,000.00 | SWEEP + LOAN ADVANCE |
| 5/15 | 24,007.45 | DEPOSIT |
| 5/15 | 39,000.00 | SWEEP + LOAN ADVANCE |
| 5/16 | 17,540.04 | FUNDS TRANSFER  (ADVICE 010516030832) RCVD FROM  CITIBANK (DELAWAR/FINOVA CAP CORP- ORG = FINOVA CAPITAL CORPORATION RFB = LCT11362961400  OBI = REF = LCT11362961400            05:21PM |

*Deposits and Other Credits continued on next page.*

---



# Commercial Checking

02        2000616330816   752   142          82   152              77,181

---

## Deposits and Other Credits *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 5/17 | 2,000.00 | SWEEP + LOAN ADVANCE |
| 5/18 | 50,999.07 | FUNDS TRANSFER (ADVICE 010518032688) RCVD FROM BANK ONE INTERNAT/ ORG = ALL CANADA EXPRESS LTD RFB = OW01051800920   OBI = RE INVOICE 163201 BA REF = OW01051800920         04:59PM |
| 5/21 | 4,000.00 | SWEEP + LOAN ADVANCE |
| 5/22 | 1,000.00 | SWEEP + LOAN ADVANCE |
| 5/23 | 560.00 | FUNDS TRANSFER (ADVICE 010523000896) RCVD FROM FIRST UNION BANK /LLOYDS BANK LTD. ORG = AIR CONTRACTORS (IRELAND) LTD. RFB = FT50048281501   OBI = INVOICE 16319 REF = 0105214103000436       05:15AM |
| 5/23 | 149,000.00 | SWEEP + LOAN ADVANCE |
| 5/24 | 1,000.00 | SWEEP + LOAN ADVANCE |
| 5/25 | 1,000.00 | SWEEP + LOAN ADVANCE |
| 5/29 | 9,000.00 | SWEEP + LOAN ADVANCE |
| 5/29 | 72,220.09 | DEPOSIT |
| 5/30 | 4,000.00 | SWEEP + LOAN ADVANCE |
| 5/31 | 9,733.43 | DEPOSIT |
| Total | $738,808.99 | |

## Checks

| Number | Amount | Date posted | Number | Amount | Date posted | Number | Amount | Date posted |
|--------|--------|-------------|--------|--------|-------------|--------|--------|-------------|
| 8044 | 10.84 | 5/04 | 8085 | 55,263.16 | 5/14 | 8103 | 1,000.00 | 5/17 |
| 8045 | 603.85 | 5/07 | 8086 | 48.45 | 5/04 | 8104 | 475.00 | 5/17 |
| 8057* | 72.66 | 5/02 | 8087 | 400.00 | 5/01 | 8105 | 2,224.19 | 5/16 |
| 8061* | 49.70 | 5/01 | 8088 | 3,982.40 | 5/04 | 8106 | 175.00 | 5/21 |
| 8066* | 1,439.12 | 5/01 | 8089 | 22,643.73 | 5/07 | 8107 | 500.00 | 5/14 |
| 8068* | 30.00 | 5/02 | 8090 | 48.31 | 5/04 | 8108 | 214.05 | 5/22 |
| 8069 | 7,500.00 | 5/09 | 8092* | 379.92 | 5/09 | 8109 | 211.00 | 5/22 |
| 8071* | 397.30 | 5/01 | 8093 | 634.40 | 5/15 | 8110 | 240.00 | 5/23 |
| 8072 | 360.00 | 5/01 | 8094 | 819.82 | 5/16 | 8113* | 1,068.18 | 5/18 |
| 8075* | 211.00 | 5/08 | 8095 | 95.40 | 5/15 | 8114 | 4,151.46 | 5/21 |
| 8076 | 240.00 | 5/04 | 8096 | 10,678.01 | 5/08 | 8115 | 278.76 | 5/17 |
| 8077 | 10.84 | 5/04 | 8097 | 66.18 | 5/23 | 8116 | 460.68 | 5/18 |
| 8078 | 603.85 | 5/07 | 8098 | 97,291.52 | 5/09 | 8117 | 1,650.00 | 5/16 |
| 8079 | 1,068.18 | 5/02 | 8099 | 272.44 | 5/09 | 8118 | 192.60 | 5/21 |
| 8080 | 4,418.34 | 5/04 | 8100 | 123.19 | 5/16 | 8119 | 1,800.00 | 5/18 |
| 8081 | 2,800.00 | 5/01 | 8101 | 729.02 | 5/23 | 8120 | 300.00 | 5/18 |
| 8084* | 77.83 | 5/01 | 8102 | 38,459.81 | 5/15 | 8121 | 65.50 | 5/29 |

* Indicates a break in check number sequence

*Checks continued on next page*

---



# Commercial Checking

03    2000616330816  752  142        82  152        77,182

## Checks *continued*

| Number | Amount | Date posted | Number | Amount | Date posted | Number | Amount | Date posted |
|--------|--------|-------------|--------|--------|-------------|--------|--------|-------------|
| 8122 | 200.00 | 5/22 | 8148* | 5,000.00 | 5/31 | 22847 | 1.00 | 5/02 |
| 8123 | 833.09 | 5/24 | 22837* | 161.28 | 5/07 | 22848 | 95.40 | 5/04 |
| 8125* | 704.19 | 5/25 | 22838 | 1,470.22 | 5/04 | 22849 | 315.19 | 5/07 |
| 8126 | 98,622.71 | 5/23 | 22839 | 1,136.47 | 5/01 | 22850 | 391.83 | 5/03 |
| 8128* | 7,338.93 | 5/29 | 22840 | 2,064.12 | 5/04 | 22851 | 21,252.35 | 5/03 |
| 8129 | 179.22 | 5/24 | 22841 | 874.58 | 5/03 | 22852 | 248.07 | 5/07 |
| 8130 | 707.25 | 5/25 | 22842 | 2,180.60 | 5/04 | 22853 | 200.79 | 5/03 |
| 8132* | 203.95 | 5/30 | 22843 | 1,374.30 | 5/02 | 22854 | 3,438.00 | 5/03 |
| 8133 | 135.00 | 5/29 | 22844 | 575.81 | 5/11 | 22855 | 687.89 | 5/07 |
| 8141* | 1,737.80 | 5/29 | 22845 | 6,332.00 | 5/03 | **Total** | **$429,937.60** | |
| 8143* | 4,609.00 | 5/30 | 22846 | 30.87 | 5/08 | | | |

*\* Indicates a break in check number sequence*

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|------|--------|-------------|
| 5/02 | 53,000.00 | SWEEP + LOAN PAYMENT |
| 5/03 | 5,000.00 | FUNDS TRANSFER  (ADVICE 010503026012)<br>SENT TO  COASTAL BANK OF G/<br>BNF = STAMBAUGH AVIATION<br>OBI =<br>RFB =          05/03/01  03:27PM |
| 5/08 | 13,000.00 | SWEEP + LOAN PAYMENT |
| 5/09 | 358.77 | COMMERCIAL SERVICE CHARGES FOR APRIL 2001 |
| 5/10 | 29,000.00 | SWEEP + LOAN PAYMENT |
| 5/11 | 54,000.00 | SWEEP + LOAN PAYMENT |
| 5/16 | 37,000.00 | SWEEP + LOAN PAYMENT |
| 5/18 | 47,000.00 | SWEEP + LOAN PAYMENT |
| 5/23 | 50,000.00 | FUNDS TRANSFER  (ADVICE 010523006181)<br>SENT TO  COASTAL BANK OF G/<br>BNF = STAMBAUGH AVIATION<br>OBI =<br>RFB =          05/23/01  10:02AM |
| 5/31 | 1,000.00 | SWEEP + LOAN PAYMENT |
| 5/31 | 5,000.00 | FUNDS TRANSFER  (ADVICE 010531027062)<br>SENT TO  COASTAL BANK OF G/<br>BNF = STAMBAUGH AVIATION<br>OBI =<br>RFB =          05/31/01  01:56PM |
| 5/31 | 59,381.54 | FUNDS TRANSFER  (ADVICE 010531024055)<br>SENT TO  COASTAL BANK OF G/<br>BNF = COASTAL BANK OF GEORGIA<br>OBI = REF:ATTN:WAYNE JOHNSON<br>RFB =          05/31/01  02:09PM |
| **Total** | **$353,740.31** | |



# Commercial Checking

04      2000616330816 752 142        82 152          77,183

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 5/01 | 55,873.23 | 5/11 | 454.73 | 5/23 | 606.68 |
| 5/02 | 327.09 | 5/14 | 691.57 | 5/24 | 594.37 |
| 5/03 | 927.71 | 5/15 | 24,509.41 | 5/25 | 182.93 |
| 5/04 | 358.19 | 5/16 | 232.25 | 5/29 | 72,125.79 |
| 5/07 | 94.33 | 5/17 | 478.49 | 5/30 | 71,312.84 |
| 5/08 | 10,373.08 | 5/18 | 848.70 | 5/31 | 10,664.73 |
| 5/09 | 29,820.43 | 5/21 | 320.64 | | |
| 5/10 | 820.43 | 5/22 | 704.59 | | |

*EFFECTIVE 7/1/01, IF OVERDRAFT PROTECTION IS UTILIZED, A $5 PER
TRANSFER FEE WILL BE CHARGED TO YOUR DEPOSIT ACCOUNT. TRANSFERS
FROM A CREDIT ACCOUNT WILL BE SUBJECT TO THE TERMS OF YOUR CREDIT
AGREEMENT. TRANSFERS FROM CREDIT CARDS WILL BE SUBJECT TO
ADDITIONAL FEES; REFER TO YOUR CREDIT AGREEMENT.*



# Commercial Checking

05      2000616330816   752   142        82   152           77,184        —————  —————

—————

## Customer Service Information

**For questions about your statement
or billing errors, contact us at:**

| | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | FIRST UNION NATIONAL BANK |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | POST OFFICE BOX 13327 |
| TDD  (For the Hearing Impaired) | 1-800-835-7721 | ROANOKE VA 24040-7314 |
| | | |
| Commercial Credit Card Inquiries | 1-800-704-0883 | FIRST UNION |
| | | PO BOX 563966 |
| | | CHARLOTTE NC 28256-3966 |

## To Balance Your Account

| | List Outstanding Checks and Withdrawals | | | |
|---|---|---|---|---|
| 1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below. | Ck. No. | Amount | Ck. No. | Amount |
| _____  2. Write in the closing balance shown on the front of account statement. | | | | |
| _____  3. Write in any deposits you have made since the date of this statement. | | | | |
| _____ | | | | |
| _____ | | | | |
| _____  4. Add together amounts listed above in steps 2 and 3. | | | | |
| _____  5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here. | | | | |
| _____  6. Subtract the amount in line 5 from the amount in line 4. This is your adjusted balance and should match the balance in Step 1 above. | | | | |
| | | | Total | |

In Case of Errors or Questions About Your Electronic Transfers:  Telephone us at 1-800-704-0883 or Write us at FIRST UNION, PO BOX 563966, CHARLOTTE NC 28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error.  You will have use of the money during the time it takes us to complete our investigation.

8097

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

3-50/310

DATE 05/09/01

PAY TO THE ORDER OF McMaster Carr Supply Co $ 66.18

Sixty six and 18/100 DOLLARS

FIRST UNION
**First Union National Bank**
firstunion.com
R/T 031000503

FOR CNS 51356

⑆000008097⑆ ⑈031000503⑈ 2000616330816⑆          ⑆0000006618⑆



STAMBAUGH'S AIR SERVICE, INC.  08/94
427 SECOND ST
HIGHSPIRE, PA  17034

8125

3-50/310

DATE *May 22, 2001*

PAY TO THE ORDER OF *Vopak U.S.A.*    $ *704.19*

*Seven Hundred Four and 19/100*    DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

FOR *INV 51372*

⑈00008125⑈ ⑈031000503⑈ 200616330816⑈    ⑈0000070419⑈



STAMBAUGH'S AIR SERVICE, INC.  08/94
427 SECOND ST
HIGHSPIRE. PA  17034

8129

3-50/310

DATE *5-23-01*

PAY TO THE ORDER OF *PPL Utilities*    $ *179.22*

*One Hundred Seventy Nine and 22/100*    DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

FOR *Acct # 04550-63000*

⑈00008129⑈ ⑈031000503⑈ 200616330816⑈    ⑈0000017922⑈



STAMBAUGH'S AIR SERVICE, INC.  08/94
427 SECOND ST
HIGHSPIRE, PA  17034

8045

3-50/310

DATE *4-13-2001*

PAY TO THE ORDER OF *Exxon U.F.L.T.C.*    $ *603.85*

*Six Hundred Three and 85/100*    DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

FOR *2510B014*

⑈00008045⑈ ⑈031000503⑈ 200616330816⑈    ⑈0000060385⑈

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8088

3-50/310

DATE 05/01/01

PAY TO THE ORDER OF *Dillsburg Aeroplane Works*          $ 3982.40

*Three thousand nine hundred eighty two and 40/100* ———— DOLLARS

**First Union National Bank**
firstunion com
R/T 031000503

FOR _____

_David A. Strong_

⑈'00008088'⑈ ⑆031000503⑆ 2006163308I6⑈     ,'0000398240'

---

**STAMBAUGH'S AIR SERVICE, INC.**         **FIRST UNION**
HARRISBURG INTERNATIONAL AIRPORT
P.O. BOX 149
MIDDLETOWN, PA 17057

22841

| CHECK NO. | CHECK DATE | VENDOR NO |
|-----------|-----------|-----------|
| 022841 | 04/25/01 | 288 |

PAY

EIGHT HUNDRED SEVENTY-FOUR AND 58/100 DOLLARS*****          CHECK AMOUNT

$***********874.58

TO THE ORDER OF   GPU ENERGY
PO BOX 193

ALLENHURST          NJ 07711-0193

⑈'022841'⑈ ⑆031000503⑆ 2006163308I6⑈     ,'00000874.58'

---

**STAMBAUGH'S AIR SERVICE, INC.**         **FIRST UNION**
HARRISBURG INTERNATIONAL AIRPORT
P.O. BOX 149
MIDDLETOWN, PA 17057

22839

| CHECK NO | CHECK DATE | VENDOR NO |
|----------|-----------|-----------|
| 022839 | 04/25/01 | 133 |

PAY

ONE THOUSAND ONE HUNDRED THIRTY-SIX AND**********          CHECK AMOUNT
47/100 DOLLARS************************************

$********1,136.47

TO THE ORDER OF   VERIZON
P.O. BOX 28000

LEHIGH VLY          PA 18002-8000

⑈'022839'⑈ ⑆031000503⑆ 2006163308I6⑈     ,'000011364.7'



**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8098
3-50/310

DATE 05/09/01

PAY TO THE ORDER OF *Stambaughs Air Service Payroll Account* | $ 97,291.52

*ninety seven thousand two hundred ninety one and 52/100* DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

FOR *pay roll period ending 5/4/01*    David A. Strong

⑈00008098⑈ ⑆031000503⑆ 20006163308⑈ ⑇000972915 2⑈

---

**STAMBAUGH'S AIR SERVICE, INC.**
HARRISBURG INTERNATIONAL AIRPORT
P O BOX 149
MIDDLETOWN, PA 17057

FIRST UNION

22846

| CHECK NO | CHECK DATE | VENDOR NO |
|---|---|---|
| 022846 | 04/25/01 | 1138 |

PAY

THIRTY AND 87/100 DOLLARS***************************

CHECK AMOUNT

$***********30.87

TO THE ORDER OF
VERIZON WIRELESS
P.O. BOX 8808

LITTLE ROCK        AR 72231-8808

⑈022846⑈ ⑆031000503⑆ 20006163308⑈ ⑇000000308 7⑈

---

**STAMBAUGH'S AIR SERVICE, INC.**
HARRISBURG INTERNATIONAL AIRPORT
P O BOX 149
MIDDLETOWN, PA 17057

FIRST UNION

22855

5101001031

| CHECK NO | CHECK DATE | VENDOR NO |
|---|---|---|
| 022855 | 04/25/01 | 275-1 |

PAY

SIX HUNDRED EIGHTY-SEVEN AND 89/100 DOLLARS*******

CHECK AMOUNT

$***********687.89

TO THE ORDER OF
XO COMMUNICATIONS
NEXTLINK
P.O. BOX 641824
PITTSBURGH        PA 15264-1824

⑈022855⑈ ⑆031000503⑆ 20006163308⑈ ⑇000068978 9⑈



STAMBAUGH'S AIR SERVICE, INC. 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8103

DATE 5-11-01       3-50/310

PAY TO THE ORDER OF Nordair USA, Inc       $ 1,000.00

One Thousand and 00/100       DOLLARS

First Union National Bank
firstunion.com
R/T 031000503    119.50 Toward 44993

FOR Insu. 45090, 44929, 45055

⑈00008103⑈ ⑉031000503⑉ 2006163308 16⑈       ⑈0000100000⑈

---



T312800211240 1

STAMBAUGH'S AIR SERVICE, INC. 08/94
427 SECOND ST
HIGHSPIRE, PA 17034    T312800211241 1

8085

DATE April 30, 2001       3-50/310

PAY TO THE ORDER OF U.S. Treasury       $ 55,263.16

Fifty-Five Thousand Two Hundred Sixty-Three and 16/100       DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

FOR Apply per attached letter

⑈00008085⑈ ⑉031000503⑉ 2006163308 16⑈       ⑈0005526316⑈

---



STAMBAUGH'S AIR SERVICE, INC. 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8069

DATE 4-25-01       3-50/310

PAY TO THE ORDER OF AON       $ 7500.00

Seven Thousand Five Hundred and 00/100       DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

FOR FEB Pymt

⑈00008069⑈ ⑉031000503⑉ 2006163308 16⑈       ⑈0000750000⑈



STAMBAUGH'S AIR SERVICE, INC.
427 SECOND ST
HIGHSPIRE, PA 17034

8130

3-50/310

DATE 5-23-01

PAY TO THE ORDER OF Verizon

$ 707.25

Seven Hundred Seven and 25/100 DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

FOR 944-1787, 944-0791 & 944-1940

⑆00008130⑆ ⑆031000503⑆ 20006163308⑉ 16⑆  ⑆000070725⑆



STAMBAUGH'S AIR SERVICE, INC.
427 SECOND ST
HIGHSPIRE, PA 17034

8117

3-50/310

DATE 05/16/01

PAY TO THE ORDER OF George Zeigler

$ 1650.00

one thousand six hundred fifty and 00/100 DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

08428990
05/16/01  85402  0040  H  347
02:50 PM        $1,650.00

FOR 6 men to Ga.

⑆0008117⑆ ⑆031000503⑆ 20006163308⑉ 16⑆  ⑆000165000⑆

STAMBAUGH'S AIR SERVICE, INC.
HARRISBURG INTERNATIONAL AIRPORT
P.O. BOX 149
MIDDLETOWN, PA 17057

FIRST UNION

22847

4029674

| CHECK NO | CHECK DATE | VENDOR NO |
|---|---|---|
| 022847 | 04/25/01 | 1930 |

PAY

ONE AND 00/100 DOLLARS************************************

CHECK AMOUNT

$***********1.00

TO THE ORDER OF

STATE WORKMENS INS FUND
100 LACKAWANNA AVE
PO BOX 5100
SCRANTON        PA 18505-5125

⑆022847⑆ ⑆031000503⑆ 20006163308⑉ 16⑆  ⑆0000000100⑆

8109

STAMBAUGH'S AIR SERVICE, INC.   08/94
427 SECOND ST
HIGHSPIRE, PA  17034

3-50/310

DATE 5-15-2001

PAY TO THE ORDER OF New York Life Insurance Co.   $ 211.00

Two Hundred Eleven + 00/100 _____ DOLLARS

070384066 201 01 2145 2502

First Union National Bank
firstunion.com
R/T 031000503

FOR 0069306676

Mary S M'Gee

⑆00008109⑆ ⑈031000503⑈ 2000616330816⑆     ⑈000002100⑈

---

8116

STAMBAUGH'S AIR SERVICE, INC.   08/94
427 SECOND ST
HIGHSPIRE, PA  17034

3-50/310

DATE 05/15/01

PAY TO THE ORDER OF Cashere   $ 460.68

four hundred sixty and 68/100 ~~~~ DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

FOR CNS 51374

David A. Strong

⑆00008116⑆ ⑈031000503⑈ 2000616330816⑆     ⑈000004606⑈

---

8119

STAMBAUGH'S AIR SERVICE, INC.   08/94
427 SECOND ST
HIGHSPIRE, PA  17034

3-50/310

DATE May 17, 2001

PAY TO THE ORDER OF Michael Davis   $ 1,800.00

Eighteen Hundred and 00/100 _____ DOLLARS

40101055 400 23 4459 4439

First Union National Bank
firstunion.com
R/T 031000503

0114.01 05/17/01 0011          512086570#
OTHER CASHED CHECK             $1,800.00
12:14                          CAMP HILL OFFICE

Mary S M'Gee

FOR _____

⑆00008119⑆ ⑈031000503⑈ 2000616330816⑆     ⑈000180000⑈

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8123

3-50/310

DATE 5-22-2001

PAY TO THE ORDER OF Kyle T. Ensminger                        $833.09

Eight Hundred Thirty-Three 09/100 ————— DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

FOR advance PR check                        Marc S M'Gee

⑆00008123⑈ ⑆031000503⑈ 2000616330816⑈ ⑆000008330⑈

---



**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8133

3-50/310

DATE May 23, 2001

PAY TO THE ORDER OF Bob Daley                        $135.00

One Hundred Thirty-Five and 00/100 ————— DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

FOR CNS 51396                        Marc S M'Gee

⑆00008133⑈ ⑆031000503⑈ 2000616330816⑈ ⑆000013500⑈

---



**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8121

3-50/310

DATE 05/18/01

PAY TO THE ORDER OF WESCO                        030196262  400  23  4648  $4003 65.50

Sixty five and 50/100 ————— DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

FOR replacement ck for ck # 7834 less $20.00 fee                        David A. Strong

⑆00008121⑈ ⑆031000503⑈ 2000616330816⑈ ⑆000006550⑈

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8080

3-50/310

PAY TO THE ORDER OF *Guardian Life Insurance* 14

DATE 4-22-2001

$ 4,418.34

*Four Thousand Four Hundred Eighteen* + 34/100 ——— DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

FOR *Contract # 604415*

*Marc S M Gee*

⑈00008080⑈ ⑆031000503⑆ 2006163308 16⑈ ⑆0000441834⑈

---

**STAMBAUGH'S AIR SERVICE, INC.**
HARRISBURG INTERNATIONAL AIRPORT
P O BOX 149
MIDDLETOWN, PA 17057

FIRST UNION

22848

| CHECK NO | CHECK DATE | VENDOR NO |
|---|---|---|
| 022848 | 04/25/01 | 2266 |

PAY

NINETY-FIVE AND 40/100 DOLLARS********************

CHECK AMOUNT

$***********95.40

TO THE ORDER OF   AMERICOM
250 EAST PARK DRIVE

HARRISBURG     PA 17111

01010673 310 01 12 1297

⑈022848⑈ ⑆031000503⑆ 2006163308 16⑈ ⑆0000009540⑈

022848⑈⑆0310⑈0050⑆ 2006163308 16⑈ ⑆0000009540⑈

---

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8148

3-50/310

DATE 05/31/01

PAY TO THE ORDER OF *Mark R. Stambaugh*

$ 5,000.00

*five thousand and* 00/100 ——— DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

FOR *MRS*

*David C. Seroy*

⑈00008148⑈ ⑆031000503⑆ 2006163308 16⑈ ⑆0000500000⑈





**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8108
3-50/310

DATE May 14, 2001

PAY TO THE ORDER OF Ram Motors + Controls    $ 214.05

Two Hundred Fourteen and 05/100 — DOLLARS

070104269 240 01 1620 1219

First Union National Bank
firstunion.com
R/T 031000503

FOR P.O. # RME57336

Mary S M'Gee

⑈00008108⑈ ⑈031000503⑈ 20006163308 16⑈ ⑈0000021405⑈

---

**STAMBAUGH'S AIR SERVICE, INC.**
HARRISBURG INTERNATIONAL AIRPORT
P O BOX 149
MIDDLETOWN, PA 17057

FIRST UNION

22840

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 022840 | 04/25/01 | 203 |

PAY

TWO THOUSAND SIXTY-FOUR AND 12/100 DOLLARS********

CHECK AMOUNT

$********2,064.12

TO THE ORDER OF    FEDERAL EXPRESS CORP.
PO BOX 1140

MEMPHIS          TN 38101-1140

Jack K Stambaugh

⑈022840⑈ ⑈031000503⑈ 20006163308 16⑈ ⑈0000206412⑈

---

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8076
3-50/310

DATE 4-27-2001

PAY TO THE ORDER OF Main Stay Funds    $ 240.00

Two Hundred Forty & 00/100 — DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

FOR Group 4004

Mary S M'Gee

⑈00008076⑈ ⑈031000503⑈ 20006163308 16⑈ ⑈0000024000⑈

**STAMBAUGH'S AIR SERVICE, INC.**
HARRISBURG INTERNATIONAL AIRPORT
P O BOX 149
MIDDLETOWN, PA 17057

FIRST UNION

22844

| CHECK NO | CHECK DATE | VENDOR NO |
|---|---|---|
| 022844 | 04/25/01 | 345 |

PAY

FIVE HUNDRED SEVENTY-FIVE AND 81/100 DOLLARS******

CHECK AMOUNT

$***********575.81

TO THE
ORDER
OF

SMITH'S GAS MART
600 2ND ST

HIGHSPIRE          PA 17034

040333047  201 01  2152 2152

⑈022844⑈ ⑈031000503⑈ 2000616330816⑈          ⑈000005758⑈

022844⑈⑈0310⑈0050⑈ 2000616330816⑈          ⑈000005758⑈

---

**STAMBAUGH'S AIR SERVICE, INC.**  08/94
427 SECOND ST
HIGHSPIRE, PA  17034

8118

3-50/310

DATE *May 17, 2001*

PAY
TO THE
ORDER OF  *Caskies*                    $ *192.60*

*One Hundred Ninety-Two and 60/100*          DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

FOR *RME 51376*

⑈008118⑈ ⑈031000503⑈ 2000616330816⑈          ⑈000019260⑈

---

**STAMBAUGH'S AIR SERVICE, INC.**  08/94
427 SECOND ST
HIGHSPIRE, PA  17034

8114

3-50/310

DATE *5-15-2001*

PAY
TO THE
ORDER OF  *Guardian Life Insurance, Co.*          $ *4,151.46*

*Four Thousand One Hundred Fifty One & 46/100*          DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

FOR *Contract # 604415*

⑈000008114⑈ ⑈031000503⑈ 2000616330816⑈          ⑈000415146⑈

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8079

3-50/310

DATE *4-27-2001*

PAY TO THE ORDER OF *Pennsylvania - SCDU* $ *1068.18*

*One Thousand Sixty Eight & 18/100* DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

FOR _____

⑈"00008079"⑈ ⑆:031000503⑆: 2000616330816"          "0000106818"



**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE. PA 17034

8101

3-50/310

DATE *05/11/01*

PAY TO THE ORDER OF *PAN AMERICAN TOOL CO.* $ *729.02*

*Seven hundred Twenty nine and 02/100* DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

FOR *CMS 51358*

⑈"00008101"⑈ ⑆:031000503⑆: 2000616330816"          "000072902"



**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE. PA 17034

8110

3-50/310

DATE *5-15-2001*

PAY TO THE ORDER OF *Main Stay Funds* $ *240.00*

*Two hundred Forty & 00/100* DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

FOR *Group 4004*

⑈"00008110"⑈ ⑆:031000503⑆: 2000616330816"          "000024000"

300014 - 219146

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8057

3-50/310

DATE 04/19/01

PAY TO THE ORDER OF _Dallas Avionics_ $ 72.66

_Seventy two and 66/100_ DOLLARS

**FIRST UNION** First Union National Bank
firstunion.com
R/T 031000503    22060

FOR PO #ACF51255

David A. Strong

⑈0000805⑈⑈ ⑆031000503⑆ 200616330816⑈  ⑈000000 7266⑈

⑈0000805⑈⑈ ⑆031000503⑆  200616330816⑈  ⑈000000 7266⑈

---

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8068

3-50/310

DATE 4-25-01

PAY TO THE ORDER OF _National Aerospace Supply Co_ $ 30.00

_Thirty and 00/100_ DOLLARS

110473918 201 01 2125 2123

**FIRST UNION** First Union National Bank
firstunion.com
R/T 031000503

FOR SPR50604 + Inv #9419

David A. Strong

⑈0000806⑈⑈ ⑆031000503⑆ 200616330816⑈  ⑈000000 3000⑈

---

**STAMBAUGH'S AIR SERVICE, INC.**
HARRISBURG INTERNATIONAL AIRPORT
P O BOX 149
MIDDLETOWN, PA 17057

FIRST UNION

22843

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 022843 | 04/25/01 | 309 |

PAY   ONE THOUSAND THREE HUNDRED SEVENTY-FOUR***********
AND 30/100 DOLLARS*****************************

CHECK AMOUNT
$********1,374.30

TO THE ORDER OF
PENNA. POWER & LIGHT CO.
2 N 9TH ST

ALLENTOWN      PA 18101

⑈022843⑈⑈ ⑆031000503⑆ 200616330816⑈  ⑈0000137430⑈

**STAMBAUGH'S AIR SERVICE, INC.**
HARRISBURG INTERNATIONAL AIRPORT
P.O. BOX 149
MIDDLETOWN, PA 17057

FIRST UNION

22852

| CHECK NO. | CHECK DATE | VENDOR NO |
|-----------|------------|-----------|
| 022852 | 04/25/01 | 118-1 |

PAY

TWO HUNDRED FORTY-EIGHT AND 07/100 DOLLARS********

CHECK AMOUNT

$**********248.07

TO THE
ORDER
OF

AT&T WIRELESS SERVICES
P.O. BOX 129

NEWARK        NJ 07101-0129

⑈022852⑈ ⑆031000503⑆ 20061633081⑈         ⑈0000024807⑈

---

8078

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

3-50/310

DATE 4-27-2001

PAY
TO THE
ORDER OF  U.F.L.I.C.                                    $ 603.85

Six Hundred Thous 85/100                        DOLLARS

**FIRST UNION** First Union National Bank
firstunion.com
R/T 031000503

FOR 2510 R014                          Marc S M'Gee      MP

⑈0000808078⑈ ⑆031000503⑆ 20061633081⑈         ⑈0000060385⑈

---

**STAMBAUGH'S AIR SERVICE, INC.**
HARRISBURG INTERNATIONAL AIRPORT
P.O. BOX 149
MIDDLETOWN, PA 17057

FIRST UNION

22837

| CHECK NO. | CHECK DATE | VENDOR NO |
|-----------|------------|-----------|
| 022837 | 04/25/01 | 82 |

PAY

ONE HUNDRED SIXTY-ONE AND 28/100 DOLLARS**********

CHECK AMOUNT

$**********161.28

TO THE
ORDER
OF

NEXTEL COMMUNICATIONS 322023415 6667000812408 6282 19
P.O. BOX 5188                    050539175 201 01 2532 2473

CAROL STREAM        IL 60197-5188

⑈022837⑈ ⑆031000503⑆ 20061633081⑈         ⑈0000016128⑈



8095

**STAMBAUGH'S AIR SERVICE, INC.**  08/94
427 SECOND ST
HIGHSPIRE, PA  17034

DATE _05/07/01_     3-50/310

PAY TO THE ORDER OF _Alma's House of Flowers_     $ _95.40_

_ninety five and 40/100_     DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

FOR _invoice 61542_

⑈00008095⑈ ⑆031000503⑆ 2006163308 16⑈ ⑈0000009540⑈



8102

**STAMBAUGH'S AIR SERVICE, INC.**  08/94
427 SECOND ST
HIGHSPIRE, PA  17034

DATE _5-11-01_     3-50/310

PAY TO THE ORDER OF _American Express_     $ _38,459.81_

_Thirty Eight Thousand Four Hundred Fifty Nine and 81/100_     DOLLARS

**First Union National Bank**
firstunion com
R/T 031000503

FOR _Acct #: 3783-625446-32001_

⑈0000810 2⑈ ⑆031000503⑆ 2006163308 16⑈ ⑈00038459⑈



8093

**STAMBAUGH'S AIR SERVICE, INC.**  08/94
427 SECOND ST
HIGHSPIRE, PA  17034

DATE _May 7, 2001_     3-50/310

PAY TO THE ORDER OF _Quality Aircraft Accessories_     $ _634.40_

_Six hundred thirty four and 40/100_     DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

050453550  201  01  2651  2267

FOR _ACM 51349_

⑈00008093⑈ ⑆031000503⑆ 2006163308 16⑈ ⑈0000063440⑈

**STAMBAUGH'S AIR SERVICE, INC.**
HARRISBURG INTERNATIONAL AIRPORT
P.O. BOX 149
MIDDLETOWN, PA 17057

FIRST UNION

**22845**

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 022845 | 04/25/01 | 540 |

PAY

SIX THOUSAND THREE HUNDRED THIRTY-TWO AND*********
00/100 DOLLARS***************************************

CHECK AMOUNT

$********6,332.00

TO THE ORDER OF

FRANK CRYSTAL & CO. INC.
40 BROAD STREET

NEW YORK          NY 10004-2337

040302255 201 01 2282 2173

⑈022845⑈ ⑆031000503⑆ 20006 1633 08 16⑈          ⑈0000633200⑈

---

**STAMBAUGH'S AIR SERVICE, INC.**
HARRISBURG INTERNATIONAL AIRPORT
P O BOX 149
MIDDLETOWN, PA 17057

FIRST UNION

**22854**

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 022854 | 04/25/01 | 2598-1 |

PAY

THREE THOUSAND FOUR HUNDRED THIRTY-EIGHT*********
AND 00/100 DOLLARS*******************************

CHECK AMOUNT

$********3,438.00

TO THE ORDER OF

LEGION INSURANCE COMPANY    4400071053 4729 4553 18 05-03-01
C/O WACHOVIA BANK
P.O. BOX 101846                           070326059 201 01 2264 2281
ATLANTA          GA 30392-1846

⑈022854⑈ ⑆031000503⑆ 20006 1633 08 16⑈          ⑈0000343800⑈

---

**STAMBAUGH'S AIR SERVICE, INC.**  08/94
427 SECOND ST
HIGHSPIRE, PA  17034

**8126**

3-507/310

DATE May 23, 2001

PAY TO THE ORDER OF  Stambaugh's Air Service - Payroll a/c                    $ 98622.71

Ninety Eight Thousand Six Hundred Twenty-Two and 71/100 ————————— DOLLARS

**FIRST UNION**  *First Union National Bank*
firstunion.com
R/T 031000503

FOR _____

⑈0008126⑈ ⑆031000503⑆ 20006 1633 08 16⑈          ⑈000986 2271⑈

**STAMBAUGH'S AIR SERVICE, INC.**
HARRISBURG INTERNATIONAL AIRPORT
P.O. BOX 149
MIDDLETOWN, PA 17057

FIRST UNION

22851

| CHECK NO. | CHECK DATE | VENDOR NO |
|---|---|---|
| 022851 | 04/25/01 | 2681 |

PAY

TWENTY-ONE THOUSAND TWO HUNDRED FIFTY-TWO**********
AND 35/100 DOLLARS**********************************

CHECK AMOUNT

$*******21,252.35

TO THE
ORDER
OF

COVENTRY HEALTH & LIFE
P.O. BOX 360326

PITTSBURGH          PA 15251-6326

⑆022851⑆ ⑈031000503⑈ 20006⑆6330816⑈          ⑆0002125235⑆

---

**STAMBAUGH'S AIR SERVICE, INC.**
HARRISBURG INTERNATIONAL AIRPORT
P.O. BOX 149
MIDDLETOWN, PA 17057

FIRST UNION

22853

| CHECK NO. | CHECK DATE | VENDOR NO |
|---|---|---|
| 022853 | 04/25/01 | 133-1 |

PAY

TWO HUNDRED AND 79/100 DOLLARS*********************

CHECK AMOUNT

$***********200.79

TO THE
ORDER
OF

VERIZON
P.O. BOX 28001

LEHIGH VALLEY     PA 18002

00000334490014
227001376MD

⑆022853⑆ ⑈031000503⑈ 20006⑆6330816⑈          ⑆0000020079⑆

---

**STAMBAUGH'S AIR SERVICE, INC.**
HARRISBURG INTERNATIONAL AIRPORT
P.O. BOX 149
MIDDLETOWN, PA 17057

FIRST UNION

22850

| CHECK NO. | CHECK DATE | VENDOR NO |
|---|---|---|
| 022850 | 04/25/01 | 2622 |

PAY

THREE HUNDRED NINETY-ONE AND 83/100 DOLLARS*******

CHECK AMOUNT

$***********391.83

TO THE
ORDER
OF

GMAC PAYMENT PROCESSING
P.O. BOX 70309

CHARLOTTE          NC 28272-0309

650101 42007

⑆022850⑆ ⑈031000503⑈ 20006⑆6330816⑈          ⑆0000039183⑆

8090

STAMBAUGH'S AIR SERVICE, INC. 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

DATE 05/02/01

3-50/310

PAY TO THE ORDER OF Landis Bros.

$ 48.31

forty eight and 31/100 DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

FOR TWG 51341

David A. Strong

⑈00008090⑈ ⑊031000503⑊ 200616330816⑈ ⑈000000483⑈



8077

STAMBAUGH'S AIR SERVICE, INC. 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

DATE 4-27-2001

3-50/310

PAY TO THE ORDER OF Mony Life of America

$ 10,84

Ten & 84/100 DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

FOR GLO 2320

Marc S M'Gee

⑈00008077⑈ ⑊031000503⑊ 200616330816⑈ ⑈000001084⑈



8044

STAMBAUGH'S AIR SERVICE, INC. 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

DATE 4-13-2001

3-50/310

PAY TO THE ORDER OF Mony Life of America

$ 10,84

Ten & 84/100 DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

FOR GLO 2320

Marc S M'Gee

⑈00008044⑈ ⑊031000503⑊ 200616330816⑈ ⑈000001084⑈

**STAMBAUGH'S AIR SERVICE, INC.**
HARRISBURG INTERNATIONAL AIRPORT
P O BOX 149
MIDDLETOWN, PA 17057

FIRST UNION

22842

| CHECK NO | CHECK DATE | VENDOR NO |
|---|---|---|
| 022842 | 04/25/01 | 303 |

PAY

TWO THOUSAND ONE HUNDRED EIGHTY AND 60/100********
DOLLARS**********************************************

CHECK AMOUNT

$********2,180.60

TO THE
ORDER
OF

OVERNITE TRANS. COMPANY
PO BOX 79755

BALTIMORE        MD 21279-0755

⑂0 2284 2⑂ ⑆03 1000 503⑆ 2000 6 16 3308 16⑆        ⑂0000 2 18060⑂

---

**STAMBAUGH'S AIR SERVICE, INC.**
HARRISBURG INTERNATIONAL AIRPORT
P.O. BOX 149
MIDDLETOWN, PA 17057

FIRST UNION

22838

| CHECK NO | CHECK DATE | VENDOR NO |
|---|---|---|
| 022838 | 04/25/01 | 118 |

PAY

ONE THOUSAND FOUR HUNDRED SEVENTY AND 22/100******
DOLLARS**********************************************

CHECK AMOUNT

$********1,470.22

TO THE
ORDER
OF

A T & T
PO BOX 9001310

LOUISVILLE        KY 40290-1310

⑂0 22838⑂ ⑆03 1000 503⑆ 2000 6 16 3308 16⑆        ⑂0000 147022⑂

---

8086

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

DATE May 1, 2001        3-50/310

PAY TO THE
ORDER OF  BAX Global                    $ 48.45

Forty eight and 45/100        040305529 201 01 2345  2450  DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

FOR Premier Metal  429844440

⑂0000 8086⑂ ⑆03 1000 503⑆ 2000 6 16 3308 16⑆        ⑂000000 4845⑂



STAMBAUGH'S AIR SERVICE, INC. 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8081

3-50/310

DATE April 27, 2001

PAY TO THE ORDER OF Grover Gourley                    $ 2800.00

Twenty - Eight Hundred and 00/100 —————— DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

FOR _____

Marc S M'Gee

⑈000008081⑈ ⑈031000503⑈ 2000616330816⑈          ⑈0000280000⑈



STAMBAUGH'S AIR SERVICE, INC. 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8099

3-50/310

DATE 05/09/01

PAY TO THE ORDER OF Dave Strong                    $ 272.44

two hundred seventy two and 44/100 —————— DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

FOR Banzai Petty Cash   05/09/01 65402 0011 # 53
                        09:57 AM    $272.44

Marc S M'Gee

⑈000008099⑈ ⑈031000503⑈ 2000616330816⑈          ⑈000002724⑈



STAMBAUGH'S AIR SERVICE, INC. 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8092

3-50/310

DATE 5-4-2001

PAY TO THE ORDER OF R.C. Cook                    $ 379.92

Three Hundred Seventy Nine & 92/100 —————— DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

FOR P.O. # ACDS1347

Marc S M'Gee

⑈000008092⑈ ⑈031000503⑈ 2000616330816⑈          ⑈000037992⑈

8087

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

DATE 05/01/01    3-50/310

PAY TO THE ORDER OF Dave Strong

$ 400.00

four hundred and 00/100 _____ DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

FOR Highspire Petty Cash

05/01/01 85402 0053 # 156
02:28 PM        $400.00

Marc S McGee

⑈00008087⑈ ⑈031000503⑈ 2000616330816⑈        ⑈000000400000⑈

---

8084

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

DATE 04/30/01    3-50/310

PAY TO THE ORDER OF Cashers

$ 77.83

Seventy seven and 83/100 _____ DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

FOR CNS57333

David A. Strong

⑈0000808 4⑈ ⑈031000503⑈ 2000616330816⑈        ⑈000000 7783⑈

---

#07-64962

8066

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

DATE 04/25/01    3-50/310

PAY TO THE ORDER OF Coyne Textile Services

$ 1,439.12

one thousand four hundred thirty nine and 12/100 _____ DOLLARS

110272904  404 23  3066  3671

**First Union National Bank**
firstunion.com
R/T 031000503

FOR INVOICES 0796739, 0796740, 0798838 and 0700928
(2/14)  (2/14)  (2/21)  (2/21)

David A. Strong

⑈0000806 6⑈ ⑈031000503⑈ 2000616330816⑈        ⑈000 143912⑈

**STAMBAUGH'S AIR SERVICE, INC.**
HARRISBURG INTERNATIONAL AIRPORT
P.O. BOX 149
MIDDLETOWN, PA 17057

FIRST UNION

22849

| CHECK NO. | CHECK DATE | VENDOR NO |
|---|---|---|
| 022849 | 04/25/01 | 2406 |

PAY

THREE HUNDRED FIFTEEN AND 19/100 DOLLARS**********

CHECK AMOUNT

$**********315.19

TO THE ORDER OF

YORK WASTE DISPOSAL, INC.
P.O. BOX 1401

YORK                    PA 17405-1401

⑆022849⑆ ⑉031000503⑉ 20006 16330 8 16⑈          ⑇0000031519⑇

---



**STAMBAUGH'S AIR SERVICE, INC.**    08/94
427 SECOND ST
HIGHSPIRE, PA  17034

8061

3-50/310

DATE *Apr 23, 2001*

PAY TO THE ORDER OF *Pan American Tool Corp.*                $ *49.70*

*Forty nine and 70/100*                              DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

FOR   *ACK 51297*                          *David A. Strong*

⑆0000806I⑆ ⑉031000503⑉ 20006 16330 8 16⑈          ⑇0000004970⑇

---



**STAMBAUGH'S AIR SERVICE, INC.**    08/94
427 SECOND ST
HIGHSPIRE, PA  17034

8072

3-50/310

DATE *Apr 26, 2001*

PAY TO THE ORDER OF *DynaMation Research*                $ *360.00*

*Three hundred sixty and 00/100*                              DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

FOR   *ACK 51299*                          *David A. Strong*

⑆0000807 2⑆ ⑉031000503⑉ 20006 16330 8 16⑈          ⑇0000036000⑇

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8106

3-50/310

DATE 5-14-01

PAY TO THE ORDER OF International Airline Support Group     $ 175.00

One Hundred Seventy Five and 00/100     DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

FOR UKN 50201 Invo # 67973

⑈00008106⑈ ⑈031000503⑈ 2000616330816⑈     000001 7500⑈

---

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8096

3-50/310

DATE 05/08/01

PAY TO THE ORDER OF First Union National Bank     $ 10,678.00

ten thousand six hundred seventy eight and 01/100     DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

CML 20B4019786B0000110092772
05/08/01 85402 0040 # 182
01:46 PM     10678.01

FOR invoice 011009277

⑈00008096⑈ ⑈031000503⑈ 2000616330816⑈     000106780⑈

---

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST.
HIGHSPIRE, PA 17034

8075

3-50/310

DATE 4-27-2001

PAY TO THE ORDER OF New York Life Insurance, Co.     $ 211.00

Two Hundred Eleven + 00/100     DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

FOR 006930626

⑈00008075⑈ ⑈031000503⑈ 2000616330816⑈     000002 1100⑈



STAMBAUGH'S AIR SERVICE, INC.   08/94
427 SECOND ST
HIGHSPIRE, PA  17034

8122

3-50/310

DATE *May 22, 2001*

PAY TO THE ORDER OF *John McNulty* ................ $ *200.00*

*Two Hundred and 00/100* ................ DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

FOR *TRAVEL + Per Diem*

*Marc S M'Gee*

⑈0000 8 1 2 2⑈ ⑆0 3 1000 50 3⑆ 2000 6 1 6 3 30 8 1 6⑈ ⑊00000 20000⑊



STAMBAUGH'S AIR SERVICE, INC.   08/94
427 SECOND ST
HIGHSPIRE, PA  17034

8107

3-50/310

DATE *06/14/01*

PAY TO THE ORDER OF *Dave Strong* ................ $ *500.00*

*Five Hundred and 00/100* ................ DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503   14/01 85402 0037 # 438

FOR *MRS EXPENSE* 02:24 PM     $500.00

⑈0000 8 10 7⑈ ⑆0 3 1000 50 3⑆ 2000 6 1 6 3 30 8 1 6⑈ ⑊00000 50000⑊



STAMBAUGH'S AIR SERVICE, INC.   08/94
427 SECOND ST
HIGHSPIRE, PA  17034

8128

3-50/310

DATE *S-23-01*

PAY TO THE ORDER OF *GPU Energy* ................ $ *7,338.93*

*Seven Thousand Three Hundred Thirty Eight a 93/100* ................ DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

FOR *Acct # 100015571753 / 100014779670*

*Marc S M'Gee*

⑈0000 8 1 2 8⑈ ⑆0 3 1000 50 3⑆ 2000 6 1 6 3 30 8 1 6⑈ ⑊0000 7 3 3 8 9 3⑊



**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8132

3-50/310

DATE 5-23-01

PAY TO THE ORDER OF AT&T Wireless Services    $ 203.95

Two Hundred Three and 95/100    DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

OR ACCT # 2002635040 & 2002635043

Marx S M/Gee    MP

⑈0000813 2⑈ ⑈031000503⑈ 2000616330816⑈ ⑈000002039 5⑈

---

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8071

3-50/310

DATE 04/26/01

PAY TO THE ORDER OF DETK INC.    $ 397.30

three hundred seventy nine and 30/100    DOLLARS

070398046 201 01 2188 2070

**First Union National Bank**
firstunion.com
R/T 031000503

FOR #INVOICE SI 622268

David A. Strong    MP

⑈000080 71⑈ ⑈031000503⑈ 2000616330816⑈ ⑈000003973 0⑈

---



**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8143

3-50/310

DATE 05/29/01

PAY TO THE ORDER OF STATE WORKER'S INSURANCE FUND    $ 4,609.00

four thousand six hundred nine and 00/100    DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

FOR POLICY 04029674

David A. Strong    MP

⑈0000814 3⑈ ⑈031000503⑈ 2000616330816⑈ ⑈000046090 0⑈



STAMBAUGH'S AIR SERVICE, INC. 08/94
427 SECOND ST
HIGHSPIRE, PA 17034
8100
3-50/310

DATE May 10, 2001

PAY TO THE ORDER OF VO Baker Distributing Co    $ 123.19

One Hundred Twenty-Three and 19/100    DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

FOR INV 51357

080255610 404 23 3141 3455

⑆00008100⑆ ⑈031000503⑈ 200616330816⑆ ⑈000012319⑆



98002092

STAMBAUGH'S AIR SERVICE, INC. 08/94
427 SECOND ST
HIGHSPIRE, PA 17034
8094
3-50/310

DATE 05/07/01

PAY TO THE ORDER OF M. GLOSSER & SONS    $ 819.82

eight hundred nineteen and 82/100    DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

FOR PO # RMF 51332

050531780 201 01 2386 2411

⑆00008094⑆ ⑈031000503⑈ 200616330816⑆ ⑈000081982⑆

STAMBAUGH AIR SERVICE
MARK MCGEE
427 2ND ST RR
HIGHSPIRE, PA 17034

FIRST UNION
OLD YORK & SUSQUEHANNA RDS
ABINGTON, PA 19001

8141

05/29/2001

PAY TO THE ORDER OF    UGI UTILITIES

$1737.80

** One Thousand Seven Hundred Thirty Seven and 80/100 ******    DOLLARS

MEMO    210-064-1475-04    $1737.80

UGI UTILITIES, INC.
Verbally authorized by your depositor

01 -2

⑆008141⑆ ⑈031000503⑈ 200616330816⑆ ⑈000173780⑆

MAY 1 5 2001

STAMBAUGH'S AIR SERVICE, INC.    08/94
427 SECOND ST
HIGHSPIRE, PA  17034

8115

3-50/310

DATE May 15, 2001

PAY
TO THE
ORDER OF  Graybill Tool + Dye                    $ 278.76

Two Hundred Seventy-Eight and 76/100 ————————  DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

FOR P.O. ACK51369                    Mau S M'Gee

⑈000811 5⑈  ⑆031000503⑆ 2000616330816⑈    ⑈000002787 6⑈

---

STAMBAUGH'S AIR SERVICE, INC.    08/94
427 SECOND ST
HIGHSPIRE, PA  17034

8104

3-50/310

DATE  5-11-01

PAY
TO THE
ORDER OF  Shearer's Welding                    $ 475.00

Four Hundred Seventy Five 07.00410400 300 01 1060 1069  DOLLARS
                              a 100

First Union National Bank
firstunion.com
R/T 031000503

FOR Inv # 2349 & 2350                    David A. Strong

⑈0008104⑈  ⑆031000503⑆ 2000616330816⑈    ⑈0000047500⑈

---

MAY 1 4 2001

STAMBAUGH'S AIR SERVICE, INC.    08/94
427 SECOND ST
HIGHSPIRE, PA  17034

8105

3-50/310

DATE  05/14/01

PAY
TO THE
ORDER OF  Graybill Tool + Die                    $ 2,224.19

Two thousand two hundred twenty four and 19/100 ————  DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

FOR _____    David A. Strong

⑈0008105⑈  ⑆031000503⑆ 2000616330816⑈    ⑈0000222419⑈



**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8089

3-50/310

DATE _05/01/01_

PAY TO THE ORDER OF _S. A. R. A. A._ | $ _22,643.73_

_Twenty two thousand six hundred forty three and 73/100_ DOLLARS

**FIRST UNION**
First Union National Bank
firstunion.com
R/T 031000503

FOR _invoice #s    $102451 and $102464_

_David A. Strong_

⑈"0000808 9"⑈ ⑈031000503⑈ 2000616330816"⑈    "000 226437 3"

---

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8113

3-50/310

DATE _5-15-2001_

PAY TO THE ORDER OF _Pennsylvania - SCDU_ | $ _1,068.18_

_One Thousand Sixty Eight & 18/100_ DOLLARS

**FIRST UNION**
First Union National Bank
firstunion.com
R/T 031000503

FOR _____

_Mark S M'Gee_

⑈"00008 11 3"⑈ ⑈031000503⑈ 2000616330816"⑈    "0000 1068 18"

---



**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8120

3-50/310

DATE _05/18/01_

PAY TO THE ORDER OF _Dave Strong_ | $ _300.00_

_three hundred and 00/100_ DOLLARS

**FIRST UNION**
First Union National Bank
firstunion.com
R/T 031000503

FOR _Highspire Petty Cash_    05/18/01 85402 0040 # 247
01:07 PM          $300.00

⑈"00008 120"⑈ ⑈031000503⑈ 2000616330816"⑈    "0000030000"

Exhibit "D"

1010-001
GENERAL ACCOUNT

| Date | Description | | Net | |
|---|---|---|---|---|
| 02/29/04 | 7,222.12 | DR | DEPOSITS/OTHER CREDITS | 05103 | GJ1593 |
| 02/29/04 | 9,191.45 | DR | RECORD FEB PURCH JNL | 06102 | GJ1593 |
| 03/29/04 | 60.34 | DJ | RECORD FEB PURCH JNL | 05102 | GJ1735 |
| 03/29/04 | 44.00 | X | TO ADJ. BALANCE OFF | | GJ1697 |
| 03/31/04 | .50 | DR | DEPOSITS/OTHER CREDITS | | GJ1699 |
| 03/31/04 | | GJ | RECORD MARCH PURCH JNL | | GJ1700 |
| 03/31/04 | | DR | DEPOSITS/OTHER CREDITS | 05103 | GJ1837 |
| 03/31/04 | 10,600.00 | GJ | DUE TO/DUE FROM | 05103 | GJ1896 |
| 04/30/04 | 1,500.00 | DR | RECORD APRIL PURCH JNL | 05102 | GJ1781 |
| 04/30/04 | 81,608.95 | GR | DEPOSITS/OTHER CREDITS | 04103 | GJ11.37 |
| 04/30/04 | 5.00 | AJE # 14 | | | GJ1838 |
| 04/30/04 | | CK | | 04103 | GJ2127 |
| 05/31/04 | 119,959.03 | CR | DEPOSITS/OTHER CREDITS | 05103 | GJ1840 |
| 05/31/04 | 80,976.15 | AP | RECORD MAY PURCH JNL | 05102 | GJ1843 |
| 05/31/04 | .02 | AJE # 19 | CK 2053 | | GJ2128 |
| 06/30/04 | 126,344.74 | CR | DEPOSITS/OTHER CREDITS | 06103 | GJ1841 |
| 06/30/04 | 8.27 | AJE # 18 | RECORD JUNE PURCH JNL | 06102 | GJ1866 |
| 06/30/04 | .05 | AJE # 18 | CK 2089 | | GJ2128 |
| 06/30/04 | .06 | DR | CK 2102 | | GJ2203 |
| 07/02/04 | 29,547.82 | CR | Sales/Other | | GJ2204 |
| 07/02/04 | 10,000.00 | CR | Sales/Other | | GJ2204 |
| 07/08/04 | 60,000.00 | CK | Maintenance Fee | 07104 | GJ2200 |
| 07/13/04 | 16.60 | CR | Sales/Other | | GJ2204 |
| 07/15/04 | 100,000.00 | CR | CK 2167 | | GJ2200 |
| 07/15/04 | 35,029.53 | PK | Maintenance Fee | 07104 | GJ2200 |
| 07/20/04 | 81.00 | DR | CK 2222 | | GJ2200 |
| 07/28/04 | 39,922.82 | PK | Sales/Other | | GJ2204 |
| 07/28/04 | 50,000.00 | CR | Sales/Other | | GJ2204 |
| 07/30/04 | 49,687.50 | CR | Record July Purch JNL | 38104 | GJ2200 |
| 07/31/04 | 162,283.50 | CR | Maintenance | | GJ2200 |
| 08/10/04 | 19.96 | CR | Sales/Other | | GJ2204 |
| 08/11/04 | 53,793.98 | PK | CK 2450 | | GJ2200 |
| | 46,753.75 | | | | |

Exhibit "E"



Commerce Bank/Harrisburg N.A
100 Senate Avenue
Camp Hill Pa 17011
888-937-0004

| STATEMENT DATE |
| --- |
| 12/31/05 |

STAMBAUGH'S AIR SERVICE INC
GENERAL ACCOUNT
427 SECOND STREET
HIGHSPIRE, PA  17034

| 0536000268 |
| --- |
| ACCOUNT NO. |

11                                                                 CYCLE-008

```
*** CHECKING *** BUSINESS
ACCOUNT NUMBER  0536000268
PREVIOUS STATEMENT BALANCE AS OF 11/30/05 .......................      9,001.76
   PLUS      3  DEPOSITS AND OTHER CREDITS ...................      11,909.81
   LESS     12  CHECKS AND OTHER DEBITS .......................       7,479.61
CURRENT STATEMENT BALANCE AS OF 12/31/05 ........................      13,431.96
NUMBER OF DAYS IN THIS STATEMENT PERIOD    31
```

---

*** CHECK TRANSACTIONS ***

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 11179 | 12/22 | 123.00 | 11185 | 12/27 | 470.90 |
| 11180 | 12/22 | 6.76 | 11186 | 12/22 | 300.39 |
| 11181 | 12/22 | 120.63 | 11188* | 12/21 | 723.89 |
| 11182 | 12/22 | 141.61 | 11189 | 12/30 | 20.00 |
| 11183 | 12/22 | 223.35 | 11190 | 12/30 | 1,338.00 |
| 11184 | 12/22 | 11.08 | | | |

---

*** CHECKING ACCOUNT TRANSACTIONS ***

| DATE | DESCRIPTION | DEBITS | CREDITS |
| --- | --- | --- | --- |
| 12/12 | DEPOSIT | | 409.81 |
| 12/27 | DEPOSIT | | 1,500.00 |
| 12/29 | DEPOSIT | | 10,000.00 |
| 12/29 | XFER TO ACCT   CK-000536000276 | 4,000.00 | |

---

*** BALANCE BY DATE ***

| 11/30 | 9,001.76 | 12/12 | 9,411.57 | 12/21 | 8,687.68 | 12/22 | 7,881.49 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 12/27 | 8,910.59 | 12/28 | 8,789.96 | 12/29 | 14,789.96 | 12/30 | 13,431.96 |

NOTE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION                Member FDIC

# CheckView

Date
12/31/05

Account
536000268

Check 11179, Amount $123 00  Date Presented 12/22/2005

Check 11180, Amount $6 76  Date Presented 12/22/2005



Check 11181, Amount $120 63  Date Presented 12/28/2005

Check 11182, Amount $141 61  Date Presented 12/22/2005

Check 11183, Amount $223 35  Date Presented 12/22/2005

Check 11184, Amount $11 08  Date Presented 12/22/2005

Check 11185, Amount $470 90  Date Presented 12/27/2005

Check 11186, Amount $300 39  Date Presented 12/22/2005

Check 11188, Amount $723 89  Date Presented 12/21/2005

Check 11189, Amount $20 00  Date Presented 12/30/2005

# CheckView

Date
12/31/05

Account
536000268



Check 11190, Amount $1,338 00  Date Presented 12/30/2005

**Exhibit "F"**



**KERN AND COMPANY, PC**
ACCOUNTANTS AND BUSINESS ADVISORS

2331 Market Street

Camp Hill, PA 17011

717.763.0888 TEL

717.763.1581 FAX

kern@ponetwork.com

July 12, 2007

Re: Stambaugh v. SARAA

Dean F. Piermattei, Esq.
Rhoads & Sinon LLP
Twelfth Floor
One South Market Square
P.O. Box 1146
Harrisburg, PA 17108-1146

Dear Mr. Piermattei:

You have asked me to assist you in the above referenced case by analyzing the damages claimed by the plaintiff. You have provided to me copies of various documents and access to other documents that plaintiff's counsel has supplied to you. Those documents are not adequate to allow an appropriate analysis of the damages claimed. In fact, I deem the documents to be woefully inadequate for that purpose.

The Second Amended Complaint contains brief descriptions of the nature of claimed damages with respective statements of rounded dollar amounts, as minimum of amounts of damage. The document titled "Damages Stambaugh Air Service vs Susquehanna Area Regional Airport Authority" (Damages) also provides damage descriptions, some calculations, and amounts of claimed damages, but without documents to support the numbers used in the calculations or amounts of damages that are not even supported by calculations. The documents that did accompany Damages were primarily audited and in some cases unaudited combined financial statements of Stambaugh's Air Service, Inc. and Affiliates for the years ended December 31, 1997 through December 31, 2006. For only one portion of the claimed damages (revenues related to fuel sales) was there any other sort of document supplied.

You supplied to me copies of two documents, <u>DEFENDANTS' MOTION FOR SANCTIONS FOR FAILURE TO PROPERLY AND TIMELY DISCLOSE DOCUMENTS SUPPORTING DAMAGES CLAIM</u> and <u>PLAINTIFF'S RESPONSE</u> thereto. Both documents refer to financial statements, bankruptcy statements, general ledgers, accounts receivable listings, accounts payable listings, bank statements,

cancelled checks and payroll journals. These documents alone are not adequate for doing a proper analysis.

Combined and/or audited financial statements are summaries of the thousands and thousands of individual transactions that the companies were involved in during the year. They do not identify, address, nor disclose information about specific types of transactions as found in the claims. Nor are these statements necessarily free of error. Rather, as the auditors' reports state, they believe that the statements fairly present combined results of operations, cash flows, and financial position in all material respects. I have emphasized the combined (as opposed to individual or individual types of transactions) and material (meaning there could be errors of a sort that are not material to the users of the statements, in the auditors' opinion). Such statements are intended primarily for external users of the statements such as creditors and external shareholders. In addition, the ledgers and journals are merely tools used to summarize the thousands or more transactions that the companies were involved in during the year. Cancelled checks and bank statements, inherently, reveal little or nothing about the nature of individual transactions. What is notably absent from the documents supplied are invoices, contracts, leases, and items that would indicate the nature, purpose, amount, and classification of transactions.

Again, the documents that were supplied are not adequate to allow an appropriate analysis of the damages claimed.

Sincerely,

Charles L. Kern,
BS/MBA/CPA/CVA/CFA/AEP/ABV

CLK: meg

Exhibit "G"

## MEMORANDUM

TO:      Heather Kelly, Esquire

FROM:    Jordan D. Cunningham, Esquire

DATE:    June 30, 2007

RE:      *Stambaugh Air Services v. SARAA, et al.*
         **Our File No. 424405**

         **Document Receipt**

---

    This memorandum is regarding the receipt of documents tendered by Plaintiff's counsel in the above referenced matter to Defendants' counsel on Saturday, June 30, 2007. The description of the documents contained in the boxes is generally descriptive and is not exhaustive nor is it intended to be construed as a complete listing of all the documents provided to Defendants' counsel. All of the documents do, however, support the Statement of Damages provided to you on this date.

    a.    Two (2) copies of the Audit, Internal and Bankruptcy year end reports from 1997 through 2006;

    b.    Box 1: 2000 Accounts Receivable; 2000 Accounts Payable; 2000 General Ledger;

    c.    Box 2: 2000 Bank Statements; Operating; Payroll; Fuel;

    d.    Box 3: 2000 Payroll Reports;

    e.    Box 4: 2000/2001 Accounts Receivable;

    f    Box 5: 2001 Accounts Payable;

    g.    Box 6: 2001 Invoices Accounts Payable;

    h.    Box 7: 2001 General Ledger;

    i.    Box 8: 2002 Accounts Payable, "A-F";

    j    Box 8(a): 2002 Bank Statements;

    k.    Box 9: 2002 Accounts Payable, "G-Q";

l.    <u>Box 10:</u> 2002 Accounts Payable, "R-Z";

m    <u>Box 11:</u> 2002 Accounts Payable; Payroll Journal Register and Distribution to General Register;

n.    <u>Box 12:</u> 2003 Accounts Receivable; 2003 Accounts Payable; 2003 Payroll Distribution; 2003 Distribution Register

o.    <u>Box 13:</u> 2003 Accounts Payable;

p.    <u>Box 14:</u> 2004/2005 Accounts Payable;

q.    <u>Box 15:</u> 2004 General Ledger; 2005 General Ledger;

r.    <u>Box 16:</u> 2003/2004/2005 Bank Statements SAS/SAI