IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STAMBAUGH'S AIR SERVICE, INC., | : |
| Plaintiff, | : |
| v. | : CASE NO. 1:00-CV-0660 |
| SUSQUEHANNA AREA REGIONAL AIRPORT AUTHORITY, BAA HARRISBURG, INC., DAVID FLEET, individually, DAVID HOLDSWORTH, individually, and DAVID C. McINTOSH, individually, | : Chief Judge Yvette Kane<br>: Magistrate Judge Smyser |
| Defendants. | : |

## CERTIFICATE OF NON-CONCURRENCE

The undersigned certifies that Rhoads & Sinon LLP contacted lead counsel for Plaintiff, Jordan Cunningham, Esquire, in order to obtain his concurrence in this Motion pursuant to the Middle District Rules of Civil Procedure. Counsel was not available. Defendants wish to avoid any further delay in filing this Motion, thus file this Motion presuming Plaintiff's non-concurrence.

RHOADS & SINON LLP

By: /S/ Dean F. Piermattei

657057 1