IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

STAMBAUGH'S AIR SERVICE, INC.,　　　　　:

　　　　Plaintiff,　　　　　　　　　　　　:

　　　　v.　　　　　　　　　　　　　　　: CASE NO. 1:00-CV-0660

SUSQUEHANNA AREA REGIONAL
AIRPORT AUTHORITY, BAA　　　　　　　: Chief Judge Yvette Kane
HARRISBURG, INC., DAVID FLEET,　　　　: Magistrate Judge Smyser
individually, DAVID HOLDSWORTH,
individually, and DAVID C. McINTOSH,
individually,

　　　　Defendants.

**FILED**
HARRISBURG, PA

JUL 1 3 2007

MARY E. D'ANDREA, CLERK
Per _____
　　　　　Deputy Clerk

## ORDER

AND NOW, this 11th day of July, 2007, upon consideration of Defendants' Nunc Pro Tunc Motion for Leave to File Brief in Excess of 10,000 Words, it is hereby ORDERED that said Motion is GRANTED. Defendants are permitted to file their Brief in Support of their Motion for Summary Judgment containing a total of 11,343 words.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____

656641.1