IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

STAMBAUGH'S AIR SERVICE, INC.,          :
                                        :
      Plaintiff,                        :
                                        :
      v.                                :   CASE NO. 1:00-CV-0660
                                        :
SUSQUEHANNA AREA REGIONAL               :
AIRPORT AUTHORITY, BAA                  : Chief Judge Yvette Kane
HARRISBURG, INC., DAVID FLEET,          : Magistrate Judge Smyser
individually, DAVID HOLDSWORTH,         :
individually, and DAVID C. McINTOSH,    :
individually,                           :
                                        :
      Defendants.                       :

## CERTIFICATE OF CONCURRENCE

The undersigned certifies that Rhoads & Sinon LLP contacted lead counsel for Plaintiff, Jordan Cunningham, Esquire, in order to obtain his concurrence in this Motion pursuant to the Middle District Rules of Civil Procedure. Initially, it was indicated that Counsel was not available for concurrence, and a Certificate of Non-Concurrence was filed. (Doc. 109). However, at approximately 4:30 PM on Friday, July 13, 2007, Plaintiff's counsel did contact our office and verbally concurred to the Motion for Extension of Time to Provide Expert Report Related to Damages.

RHOADS & SINON LLP

By:    /S/ Dean F. Piermattei