IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STAMBAUGH'S AIR SERVICE, INC., : <br> : <br> Plaintiff, : <br> : <br> v. : CASE NO. 1:00-CV-0660 <br> : <br> SUSQUEHANNA AREA REGIONAL : <br> AIRPORT AUTHORITY, BAA : Chief Judge Yvette Kane <br> HARRISBURG, INC., DAVID FLEET, : Magistrate Judge Smyser <br> individually, DAVID HOLDSWORTH, : <br> individually, and DAVID C. McINTOSH, : <br> individually, : <br> : <br> Defendants. : | |

## ORDER

Upon consideration of Defendants' Motion for Extension of Time to Provide Expert Report Related to Damages, IT IS HEREBY ORDERED THAT said Motion is GRANTED. Defendants may produce or supplement an expert report related to damages within 20 days of this Court's disposition of the Motion for Sanctions.

_____ MJ