Exhibit "C"



# Commercial Checking

01    2000616330816  752  142        82  152        77,180

STAMBAUGH'S AIR SERVICE
427 SECOND ST                                CB
HIGHSPIRE PA  17034-0000

---

# Commercial Checking

5/01/2001 thru 5/31/2001

Account number:       2000616330816
Account holder(s):    STAMBAUGH'S AIR SERVICE

Taxpayer ID Number:   231714264

## Account Summary

| | |
|---|---|
| Opening balance 5/01 | $55,533.65 |
| Deposits and other credits | 738,808.99 + |
| Checks | 429,937.60 - |
| Other withdrawals and service fees | 353,740.31 - |
| Closing balance 5/31 | $10,664.73 |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 5/01 | 7,000.00 | SWEEP + LOAN ADVANCE |
| 5/03 | 1,090.17 | DEPOSIT |
| 5/03 | 37,000.00 | SWEEP + LOAN ADVANCE |
| 5/04 | 14,000.00 | SWEEP + LOAN ADVANCE |
| 5/07 | 25,000.00 | SWEEP + LOAN ADVANCE |
| 5/08 | 9,610.75 | DEPOSIT |
| 5/08 | 24,587.88 | FUNDS TRANSFER  (ADVICE 010508009971) RCVD FROM  BANK ONE INTERNAT/ ORG = ALL CANADA EXPRESS LTD RFB = OW01050800648    OBI = RE INVOICE 16312 163 REF = OW01050800648            11:15AM |
| 5/09 | 29,250.00 | DEPOSIT |
| 5/09 | 96,000.00 | SWEEP + LOAN ADVANCE |
| 5/11 | 4,210.11 | DEPOSIT |
| 5/11 | 50,000.00 | FUNDS TRANSFER  (ADVICE 010511018081) RCVD FROM  BANK ONE INTERNAT/ ORG = ALL CANADA EXPRESS LTD RFB = OW01051100354    OBI = INV 16320 1 PARTIAL REF = OW01051100354            01:10PM |
| 5/14 | 56,000.00 | SWEEP + LOAN ADVANCE |
| 5/15 | 24,007.45 | DEPOSIT |
| 5/15 | 39,000.00 | SWEEP + LOAN ADVANCE |
| 5/16 | 17,540.04 | FUNDS TRANSFER  (ADVICE 010516030832) RCVD FROM  CITIBANK (DELAWAR/FINOVA CAP CORP- ORG = FINOVA CAPITAL CORPORATION RFB = LCT11362961400   OBI = REF = LCT11362961400            05:21PM |

*Deposits and Other Credits continued on next page.*



# Commercial Checking

02    2000616330816  752  142    82  152    77,181

---

## Deposits and Other Credits *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 5/17 | 2,000.00 | SWEEP + LOAN ADVANCE |
| 5/18 | 50,999.07 | FUNDS TRANSFER (ADVICE 010518032688) RCVD FROM BANK ONE INTERNAT/ ORG = ALL CANADA EXPRESS LTD RFB = OW01051800920  OBI = RE INVOICE 163201 BA REF = OW01051800920        04:59PM |
| 5/21 | 4,000.00 | SWEEP + LOAN ADVANCE |
| 5/22 | 1,000.00 | SWEEP + LOAN ADVANCE |
| 5/23 | 560.00 | FUNDS TRANSFER (ADVICE 010523000896) RCVD FROM FIRST UNION BANK /LLOYDS BANK LTD ORG = AIR CONTRACTORS (IRELAND) LTD. RFB = FT50048281501  OBI = INVOICE 16319 REF = 0105214103000436        05:15AM |
| 5/23 | 149,000.00 | SWEEP + LOAN ADVANCE |
| 5/24 | 1,000.00 | SWEEP + LOAN ADVANCE |
| 5/25 | 1,000.00 | SWEEP + LOAN ADVANCE |
| 5/29 | 9,000.00 | SWEEP + LOAN ADVANCE |
| 5/29 | 72,220.09 | DEPOSIT |
| 5/30 | 4,000.00 | SWEEP + LOAN ADVANCE |
| 5/31 | 9,733.43 | DEPOSIT |
| Total | $738,808.99 | |

## Checks

| Number | Amount | Date posted | Number | Amount | Date posted | Number | Amount | Date posted |
|--------|--------|-------------|--------|--------|-------------|--------|--------|-------------|
| 8044 | 10.84 | 5/04 | 8085 | 55,263.16 | 5/14 | 8103 | 1,000.00 | 5/17 |
| 8045 | 603.85 | 5/07 | 8086 | 48.45 | 5/04 | 8104 | 475.00 | 5/17 |
| 8057* | 72.66 | 5/02 | 8087 | 400.00 | 5/01 | 8105 | 2,224.19 | 5/16 |
| 8061* | 49.70 | 5/01 | 8088 | 3,982.40 | 5/04 | 8106 | 175.00 | 5/21 |
| 8066* | 1,439.12 | 5/01 | 8089 | 22,643.73 | 5/07 | 8107 | 500.00 | 5/14 |
| 8068* | 30.00 | 5/02 | 8090 | 48.31 | 5/04 | 8108 | 214.05 | 5/22 |
| 8069 | 7,500.00 | 5/09 | 8092* | 379.92 | 5/09 | 8109 | 211.00 | 5/22 |
| 8071* | 397.30 | 5/01 | 8093 | 634.40 | 5/15 | 8110 | 240.00 | 5/23 |
| 8072 | 360.00 | 5/01 | 8094 | 819.82 | 5/16 | 8113* | 1,068.18 | 5/18 |
| 8075* | 211.00 | 5/08 | 8095 | 95.40 | 5/15 | 8114 | 4,151.46 | 5/21 |
| 8076 | 240.00 | 5/04 | 8096 | 10,678.01 | 5/08 | 8115 | 278.76 | 5/17 |
| 8077 | 10.84 | 5/04 | 8097 | 66.18 | 5/23 | 8116 | 460.68 | 5/18 |
| 8078 | 603.85 | 5/07 | 8098 | 97,291.52 | 5/09 | 8117 | 1,650.00 | 5/16 |
| 8079 | 1,068.18 | 5/02 | 8099 | 272.44 | 5/09 | 8118 | 192.60 | 5/21 |
| 8080 | 4,418.34 | 5/04 | 8100 | 123.19 | 5/16 | 8119 | 1,800.00 | 5/18 |
| 8081 | 2,800.00 | 5/01 | 8101 | 729.02 | 5/23 | 8120 | 300.00 | 5/18 |
| 8084* | 77.83 | 5/01 | 8102 | 38,459.81 | 5/15 | 8121 | 65.50 | 5/29 |

* Indicates a break in check number sequence

*Checks continued on next page*

---



# Commercial Checking

| 03 | 2000616330816 | 752 | 142 | 82 | 152 | 77,182 |

## Checks continued

| Number | Amount | Date posted | Number | Amount | Date posted | Number | Amount | Date posted |
|--------|--------|-------------|--------|--------|-------------|--------|--------|-------------|
| 8122 | 200.00 | 5/22 | 8148* | 5,000.00 | 5/31 | 22847 | 1.00 | 5/02 |
| 8123 | 833.09 | 5/24 | 22837* | 161.28 | 5/07 | 22848 | 95.40 | 5/04 |
| 8125* | 704.19 | 5/25 | 22838 | 1,470.22 | 5/04 | 22849 | 315.19 | 5/07 |
| 8126 | 98,622.71 | 5/23 | 22839 | 1,136.47 | 5/01 | 22850 | 391.83 | 5/03 |
| 8128* | 7,338.93 | 5/29 | 22840 | 2,064.12 | 5/04 | 22851 | 21,252.35 | 5/03 |
| 8129 | 179.22 | 5/24 | 22841 | 874.58 | 5/03 | 22852 | 248.07 | 5/07 |
| 8130 | 707.25 | 5/25 | 22842 | 2,180.60 | 5/04 | 22853 | 200.79 | 5/03 |
| 8132* | 203.95 | 5/30 | 22843 | 1,374.30 | 5/02 | 22854 | 3,438.00 | 5/03 |
| 8133 | 135.00 | 5/29 | 22844 | 575.81 | 5/11 | 22855 | 687.89 | 5/07 |
| 8141* | 1,737.80 | 5/29 | 22845 | 6,332.00 | 5/03 | Total | $429,937.60 | |
| 8143* | 4,609.00 | 5/30 | 22846 | 30.87 | 5/08 | | | |

*Indicates a break in check number sequence*

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|------|--------|-------------|
| 5/02 | 53,000.00 | SWEEP + LOAN PAYMENT |
| 5/03 | 5,000.00 | FUNDS TRANSFER  (ADVICE 010503026012) SENT TO  COASTAL BANK OF G/ BNF = STAMBAUGH AVIATION OBI = RFB =          05/03/01  03:27PM |
| 5/08 | 13,000.00 | SWEEP + LOAN PAYMENT |
| 5/09 | 358.77 | COMMERCIAL SERVICE CHARGES FOR APRIL 2001 |
| 5/10 | 29,000.00 | SWEEP + LOAN PAYMENT |
| 5/11 | 54,000.00 | SWEEP + LOAN PAYMENT |
| 5/16 | 37,000.00 | SWEEP + LOAN PAYMENT |
| 5/18 | 47,000.00 | SWEEP + LOAN PAYMENT |
| 5/23 | 50,000.00 | FUNDS TRANSFER  (ADVICE 010523006181) SENT TO  COASTAL BANK OF G/ BNF = STAMBAUGH AVIATION OBI = RFB =          05/23/01  10:02AM |
| 5/31 | 1,000.00 | SWEEP + LOAN PAYMENT |
| 5/31 | 5,000.00 | FUNDS TRANSFER  (ADVICE 010531027062) SENT TO  COASTAL BANK OF G/ BNF = STAMBAUGH AVIATION OBI = RFB =          05/31/01  01:56PM |
| 5/31 | 59,381.54 | FUNDS TRANSFER  (ADVICE 010531024055) SENT TO  COASTAL BANK OF G/ BNF = COASTAL BANK OF GEORGIA OBI = REF:ATTN:WAYNE JOHNSON RFB =          05/31/01  02:09PM |
| Total | $353,740.31 | |



# Commercial Checking

04    2000616330816  752  142        82  152            77,183

---

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 5/01 | 55,873.23 | 5/11 | 454.73 | 5/23 | 606.68 |
| 5/02 | 327.09 | 5/14 | 691.57 | 5/24 | 594.37 |
| 5/03 | 927.71 | 5/15 | 24,509.41 | 5/25 | 182.93 |
| 5/04 | 358.19 | 5/16 | 232.25 | 5/29 | 72,125.79 |
| 5/07 | 94.33 | 5/17 | 478.49 | 5/30 | 71,312.84 |
| 5/08 | 10,373.08 | 5/18 | 848.70 | 5/31 | 10,664.73 |
| 5/09 | 29,820.43 | 5/21 | 320.64 | | |
| 5/10 | 820.43 | 5/22 | 704.59 | | |

*EFFECTIVE 7/1/01, IF OVERDRAFT PROTECTION IS UTILIZED, A $5 PER TRANSFER FEE WILL BE CHARGED TO YOUR DEPOSIT ACCOUNT. TRANSFERS FROM A CREDIT ACCOUNT WILL BE SUBJECT TO THE TERMS OF YOUR CREDIT AGREEMENT. TRANSFERS FROM CREDIT CARDS WILL BE SUBJECT TO ADDITIONAL FEES; REFER TO YOUR CREDIT AGREEMENT.*


# Commercial Checking

05    2000616330816  752  142    82  152      77,184

## Customer Service Information

**For questions about your statement
or billing errors, contact us at:**    **Phone number**    **Address**

Business Checking, CheckCard & Loan Accounts    1-800-566-3862    FIRST UNION NATIONAL BANK
Commercial Checking & Loan Accounts    1-800-222-3862    POST OFFICE BOX 13327
TDD  (For the Hearing Impaired)    1-800-835-7721    ROANOKE VA 24040-7314

Commercial Credit Card Inquiries    1-800-704-0883    FIRST UNION
    PO BOX 563966
    CHARLOTTE NC 28256-3966

## To Balance Your Account

| 1 Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below. | List Outstanding Checks and Withdrawals | | | |
|---|---|---|---|---|
| | Ck. No. | Amount | Ck. No. | Amount |
| _____ 2. Write in the closing balance shown on the front of account statement. | | | | |
| _____ 3. Write in any deposits you have made since the date of this statement. | | | | |
| _____ | | | | |
| _____ | | | | |
| _____ | | | | |
| _____ 4. Add together amounts listed above in steps 2 and 3 | | | | |
| _____ 5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here. | | | | |
| _____ 6. Subtract the amount in line 5 from the amount in line 4. This is your adjusted balance and should match the balance in Step 1 above. | | | Total | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 1-800-704-0883 or Write us at FIRST UNION, PO BOX 563966, CHARLOTTE NC 28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.

8097

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

3-50/310

DATE 05/09/01

PAY TO THE ORDER OF McMaster Carr Supply Co     $ 66.18

sixty six and 18/100     DOLLARS

**FIRST UNION** First Union National Bank
firstunion.com
R/T 031000503

FOR CNSS1356

⑈000008097⑈ ⑆031000503⑆ 200616330816⑈     ⑈000000 66 18⑈

8125

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

3-50/310

DATE *May 22, 2001*

PAY TO THE ORDER OF *Vopak USA.* $ *704.19*

*Seven Hundred Four and 19/100* DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

FOR *INVS1372*

Marc S McGee

⑈"000008125" ⑆:031000503⑈:2000616330816"  "00000070419"



8129

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

3-50/310

DATE *5-23-01*

PAY TO THE ORDER OF *PPL Utilities* $ *179.22*

*One Hundred Seventy Nine and 22/100* DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

FOR *Acct # 04550-63000*

Marc S McGee

⑈"000008129" ⑆:031000503⑈:2000616330816"  "00000017922"



8045

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

3-50/310

DATE *4-13-2001*

PAY TO THE ORDER OF *U.F.L.I.C.* $ *603.85*

*Six Hundred Three 85/100* DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

FOR *2510B014*

Marc S McGee

⑈"000008045" ⑆:031000503⑈:2000616330816"  "00000060385"

8088

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

3-50/310

DATE 05/01/01

PAY TO THE ORDER OF *Dillsburg Aeroplane Works*                  $ 3982.40

*Three Thousand nine hundred eighty two and 40/100* ———— DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

FOR

*David A. Strong*

⑈"000008088"⑈ ⑈:031000503⑈: 2000616330816⑈: ⑈"0000398240"⑈

---

**STAMBAUGH'S AIR SERVICE, INC.**          FIRST UNION
HARRISBURG INTERNATIONAL AIRPORT
P.O. BOX 149
MIDDLETOWN, PA 17057

22841

| CHECK NO. | CHECK DATE | VENDOR NO |
|---|---|---|
| 022841 | 04/25/01 | 288 |

PAY

EIGHT HUNDRED SEVENTY-FOUR AND 58/100 DOLLARS*****          CHECK AMOUNT

$**********874.58

TO THE ORDER OF
GPU ENERGY
PO BOX 193

ALLENHURST          NJ 07711-0193

⑈"022841"⑈ ⑈:031000503⑈: 2000616330816⑈: ⑈"000008745 8"⑈

---

**STAMBAUGH'S AIR SERVICE, INC.**          FIRST UNION
HARRISBURG INTERNATIONAL AIRPORT
P.O. BOX 149
MIDDLETOWN, PA 17057

22839

| CHECK NO. | CHECK DATE | VENDOR NO |
|---|---|---|
| 022839 | 04/25/01 | 133 |

PAY

ONE THOUSAND ONE HUNDRED THIRTY-SIX AND***********          CHECK AMOUNT
47/100 DOLLARS*******************************

$********1,136.47

TO THE ORDER OF
VERIZON
P.O. BOX 28000

LEHIGH VLY          PA 18002-8000

⑈"022839"⑈ ⑈:031000503⑈: 2000616330816⑈: ⑈"0000113647"⑈

8098

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

3-50/310

DATE 05/09/01

PAY TO THE ORDER OF Stambaughs Air Service Payroll Account $ 97,291.52

ninety seven thousand two hundred ninety one and 52/100 DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

FOR pay roll period ending 5/4/01

David A. Strong

⑈"00008098"  ⑆:031000503⑆:  200616330816⑈  "0009729152"

---

**STAMBAUGH'S AIR SERVICE, INC.**
HARRISBURG INTERNATIONAL AIRPORT
P.O. BOX 149
MIDDLETOWN, PA 17057

FIRST UNION

22846

CHECK NO        CHECK DATE     VENDOR NO

022846        04/25/01      1138

PAY

THIRTY AND 87/100 DOLLARS*****************************

CHECK AMOUNT

$************30.87

TO THE ORDER OF

VERIZON WIRELESS
P.O. BOX 8808

LITTLE ROCK          AR 72231-8808

⑈"022846"  ⑆:031000503⑆:  200616330816⑈  "000000308 7"

---

**STAMBAUGH'S AIR SERVICE, INC.**
HARRISBURG INTERNATIONAL AIRPORT
P.O. BOX 149
MIDDLETOWN, PA 17057

FIRST UNION

22855

5101001031

CHECK NO        CHECK DATE     VENDOR NO

022855        04/25/01      275-1

PAY

SIX HUNDRED EIGHTY-SEVEN AND 89/100 DOLLARS*******

CHECK AMOUNT

$***********687.89

TO THE ORDER OF

XO COMMUNICATIONS
NEXTLINK
P.O. BOX 641824
PITTSBURGH          PA 15264-1824

⑈"022855"  ⑆:031000503⑆:  200616330816⑈  "000068789"

8103

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

3-50/310

DATE 5-11-01

PAY TO THE ORDER OF Nordair USA, Inc

$ 1,000.00

One Thousand and 00/100 ———————— DOLLARS

First Union National Bank
firstunion.com
R/T 031000503   119.50 Toward 44993

FOR Insu: 45090, 44929, 45055

⑈00008103⑈ ⑉031000503⑉ 200616330816⑈   ⑈0000100000⑈



T312800211240 1

8085

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034   T312800211241 1

3-50/310

DATE April 30, 2001

PAY TO THE ORDER OF U.S. Treasury

$ 55,263.16

Fifty-Five Thousand Two Hundred Sixty-Three and 16/100 ———————— DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

FOR Apply per attached letter

⑈00008085⑈ ⑉031000503⑉ 200616330816⑈   ⑈0005526316⑈



8069

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

3-50/310

DATE 4-25-01

PAY TO THE ORDER OF AON

$ 7500.00

Seven Thousand Five Hundred and 00/100 ———————— DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

FOR FEB PYMT

⑈00008069⑈ ⑉031000503⑉ 200616330816⑈   ⑈0000750000⑈



STAMBAUGH'S AIR SERVICE, INC.
427 SECOND ST
HIGHSPIRE, PA 17034

8130

3-50/310

DATE 5-23-01

PAY TO THE ORDER OF Verizon          $ 707.25

Seven Hundred Seven and 25/100          DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

FOR 944-1787, 944-0791 & 944-1940

⑈00008130⑈ ⑉031000503⑉ 2006163308 16⑈          ⑈00000070725⑈



STAMBAUGH'S AIR SERVICE, INC.
427 SECOND ST
HIGHSPIRE, PA 17034

8117

3-50/310

DATE 05/16/01

PAY TO THE ORDER OF George Zeigler          $ 1650.00

one thousand six hundred fifty and 00/100          DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

PA
08428990        DL
05/16/01 85402 0040 #   123104
02:50 PM        347
$1,650.00

FOR 6 men to Ga

⑈00008117⑈ ⑉031000503⑉ 2006163308 16⑈          ⑈000016500 0⑈

STAMBAUGH'S AIR SERVICE, INC.          FIRST UNION
HARRISBURG INTERNATIONAL AIRPORT
P O BOX 149
MIDDLETOWN, PA 17057          4029674

22847

CHECK NO        CHECK DATE        VENDOR NO
022847          04/25/01          1930

PAY

ONE AND 00/100 DOLLARS******************************

CHECK AMOUNT

$*************1.00

TO THE ORDER OF

STATE WORKMENS INS FUND
100 LACKAWANNA AVE
PO BOX 5100
SCRANTON        PA 18505-5125

⑈022847⑈ ⑉031000503⑉ 2006163308 16⑈          ⑈0000000100⑈

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA  17034

8109

3-50/310

DATE *5-15-2001*

PAY TO THE ORDER OF *New York Life Insurance Co.*    $ *211.00*

*Two Hundred Eleven + 00/100*    DOLLARS

070987066  201  01  2145  2502

First Union National Bank
firstunion.com
R/T 031000503

FOR *006930676*

*Marc S M'Gee*

⑆00008109⑆ ⑇031000503⑇ 2000616330816⑆    ⑈000002110011⑈

---

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA  17034

8116

3-50/310

DATE *05/15/01*

PAY TO THE ORDER OF *Cashere*    $ *460.68*

*four hundred sixty and 68/100*    DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

FOR *CNS 51354*

*David A. Strong*

⑆00008116⑆ ⑇031000503⑇ 2000616330816⑆    ⑈000004606811⑈

---

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA  17034

8119

3-50/310

DATE *May 17, 2001*

PAY TO THE ORDER OF *Michael Davis*    $ *1,800.00*

*Eighteen Hundred and 00/100*    DOLLARS

40101053  400  23  4439  4439

First Union National Bank
firstunion.com
R/T 031000503

0114.01 05/17/01 0011          512086570H
OTHER CASHED CHECK             $1,800.00
12:14                          CAMP HILL OFFICE

*Marc S M'Gee*

FOR

⑆00008119⑆ ⑇031000503⑇ 2000616330816⑆    ⑈000180000⑈

8123

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

3-50/310

DATE 5-22-2001

PAY TO THE ORDER OF Kyle T. Ensminger    $ 833.09

Eight Hundred Thirty Three 09/100 — — — DOLLARS

**FIRST UNION** First Union National Bank
firstunion.com
R/T 031000503

FOR advance PR check    Marc S M'Gee

⑈"000008123"⑈ ⑆031000503⑆ 200616330816"⑈    ⑈"000008330?"⑈



8133

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

3-50/310

DATE May 23, 2001

PAY TO THE ORDER OF Bob Daley    $ 135.00

One Hundred Thirty-Five and 00/100 — — — DOLLARS

**FIRST UNION** First Union National Bank
firstunion.com
R/T 031000503

FOR CNS 51396    Marc S M'Gee

⑈"000008133"⑈ ⑆031000503⑆ 200616330816"⑈    ⑈"000013500"⑈



8121

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

3-50/310

DATE 05/18/01

PAY TO THE ORDER OF WESCO    030196262  400  23  4648    $ 4003 65.50

Sixty five and 50/100 — — — DOLLARS

**FIRST UNION** First Union National Bank
firstunion.com
R/T 031000503

FOR replacement ck for ck # 7834 less $20.00 fee    David A. Strong

⑈"000008121"⑈ ⑆031000503⑆ 200616330816"⑈    ⑈"000006550"⑈

STAMBAUGH'S AIR SERVICE, INC.    08/94
427 SECOND ST
HIGHSPIRE, PA  17034

8080

3-50/310

PAY TO THE ORDER OF _Guardian Life Insurance_    DATE _4-22-2001_

$ 4,418.34

_Four Thousand Four Hundred Eighteen & 34/100_ ———— DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

FOR _Contract # 604415_    _Marc S M'Gee_

⑈0000808011⑈ ⑈0310005031⑈ 2000616330816⑈    ⑈000044183411⑈

---

STAMBAUGH'S AIR SERVICE, INC.
HARRISBURG INTERNATIONAL AIRPORT
P.O. BOX 149
MIDDLETOWN, PA 17057

FIRST UNION

22848

| CHECK NO. | CHECK DATE | VENDOR NO |
|---|---|---|
| 022848 | 04/25/01 | 2266 |

PAY

NINETY-FIVE AND 40/100 DOLLARS********************

CHECK AMOUNT

$***********95.40

TO THE ORDER OF
AMERICOM
250 EAST PARK DRIVE

HARRISBURG        PA 17111    010106736 310 01 1297 1297

_Mark R. Stambaugh_

⑈02284811 ⑈0310005031⑈ 2000616330816⑈    ⑈000000954011⑈

022848⑈⑈031011100501⑈ 2000616330816⑈    ⑈000000954011⑈

---

STAMBAUGH'S AIR SERVICE, INC.    08/94
427 SECOND ST
HIGHSPIRE, PA  17034

8148

3-50/310

DATE _05/31/01_

PAY TO THE ORDER OF _Mark R. Stambaugh_    $ 5,000.00

_five thousand and 00/100_ ———— DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

FOR _MRS_    _David A. Seroy_

⑈0000814811 ⑈0310005031⑈ 2000616330816⑈    ⑈000050000011⑈

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8108

3-50/310

DATE May 14, 2001

PAY TO THE ORDER OF Ram Motors & Controls $ 214.05

Two Hundred Fourteen and 05/100 — DOLLARS

070104269 340 04 1620 1219

**First Union National Bank**
firstunion.com
R/T 031000503

FOR P.O.# RME51336

Marc S M'Gee

⑈00008108⑈ ⑆031000503⑆ 2006163308 16⑈ ⑈000002 1405⑈

---

**STAMBAUGH'S AIR SERVICE, INC.**
HARRISBURG INTERNATIONAL AIRPORT
P O BOX 149
MIDDLETOWN, PA 17057

**FIRST UNION**

22840

| CHECK NO | CHECK DATE | VENDOR NO |
|----------|-----------|-----------|
| 022840 | 04/25/01 | 203 |

PAY

TWO THOUSAND SIXTY-FOUR AND 12/100 DOLLARS********

CHECK AMOUNT

$********2,064.12

TO THE ORDER OF FEDERAL EXPRESS CORP.
PO BOX 1140

MEMPHIS          TN 38101-1140

⑈022840⑈ ⑆031000503⑆ 2006163308 16⑈ ⑈0000206412⑈

---

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8076

3-50/310

DATE 4-27-2001

PAY TO THE ORDER OF Main Stay Funds $ 240.00

Two Hundred Furty & 00/100 — DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

FOR Group 4004

Marc S M'Gee

⑈00008076⑈ ⑆031000503⑆ 2006163308 16⑈ ⑈000024000⑈

**STAMBAUGH'S AIR SERVICE, INC.**
HARRISBURG INTERNATIONAL AIRPORT
P.O. BOX 149
MIDDLETOWN, PA 17057

FIRST UNION

**22844**

| CHECK NO. | CHECK DATE | VENDOR NO |
|-----------|-----------|-----------|
| 022844 | 04/25/01 | 345 |

PAY

FIVE HUNDRED SEVENTY-FIVE AND 81/100 DOLLARS******

CHECK AMOUNT

$***********575.81

TO THE
ORDER
OF

SMITH'S GAS MART
600 2ND ST

HIGHSPIRE          PA 17034

040333047 201 01 2152 2154

⑈022844⑈ ⑈031000503⑈ 20006163308 16⑈          ⑈000005758 1⑈

022844⑈⑈0310⑈⑈0050⑈ 20006163308 16⑈          ⑈000005758 1⑈

---

**STAMBAUGH'S AIR SERVICE, INC.**   08/94
427 SECOND ST
HIGHSPIRE, PA  17034

**8118**

3-50/310

DATE *May 17, 2001*

PAY
TO THE
ORDER OF  *Caskers*                    $ *192.60*

*One Hundred Ninety-Two and 60/100* ———————————— DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

FOR *RME 51376*

*Marc S. M'Gee*

⑈0008118⑈ ⑈031000503⑈ 20006163308 16⑈          ⑈00000 19260⑈

---

**STAMBAUGH'S AIR SERVICE, INC.**   08/94
427 SECOND ST
HIGHSPIRE, PA  17034

**8114**

3-50/310

DATE *5-15-2001*

PAY
TO THE
ORDER OF  *Guardian Life Insurance, Co.*     $ *4,151.46*

*Four Thousand One Hundred Fifty One & 46/100* ——— DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

FOR *Contract # 604415*

*Marc S. M'Gee*

⑈0008114⑈ ⑈031000503⑈ 20006163308 16⑈          ⑈00004151 46⑈



**Check 8079**

STAMBAUGH'S AIR SERVICE, INC. 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

3-50/310

DATE 4-27-2001

PAY TO THE ORDER OF Pennsylvania - SCDU     $ 1068.18

One Thousand Sixty Eight & 18/100 — DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

FOR _____

Marc S. M'Gee

⑆00008079⑆ ⑈031000503⑈ 2000616330816⑆ ⑆000010681 8⑆

---

**Check 8101**

STAMBAUGH'S AIR SERVICE, INC. 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

3-50/310

DATE 05/11/01

PAY TO THE ORDER OF PAN AMERICAN TOOL CO.     $ 729.02

Seven hundred Twenty nine and 02/100 — DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

FOR CNUS 51358

David C. Strong

⑆00008101⑆ ⑈031000503⑈ 2000616330816⑆ ⑆000072902⑆

---

**Check 8110**

STAMBAUGH'S AIR SERVICE, INC. 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

3-50/310

DATE 5-15-2001

PAY TO THE ORDER OF Main Stay Funds     $ 240.00

Two Hundred Forty & 00/100 — DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

FOR Group 4004

Marc S. M'Gee

⑆00008110⑆ ⑈031000503⑈ 2000616330816⑆ ⑆000024000⑆



300014 - 219146

STAMBAUGH'S AIR SERVICE, INC.   08/94
427 SECOND ST
HIGHSPIRE, PA  17034

8057

3-50/310

DATE 04/19/01

PAY TO THE ORDER OF  Dallas Avionics                    $ 72.66

seventy two and 66/100                                DOLLARS

FIRST UNION  First Union National Bank
firstunion.com
R/T 031000503     22060

FOR PO #ACF51255

David A. Strong

⑈00008057⑈ ⑉031000503⑉ 2000616330816⑈      ⑈000000 7266⑈

⑈00008057⑈ ⑉031000503⑉  2000616330816⑈      ⑈000000 7266⑈

---

STAMBAUGH'S AIR SERVICE, INC.   08/94
427 SECOND ST
HIGHSPIRE, PA  17034

8068

3-50/310

DATE 4-25-01

PAY TO THE ORDER OF  National Aerospace Supply Co.        $ 30.00

Thirty and 00/100                                     DOLLARS

110473918  201 01  2125  2123

FIRST UNION  First Union National Bank
firstunion.com
R/T 031000503

FOR SPR50604 + Inv #9419

David A. Strong

⑈00008068⑈ ⑉031000503⑉ 2000616330816⑈      ⑈000000 3000⑈

---

STAMBAUGH'S AIR SERVICE, INC.          FIRST UNION
HARRISBURG INTERNATIONAL AIRPORT
P O BOX 149
MIDDLETOWN, PA 17057

22843

CHECK NO    CHECK DATE    VENDOR NO

022843    04/25/01    309

PAY

ONE THOUSAND THREE HUNDRED SEVENTY-FOUR***********
AND 30/100 DOLLARS*******************************

CHECK AMOUNT

$********1,374.30

TO THE ORDER OF   PENNA. POWER & LIGHT CO.
2 N 9TH ST

ALLENTOWN        PA 18101

Mark L Stambaugh

⑈022843⑈ ⑉031000503⑉ 2000616330816⑈      ⑈0000137430⑈

FIRST UNION

**STAMBAUGH'S AIR SERVICE, INC.**
HARRISBURG INTERNATIONAL AIRPORT
P O BOX 149
MIDDLETOWN, PA 17057

22852

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 022852 | 04/25/01 | 118-1 |

PAY

TWO HUNDRED FORTY-EIGHT AND 07/100 DOLLARS********

CHECK AMOUNT

$***********248.07

TO THE
ORDER
OF

AT&T WIRELESS SERVICES
P.O. BOX 129

NEWARK          NJ 07101-0129

⑈022852⑈ ⑆031000503⑆ 200616330816⑈          ⑈0000024807⑈

---

8078

**STAMBAUGH'S AIR SERVICE, INC.**  08/94
427 SECOND ST
HIGHSPIRE, PA 17034                          3-50/310

DATE 4-27-2001

PAY
TO THE
ORDER OF  U.F.L.I.C.                          $ 603.85

Six Hundred Thous  85/                          DOLLARS

FIRST
UNION  First Union National Bank
firstunion.com
R/T 031000503

FOR  2510 R014                          Marc S M'Gee

⑈0000808⑈ ⑆031000503⑆ 200616330816⑈          ⑈0000060385⑈

---

**STAMBAUGH'S AIR SERVICE, INC.**
HARRISBURG INTERNATIONAL AIRPORT
P O. BOX 149
MIDDLETOWN, PA 17057

FIRST UNION

22837

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 022837 | 04/25/01 | 82 |

PAY

ONE HUNDRED SIXTY-ONE AND 28/100 DOLLARS*********

CHECK AMOUNT

$***********161.28

TO THE
ORDER
OF

NEXTEL COMMUNICATIONS 322023415 6667000012408 6282 19
P.O. BOX 5188                  050539175 201 01 2532 2473

CAROL STREAM      IL 60197-5188

⑈022837⑈ ⑆031000503⑆ 200616330816⑈          ⑈0000016128⑈

**8095**

STAMBAUGH'S AIR SERVICE, INC.  08/94
427 SECOND ST
HIGHSPIRE, PA 17034

DATE 05/07/01    3-50/310

PAY TO THE ORDER OF _Almar House of Flowers_    $ 95.40

_ninety five and 40/100_    DOLLARS

**FIRST UNION** First Union National Bank
firstunion.com
R/T 031000503

FOR _invoice 61542_    David A. Strong

⑈000008095⑈ ⑆031000503⑆ 200616330816⑈ ⑈0000009540⑈



**8102**

STAMBAUGH'S AIR SERVICE, INC.  08/94
427 SECOND ST
HIGHSPIRE, PA 17034

DATE 5-11-01    3-50/310

PAY TO THE ORDER OF _American Express_    $ 38,459.81

_Thirty Eight Thousand Four Hundred Fifty Nine and 81/100_    DOLLARS

**FIRST UNION** First Union National Bank
firstunion.com
R/T 031000503

FOR _Acct #: 3783-625446-32001_    David A. Strong

⑈000008102⑈ ⑆031000503⑆ 200616330816⑈ ⑈0003845 9⑈



**8093**

STAMBAUGH'S AIR SERVICE, INC.  08/94
427 SECOND ST
HIGHSPIRE, PA 17034

DATE May 7, 2001    3-50/310

PAY TO THE ORDER OF _Quality Aircraft Accessories_    $ 634.40

_Six hundred thirty four and 40/100_    DOLLARS

**FIRST UNION** First Union National Bank
firstunion.com
R/T 031000503

050453550  201  01  2651  2267

FOR _ACM 51349_    David A. Strong

⑈000008093⑈ ⑆031000503⑆ 200616330816⑈ ⑈0000063440⑈

STAMBAUGH'S AIR SERVICE, INC.    FIRST UNION    **22845**
HARRISBURG INTERNATIONAL AIRPORT
P.O. BOX 149
MIDDLETOWN, PA 17057

| | CHECK NO. | CHECK DATE | VENDOR NO |
|---|---|---|---|
| | 022845 | 04/25/01 | 540 |

PAY

SIX THOUSAND THREE HUNDRED THIRTY-TWO AND*********
00/100 DOLLARS*****************************************

CHECK AMOUNT

$********6,332.00

TO THE ORDER OF    FRANK CRYSTAL & CO. INC.
40 BROAD STREET

NEW YORK        NY 10004-2337

040302255 201 01 2282 2173

⑈O22845⑈ ⑈031000503⑈ 20006 16330816⑈      ⑈0000633200⑈

---

STAMBAUGH'S AIR SERVICE, INC.    FIRST UNION    **22854**
HARRISBURG INTERNATIONAL AIRPORT
P.O. BOX 149
MIDDLETOWN, PA 17057

| | CHECK NO. | CHECK DATE | VENDOR NO |
|---|---|---|---|
| | 022854 | 04/25/01 | 2598-1 |

PAY

THREE THOUSAND FOUR HUNDRED THIRTY-EIGHT*********
AND 00/100 DOLLARS*********************************

CHECK AMOUNT

$********3,438.00

TO THE ORDER OF    LEGION INSURANCE COMPANY
C/O WACHOVIA BANK    440071053 4729 4553 18 05-03-01
P.O. BOX 101846
ATLANTA        GA 30392-1846

070326059 201 01 2264 2281

⑈O22854⑈ ⑈031000503⑈ 20006 16330816⑈      ⑈0000343800⑈

---

                                                    **8126**
STAMBAUGH'S AIR SERVICE, INC.  08/94
427 SECOND ST
HIGHSPIRE, PA 17034                              3-50/310

DATE *May 23, 2001*

PAY TO THE ORDER OF *Stambaugh's Air Service - Payroll a/c*        $ 98622.71

*Ninety Eight Thousand Six Hundred Twenty Two and 71/100* ——— DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

FOR _____

⑈00008126⑈ ⑈031000503⑈ 20006 16330816⑈      ⑈000986271⑈

**STAMBAUGH'S AIR SERVICE, INC.**
HARRISBURG INTERNATIONAL AIRPORT
P.O. BOX 149
MIDDLETOWN, PA 17057

FIRST UNION

**22851**

| CHECK NO | CHECK DATE | VENDOR NO |
|---|---|---|
| 022851 | 04/25/01 | 2681 |

PAY

TWENTY-ONE THOUSAND TWO HUNDRED FIFTY-TWO*********
AND 35/100 DOLLARS**********************************

CHECK AMOUNT

$*******21,252.35

TO THE
ORDER
OF

COVENTRY HEALTH & LIFE
P.O. BOX 360326

PITTSBURGH        PA 15251-6326

⑈022851⑈ ⑆031000503⑆ 20006163308 16⑈          ⑈0002125235⑈

---

**STAMBAUGH'S AIR SERVICE, INC.**
HARRISBURG INTERNATIONAL AIRPORT
P.O. BOX 149
MIDDLETOWN, PA 17057

FIRST UNION

**22853**

| CHECK NO | CHECK DATE | VENDOR NO |
|---|---|---|
| 022853 | 04/25/01 | 133-1 |

PAY

TWO HUNDRED AND 79/100 DOLLARS********************

CHECK AMOUNT

$***********200.79

TO THE
ORDER
OF

VERIZON
P.O. BOX 28001

LEHIGH VALLEY      PA 18002

0000033449000 14
2720013766MD

⑈022853⑈ ⑆031000503⑆ 20006163308 16⑈          ⑈00000 20079⑈

---

**STAMBAUGH'S AIR SERVICE, INC.**
HARRISBURG INTERNATIONAL AIRPORT
P.O. BOX 149
MIDDLETOWN, PA 17057

FIRST UNION

**22850**

| CHECK NO | CHECK DATE | VENDOR NO |
|---|---|---|
| 022850 | 04/25/01 | 2622 |

PAY

THREE HUNDRED NINETY-ONE AND 83/100 DOLLARS*******

CHECK AMOUNT

$***********391.83

TO THE
ORDER
OF

GMAC PAYMENT PROCESSING
P.O. BOX 70309

CHARLOTTE        NC 28272-0309

050101 42

⑈022850⑈ ⑆031000503⑆ 20006163308 16⑈          ⑈0000039183⑈

8090

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

3-50/310

DATE 05/02/01

PAY
TO THE
ORDER OF _Landis Bros._                    $ 48.31

_forty-eight and 31/100_ _____ DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

FOR _TWG 51341_

David A. Strong

⑈⑈00008090⑈⑈ ⑊031000503⑊ 20006163308 16⑈ ⑈000004831⑈



8077

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

3-50/310

DATE 4-27-2001

PAY
TO THE
ORDER OF _MONY Life of America_          $ 10.84

_Ten & 84/100_ _____ DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

FOR _Gleo 2320_

Marc S M'Gee

⑈⑈00008077⑈⑈ ⑊031000503⑊ 20006163308 16⑈ ⑈000001084⑈



8044

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

3-50/310

DATE 4-13-2001

PAY
TO THE
ORDER OF _MONY Life of America_          $ 10.84

_Ten & 84/100_ _____ DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

FOR _Gleo 2320_

Marc S M'Gee

⑈⑈00008044⑈⑈ ⑊031000503⑊ 20006163308 16⑈ ⑈000001084⑈

**STAMBAUGH'S AIR SERVICE, INC.**
HARRISBURG INTERNATIONAL AIRPORT
P O BOX 149
MIDDLETOWN, PA 17057

FIRST UNION

**22842**

| CHECK NO | CHECK DATE | VENDOR NO |
|---|---|---|
| 022842 | 04/25/01 | 303 |

PAY

TWO THOUSAND ONE HUNDRED EIGHTY AND 60/100********
DOLLARS**********************************************

CHECK AMOUNT

$********2,180.60

TO THE
ORDER
OF

OVERNITE TRANS. COMPANY
PO BOX 79755

BALTIMORE        MD 21279-0755

⑃022842⑃ ⑆031000503⑆ 20006 1633081 6⑃        ⑃0000218060⑃

---

**STAMBAUGH'S AIR SERVICE, INC.**
HARRISBURG INTERNATIONAL AIRPORT
P.O. BOX 149
MIDDLETOWN, PA 17057

FIRST UNION

**22838**

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 022838 | 04/25/01 | 118 |

PAY

ONE THOUSAND FOUR HUNDRED SEVENTY AND 22/100******
DOLLARS**********************************************

CHECK AMOUNT

$********1,470.22

TO THE
ORDER
OF

A T & T
PO BOX 9001310

LOUISVILLE        KY 40290-1310

⑃022838⑃ ⑆031000503⑆ 20006 1633081 6⑃        ⑃0000147022⑃

---

**STAMBAUGH'S AIR SERVICE, INC.**  08/94
427 SECOND ST
HIGHSPIRE, PA  17034

**8086**

3-50/310

DATE *May 1, 2001*

PAY
TO THE
ORDER OF   *BAX Global*        $48.45

*Forty eight and* 45/100  040355623 201 01 2345 2450  DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

FOR *Premier Metal   429844440*

⑃00008086⑃ ⑆031000503⑆ 20006 1633081 6⑃        ⑃000000484 5⑃

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8081

1727

3-50/310

DATE *April 27, 2001*

PAY TO THE ORDER OF *Grover Gourley*                    $ *2800.00*

*Twenty - Eight Hundred and 00/100* ——————— DOLLARS

**FIRST UNION**® First Union National Bank
firstunion.com
R/T 031000503

FOR _____

*Marc S M'Gee*

⑈0000808⑈ ⑆031000503⑆ 2000616330816⑈ ⑈00002800000⑈

---



**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8099

3-50/310

DATE *05/09/01*

PAY TO THE ORDER OF *Dave Strong*                    $ *272.44*

*two hundred seventy two and 44/100* ——————— DOLLARS

**FIRST UNION**® First Union National Bank
firstunion.com
R/T 031000503

FOR *Hangar Petty Cash*    05/09/01 85402 0011 # 53
08:57 AM        $272.44

*Marc S M'Gee*

⑈0000809⑈ ⑆031000503⑆ 2000616330816⑈ ⑈00002724⑈

---



**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8092

3-50/310

DATE *5-4-2001*

PAY TO THE ORDER OF *R. C. Cook*                    $ *379.92*

*Three Hundred Seventy Nine & 92/100* ——————— DOLLARS

**FIRST UNION**® First Union National Bank
firstunion.com
R/T 031000503

FOR *P.O. # ACD51347*

*Marc S M'Gee*

⑈0000809⑈ ⑆031000503⑆ 2000616330816⑈ ⑈000037992⑈

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8087
3-50/310

PAY TO THE ORDER OF _Dave Strong_

DATE _05/01/01_

$ *400.00*

_four hundred and 00/100_

DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

FOR _Highspire Petty Cash_

05/01/01 85402 0053 # 156
02:28 PM        $400.00

_Maces McGee_

⑈000008087⑈ ⑆031000503⑆ 200616330816⑈      ⑈000000400000⑈

---

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8084
3-50/310

PAY TO THE ORDER OF _Cashers_

DATE _04/30/01_

$ *77.83*

_Seventy seven and 83/100_

DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

FOR _CNSS1333_

_David A. Strong_

⑈000008084⑈ ⑆031000503⑆ 200616330816⑈      ⑈000000007783⑈

---

#07-64962

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8066
3-50/310

PAY TO THE ORDER OF _Coyne Textile Services_

DATE _04/25/01_

$ *1,439.12*

_one thousand four hundred thirty nine and 12/100_

110272904  404 23  3066  3671

DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

INVOICES
FOR _0796839, 0796740, 0798838 and 0700928_
_(2/14)    (2/14)    (2/21)    (2/28)_

_David A. Strong_

⑈000008066⑈ ⑆031000503⑆ 200616330816⑈      ⑈0000143912⑈

**STAMBAUGH'S AIR SERVICE, INC.**
HARRISBURG INTERNATIONAL AIRPORT
P O BOX 149
MIDDLETOWN, PA 17057

FIRST UNION

22849

| CHECK NO | CHECK DATE | VENDOR NO |
|---|---|---|
| 022849 | 04/25/01 | 2406 |

PAY

THREE HUNDRED FIFTEEN AND 19/100 DOLLARS**********

CHECK AMOUNT

$**********315.19

TO THE ORDER OF

YORK WASTE DISPOSAL, INC.
P.O. BOX 1401

YORK                PA 17405-1401

⑆022849⑆ ⑆031000503⑆ 200616330816⑆              ⑈000031519⑈

---



**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8061

DATE *Apr 23, 2001*    3-50/310

PAY TO THE ORDER OF *Pan American Tool Corp.*                    $ *49.70*

*Forty nine and 70/100* ———————————————— DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

FOR *ACK51297*

*David C. Strong*                MP

⑆000008061⑆ ⑆031000503⑆ 200616330816⑆              ⑈000000497O⑈

---



**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8072

DATE *Apr 26, 2001*    3-50/310

PAY TO THE ORDER OF *DynaMation Research*                    $ *360.00*

*Three hundred sixty and 00/100* ———————————— DOLLARS

**First Union National Bank**
firstunion.com
R/T 031000503

FOR *ACK51299*

*David C. Strong*                MP

⑆000008072⑆ ⑆031000503⑆ 200616330816⑆              ⑈000036000⑈

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8106

3-50/310

PAY TO THE ORDER OF International Airline Support Group    $ 175.00

One Hundred Seventy Five and 00/100    DOLLARS

DATE 5-14-01

First Union National Bank
firstunion.com
R/T 031000503

FOR UKN 50201 Inv # 67973

⑈00008106⑈ ⑈031000503⑈ 20006163308 16⑈ ⑈000001 7500⑈

---

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8096

3-50/310

PAY TO THE ORDER OF First Union National Bank    $ 10,678.01

ten thousand six hundred seventy eight and 01/100    DOLLARS

DATE 05/08/01

First Union National Bank
firstunion.com
R/T 031000503

CML 208401978680000110092772
05/08/01 85402 0040 # 182
01:46 PM        10678.01

FOR invoice 011009272

⑈00008096⑈ ⑈031000503⑈ 20006163308 16⑈ ⑈000106780 1⑈

---

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8075

3-50/310

PAY TO THE ORDER OF New York Life Insurance, Co.    $ 211.00

Two Hundred Eleven + 00/100

DATE 4-27-2001

First Union National Bank
firstunion.com
R/T 031000503

FOR 006930626

⑈00008075⑈ ⑈031000503⑈ 20006163308 16⑈ ⑈000002 1100⑈



**STAMBAUGH'S AIR SERVICE, INC.**   08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8122

3-50/310

DATE *May 22, 2001*

PAY TO THE ORDER OF *John McNulty*   $ *200.00*

*Two hundred and 00/100* DOLLARS

First Union National Bank
firstunion com
R/T 031000503

FOR *TRAVEL + Per Diem*

*Marc S M'Gee*   MP

⑈0000⑉122⑈ ⑊031000503⑊ 2000616330816⑈   ⑈00000 20000⑈



**STAMBAUGH'S AIR SERVICE, INC.**   08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8107

3-50/310

DATE *05/14/01*

PAY TO THE ORDER OF *Dave Strong*   $ *500.00*

*five hundred and 00/100* DOLLARS

First Union National Bank
firstunion com
R/T 031000503   14/01 85402 0037 # 438
02:24 PM   $500.00

FOR *MRS EXPENSE*

MP

⑈0000⑉107⑈ ⑊031000503⑊ 2000616330816⑈   ⑈00000 50000⑈



**STAMBAUGH'S AIR SERVICE, INC.**   08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8128

3-50/310

DATE *S-23-01*

PAY TO THE ORDER OF *GPU Energy*   $ *7,338.93*

*Seven Thousand Three Hundred Thirty Eight and 93/100* DOLLARS

First Union National Bank
firstunion com
R/T 031000503

FOR *AccT # 100015571753 / 100014779670*

*Marc S M'Gee*   MP

⑈0000⑉128⑈ ⑊031000503⑊ 2000616330816⑈   ⑈0000733893⑈



STAMBAUGH'S AIR SERVICE, INC. 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8132

3-50/310

DATE 5-23-01

PAY TO THE ORDER OF AT&T Wireless Services          $ 203.95

Two Hundred Three and 95/100          DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

FOR ACCT # 2002635040 & 2002635043          Mary S McGee

⑈00008132⑈ ⑈031000503⑈ 20006163308 16⑈          ⑈00000020395⑈

---

STAMBAUGH'S AIR SERVICE, INC. 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8071

3-50/310

DATE 04/26/01

PAY TO THE ORDER OF DETK INC.          $ 397.30

Three hundred seventy nine and 30/100          DOLLARS

070398046 201 01 2188 2070

First Union National Bank
firstunion.com
R/T 031000503

FOR INVOICE SI 622268          David A. Strong

⑈00008071⑈ ⑈031000503⑈ 20006163308 16⑈          ⑈00000039730⑈

---

STAMBAUGH'S AIR SERVICE, INC. 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

8143

3-50/310

DATE 05/29/01

PAY TO THE ORDER OF STATE WORKER'S INSURANCE FUND          $ 4,609.00

four thousand six hundred nine and 00/100          DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

FOR POLICY 04029674          David A. Strong

⑈00008143⑈ ⑈031000503⑈ 20006163308 16⑈          ⑈00000460900⑈



STAMBAUGH'S AIR SERVICE, INC.    08/94    8100
427 SECOND ST
HIGHSPIRE, PA  17034

DATE *May 10, 2001*    3-50/310

PAY TO THE ORDER OF *VO Baker Distributing Co.*    $ *123.19*

*One Hundred Twenty-Three and 19/100*    080259610 404 23 3141  3455    DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

FOR *INV 51357*    *Marc L. McGee*

⑈0000 8100⑈ ⑆03 1000 503⑆ 2000 6 16 330 16⑆ ⑈0000 12319⑈



✓*98002092*

STAMBAUGH'S AIR SERVICE, INC.    08/94    8094
427 SECOND ST
HIGHSPIRE, PA  17034

DATE *05/07/01*    3-50/310

PAY TO THE ORDER OF *M. GLOSSER & SONS*    $ *819.82*

*eight hundred nineteen and 82/100*    DOLLARS
060531780 201 01 2386 2411

First Union National Bank
firstunion.com
R/T 031000503

FOR *PO #RME 51332*    *David A. Strong*

⑈0000 8094⑈ ⑆03 1000 503⑆ 2000 6 16 330 16⑆ ⑈0000 81982⑈

STAMBAUGH AIR SERVICE    FIRST UNION    8141
MARK MCGEE    OLD YORK & SUSQUEHANNA RDS
427 2ND ST RR    ABINGTON, PA 19001
HIGHSPIRE, PA 17034    05/29/2001

PAY TO THE ORDER OF  UGI UTILITIES    $1737.80

** One Thousand Seven Hundred Thirty Seven and 80/100 ******    DOLLARS

MEMO    210-064-1475-04    $1737.80

UGI UTILITIES, INC.
Verbally authorized by your depositor

01 -2

⑈008 141⑈ ⑆03 1000 503⑆ 2000 6 16 330 16⑆ ⑈0000 173780⑈

MAY 15 2001

8115

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

3-50/310

DATE *May 15, 2001*

PAY
TO THE
ORDER OF *Graybill Tool + Dye*                    $ *278.76*

*Two Hundred Seventy-Eight and 76/100* ————————————— DOLLARS

**FIRST UNION** *First Union National Bank*
firstunion.com
R/T 031000503

FOR *P.O. ACK51369*                    *Mau S McGee*

⑈00008115⑈ ⑈031000503⑈ 2000616330816⑈        ⑈000027876⑈

---

8104

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

3-50/310

DATE *5-11-01*

PAY
TO THE
ORDER OF *Shearer's Welding*                    $ *475.00*

*Four Hundred Seventy Five and 00/100* ————— DOLLARS

**FIRST UNION** *First Union National Bank*
firstunion.com
R/T 031000503

FOR *Inv # 2349 & 2350*                    *David A. Strong*

⑈00008104⑈ ⑈031000503⑈ 2000616330816⑈        ⑈000047500⑈

---

MAY 14 2001

8105

**STAMBAUGH'S AIR SERVICE, INC.** 08/94
427 SECOND ST
HIGHSPIRE, PA 17034

3-50/310

DATE *05/14/01*

PAY
TO THE
ORDER OF *Graybill Tool + Die*                    $ *2,224.19*

*Two thousand Two hundred twenty four and 19/100* ——— DOLLARS

**FIRST UNION** *First Union National Bank*
firstunion.com
R/T 031000503

FOR _____                    *David A. Strong*

⑈00008105⑈ ⑈031000503⑈ 2000616330816⑈        ⑈0000222419⑈

STAMBAUGH'S AIR SERVICE, INC. 08/94

8089

427 SECOND ST
HIGHSPIRE, PA 17034

3-50/310

DATE 05/01/01

PAY TO THE ORDER OF S. A. R. A. A.

$ 22,643.73

twenty two thousand six hundred forty three and 73/100 ——— DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

FOR invoice #s $102451 and $102468

David A. Strong

⑈"00008089"⑈ ⑊031000503⑊ 2000616330816⑈ ⑊000 2264373⑈

STAMBAUGH'S AIR SERVICE, INC. 08/94

8113

427 SECOND ST
HIGHSPIRE, PA 17034

3-50/310

DATE 5-15-2001

PAY TO THE ORDER OF Pennsylvania - SCDU

$ 1,068.18

One Thousand Sixty Eight + 18/100 ——— DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

FOR

Mary S M'Gee

⑈"00008113"⑈ ⑊031000503⑊ 2000616330816⑈ ⑊0000106818⑈

STAMBAUGH'S AIR SERVICE, INC. 08/94

8120

427 SECOND ST
HIGHSPIRE, PA 17034

3-50/310

DATE 05/18/01

PAY TO THE ORDER OF Dave Strong

$ 300.00

three hundred and 00/100 ——— DOLLARS

First Union National Bank
firstunion.com
R/T 031000503

05/18/01 85402 0040 # 247
01:07 PM          $300.00

FOR Highspire Petty Cash

⑈"00008120"⑈ ⑊031000503⑊ 2000616330816⑈ ⑊000000030000⑈

