IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STAMBAUGH'S AIR SERVICE, INC., : | |
| : | |
| Plaintiff : | |
| v. : | CASE NO. 1:CV-00-0660 |
| : | |
| SUSQUEHANNA AREA REGIONAL : | Judge Yvette Kane |
| AIRPORT AUTHORITY, BAA : | Magistrate Judge J. Andrew Smyser |
| HARRISBURG, INC., DAVID FLEET, : | |
| individually, DAVID HOLDSWORTH, : | |
| individually, and DAVID C. McINTOSH, : | JURY TRIAL DEMANDED |
| individually, : | |
| Defendants : | |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | |

## ORDER

AND NOW, this ___ day of July, 2007, upon consideration of Plaintiff's Motion for Extension of Time to Provide Expert Report Related to Damages, it is hereby Ordered and Decreed that Plaintiff's Motion is GRANTED. Plaintiff may produce or supplement an expert report related to damages within ____ days of the date of this Order.

BY THE COURT,

_____
J.

F:\Home\AHEWITT\DOCS\Q-S\STAMAIR\PLEADING\PLAINTIFF MOTION TO EXTENSION OF TIME\PROPOSED ORDER.wpd