IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STAMBAUGH'S AIR SERVICE, INC., | : | |
| | : | |
| Plaintiff | : | |
| v. | : | CASE NO. 1:CV-00-0660 |
| | : | |
| SUSQUEHANNA AREA REGIONAL | : | Judge Yvette Kane |
| AIRPORT AUTHORITY, BAA | : | Magistrate Judge J. Andrew Smyser |
| HARRISBURG, INC., DAVID FLEET, | : | |
| individually, DAVID HOLDSWORTH, | : | |
| individually, and DAVID C. McINTOSH, | : | JURY TRIAL DEMANDED |
| individually, | : | |
| Defendants | : | |

**CERTIFICATE OF NON-CONCURRENCE**

The undersigned certified that Cunningham & Chernicoff, P.C. contacted lead counsel for Defendants, Dean F. Piermattei, Esquire, in order to obtain his concurrence in this Motion pursuant to the Middle District Rules of Civil Procedure. The undersigned hereby certifies that Defendants do not concur with this Motion.

Respectfully submitted,

CUNNINGHAM & CHERNICOFF, P.C.

Dated: July 17, 2007    By:    /s/ Jordan D. Cunningham, Esquire
Jordan D. Cunningham, Esquire
PA I.D. No. 23144
2320 North Second Street
Harrisburg, PA  17110
Telephone:    (717) 238-6570
Facsimile:    (717) 238-4809
Email:    jcunningham@cclawpc.com
*Attorneys for Plaintiff*

F:\Home\AHEWITT\DOCS\Q-S\STAMAIR\PLEADING\PLAINTIFF MOTION TO EXTENSION OF TIME\CERT OF NONCOMPLIANCE.wpd