# Exhibit "A"

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STAMBAUGH'S AIR SERVICE, INC.,** | : | |
| | : | |
| **Plaintiff** | : | |
| **v.** | : | **CASE NO. 1:CV-00-0660** |
| | : | |
| **SUSQUEHANNA AREA REGIONAL** | : | **Judge Yvette Kane** |
| **AIRPORT AUTHORITY, BAA** | : | **Magistrate Judge J. Andrew Smyser** |
| **HARRISBURG, INC., DAVID FLEET,** | : | |
| **individually, DAVID HOLDSWORTH,** | : | |
| **individually, and DAVID C. McINTOSH,** | : | |
| **individually,** | : | |
| **Defendants** | : | |

## PLAINTIFF STAMBAUGH'S AIR SERVICE, INC.'S
## FIRST SET OF
## REQUEST FOR PRODUCTION OF DOCUMENTS
## DIRECTED TO DEFENDANTS

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff, Stambaugh's Air

Service, Inc. ("Stambaugh's") requests that within thirty (30) days of service of these Request,

Defendants Susquehanna Area Airport Authority ("SARAA"), BAA Harrisburg, Inc. ("BAA"),

David Fleet ("Fleet"), David Holdsworth ("Holdsworth"), and David C. McIntosh ("McIntosh")

answer the following Interrogatories fully and separately in writing, under oath.

### DEFINITIONS

1.      "Defendants" or "you" refers to Defendants SARAA, BAA, Fleet, Holdsworth,

and McIntosh, and to each of their representatives, agents and attorneys.

2.      "Stambaugh's" or "Plaintiff" refers to the named plaintiff, its employees, agents

of any other person or entity authorized to act for or on behalf of Plaintiff.

3.      "FBO" shall mean fixed base operator.

4.    "HIA" refers to Harrisburg International Airport.

5.    "RFQ" refers to the October 5, 1999 Request for Qualifications issued by some or all of the defendants.

6.    "AERO" refers to AERO Services International Incorporated.

7.    "AMP Hangar" refers to a hangar located at HIA and which was previously owned by the AMP Corporation and which has been purchased by SARAA.

8.    "Identify," when used in reference to a natural person, means to state his or her name, present or last known address and telephone number, present or last known employer and his or her employer's address, and position or job title at time of employment.

9.    "Identify" or "Identification" shall mean, when used in reference to any document, to:

a.    state the type of document (e.g., letter, memorandum, telegram, etc.);

b.    state its date;

c.    state its title, if any;

d.    describe its general subject matter and contents;

e.    identify the present location(s) and custodian(s) of the original and all known copies of said document;

f.    identify its author or originator;

g.    if the document is no longer in your possession, identify its last known custodian, describe the circumstances under which it passed from your control to that

-2-

person, and identify each person having knowledge of such circumstances and/or each person having knowledge of such circumstances and/or the present location of the document; and/or

        h.    in lieu of identifying the document in the manner set forth above, attach a copy of the document in question to your response to these interrogatories.

        10.    "Document" as used herein shall mean and include without limitation, all writings of any kind, including the original and all non-identical copies, whether different from the originals by reason of any notation made on such copies or otherwise (including, without limitation, correspondence, memoranda, notes, diaries, contracts, statistics, letters, telegrams, minutes, reports, studies, checks, statements, receipts, returns, summaries, pamphlets, books, interoffice and intra-office correspondence, electronic mail, offers, notations of any sort of conversations, meetings or other communications, bulletins, printed matter, computer printouts, teletype, telefax, invoices, purchase orders, worksheets, and all drafts, alterations, modifications, changes and amendments of any of the foregoing), graphic or oral records or representations of any kind (including without limitation, photographs, charts, graphs, microfiche, microfilm, videotape recordings, motion pictures), any electronic, mechanical, or electrical records or representations of any kind (including without limitation, tapes, cassettes, disks, and recordings). The term "document" means each document which is or was in the possession, custody or control of plaintiff or his agents or representatives, including counsel, and each document known by plaintiff to have existed or which presently exists.

## REQUEST

1.    Complete copies of all audited financials for the years 2000; 2001; 2002; 2003; 2004 and 2005, including, but not limited, reports, graphs, charts and all related documents.

**ANSWER:**

Respectfully submitted,

CUNNINGHAM & CHERNICOFF, P.C.

Dated:___12/22/06___    By:_____

Jordan D. Cunningham, Esquire
PA I.D. No. 23144
2320 North Second Street
Harrisburg, PA 17110
Telephone:    (717) 238-6570
*Attorneys for Plaintiff*

F:\HOME\AHEWITT\DOCS\Q-S\STAMAIR\DISCOVER\REQUEST.WPD

**Exhibit "B"**

**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STAMBAUGH'S AIR SERVICE, INC., | : | |
| | : | |
| **Plaintiff** | : | |
| v. | : | **CASE NO. 1:CV-00-0660** |
| | : | |
| SUSQUEHANNA AREA REGIONAL | : | **Judge Yvette Kane** |
| AIRPORT AUTHORITY, BAA | : | **Magistrate Judge J. Andrew Smyser** |
| HARRISBURG, INC., DAVID FLEET, | : | |
| individually, DAVID HOLDSWORTH, | : | |
| individually, and DAVID C. McINTOSH,: | | |
| individually, | : | |
| **Defendants** | : | |

**PLAINTIFF STAMBAUGH'S AIR SERVICE, INC.'S
SECOND SET OF
REQUEST FOR PRODUCTION OF DOCUMENTS
<u>DIRECTED TO DEFENDANTS</u>**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff, Stambaugh's Air

Service, Inc. ("Stambaugh's") requests that within thirty (30) days of service of these Request,

Defendants Susquehanna Area Airport Authority ("SARAA"), BAA Harrisburg, Inc. ("BAA"),

David Fleet ("Fleet"), David Holdsworth ("Holdsworth"), and David C. McIntosh ("McIntosh")

answer the following Interrogatories fully and separately in writing, under oath.

**<u>DEFINITIONS</u>**

1.     "Defendants" or "you" refers to Defendants SARAA, BAA, Fleet, Holdsworth,

and McIntosh, and to each of their representatives, agents and attorneys.

2.     "Stambaugh's" or "Plaintiff" refers to the named plaintiff, its employees, agents

of any other person or entity authorized to act for or on behalf of Plaintiff.

3.     "FBO" shall mean fixed base operator.

## REQUEST

1.    Complete copies of all Fuel Flowage Reports for both Commercial and General Aviation submitted to the F.A.A. by Defendants from January 1, 1999 through present, including, but not limited, reports, graphs, charts and all related documents.

**ANSWER:**

Respectfully submitted,

CUNNINGHAM & CHERNICOFF, P.C.

Dated: <u>June 14, 2007</u>           By:     <u>/s/ Jordan D. Cunningham, Esquire</u>
                                                Jordan D. Cunningham, Esquire
                                                PA I.D. No. 23144
                                                2320 North Second Street
                                                Harrisburg, PA 17110
                                                Telephone:    (717) 238-6570
                                                *Attorneys for Plaintiff*

F:\Home\AHEWITT\DOCS\Q-S\STAMAIR\LETTERS\L061407 KELLY 3.wpd

Exhibit "C"



# RHOADS & SINON LLP

Dean F. Piermattei

*ph* (717) 233-5731
*fx* (717) 231-6637
dpiermattei@rhoads-sinon.com

FILE NO: 6216 5

June 25, 2007

**Re:    Stambaugh v. SARAA**

Jordan Cunningham, Esquire                    VIA:  Hand Delivery
Cunningham & Chernicoff, P.C.
2320 N. 2nd Street
Harrisburg, PA  17110

Dear Jordan:

While I understand you are on vacation, you directed me to deal with your associate who will be attending the deposition. I am providing to you, via hand delivery, to your associate, this date, additional documents, some of which you may already have in your possession. This should be considered a formal supplement to our discovery responses. Enclosed are the following:

1.   Documents Bates numbered SARAA07168-07287 (will be used as deposition exhibit);

2.   A disc containing information relating to building repairs from 1998 – 2007;

3.   Areo Contract with SARAA (will be used as deposition exhibit). I believe this is already contained in your client's records, however, I am providing it again for the sake of completeness);

4.   requested fuel flowage records for HIA from January 2000 through 2006;

Additionally, you also requested whether any of the Authority's witnesses would be available on Saturday, June 30, 2007. I will be out of town for the holiday weekend, but Heather Kelly from my office is available to defend these depositions. Belinda Svirbely is available, and I am waiting to hear back from Fred Testa. We do not intend to call Tom Peiffer as a witness.

There remain outstanding problems with the documents produced by your client. First, Plaintiff has only produced consolidated financial information for a three year period. However, they have alleged continuing damages. Accordingly, we need all consolidated financials through the present. Moreover, we are still awaiting documentation supporting many of the categories of damages that have been pled in the Second Amended Complaint. You indicated that Mark Stambaugh will be producing additional documents during his deposition today. We will review those, and, to the extent that any deficiencies remain, will seek a conference with Magistrate Smyser.

Rhoads & Sinon LLP • Attorneys at Law • Twelfth Floor • One South Market Square • P.O. Box 1146
Harrisburg, PA 17108-1146 • *ph* (717) 233-5731 • *fx* (717) 232-1459 • www.rhoads-sinon.com

June 25, 2007
Page 2

       Thank you for your prompt attention to the above matters.

                                  Very truly yours,

                                  RHOADS & SINON LLP

                               By: _Dean F. Piermattei_
                                 Dean F. Piermattei

Enclosures

Exhibit "D"

HARRISBURG INTERNATIONAL AIRPORT
GALLONS BY MONTH
2000

SCHEDULED PASSENGER AIRLINES:
Air Canada
Air Tran
Atlantic Coast / United Express
American Airlines
Comair Airlines
Continental Airlines
Delta Airlines
Northwest Airlines
US Airways
USAir Express

PASSENGER TOTAL

SCHEDULED CARGO AIRLINES:
Airborne Express
Burlington Air Freight
Emery
Federal Express
Federal Express Feeder
UPS

CARGO TOTAL

NON-SIGNATORY AT A TOTAL

NON-SIGNATORY/NON-SAS TOTAL

FBO TOTALS

EXERCISE CORPORATE:
Select Transport

RESIDENT CORPORATE TOTAL

GRAND TOTAL

6/27/2007

**HARRISBURG INTERNATIONAL AIRPORT**
**GALLONS OF FLIGHTS 2001**

| | January-01 | | February-01 | | March-01 | | April-01 | | May-01 | | June-01 | | July-01 | | August-01 | | September-01 | | October-01 | | November-01 | | December-01 | | GRAND |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Into Service | Piedmont Hawthorne | Into Service | Piedmont Hawthorne | Into Service | Piedmont Hawthorne | Into Service | Piedmont Hawthorne | Into Service | Piedmont Hawthorne | Into Service | Piedmont Hawthorne | Into Service | Piedmont Hawthorne | Into Service | Piedmont Hawthorne | Into Service | Piedmont Hawthorne | Into Service | Piedmont Hawthorne | Into Service | Piedmont Hawthorne | Into Service | Piedmont Hawthorne | TOTAL |
| **SIGNATORY PASSENGER AIRLINES:** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Air Canada | | | | | | | | | | | | | | | | | | | | | | | | | |
| Air Georgian | | | | | | | | | | | | | | | | | | | | | | | | | |
| Atlantic Coast - United Express | | | | | | | | | | | | | | | | | | | | | | | | | |
| American Airlines | | | | | | | | | | | | | | | | | | | | | | | | | |
| American Eagle | | | | | | | | | | | | | | | | | | | | | | | | | |
| Comair Airlines | | | | | | | | | | | | | | | | | | | | | | | | | |
| Continental Air | | | | | | | | | | | | | | | | | | | | | | | | | |
| Continental Airlines | | | | | | | | | | | | | | | | | | | | | | | | | |
| Delta Airlines | | | | | | | | | | | | | | | | | | | | | | | | | |
| Midwest Aviation | | | | | | | | | | | | | | | | | | | | | | | | | |
| North West Airlines | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pan Am | | | | | | | | | | | | | | | | | | | | | | | | | |
| United Airlines | | | | | | | | | | | | | | | | | | | | | | | | | |
| US Airways | | | | | | | | | | | | | | | | | | | | | | | | | |
| USAir Express | | | | | | | | | | | | | | | | | | | | | | | | | |
| **PASSENGER TOTAL** | | | | | | | | | | | | | | | | | | | | | | | | | |
| **SIGNATORY CARGO AIRLINES:** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airborne Express | | | | | | | | | | | | | | | | | | | | | | | | | |
| Emery | | | | | | | | | | | | | | | | | | | | | | | | | |
| Federal Express | | | | | | | | | | | | | | | | | | | | | | | | | |
| Federal Express Feeder | | | | | | | | | | | | | | | | | | | | | | | | | |
| UPS | | | | | | | | | | | | | | | | | | | | | | | | | |
| **CARGO TOTAL** | | | | | | | | | | | | | | | | | | | | | | | | | |
| **NON-SIGNATORY A TOTAL** | | | | | | | | | | | | | | | | | | | | | | | | | |
| **NON-SIGNATORY CARGO TOTAL** | | | | | | | | | | | | | | | | | | | | | | | | | |
| **NSO TOTALS** | | | | | | | | | | | | | | | | | | | | | | | | | |
| **RESIDENT CORPORATE:** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rand Transport | | | | | | | | | | | | | | | | | | | | | | | | | |
| Hershey | | | | | | | | | | | | | | | | | | | | | | | | | |
| Raaco | | | | | | | | | | | | | | | | | | | | | | | | | |
| **RESIDENT CORPORATE TOTAL** | | | | | | | | | | | | | | | | | | | | | | | | | |
| **GRAND TOTAL** | | | | | | | | | | | | | | | | | | | | | | | | | |

HARRISBURG INTERNATIONAL AIRPORT
CALCULATION BY MONTH 2002

| | January-02 | | February-02 | | March-02 | | April-02 | | May-02 | | June-02 | | July-02 | | August-02 | | September-02 | | October-02 | | November-02 | | December-02 | | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SIGNATORY PASSENGER AIRLINES: | Aero Services | Piedmont | Aero Services | Piedmont | Aero Services | Piedmont | Aero Services | Piedmont | Aero Services | Piedmont | Aero Services | Piedmont | Aero Services | Piedmont | Aero Services | Piedmont | Aero Services | Piedmont | Aero Services | Piedmont | Aero Services | Piedmont | Aero Services | Piedmont | |
| Air Canada | | | | | | | | | | | | | | | | | | | | | | | | | |
| Atlantic Coast - United Express | | | | | | | | | | | | | | | | | | | | | | | | | |
| American Airlines | | | | | | | | | | | | | | | | | | | | | | | | | |
| American Eagle | | | | | | | | | | | | | | | | | | | | | | | | | |
| Atlantic Southeast | | | | | | | | | | | | | | | | | | | | | | | | | |
| Comair | | | | | | | | | | | | | | | | | | | | | | | | | |
| Continental Airlines | | | | | | | | | | | | | | | | | | | | | | | | | |
| CommutAir | | | | | | | | | | | | | | | | | | | | | | | | | |
| Continental Express | | | | | | | | | | | | | | | | | | | | | | | | | |
| Delta Air Lines | | | | | | | | | | | | | | | | | | | | | | | | | |
| Northwest Airlines | | | | | | | | | | | | | | | | | | | | | | | | | |
| United Airlines | | | | | | | | | | | | | | | | | | | | | | | | | |
| US Airways | | | | | | | | | | | | | | | | | | | | | | | | | |
| USAir Express | | | | | | | | | | | | | | | | | | | | | | | | | |
| PASSENGER TOTAL | | | | | | | | | | | | | | | | | | | | | | | | | |
| SIGNATORY CARGO AIRLINES: | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airborne Express | | | | | | | | | | | | | | | | | | | | | | | | | |
| Emery | | | | | | | | | | | | | | | | | | | | | | | | | |
| Federal Express | | | | | | | | | | | | | | | | | | | | | | | | | |
| Federal Express Feeder | | | | | | | | | | | | | | | | | | | | | | | | | |
| UPS | | | | | | | | | | | | | | | | | | | | | | | | | |
| CARGO TOTAL | | | | | | | | | | | | | | | | | | | | | | | | | |
| NON-SIGNATORY/JET A TOTAL | | | | | | | | | | | | | | | | | | | | | | | | | |
| NON-SIGNATORY/AV GAS TOTAL | | | | | | | | | | | | | | | | | | | | | | | | | |
| FBO TOTALS | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESIDENT CORPORATE: | | | | | | | | | | | | | | | | | | | | | | | | | |
| Harvest | | | | | | | | | | | | | | | | | | | | | | | | | |
| Hershey | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESIDENT CORPORATE TOTAL | | | | | | | | | | | | | | | | | | | | | | | | | |
| GRAND CORPORATE TOTAL | | | | | | | | | | | | | | | | | | | | | | | | | |

PRJ-LAB-PLSM002-000.xls

6/22/2007

**HARRISBURG INTERNATIONAL AIRPORT**
**GALLONS BY MONTH 2003**

| | January-03 Aero Services | February-03 Aero Services | March-03 Aero Services | April-03 Aero Services | May-03 Aero Services | June-03 Aero Services | July-03 Aero Services | August-03 Aero Services | September-03 Aero Services | October-03 Aero Services | November-03 Aero Services | December-03 Aero Services | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SIGNATORY PASSENGER AIRLINES:** | | | | | | | | | | | | | |
| Air Georgian | 12,064 | 10,147 | 13,827 | 9,333 | 9,484 | 9,721 | 9,291 | 9,713 | 8,862 | 9,057 | 13,767 | 11,702 | 127,568 |
| Atlantic Coast - United Express | 14,848 | 48,622 | 90,555 | 78,442 | 84,911 | 85,632 | 90,352 | 83,139 | 81,590 | 85,828 | 90,760 | 90,411 | 922,039 |
| American Eagle | 78,557 | 65,251 | 67,029 | 72,662 | 82,448 | 74,502 | 78,113 | 81,924 | 77,233 | 80,830 | 82,184 | 69,383 | 893,000 |
| Atlantic Southeast | 21,105 | 17,211 | 22,135 | 15,559 | 18,261 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 92,872 |
| Comair Airlines | 88,332 | 99,423 | 103,425 | 78,502 | 87,741 | 109,150 | 104,718 | 125,802 | 94,938 | 118,149 | 139,258 | 140,691 | 1,289,740 |
| CommutAir | 7,429 | 9,348 | 4,904 | 4,961 | 5,687 | 3,885 | 4,235 | 2,915 | 3,475 | 2,524 | 982 | 1,340 | 49,893 |
| Continental Airlines | 27,082 | 20,935 | 22,383 | 21,691 | 22,579 | 21,247 | 18,524 | 18,824 | 17,516 | 24,679 | 25,221 | 27,673 | 268,185 |
| North West Airlines | 70,177 | 71,128 | 71,298 | 75,104 | 87,046 | 90,484 | 102,623 | 101,781 | 90,032 | 105,990 | 105,559 | 103,442 | 1,093,943 |
| United Airlines | 130,191 | 80,557 | 94,979 | 80,155 | 95,077 | 85,522 | 94,324 | 84,657 | 78,581 | 88,197 | 83,638 | 89,934 | 1,101,392 |
| US Airways | 20,572 | 34,537 | 28,787 | 18,442 | 18,955 | 35,423 | 43,514 | 49,383 | 26,265 | 40,124 | 40,000 | 38,404 | 394,509 |
| USAir Express | 70,092 | 61,015 | 90,187 | 99,392 | 102,676 | 94,024 | 93,748 | 94,300 | 101,729 | 110,847 | 92,025 | 88,182 | 1,099,032 |
| | | | | | | | | | | | | | 0 |
| **PASSENGER TOTAL** | 648,929 | 523,372 | 698,838 | 553,033 | 613,075 | 609,589 | 646,495 | 649,513 | 539,272 | 677,135 | 692,434 | 644,271 | 7,595,027 |
| | | | | | | | | | | | | | |
| **SIGNATORY CARGO AIRLINES:** | | | | | | | | | | | | | |
| Airborne Express | 32,210 | 28,858 | 27,505 | 34,013 | 24,673 | 31,036 | 35,650 | 25,414 | 28,590 | 28,594 | 34,220 | 31,888 | 372,677 |
| Emery | 39,780 | 38,168 | 47,167 | 82,547 | 60,343 | 49,885 | 40,022 | 49,431 | 42,431 | 49,455 | 39,469 | 35,653 | 503,541 |
| Federal Express | 167,334 | 195,201 | 143,522 | 154,704 | 152,594 | 169,004 | 170,715 | 133,657 | 100,946 | 100,107 | 88,914 | 120,554 | 1,705,923 |
| Federal Express Feeder | 1,728 | 1,255 | 1,761 | 2,601 | 2,552 | 2,351 | 2,505 | 2,332 | 2,519 | 2,490 | 2,125 | 2,385 | 26,602 |
| UPS | 46,653 | 50,724 | 33,265 | 42,107 | 36,005 | 43,310 | 26,839 | 24,191 | 13,655 | 23,458 | 23,084 | 41,452 | 404,756 |
| | | | | | | | | | | | | | 0 |
| **CARGO TOTAL** | 287,703 | 315,226 | 253,243 | 315,972 | 276,167 | 292,586 | 276,137 | 235,015 | 197,751 | 212,014 | 184,742 | 232,072 | 3,078,628 |
| | | | | | | | | | | | | | |
| NON-SIGNATORY/JET A TOTAL | 96,516 | 73,255 | 88,955 | 85,931 | 97,935 | 109,121 | 113,275 | 117,534 | 147,459 | 125,898 | 113,316 | 108,491 | 1,274,634 |
| NON-SIGNATORY/AV GAS TOTAL | 2,389 | 1,351 | 2,247 | 2,446 | 2,864 | 2,070 | 2,492 | 3,344 | 3,323 | 3,651 | 2,759 | 2,453 | 31,029 |
| **FBO TOTALS** | 935,537 | 913,214 | 951,193 | 936,432 | 989,861 | 1,014,237 | 1,018,399 | 1,005,698 | 937,894 | 1,019,666 | 932,747 | 1,015,287 | 11,771,449 |
| | | | | | | | | | | | | | |
| **RESIDENT CORPORATE:** | | | | | | | | | | | | | |
| Select Transport | 7,859 | 0 | 0 | 0 | 0 | 0 | 7,682 | 7,710 | 0 | 7,745 | 0 | 7,768 | 28,764 |
| Hershey | 12,752 | 6,559 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19,310 |
| RMAU | 15,601 | 15,502 | 15,604 | 7,602 | 23,420 | 15,601 | 7,800 | 15,801 | 15,800 | 15,800 | 15,801 | 7,800 | 172,012 |
| **RESIDENT CORPORATE TOTAL** | 36,212 | 22,169 | 15,604 | 7,602 | 23,420 | 15,601 | 15,482 | 23,511 | 15,800 | 23,545 | 15,801 | 15,568 | 220,016 |
| | | | | | | | | | | | | | |
| **GRAND TOTAL** | 971,749 | 935,374 | 966,797 | 944,234 | 1,013,281 | 1,029,838 | 1,033,881 | 1,029,017 | 953,494 | 1,043,213 | 938,348 | 1,040,855 | 12,001,971 |

HARRISBURG INTERNATIONAL AIRPORT
GALLONS BY MONTH 2004

| SIGNATORY PASSENGER AIRLINE: | January-04 Aero Services | February-04 Aero Services | March-04 Aero Services | April-04 Aero Services | May-04 Aero Services | June-04 Aero Services | July-04 Aero Services | August-04 Aero Services | September-04 Aero Services | October-04 Aero Services | November-04 Aero Services | December-04 Aero Services | GRAND TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Air Georgian | 12,728 | 10,869 | 12,650 | 11,701 | 13,294 | 6,175 | 6,344 | 9,255 | 8,035 | 7,844 | 8,656 | 8,209 | 116,650 |
| Atlantic Coast - United Express | 102,155 | 92,157 | 98,700 | 107,538 | 128,001 | 76,251 | 40,966 | 4,789 | 0 | 0 | 0 | 0 | 651,820 |
| American Eagle | 97,835 | 68,349 | 99,933 | 83,935 | 90,852 | 104,314 | 103,148 | 80,938 | 74,269 | 85,989 | 88,057 | 85,752 | 1,111,759 |
| Atlantic Southeast | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 42,578 | 47,455 | 83,748 | 103,999 | 277,777 |
| Comair Airlines | 113,293 | 124,117 | 137,903 | 115,705 | 148,447 | 151,710 | 144,512 | 142,474 | 77,243 | 110,868 | 75,923 | 53,476 | 1,393,492 |
| CommutAir | 370 | 914 | 457 | 2,115 | 800 | 1,802 | 1,216 | 2,656 | 1,522 | 1,220 | 857 | 440 | 14,469 |
| Continental Airlines | 23,455 | 21,854 | 29,514 | 22,658 | 24,482 | 23,216 | 23,809 | 23,996 | 22,936 | 24,037 | 26,133 | 20,534 | 285,774 |
| North West Airlines | 131,725 | 132,299 | 155,338 | 131,917 | 107,448 | 138,050 | 161,251 | 174,165 | 159,218 | 176,024 | 175,749 | 160,882 | 1,940,747 |
| United Airlines | 57,425 | 69,300 | 97,536 | 81,460 | 93,456 | 83,544 | 104,256 | 100,273 | 45,631 | 45,571 | 43,902 | 43,274 | 832,502 |
| US Airways | 42,850 | 55,743 | 45,303 | 28,718 | 32,459 | 37,611 | 35,604 | 31,709 | 17,287 | 23,845 | 30,324 | 27,274 | 388,821 |
| USAir Express | 85,930 | 72,761 | 84,129 | 81,255 | 88,728 | 90,691 | 87,559 | 92,582 | 111,560 | 86,550 | 94,187 | 86,503 | 1,091,755 |
| World Fuel | 0 | 0 | 0 | 0 | 0 | 8,271 | 34,205 | 31,910 | 34,982 | 31,184 | 70,469 | 77,470 | 288,511 |
| Air Wisconsin | 0 | 0 | 0 | 0 | 0 | 29,394 | 23,819 | 43,653 | 59,609 | 63,375 | 44,730 | 55,282 | 316,842 |
| TSA | 0 | 0 | 0 | 0 | 0 | 8,499 | 3,568 | 210 | 200 | 340 | 0 | 0 | 13,217 |
| | | | | | | | | | | | | | 155,346 |
| PASSENGER TOTAL | 671,579 | 655,844 | 760,933 | 667,019 | 726,177 | 763,758 | 816,041 | 766,967 | 673,872 | 740,287 | 789,459 | 779,766 | 8,783,612 |
| | | | | | | | | | | | | | |
| SIGNATORY CARGO AIRLINES: | | | | | | | | | | | | | |
| Airborne Express | 52,694 | 44,205 | 47,973 | 37,309 | 37,633 | 48,279 | 38,689 | 38,661 | 34,565 | 37,557 | 52,342 | 50,760 | 520,119 |
| Emery | 38,739 | 41,372 | 39,304 | 25,664 | 37,723 | 30,049 | 18,559 | 10,155 | 2,234 | 3,350 | 9,358 | 4,455 | 261,217 |
| Federal Express | 120,454 | 111,747 | 114,575 | 108,169 | 104,500 | 115,594 | 104,589 | 109,729 | 89,308 | 114,615 | 123,051 | 102,633 | 1,345,173 |
| Federal Express Feeder | 2,210 | 2,390 | 2,850 | 2,851 | 1,945 | 2,340 | 2,119 | 2,656 | 2,225 | 2,955 | 2,635 | 3,670 | 30,885 |
| UPS | 33,005 | 30,557 | 34,124 | 23,331 | 30,692 | 45,339 | 46,846 | 42,578 | 28,959 | 47,038 | 43,607 | 51,541 | 459,776 |
| CARGO TOTAL | 247,999 | 229,892 | 228,726 | 197,255 | 212,793 | 242,200 | 208,220 | 203,780 | 164,328 | 205,361 | 232,591 | 232,759 | 2,617,149 |
| | | | | | | | | | | | | | |
| NON-SIGNATORY/JET A TOTAL | 88,582 | 171,524 | 137,401 | 126,047 | 124,726 | 129,559 | 84,739 | 143,472 | 84,261 | 131,650 | 97,287 | 75,515 | 1,404,883 |
| NON-SIGNATORY/AV GAS TOTAL | 1,550 | 1,848 | 2,257 | 2,506 | 3,318 | 1,521 | 3,074 | 2,208 | 2,553 | 3,062 | 1,550 | 1,133 | 27,280 |
| NON-SIGNATORY TOTAL | 90,132 | 172,372 | 139,658 | 128,553 | 128,044 | 131,180 | 87,813 | 145,680 | 86,814 | 135,312 | 98,837 | 76,648 | 1,432,143 |
| | | | | | | | | | | | | | |
| FBO TOTALS | 1,011,710 | 1,058,108 | 1,129,227 | 992,827 | 1,061,014 | 1,137,138 | 1,112,194 | 1,116,367 | 934,215 | 1,080,964 | 1,100,937 | 1,089,203 | 12,835,164 |
| | | | | | | | | | | | | | |
| RESIDENT CORPORATE: | | | | | | | | | | | | | |
| Select Transport | 15,677 | 0 | 7,813 | 0 | 7,717 | 7,688 | 0 | 0 | 0 | 7,788 | 7,359 | 0 | 54,438 |
| Hershey | 23,400 | 0 | 0 | 18,003 | 11,218 | 20,078 | 19,792 | 24,784 | 12,870 | 25,226 | 17,954 | 13,444 | 163,439 |
| RiteAid | 0 | 7,801 | 23,402 | 23,397 | 15,600 | 15,501 | 16,402 | 15,451 | 15,400 | 16,546 | 15,973 | 15,585 | 202,158 |
| RESIDENT CORPORATE TOTAL | 39,077 | 7,801 | 31,215 | 41,400 | 34,535 | 43,266 | 35,194 | 40,235 | 28,270 | 49,558 | 41,286 | 29,029 | 420,055 |
| | | | | | | | | | | | | | |
| GRAND TOTAL | 1,050,787 | 1,065,909 | 1,170,642 | 1,034,387 | 1,095,549 | 1,180,503 | 1,147,388 | 1,146,602 | 962,485 | 1,139,522 | 1,142,223 | 1,118,232 | 13,255,139 |
| | | | | | | | | | | | | | 13,255,139 |

6/22/2007

**HARRISBURG INTERNATIONAL AIRPORT**
**GALLONS BY MONTH 2005**

| | January-05 Aero Services | February-05 Aero Services | March-05 Aero Services | April-05 Aero Services | May-05 Aero Services | June-05 Aero Services | July-05 Aero Services | August-05 Aero Services | September-05 Aero Services | October-05 Aero Services | November-05 Aero Services | December-05 Aero Services | GRAND TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SIGNATORY PASSENGER AIRLINES:** | | | | | | | | | | | | | |
| Air Georgian | 7,492 | 8,305 | 8,125 | 8,907 | 9,385 | 8,865 | 8,967 | 9,343 | 8,801 | 10,048 | 8,855 | 7,800 | 103,214 |
| American Eagle | 88,809 | 83,808 | 80,918 | 78,853 | 83,695 | 82,764 | 89,025 | 87,850 | 87,569 | 84,659 | 91,455 | 91,265 | 1,040,470 |
| Atlantic Southeast | 89,832 | 97,316 | 116,935 | 83,218 | 93,022 | 101,092 | 101,526 | 99,341 | 125,031 | 102,449 | 88,812 | 79,414 | 1,176,029 |
| Comair Airlines | 62,572 | 55,103 | 59,434 | 40,894 | 36,109 | 36,891 | 45,691 | 52,203 | 61,550 | 72,091 | 42,361 | 33,597 | 612,455 |
| CommutAir | 688 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 688 |
| Continental Airlines | 21,621 | 22,434 | 22,582 | 19,053 | 17,549 | 18,904 | 19,163 | 19,765 | 22,169 | 32,120 | 32,716 | 38,098 | 282,423 |
| North West Airlines | 163,671 | 149,912 | 153,193 | 162,822 | 171,017 | 171,028 | 154,029 | 150,971 | 155,674 | 130,531 | 137,768 | 154,051 | 1,858,597 |
| United Airlines | 43,142 | 30,108 | 29,124 | 22,747 | 59,269 | 47,787 | 43,817 | 39,474 | 20,517 | 27,274 | 52,348 | 45,778 | 458,491 |
| US Airways | 31,152 | 17,005 | 13,901 | 7,371 | 6,995 | 10,175 | 134,767 | 28,078 | 13,301 | 84,821 | 7,377 | 4,621 | 348,523 |
| USAir Express | 84,078 | 101,556 | 119,659 | 120,760 | 130,729 | 131,449 | 10,105 | 124,988 | 115,088 | 133,683 | 127,163 | 107,768 | 1,317,231 |
| World Fuel | 69,854 | 105,168 | 141,038 | 49,881 | 57,729 | 89,100 | 88,882 | 90,485 | 79,411 | 84,430 | 70,064 | 85,957 | 1,009,019 |
| Air Wisconsin | 6,926 | 0 | 1,696 | 24,197 | 22,571 | 38,075 | 43,092 | 39,955 | 38,829 | 23,407 | 0 | 0 | 233,770 |
| Air Jazz | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TSA | 46,061 | 48,453 | 49,084 | 69,991 | 68,804 | 23,883 | 13,095 | 14,913 | 19,717 | 14,743 | 35,553 | 39,020 | 430,787 |
| **PASSENGER TOTAL** | 715,538 | 721,006 | 815,023 | 694,764 | 748,676 | 756,924 | 786,700 | 784,672 | 746,784 | 782,466 | 833,480 | 685,416 | 8,891,047 |
| | | | | | | | | | | | | | |
| **SIGNATORY CARGO AIRLINES:** | | | | | | | | | | | | | |
| Airborne Express | 46,529 | 42,009 | 40,559 | 37,327 | 42,601 | 39,098 | 42,504 | 55,599 | 43,754 | 51,560 | 62,872 | 28,927 | 533,224 |
| Emery | 14,649 | 5,568 | 5,911 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 26,129 |
| Federal Express | 113,783 | 98,337 | 122,405 | 112,079 | 86,424 | 109,749 | 106,551 | 120,254 | 125,200 | 106,551 | 4,625 | 130,553 | 1,238,941 |
| Federal Express Feeder | 2,860 | 2,685 | 3,485 | 2,731 | 2,705 | 2,850 | 2,834 | 3,275 | 3,650 | 4,557 | 9,224 | 4,460 | 133,656 |
| UPS | 37,425 | 27,598 | 65,048 | 65,180 | 54,954 | 55,844 | 64,535 | 60,599 | 78,713 | 80,997 | 78,411 | 82,723 | 753,005 |
| **CARGO TOTAL** | 217,285 | 176,286 | 237,564 | 217,317 | 186,584 | 207,541 | 216,424 | 239,714 | 252,327 | 243,955 | 246,232 | 246,693 | 2,689,964 |
| | | | | | | | | | | | | | |
| **NON-SIGNATORY CARGO AIRLINES:** | | | | | | | | | | | | | |
| ABP | 274 | | | | | | | | | | | | 274 |
| NON-SIGNATORY/JET A TOTAL | 76,135 | 78,674 | 99,313 | 73,933 | 82,574 | 117,974 | 81,800 | 110,525 | 77,670 | 118,107 | 89,275 | 69,227 | 1,074,207 |
| NON-SIGNATORY/AV GAS TOTAL | 1,177 | 1,784 | 3,210 | 2,513 | 2,510 | 3,101 | 2,453 | 2,976 | 3,171 | 2,847 | 2,309 | 1,089 | 27,839 |
| **FBO TOTALS** | 77,586 | 80,458 | 101,423 | 78,446 | 85,084 | 121,076 | 84,253 | 113,291 | 80,841 | 120,954 | 91,584 | 89,315 | 1,102,320 |
| | | | | | | | | | | | | | |
| **NONSIGNATORY TOTAL** | 1,020,205 | 977,150 | 1,154,032 | 988,527 | 1,020,443 | 1,085,550 | 1,059,377 | 1,117,467 | 1,079,872 | 1,127,366 | 1,030,286 | 1,051,423 | 12,672,311 |
| | | | | | | | | | | | | | |
| **RESIDENT CORPORATE:** | | | | | | | | | | | | | |
| Select Transport | 7,843 | 7,897 | 7,880 | 7,845 | 7,944 | 15,465 | 15,425 | 7,694 | 15,445 | 15,420 | 7,803 | 15,540 | 132,059 |
| RGAAS | 23,529 | 23,479 | 15,759 | 15,480 | 23,086 | 15,503 | 15,404 | 15,429 | 23,337 | 23,327 | 16,554 | 15,727 | 226,487 |
| Hershey Foods | 13,360 | 23,225 | 14,256 | 14,735 | 18,094 | 15,207 | 17,314 | 19,063 | 15,780 | 15,811 | 12,939 | 19,414 | 188,126 |
| **RESIDENT CORPORATE TOTAL** | 44,732 | 54,591 | 37,935 | 38,060 | 47,004 | 46,356 | 48,143 | 42,186 | 54,346 | 54,258 | 36,402 | 41,681 | 543,713 |
| **GRAND TOTAL** | 1,084,941 | 1,032,341 | 1,191,987 | 1,026,607 | 1,067,447 | 1,141,916 | 1,107,529 | 1,159,653 | 1,134,218 | 1,181,623 | 1,066,688 | 1,043,104 | 13,216,054 |

HARRISBURG INTERNATIONAL AIRPORT
GALLONS BY MONTH 2006

| SIGNATORY PASSENGER AIRLINES: | January-06 | February-06 | March-06 | April-06 | May-06 | June-06 | July-06 | August-06 | September-06 | October-06 | November-06 | December-06 | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Air Georgian | 8,807 | 9,143 | 8,190 | 8,806 | 9,569 | 8,781 | 9,330 | 8,870 | 8,834 | 8,543 | 8,152 | 8,788 | 103,120 |
| American Eagle | 88,509 | 85,557 | 82,531 | 88,958 | 87,430 | 82,916 | 84,005 | 81,603 | 117,817 | 132,290 | 127,591 | 133,178 | 1,209,537 |
| Atlantic Southeast | 88,244 | 83,719 | 98,450 | 102,207 | 85,055 | 90,559 | 60,297 | 123,865 | 65,977 | 77,515 | 64,837 | 71,781 | 1,049,637 |
| Mesa | 0 | 21,032 | 41,776 | 62,311 | 37,228 | 29,727 | 29,938 | 30,376 | 27,053 | 35,914 | 33,156 | 81,055 | 478,566 |
| Comair Airlines | 27,740 | 27,169 | 27,690 | 26,270 | 24,455 | 25,723 | 22,483 | 23,754 | 50,455 | 61,220 | 58,273 | 59,354 | 443,536 |
| Continental Airlines | 27,129 | 27,130 | 28,142 | 28,213 | 24,451 | 23,027 | 24,222 | 26,070 | 20,358 | 24,437 | 22,553 | 23,070 | 268,332 |
| North West Airlines | 93,930 | 85,511 | 85,712 | 67,455 | 76,397 | 83,905 | 124,093 | 131,255 | 113,133 | 110,023 | 68,331 | 122,624 | 1,198,591 |
| United Airlines | 46,744 | 45,200 | 41,551 | 37,697 | 40,205 | 38,735 | 54,614 | 46,355 | 60,871 | 45,559 | 41,916 | 48,676 | 548,161 |
| US Airways | 7,250 | 7,502 | 8,672 | 10,558 | 3,629 | 4,906 | 10,468 | 4,468 | 3,490 | 4,800 | 719 | 14,185 | 81,121 |
| USAir Express | 109,578 | 100,554 | 105,663 | 100,554 | 110,006 | 117,110 | 106,502 | 114,220 | 110,463 | 113,348 | 109,935 | 115,618 | 1,313,769 |
| World Fuel | 57,317 | 11,335 | 0 | 0 | 0 | 18,004 | 22,231 | 21,578 | 65,302 | 78,375 | 0 | 0 | 273,251 |
| Air Wisconsin | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TSA | 57,560 | 72,245 | 71,999 | 49,929 | 72,244 | 60,339 | 60,891 | 71,502 | 32,515 | 27,929 | 69,921 | 72,659 | 731,041 |
| **PASSENGER TOTAL** | 619,316 | 580,598 | 611,436 | 676,698 | 570,788 | 583,763 | 644,842 | 833,395 | 687,439 | 721,293 | 679,514 | 749,076 | 7,728,082 |
| | | | | | | | | | | | | | |
| **SIGNATORY CARGO AIRLINES:** | | | | | | | | | | | | | |
| Airborne Express | 49,952 | 49,945 | 70,027 | 45,376 | 57,939 | 51,172 | 44,725 | 33,478 | 34,048 | 38,516 | 32,247 | 26,787 | 544,055 |
| Federal Express | 115,122 | 114,018 | 123,902 | 115,333 | 124,279 | 111,908 | 107,069 | 122,459 | 88,500 | 115,536 | 117,567 | 137,625 | 1,412,249 |
| Federal Express Feeder | 4,855 | 4,140 | 4,225 | 2,937 | 3,307 | 2,894 | 2,105 | 2,501 | 2,521 | 2,929 | 2,855 | 3,154 | 38,160 |
| UPS | 55,180 | 73,271 | 124,070 | 85,221 | 103,282 | 117,843 | 75,603 | 88,031 | 89,724 | 85,673 | 73,883 | 76,078 | 1,037,429 |
| **CARGO TOTAL** | 224,993 | 240,472 | 331,224 | 248,719 | 288,761 | 293,897 | 229,527 | 255,070 | 214,886 | 252,354 | 227,482 | 244,604 | 3,031,924 |
| | | | | | | | | | | | | | |
| AIR BP | | | | | | | | | | | | | |
| NON-SIGNATORY/JET A TOTAL | 89,549 | 62,391 | 84,065 | 70,550 | 70,834 | 105,167 | 100,373 | 120,888 | 102,559 | 102,678 | 108,132 | 72,238 | 1,099,224 |
| NON-SIGNATORY/AV GAS TOTAL | 1,502 | 1,476 | 1,981 | 1,897 | 1,842 | 2,055 | 2,571 | 1,654 | 2,192 | 2,298 | 2,733 | 1,901 | 23,400 |
| NON-SIGNATORY TOTAL | 101,051 | 63,867 | 86,047 | 72,447 | 72,676 | 107,222 | 102,944 | 122,740 | 104,951 | 104,975 | 110,865 | 73,239 | 1,122,624 |
| **FBO TOTALS** | 945,373 | 884,937 | 1,028,707 | 997,874 | 932,225 | 930,892 | 977,413 | 1,071,814 | 986,934 | 1,078,628 | 1,017,851 | 1,066,919 | 11,879,630 |
| | | | | | | | | | | | | | |
| **RESIDENT CORPORATE:** | | | | | | | | | | | | | |
| Select Transport | 7,754 | 0 | 15,682 | 0 | 23,414 | 7,394 | 7,716 | 7,609 | 0 | 7,795 | 7,815 | 7,824 | 93,453 |
| RiteAM | 15,551 | 23,602 | 15,558 | 15,631 | 23,332 | 23,153 | 15,440 | 15,417 | 23,244 | 23,374 | 15,638 | 7,653 | 217,893 |
| Hershey Foods | 14,096 | 17,273 | 19,024 | 17,117 | 16,299 | 20,539 | 10,689 | 16,632 | 13,693 | 19,511 | 17,371 | 10,716 | 190,074 |
| **RESIDENT CORPORATE TOTAL** | 37,301 | 40,875 | 47,264 | 32,748 | 63,115 | 51,486 | 33,845 | 39,738 | 36,942 | 50,680 | 40,824 | 26,392 | 501,418 |
| | | | | | | | | | | | | | |
| **GRAND TOTAL** | 982,776 | 925,812 | 1,076,021 | 930,722 | 995,340 | 1,042,378 | 1,011,258 | 1,111,552 | 1,023,877 | 1,129,308 | 1,058,685 | 1,093,311 | 12,381,048 |

**Exhibit "E"**

Damages

Stambaugh Air Service
vs
Susquehanna Area Regional Airport Authority

Background

Basis.  Stambaugh Air Service Inc occupied hangar space at Harrisburg International Airport from 1973 through 2003  The business occupied Building 28, which was hangar space and shop and office space  It also occupied Hangar 133 and Hangar 134

Between 1973 and 1988 the business of the company was primarily focused on military contracts  The principle contracts were with the Navy and were composed of "Standard Depot Level Maintenance" on various aircraft models in the Naval Aviation training fleets

In 1988 the company shifted its focus to repair and maintenance of civil commercial aircraft, and by 1990 the company was uniformly in the civil aviation business

The internal structure of the company depended upon leadmen, each of whom had an assigned crew  While the majority of the crews were assigned to metal work, fuselage and flight surface repairs, there were a number of leadmen and crews assigned to a flexible schedule that allowed them to provide ground handling and ground services to based and transient customers

This section of the company provided all Fixed Base Operator (FBO) services described in the FAA Circulars with the exception of flight instruction and air charter  The company provided hangar space, tie down, fuel, oil, maintenance, and aircraft sales

The nature of the aviation market at Harrisburg International Airport militated against the existence of a "full time" FBO  Transient flights, transient fuel sales and ramp parking were sporadic  The majority of the scheduled carriers provided their own fuel, limiting the FBO involvement to upload, ground handling and maintenance  Some cargo carriers also provided their own fuel  So for cargo, ground handling as well as cargo management services were made available

Over the course of two decades, the services provided by Stambaugh changed because the passenger and cargo flights changed  Some carriers increased their flights and began to provide their own ground service  During the same time period, some carrier flights

decreased and the Stambaugh services were necessary but diminished  However, the
common element that Stambaugh provided on the field was "on call" maintenance
Stambaugh, until the day that it left HIA, was the sole source for the on call maintenance
provided by licensed mechanics that is required by scheduled air carriers
in order to comply with FAA requirements  No FBO serving HIA after Stambaugh, had
the qualified and licensed personnel to provide on call maintenance to the heavy jets that
composed the majority of the flights into and out of HIA

In the third term of the Stambaugh Lease, the airport asked Stambaugh to provide a
dedicated FBO office  That office was created in Building 134 because it was the only
leasehold space adaptable for an FBO office  Stambaugh then initiated a series or
requests for locations on the airport on which to build or purchase an FBO office  It
requested construction areas located west of Building 134  This request was denied by
SARAA  It attempted to purchase the AMP hangar  However, SARAA refused to extend
the ground lease and ultimately purchased that hangar itself  Finally, it requested
controlled ramp access to FBO Customers utilizing the FBO facility in Building 134
This also was denied

## Damages

The question before the Court will be how was the business of Stambaugh damaged by
SARAA's termination of its FBO authority and its failure to allow the company to
continue business at HIA

The description of this damage must be viewed in a "cascade analysis "

First the denial of the continuation of FBO rights had two effects  First, the company lost
the gross income from that service and second, the company was denied a location that
would have survived the terminal expansion  That relocation, on the airport would have
allowed the company to continue its FBO services into the future and the argument is that
the company's structure was the sole corporate profile that could have made money at
HIA

Relating to the description of the corporate structure contained above in "Background,"
Stambaugh was the only tenant at the airport which did not have to have personnel solely

dedicated to FBO services  The FBO service and the heavy aircraft services were married in that the company management cross trained employees to perform both FBO and Maintenance services and, thereby, there was no lost productivity when there were no flights in HIA to be serviced by the FBO

So fueling revenue was lost, and a permanent location at HIA was lost through the leasing of that location to another company  When SARAA made that decision, the cascade of damages began

The loss of the revenue from fuel denied the company any fall back financial strength when the September 11, 2001 attacks affected aviation  That post 9/11 downturn forced the company to seek bankruptcy protection in June 2002  With the planned Airport expansion SARAA then terminated the company's ability to remain on the airport  In 2003 the company then incurred costs to move its operations to Georgia, because Stambaugh's was denied the AMP lease or purchase and had no other location on the airport

On a secondary level, Stambaugh also lost the support and ground power work for the FBO customers  This work, which was composed of ground power, ground equipment and certain aviation repairs represented 10% to 12% of the company gross  The ground power shop occupied approximately 14,000 square feet of Building 28 and had licenses as a Pennsylvania Inspection Station

1   Income from fuel sales was composed of two components  One was the "upload" fee charged to carriers which stocked their own fuel at HIA  The second was a true sale at retail  The labor component for the cost of sales for the fueling operation was integrated with the labor cost for the entire company

2   Lost revenue has been extrapolated from the fuel figures supplied on the 27th of June, 2007   Those figures are expressed on the attached sheet

3   The Gross Revenue Cost of Sales and Gross Profit is expressed on the attached sheet  The lost of Fuel Revenue only incrementally affected the Gross Profit because the labor was retained for other projects and the adjustments to Cost of Sales were a diminution in internal Ground Power costs plus Fuel Farm rental

4   The difference in the gross sales for 2000 and 2001 and 2002 was  a  the termination of the right to sell fuel and b  the impact of 9/11  The average

STM04200

5  difference in gross revenue is 1 09 million over the length of the normal lease plus
   extensions  This is the calculation of the lost revenue as well as the lost
   opportunity at HIA over a straight line reflecting the flat market trends at HIA
   1 09 million X 5 years = 5 45 million in lost revenue on sales of fuel over original
   and two 5 year extensions (5 45 x 3 = $16,350,000)          $16,350,000

6  In addition to the lost fuel sale revenue, the following costs were incurred in the
   termination of fuel sales.
           a.  Cost of rehabbing fuel farm
               within 6 months of termination of rights      $    28,000
           b.  Cost of transferring fuel trucks to GA         $    45,297
           c.  Cost of transferring Surface tanks             $     3,182
           d.  Cost of scrapping fuel and ground handling
               Equipment (replacement cost minus salvage)     $   143,000
           e. Labor for Packing and Shipping (2000 hr)        $    40,000

7  Loss of secondary maintenance work associated
           with lost fuel services  12%
           Ground Power and aircraft: $962,000
           a.  $962,000 X 5 (Lease Term)  =                   $ 4,810,000
           b.  Lease Extension of 10 years (2 term)
               ($4,810,000 x 2 = $9,620,000)                  $ 9,200,000

8  The refusal to allow a lease of the AMP building or other
           Space at the airport on which to operate caused the
           Company to move its operations to Georgia facilities
           a.  Cost of managers lodgings for one year. ($875 x
               12 = $10,200)                                  $    10,500
           b.  Per Diems and travel for relocated employees.  $   141,463
           c.  Employee apartments ($2,956 x 12 = $35,481)    $    35,481
           d.  Furniture rental for relocation.               $     5,621

9  Costs incurred in the filing of Bankruptcy
           a.  Trustees Fees                                  $    30,250
           b.  Professional Fees                              $    53,386
           c.  Administrative Fees                            $    35,285

STM04201

10  Costs incurred in the negotiations with SARAA for
    FBO and Building rights                              S    14,990


Total Damages:                                     $30,946,455

STM04202