UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STAMBAUGH'S AIR SERVICE, INC., | : | **CIVIL NO.  1:00-CV-0660** |
| Plaintiff | : | (Chief Judge Kane) |
| v. | : | (Magistrate Judge Smyser) |
| SUSQUEHANNA AREA REGIONAL AIRPORT AUTHORITY; BAA HARRISBURG, INC.; DAVID FLEET; DAVID HOLDSWORTH; and DAVID C. MCINTOSH, | : | |
| Defendants | : | |

## ORDER

**IT IS ORDERED** that the plaintiff's motion for extension of time until July 23, 2007 in which to provide its expert report related to damages (Doc. 114) is **DENIED** for the reason that the plaintiff has not shown good cause for the court to find that a timely expert report could not have been provided. A motion for leave to file a supplemental report based upon fuel flowage information would have provided an adequate procedural basis to provide additional expert analysis based upon such information.

*/s/ J. Andrew Smyser*
J. Andrew Smyser
Magistrate Judge

Dated:  July 18, 2007.