## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STAMBAUGH'S AIR SERVICE, INC., | : | |
| | : | |
| Plaintiff | : | |
| v. | : | CASE NO. 1:CV-00-0660 |
| | : | |
| SUSQUEHANNA AREA REGIONAL | : | Judge Yvette Kane |
| AIRPORT AUTHORITY, BAA | : | Magistrate Judge J. Andrew Smyser |
| HARRISBURG, INC., DAVID FLEET, | : | |
| individually, DAVID HOLDSWORTH, | : | |
| individually, and DAVID C. McINTOSH, | : | JURY TRIAL DEMANDED |
| individually, | : | |
| Defendants | : | |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

### JOINT MOTION TO EXTEND
### PLAINTIFF, STAMBAUGH'S AIR SERVICE, INC.'S,
### RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

AND NOW, comes the Plaintiff, Stambaugh's Air Service, Inc., by and

through its counsel, Cunningham & Chernicoff, P.C. and Defendants SARAA and

the various individual Defendants by and through their counsel, Rhoads & Sinon,

who file this Joint Motion to Extend the Deadline by which Plaintiff, Stambaugh's

Air Service, Inc., is required to file a Response and Brief in Opposition to

Defendants' Motion for Summary Judgment and in support thereof, avers the

following:

1.      Defendants filed a Motion for Summary Judgment together with a Brief in Support thereof on July 9, 2007.

2.      Pursuant to Federal Rule of Civil Procedure, Plaintiff must file its Response and Brief in Opposition to Defendants' Motion for Summary Judgment on or before July 24, 2007.

3.      On July 20, 2007, Plaintiff and Defendants entered into preliminary discussions regarding a global settlement of the case.

4.      During the course of the next several days, Plaintiff and Defendants each spoke with their respective clients to determine whether such a global settlement could be negotiated and achieved.

5.      In the afternoon of July 23, 2007, Defendants' counsel contacted Plaintiff's counsel and advised he believed that a global settlement could be achieved, however, due to the nature of the SARAA Board, all board members being volunteers and, at times, not readily available, he had not been able to discuss the terms and conditions of the global settlement with the various Board member.

6.    As a result, Defendants' counsel indicated to Plaintiff's counsel that he would not be in a position to advise Plaintiff's counsel whether a global settlement could be reached upon the terms and conditions discussed between counsel on July 20, 2007 until Friday, July 27, 2007.

7.    Plaintiff, in the meanwhile, has been drafting responses to Defendants' Uncontested Facts and the Defendants' Motion for Summary Judgment as well as drafting a Brief in Opposition to Defendants' Motion for Summary Judgment and Plaintiff's Statement of Uncontested Facts.

8.    As of the date of this pleading, Plaintiff is in the process of revising its Brief in Opposition to the Motion for Summary Judgment and completing a Statement of Plaintiff's Uncontested Facts.

9.    In light of the potential of a global settlement being reached between the parties, Plaintiff and Defendants file this Joint Motion to Extend the date by which Plaintiff must file a response and Brief in Opposition to Defendants' Motion for Summary Judgment by seven (7) days.

10.    In the event the parties are not able to reach a global settlement by Friday, July 27, 2007, Plaintiff will still be in a position to complete its Brief in Opposition to Defendants' Motion for Summary Judgment as well as filing Plaintiff's Statement of Uncontested Facts and Plaintiff's Response to Defendants' Statement of Uncontested Statement of Facts by July 31, 2007.

WHEREFORE, the parties jointly request this Honorable Court to Extend the date on which Plaintiff must file its Response to Defendants' Motion for Summary Judgment; Response to Defendants' Statement of Uncontested Facts; Plaintiff's Statement of Uncontested Facts and Plaintiff's Brief in Opposition to Defendants' Motion for Summary Judgment to July 31, 2007.

Respectfully submitted,


CUNNINGHAM & CHERNICOFF, P.C.        RHOADS & SINON

By: /s/ Jordan D. Cunningham, Esquire        By:   /s/ Dean F. Piermattei
_____Jordan D. Cunningham, Esquire        Dean F. Piermattei, Esquire
        PA I.D. No. 23144                            Rhoads & Sinon
        2320 North Second Street                    One South Market Sq., 12th Flr.
        Harrisburg, PA  17110                       P.O. Box 1146
        Telephone:  (717) 238-6570                  Harrisburg, PA 17108-1146
        Facsimile:   (717) 238-4809                 Telephone:  (717) 231-6635
        Email:jcunningham@cclawpc.com               Facsimle:  (717)
        *Attorneys for Plaintiff*                   email:  dpiermattei@rhoads-
                                                    sinon.com
                                                    *Attorneys for Defendants*


Dated:  July 23, 2007
F:\Home\AHEWITT\DOCS\Q-S\STAMAIR\PLEADING\JOINT MOTION TO EXTEND\joint motion for extension.wpd

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STAMBAUGH'S AIR SERVICE, INC., | : | |
| | : | |
| Plaintiff | : | |
| v. | : | CASE NO. 1:CV-00-0660 |
| | : | |
| SUSQUEHANNA AREA REGIONAL | : | Judge Yvette Kane |
| AIRPORT AUTHORITY, BAA | : | Magistrate Judge J. Andrew Smyser |
| HARRISBURG, INC., DAVID FLEET, | : | |
| individually, DAVID HOLDSWORTH, | : | |
| individually, and DAVID C. McINTOSH, | : | |
| individually, | : | JURY TRIAL DEMANDED |
| Defendants | : | |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

## CERTIFICATE OF SERVICE

I, Angela L. Hewitt, legal secretary with the law firm of Cunningham & Chernicoff, P.C., hereby certify that on the **23TH** day of **July, 2007,** served a true and correct copy of the foregoing **JOINT MOTION TO EXTEND PLAINTIFF, STAMBAUGH'S AIR SERVICE, INC.'S, RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** by electronic means or first-class U.S. Mail, postage prepaid, to:

Dean F. Piermattei, Esquire
Rhoads & Sinon LLP
One South Market Sq., 12th Flr.
P.O. Box 1146
Harrisburg, PA 17108-1146


_____/s/Angela L. Hewitt_____
Angela L. Hewitt