# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STAMBAUGH'S AIR SERVICE, INC., : | |
| : | |
| Plaintiff : | |
| v. : | CASE NO. 1:CV-00-0660 |
| : | |
| SUSQUEHANNA AREA REGIONAL : | Judge Yvette Kane |
| AIRPORT AUTHORITY, BAA : | Magistrate Judge J. Andrew Smyser |
| HARRISBURG, INC., DAVID FLEET, : | |
| individually, DAVID HOLDSWORTH, : | |
| individually, and DAVID C. McINTOSH, : | |
| individually, : | |
| Defendants : | |

## ORDER

AND NOW, this ____ day of July, 2007, upon review of the Joint Motion to Extend Plaintiff, Stambaugh's Air Service, Inc.'s, Response to Defendants' Motion for Summary Judgment, Plaintiff is hereby given its response to the Defendants' Motion for Summary Judgment, Response to Defendants' Statement of Uncontested Facts, filing of Plaintiff's Statement of Uncontested Facts and filing of Plaintiff's Brief in Opposition to Defendants' Motion for Summary Judgment to **July 31, 2007**.

BY THE COURT,

_____ J.