IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STAMBAUGH'S AIR SERVICE, INC., : | |
| : | |
| Plaintiff : | |
| v. : | CASE NO. 1:CV-00-0660 |
| : | |
| SUSQUEHANNA AREA REGIONAL : | Chief Judge Yvette Kane |
| AIRPORT AUTHORITY, BAA : | Magistrate Judge J. Andrew Smyser |
| HARRISBURG, INC., DAVID FLEET, : | |
| individually, DAVID HOLDSWORTH, : | |
| individually, and DAVID C. McINTOSH, : | |
| individually, : | |
| Defendants : | |

## ORDER

AND NOW, this 24th day of July, 2007, upon review of the Joint Motion to Extend Plaintiff, Stambaugh's Air Service, Inc.'s, Response to Defendants' Motion for Summary Judgment (Doc. 117), IT IS ORDERED that the Plaintiff shall file its response to the Defendants' Motion for Summary Judgment, Response to Defendants' Statement of Uncontested Facts, Plaintiff's Statement of Uncontested Facts and Plaintiff's Brief in Opposition to Defendants' Motion for Summary Judgment on or before **July 31, 2007**.

BY THE COURT,

/s/ J. Andrew Smyser

J. Andrew Smyser