IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STAMBAUGH'S AIR SERVICE, INC., | : | |
| | : | |
| Plaintiff | : | CASE NO: 1:00-CV-0660 |
| | : | |
| v. | : | |
| | : | |
| SUSQUEHANNA AREA REGIONAL | : | |
| AIRPORT AUTHORITY, BAA | : | Chief Judge Yvette Kane |
| HARRISBURG, INC., DAVID FLEET, | : | Magistrate Judge Smyser |
| individually, DAVID HOLDSWORTH, | : | |
| individually, and DAVID S. McINTOSH, | : | |
| individually, | : | |
| | : | |
| Defendants | : | |

**PLAINTIFF'S *NUNC PRO TUNC* MOTION FOR LEAVE TO FILE BRIEF
IN EXCESS OF 10,000 WORDS**

NOW COMES Plaintiff, Stambaugh's Air Service, Inc. ("Plaintiff"), by and

through its counsel, Cunningham & Chernicoff, P.C. and files the within *Nunc Pro*

*Tunc* Motion for Leave to File Brief in Excess of 10,000 Words as follows:

1.    Defendants filed their Motion for Summary Judgment and Brief in

Support of Motion for Summary Judgment on July 9, 2007.

2.    Plaintiff, simultaneously with this Motion, has filed its Response and

Brief in Opposition to Defendants' Summary Judgment Motion.

3.    Plaintiff's counsel was intent on doing a thorough job on the

dispositive Motion and supporting Brief in order to fully represent the

interests of their client in obtaining Judgment in this Action.

4.    Due to the lengthy, complex nature of this litigation, the number of

depositions and the number of counts and categories of damages

alleged, Plaintiff experienced difficulty in fully addressing and

supporting its arguments opposing Summary Judgment within the

10,000 word limit.

5.    Plaintiff made every effort to adhere to the word limit, but

inadvertently exceeded it.

6.    Plaintiff respectfully requests that this Court grant *nunc pro tunc*

leave to file its Brief in Opposing Motion for Summary Judgment,

which exceeds the word limit.

7.    Plaintiff does not believe that Defendants will be harmed or

prejudiced if said Motion is granted.

8.    Counsel for Defendants concur in this Motion.


WHEREFORE, Plaintiff respectfully requests that this Honorable Court

grant its Motion allowing Plaintiff to file a Brief that contains additional words in

excess of the 10,000 word limit, or in the alternative, in the interest of judicial

economy, request that this Court decline to strike Plaintiff's oversized Brief and

expect Plaintiff's strict compliance with this Local Rule in the future.

Respectfully submitted,

Date: July 24, 2007          By: /s/ Jordan D. Cunningham
                                  Jordan D. Cunningham, Esquire
                                  PA ID No: 23144
                                  Kelly M. Knight, Esquire
                                  PA ID No: 87365
                                  2320 North Front Street
                                  Harrisburg, PA 17110
                                  Telephone:  (717) 238-6570

F:\Home\KKNIGHT\DOCS\STAMBAU\SARAA\NuncProTuncMotion.wpd