IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STAMBAUGH'S AIR SERVICE, INC., | : | |
| | : | |
| Plaintiff | : | CASE NO: 1:00-CV-0660 |
| | : | |
| v. | : | |
| | : | |
| SUSQUEHANNA AREA REGIONAL | : | |
| AIRPORT AUTHORITY, BAA | : | Chief Judge Yvette Kane |
| HARRISBURG, INC., DAVID FLEET, | : | Magistrate Judge Smyser |
| individually, DAVID HOLDSWORTH, | : | |
| individually, and DAVID S. McINTOSH, | : | |
| individually, | : | |
| | : | |
| Defendants | : | |

**CERTIFICATE OF CONCURRENCE**

The undersigned certifies that Cunningham & Chernicoff, P.C. contacted Rhoads & Sinon, in order to obtain its concurrence in this Motion pursuant to the Middle District Rules of Civil Procedure and concurrence was granted.

                                        Respectfully submitted,

Date: July 24, 2007         By: /s/ Jordan D. Cunningham
                                        Jordan D. Cunningham, Esquire
                                        PA ID No: 23144
                                        Kelly M. Knight, Esquire
                                        PA ID No: 87365
                                        2320 North Front Street
                                        Harrisburg, PA 17110
                                        Telephone:  (717) 238-6570