IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STAMBAUGH'S AIR SERVICE, INC., | : | |
| | : | |
| Plaintiff | : | CASE NO: 1:00-CV-0660 |
| | : | |
| v. | : | |
| | : | |
| SUSQUEHANNA AREA REGIONAL | : | |
| AIRPORT AUTHORITY, BAA | : | Chief Judge Yvette Kane |
| HARRISBURG, INC., DAVID FLEET, | : | Magistrate Judge Smyser |
| individually, DAVID HOLDSWORTH, | : | |
| individually, and DAVID S. McINTOSH, | : | |
| individually, | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this _____ day of July, 2007, upon consideration of Plaintiff's *Nunc Pro Tunc* Motion for Leave to File Brief in Excess of 10,000 Words, it is hereby ORDERED that said Motion is GRANTED. Plaintiff is permitted to file its Brief in Opposition to Defendants' Motion for Summary Judgment in excess of the 10,000 word limit.

BY THE COURT:

_____
J.