IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STAMBAUGH'S AIR SERVICE, INC., | : | |
| | : | |
| Plaintiff | : | CASE NO: 1:00-CV-0660 |
| | : | |
| v. | : | |
| | : | |
| SUSQUEHANNA AREA REGIONAL | : | |
| AIRPORT AUTHORITY, BAA | : | Chief Judge Yvette Kane |
| HARRISBURG, INC., DAVID FLEET, | : | Magistrate Judge Smyser |
| individually, DAVID HOLDSWORTH, | : | |
| individually, and DAVID S. McINTOSH, | : | |
| individually, | : | |
| | : | |
| | : | |
| Defendants | : | |

**CERTIFICATE OF SERVICE**


I, Julieanne Ametrano, Legal Assistant, hereby certify a true and correct copy of the foregoing **PLAINTIFF'S *NUNC PRO TUNC* MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF 10,000 WORDS** will be served by electronic means and/or first-class U.S. mail on the following parties indicated:


Dean F. Piermattei, Esquire
Heather Z. Kelly, Esquire
One South Market Square
P.O. Box 1156
Harrisburg, PA 17108


CUNNINGHAM & CHERNICOFF, P.C.


Date: July 24, 2007          By: /s/ Julieanne Ametrano
                                      Julieanne Ametrano


F:\Home\KKNIGHT\DOCS\STAMBAU\SARAA\COS.NuncProTunc.wpd