### IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STAMBAUGH'S AIR SERVICE, INC., : | |
| : | |
| Plaintiff  : | |
| v.  : | CASE NO. 1:CV-00-0660 |
| : | |
| SUSQUEHANNA AREA REGIONAL  : | Judge Yvette Kane |
| AIRPORT AUTHORITY, BAA  : | Magistrate Judge J. Andrew Smyser |
| HARRISBURG, INC., DAVID FLEET,  : | |
| individually, DAVID HOLDSWORTH,  : | |
| individually, and DAVID C. McINTOSH,  : | |
| individually,  : | |
| Defendants  : | |

## ORDER

AND NOW, this ____ day of July, 2007, upon review of the Joint Motion to Extend Plaintiff, Stambaugh's Air Service, Inc.'s, Response to Defendants' Motion for Motion for Sanctions for Failure to Properly and Timely Disclose Documents Supporting Damages Claim, Plaintiff shall file its Response and Brief in Opposition to Defendants' Motion for Summary Judgment on or before **July 31, 2007**.

BY THE COURT,

_____ J.