UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STAMBAUGH'S AIR SERVICE, INC., | : | **CIVIL NO.  1:00-CV-0660** |
| | : | |
| Plaintiff | : | (Chief Judge Kane) |
| | : | |
| v. | : | (Magistrate Judge Smyser) |
| | : | |
| SUSQUEHANNA AREA REGIONAL AIRPORT AUTHORITY; BAA HARRISBURG, INC.; DAVID FLEET; DAVID HOLDSWORTH; and DAVID C. MCINTOSH, | : : : : : : | |
| Defendants | : | |

### ORDER

**IT IS ORDERED** that the plaintiff's motion for extension of time in which to file a brief in opposition to defendants' motion for sanctions (Doc. 121) is **GRANTED.**  Plaintiff shall file a brief in opposition to defendants' motion for sanctions on or before July 31, 2007.

*/s/ J. Andrew Smyser*
J. Andrew Smyser
Magistrate Judge

Dated:  July 26, 2007.