# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

STAMBAUGH'S AIR SERVICE, INC.,   :
                                      :
            Plaintiff           :
      v.                    :  CASE NO. 1:CV-00-0660
                                        :
SUSQUEHANNA AREA REGIONAL   :  Judge Yvette Kane
AIRPORT AUTHORITY, BAA         :  Magistrate Judge J. Andrew Smyser
HARRISBURG, INC., DAVID FLEET,  :
individually, DAVID HOLDSWORTH,  :
individually, and DAVID C. McINTOSH, :
individually,                     :
            Defendants      :
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

## <u>ORDER</u>

AND NOW, this _____ day of July, 2007, upon review of the Joint Motion to

Stay All Pleading Time Requirements Under the Case Management Order and

Subsequent Amendments,  it is hereby Ordered that all pleading deadlines set forth

in the Case Management Order and subsequent amendments thereto are stayed.  It

is further Ordered that the parties' respective counsel will report status of

SARAA's approval of the settlement on August 23, 2007.


                                            BY THE COURT,


                                    _____ J.