UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STAMBAUGH'S AIR SERVICE, INC., | : | **CIVIL NO. 1:00-CV-0660** |
| | : | |
| Plaintiff | : | (Chief Judge Kane) |
| | : | |
| v. | : | (Magistrate Judge Smyser) |
| | : | |
| SUSQUEHANNA AREA REGIONAL AIRPORT AUTHORITY; BAA HARRISBURG, INC.; DAVID FLEET; DAVID HOLDSWORTH; and DAVID C. MCINTOSH, | : | |
| | : | |
| Defendants | : | |

**ORDER**

Upon review of the Joint Motion to Stay all Pending Time Requirements under the Case Management Order and Subsequent Amendments (Doc. 123), **IT IS ORDERED** that the motion is **GRANTED.** All deadlines set forth in the Case Management Order and subsequent amendments thereto, as well as deadlines arising under the Rules of Court, M.D. Pa., are stayed. **IT IS FURTHER ORDERED** that the parties' respective counsel will report the status of SARAA's approval of the settlement on August 23, 2007.

*/s/ J. Andrew Smyser*
J. Andrew Smyser
Magistrate Judge

Dated: August 1, 2007.