UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STAMBAUGH'S AIR SERVICE, INC., | CIVIL NO. 1:00-CV-0660 |
| Plaintiff | (Chief Judge Kane) |
| v. | (Magistrate Judge Smyser) |
| SUSQUEHANNA AREA REGIONAL AIRPORT AUTHORITY; BAA HARRISBURG, INC.; DAVID FLEET; DAVID HOLDSWORTH; and DAVID C. MCINTOSH, | |
| Defendants | |

### ORDER

Upon notification that the parties have settled this case, **IT IS ORDERED** that this action is dismissed without costs and without prejudice to the right, upon good cause shown, to reinstate the action within sixty (60) days if the parties find the need to do so.

/s/ J. Andrew Smyser
J. Andrew Smyser
Magistrate Judge

Dated: September 4, 2007.