## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STAMBAUGH'S AIR SERVICE, INC., : | |
| : | |
| Plaintiff : | |
| v.  : | CASE NO. 1:CV-00-0660 |
| : | |
| SUSQUEHANNA AREA REGIONAL : | Judge Yvette Kane |
| AIRPORT AUTHORITY, BAA : | Magistrate Judge J. Andrew Smyser |
| HARRISBURG, INC., DAVID FLEET, : | |
| individually, DAVID HOLDSWORTH, : | |
| individually, and DAVID C. McINTOSH, : | JURY TRIAL DEMANDED |
| individually, : | |
| Defendants : | |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | |

## <u>ORDER</u>

AND NOW, this ____ day of November, 2007, upon review of the annexed Motion and upon the motion of Jordan D. Cunningham, Esquire, it is hereby Ordered that the above action is hereby reinstated.

BY THE COURT,

_____
Magistrate Judge J. Andrew Smyser

F:\Home\AHEWITT\DOCS\Q-S\STAMAIR\PLEADING\MOTION TO REINSTATE\PROPOSED ORDER.wpd