IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STAMBAUGH'S AIR SERVICE, INC., | : |
| | : |
| Plaintiff | : |
| v. | : CASE NO. 1:CV-00-0660 |
| | : |
| SUSQUEHANNA AREA REGIONAL | : Judge Yvette Kane |
| AIRPORT AUTHORITY, BAA | : Magistrate Judge J. Andrew Smyser |
| HARRISBURG, INC., DAVID FLEET, | : |
| individually, DAVID HOLDSWORTH, | : |
| individually, and DAVID C. McINTOSH, | : |
| individually, | : JURY TRIAL DEMANDED |
| Defendants | : |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : |

**CERTIFICATE OF SERVICE**

I, Angela L. Hewitt, legal secretary with the law firm of Cunningham & Chernicoff, P.C., hereby certify that on the **2ND** day of **November, 2007** a true and correct copy of the foregoing was served by electronic means and first-class U.S. Mail, postage prepaid, to:

Heather Z. Kelly, Esquire
Rhoads & Sinon LLP
One South Market Sq., 12th Flr.
P.O. Box 1146
Harrisburg, PA 17108-1146

Dean F. Piermattei, Esquire
Rhoads & Sinon LLP
One South Market Sq., 12th Flr.
P.O. Box 1146
Harrisburg, PA 17108-1146


/s/Angela L. Hewitt
Angela L. Hewitt