# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STAMBAUGH'S AIR SERVICE, INC., : | |
| : | |
| Plaintiff : | |
| v. : | CASE NO. 1:CV-00-0660 |
| : | |
| SUSQUEHANNA AREA REGIONAL : | Judge Yvette Kane |
| AIRPORT AUTHORITY, BAA : | Magistrate Judge J. Andrew Smyser |
| HARRISBURG, INC., DAVID FLEET, : | |
| individually, DAVID HOLDSWORTH, : | |
| individually, and DAVID C. McINTOSH, : | JURY TRIAL DEMANDED |
| individually, : | |
| Defendants : | |

## PETITION TO WITHDRAW
## MOTION TO REINSTATE THE ACTION

AND NOW, comes your Plaintiff, Stambaugh's Air Service, Inc., by and through its counsel, Cunningham & Chernicoff, P.C., who files this Petition to Withdraw Motion to Reinstate the Action and, in support thereof, avers the following:

1.  Since Plaintiff filed its Motion to Reinstate the Action on November 2, 2007, Plaintiff has received from Defendants' carrier the proceeds to be paid pursuant to the Settlement Agreement entered into by the parties.

2. With the receipt of the proceeds, all aspects of the Settlement Agreement have been complied with by the Defendants.

3. Defendants' counsel concurs in with the filing of this Petition to Withdraw Motion to Reinstate the Action.

WHEREFORE, your Plaintiff respectfully requests this Honorable Court withdraw it's Motion to Reinstate and direct the Clerk to mark this matter as dismissed with prejudice.

                                        Respectfully submitted,
                                        CUNNINGHAM & CHERNICOFF, P.C.

Dated: November 8, 2007    By:   /s/ Jordan D. Cunningham, Esquire
                                                   Jordan D. Cunningham, Esquire
                                                   PA I.D. No. 23144
                                                   2320 North Second Street
                                                   Harrisburg, PA 17110
                                                   Telephone: (717) 238-6570
                                                   Facsimile: (717) 238-4809
                                                   Email: jcunningham@cclawpc.com
                                                   *Attorneys for Plaintiff*

F:\Home\AHEWITT\DOCS\Q-S\STAMAIR\PLEADING\MOTION TO REINSTATE\WITHDRAWAL\PETITION TO WITHDRAW.wpd