IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STAMBAUGH'S AIR SERVICE, INC., : | |
| : | |
| Plaintiff : | |
| v. : | CASE NO. 1:CV-00-0660 |
| : | |
| SUSQUEHANNA AREA REGIONAL : | Judge Yvette Kane |
| AIRPORT AUTHORITY, BAA : | Magistrate Judge J. Andrew Smyser |
| HARRISBURG, INC., DAVID FLEET, : | |
| individually, DAVID HOLDSWORTH, : | |
| individually, and DAVID C. McINTOSH, : | JURY TRIAL DEMANDED |
| individually, : | |
| Defendants : | |
| ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  ..  .. : | |

## ORDER

AND NOW, this _____ day of November, 2007, upon review of the annexed Petition to Withdraw Motion to Reinstate the Action and upon the motion of Jordan D. Cunningham, Esquire, it is hereby Ordered that the above action is withdrawn and the Clerk is hereby directed to mark this matter as withdrawn with prejudice.

BY THE COURT,

_____
Magistrate Judge J. Andrew Smyser

F:\Home\AHEWITT\DOCS\Q-S\STAMAIR\PLEADING\MOTION TO REINSTATE\WITHDRAWAL\PROPOSED ORDER.wpd