## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

STAMBAUGH'S AIR SERVICE, INC.,   :
                                  :

          Plaintiff         :

          v.              :   CASE NO. 1:CV-00-0660
                                    :

SUSQUEHANNA AREA REGIONAL   :   Judge Yvette Kane
AIRPORT AUTHORITY, BAA        :   Magistrate Judge J. Andrew Smyser
HARRISBURG, INC., DAVID FLEET,   :
individually, DAVID HOLDSWORTH,   :
individually, and DAVID C. McINTOSH,  :   JURY TRIAL DEMANDED
individually,                   :
          Defendants       :
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

## ORDER

AND NOW, this **9TH** day of November, 2007, upon review of the annexed

Petition to Withdraw Motion to Reinstate the Action and upon the motion of

Jordan D. Cunningham, Esquire, it is hereby Ordered that the above action is

withdrawn and the Clerk is hereby directed to mark this matter as withdrawn with

prejudice.

                         BY THE COURT,

                         _____
                         Magistrate Judge J. Andrew Smyser